JASON S. LEIDERMAN, SBN 203336
jay@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Attorney for Plaintiffs
JAMES MCGIBNEY
VIAVIEW, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation,<br><br>  Plaintiffs,<br><br>  vs.<br>THOMAS RETZLAFF, an individual,<br>NEAL RAUHAUSER, an individual,<br>LANE LIPTON, an individual, and<br>DOES 1-5, individuals whose true names are not known,<br><br>  Defendants. | Case No.: 5:14-cv-01059 BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANT LIPTON'S MOTION TO DISMISS AND MOTION TO STRIKE** |

Plaintiff James McGibney, an individual, and ViaView, Inc., a corporation (collectively, "Plaintiffs"), together with Defendant Lane Lipton ("Defendant"), by and through counsel (collectively, the "Parties"), submit the following joint stipulation and proposed order pursuant to Local Rule 6-2. In support thereof, Plaintiffs' counsel Jason S. Leiderman declares as follows:

1. In response to the Complaint in this case, Defendant Lane Lipton filed a Motion to Dismiss and a Special Motion to Strike Pursuant to Cal. Civ. Proc. Sec. 425.16 on July 3, 2014 ("Pending Motions").

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS
Page 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

1  (See Docket Nos. 15, 16.)  The hearing date for the Pending Motions is set for September 18, 2014.
2  Plaintiffs' response to the Pending Motions is set for July 17, 2014.
3      2.   Plaintiffs' counsel was out of the country from June 4, 2014 until July 8, 2014.  The month-long
4  hiatus has created a backlog of work not just in this case, but other cases in which counsel is attorney of
5  record.
6      3.  On July 10, 2014, Plaintiffs' counsel conferred with Defendant's counsel regarding an extension
7  of time to respond to the Pending Motions.   Defendant's Counsel has agreed to extend the response date
8  for the Pending Motions two weeks to July 31, 2014..
9      4.  The court has not modified any other time limits in this case to this date.
10     5.  The court has scheduled a case management conference for November 20, 2012, with a case
11 management statement due a week prior.  (See Docket No. 14.)
12     6.  Extending the time to respond to Defendant's motions does not affect the court's case
13 management schedule or any other schedule set by the court.
14     7.  This stipulation shall not be considered a waiver of any claims or defenses of either party.

    THEREFORE, the parties request the court accept the parties' stipulation and enter an Order
extending Plaintiffs' time to respond to Defendant's motions until July 31, 2014.

Dated:  10 July 2014                        LAW OFFICES OF JAY LEIDERMAN

                                            By:___/s/_Jay Leiderman_____
                                            Jason S. Leiderman
                                            Attorney for Plaintiffs
                                            James McGibney
                                            ViaView, Inc.
                                            jay@criminal-lawyer.me

\\
\\
\\

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS
Page 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

| | | |
|---|---|---|
| 1 | Dated:  10 July 2014 | BRAUNSTEIN & BRAUNSTEIN, P.C. |
| 2 | | |
| 3 | | By:__/s/_Clark Anthony Braunstein_____ |
| | | Clark Anthony Braunstein |
| 4 | | Attorney for Defendant Lane Lipton |
| | | clarkbraunstein@gmail.com |
| 5 | | |
| 6 | // | |
| 7 | // | |
| 8 | Dated:  10 July 2014 | LAW OFFICE OF ROBERT S. GIOLITO |
| 9 | | |
| 10 | | By:_____/s/ Robert S. Giolito_____ |
| | | Robert S. Giolito |
| 11 | | Attorney for Defendant Lane Lipton |
| | | rgiolito@giolitolaw.com |
| 12 | | |
| 13 | | |
| 14 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 15 | | |
| 16 | | |
| 17 | Dated:  July 16, 2014 | _____ |
| 18 | | HONORABLE BETH LABSON FREEMAN |
| | | UNITED STATES DISTRICT JUDGE |

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS
Page 3

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280