IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES MCGIBNEY, an individual; and
VIA VIEW, INC., a corporation.
    Plaintiffs,

v.                                **CASE NO.** 5:14-cv-01059-BLF

THOMAS RETZLAFF, an individual;
NEAL RAUHAUSER, an individual;    **Hearing Date**: November 20, 2014
LANE LIPTON, an individual;             **Hearing Time**: 9:00 am
and DOES 1-5, individuals whose true   **Courtroom**:    3
names are not known,
    Defendants.

## CORRECTED HEARING DATE

## DEFENDANT RETZLAFF'S MOTION TO QUASH SERVICE OF PROCESS

1. Defendant Retzlaff moves for an order dismissing this lawsuit and/or quashing service of process.

2. The grounds for this motion are that service of process was defective.

3. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities, exhibits, declarations, as well as arguments presented at a hearing.

## NOTICE OF MOTION

Please take notice that defendant Retzlaff will bring this motion for hearing before this Court

on November 20, 2014, at 9 am in courtroom #3.  The earlier notice had an incorrect date on it.

Respectfully submitted,

/s/  Thomas Retzlaff
Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424

Defendant, pro se

## CERTIFICATE OF SERVICE

I certify that on August 6, 2014, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiffs ViaView & James McGibney:

Jason Scott Leiderman, of 5740 Ralston Street Ste 300, Ventura, CA 93003, Email: Jay@Criminal-Lawyer.me.

I certify that Jay Leiderman is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify that on August 6, 2014, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendant Lane Lipton:

Clark Anthony Braunstein, of 11755 Wilshire Boulevard, Suite 2140, Los Angeles, CA 90025, Email: Clarkbraunstein@gmail.com.

I certify that Clark Anthony Braunstein is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

/s/  Thomas Retzlaff
Thomas Retzlaff

Defendant, pro se