Robert S. Giolito (State Bar No. 244161)
LAW OFFICE OF ROBERT S. GIOLITO, P.C.
11755 Wilshire Boulevard, Suite 2140
Los Angeles, California 90025
(310) 473-3535 (Telephone)
(310) 473-3533 (Facsimile)
rgiolito@giolitolaw.com

Clark Anthony Braunstein (State Bar No. 278023)
BRAUNSTEIN & BRAUNSTEIN, P.C.
11755 Wilshire Boulevard, Suite 2140
Los Angeles, California 90025
(310) 914-4999 (Telephone)
(310) 914-4996 (Facsimile)
Clarkbraunstein@gmail.com

Attorneys for Defendant
Lane Lipton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THOMAS RETZLAFF, an individual, NEAL RAUHAUSER, an individual, LANE LIPTON, an individual, and DOES 1-5, individuals whose true names are not known,<br><br>　　　　Defendants. | Case No.: 5:14-cv-01059 BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY PAPERS TO LIPTON'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE** |

Plaintiff James McGibney, an individual, and ViaView, Inc., a corporation (collectively, "Plaintiffs"), together with Defendant Lane Lipton ("Defendant"), by and through counsel (collectively, the "Parties"), submit the following joint stipulation and proposed order pursuant to Local Rule 6-2. In support thereof, Lipton's counsel Clark Anthony Braunstein declares as follows:

1. In response to the Complaint in this case, Defendant Lane Lipton filed a Motion to Dismiss and a Special Motion to Strike Pursuant to Cal. Civ. Proc. Sec. 425.16 on July 3, 2014 ("Pending Motions"). (See Docket Nos. 15, 16.) The hearing date for the Pending Motions is set for September 18, 2014.

2. On July 10, 2014, Plaintiffs' counsel conferred with Defendant's counsel regarding an extension of time to respond to the Pending Motions. Defendant's Counsel has agreed to extend the response date for the Pending Motions two weeks to July 31, 2014. The parties submitted a joint stipulation to the Court. (See Docket Nos. 17.)

3. On July 16, 2014, the Court issued an Order extending the time for Plaintiffs to Respond to the Pending Motions to July 31, 2014. (See Docket Nos. 18.)

4. On July 31, 2014, Plaintiffs filed its oppositions to the Pending Motions. (See Docket Nos. 21, 22.)

5. On August 5, 2014, Defendant' counsel conferred with Plaintiff's counsel regarding an extension of time to file reply papers to Plaintiffs' Oppositions to the Pending Motions, currently due on July 7, 2014. Plaintiff's Counsel has agreed to extend the date to file Lipton's reply papers to the Pending Motions to August 11, 2014.

6. The court has scheduled a case management conference for November 20, 2012, with a case management statement due a week prior. (See Docket No. 14.)

7. Extending the time to file reply papers in support of Defendant's Pending Motions does not affect the court's case management schedule or any other schedule set by the court.

8. This stipulation shall not be considered a waiver of any claims or defenses of either party.

\\

\\

\\

THEREFORE, the parties request the court accept the parties' stipulation and enter an Order extending Lipton's time to file her reply papers to the Plaintiff's Oppositions Defendant's Pending Motions until August 11, 2014.

Dated: August 5, 2014	LAW OFFICES OF JAY LEIDERMAN

By:___/s/ Jason S. Leiderman_____
Jason S. Leiderman
Attorney for Plaintiffs
James McGibney
ViaView, Inc.
jay@criminal-lawyer.me

Dated: August 5, 2014	BRAUNSTEIN & BRAUNSTEIN, P.C.

By:__/s/ Clark Anthony Braunstein_____
Clark Anthony Braunstein
Attorney for Defendant Lane Lipton
clarkbraunstein@gmail.com

Dated: August 5, 2014	LAW OFFICE OF ROBERT S. GIOLITO

By:_____/s/Robert S. Giolito_____
Robert S. Giolito
Attorney for Defendant Lane Lipton
rgiolito@giolitolaw.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 6, 2014

HONORABLE BETH LABSON FREEMAN

UNITED STATES DISTRICT JUDGE