UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS RETZLAFF, et al.,<br><br>    Defendants. | Case No.  14-cv-01059-BLF<br><br>**ORDER STRIKING DEFENDANT LIPTON'S EVIDENTIARY OBJECTIONS**<br><br>[Re: ECF 32] |

Civil Local Rule 7-3(c) provides that "[a]ny evidentiary and procedural objections to the opposition must be contained within the reply brief or memorandum."  Civ. L.R. 7-3(c). Defendant Lane Lipton's nine page "Evidentiary Objections to Plaintiffs' Evidence," (ECF 32), filed separately from her reply brief and incorporated by reference therein, violates this rule and is accordingly STRICKEN.

If Defendant Lipton wishes to preserve her evidentiary objections, she may file a revised reply brief within **ten (10) days** of the date of this order.  Any revised brief may not contain new argument and must comply with the formatting requirements and page limits set forth in the local rules.  *See* Civ. L.R. 3-4, 7-3(c).

**IT IS SO ORDERED.**

Dated: August 14, 2014

                                                 BETH LABSON FREEMAN
                                                 United States District Judge