```
JASON S. LEIDERMAN, SBN 203336
jay@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Attorney for Plaintiffs
JAMES MCGIBNEY
VIAVIEW, INC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation,<br><br>                    Plaintiffs,<br><br>           vs.<br>THOMAS RETZLAFF, an individual,<br>NEAL RAUHAUSER, an individual,<br>LANE LIPTON, an individual, and<br>DOES 1-5, individuals whose true names are not known,<br><br>                    Defendants. | Case No.: 5:14-cv-01059 BLF<br><br>**EXHIBIT 25 TO PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANT THOMAS RETZLAFF'S MOTIONS** |

**TO THE COURT AND ALL THE PARTIES:**

Plaintiffs ViaView, Inc and James McGibney hereby submit Exhibit 25 in support of Plaintiffs' Omnibus Opposition to Defendant Thomas Retzlaff's Motions (Docket No. 35), and in compliance with the court's August 22, 2014 order pursuant to Civ. L.R. 79-5(f)(2).  (Docket No. 40.)

Dated: 28 August 2014                        LAW OFFICES OF JAY LEIDERMAN

By:___/s/_Jay Leiderman_____
Jason S. Leiderman
Attorney for Plaintiffs
James McGibney
ViaView, Inc.

EXHIBIT 25 TO PLAINTIFFS' OPPOSITION
TO DEFENDANT RETZLAFF'S MOTIONS
Page 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

# EXHIBIT 25

JASON S. LEIDERMAN
LEIDERMAN DEVINE LLP
5740 Ralston Street; Suite 300
Ventura, California 93003
California State Bar no. 203336
Phone (805) 654-0200
Fax (805) 645-0280
jay@leidermandevine.com

Attorneys for Petitioner VIAVIEW INC.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SANTA CLARA

VIAVIEW INC; ) No. 114CH005460
    PETITIONER )
    V. )
) DECLARATION OF COLLIN RETZLAFF IN
THOMAS RETZLAFF ) SUPPORT OF PETITION FOR A RESTRAINING ORDER
)
    RESPONDENT. )

COLLIN RETZLAFF declares the following under penalty of perjury:

1. I am the son of Respondent Thomas Retzlaff.
2. Mr. Retzlaff lives near me in Arizona and I see him from time to time.
3. I personally saw him working on the WordPress blogs that attack James McGibney and his company. He's created articles for these blogs and posts material to these blogs. He specifically was using the BVfiles account which was tied into a "bvfiles" email address which was clearly visible on the top right of the computer screen. This "BVFiles" account has posted on "BVFiles" "McGibneyFiles" and "ViaViewfiles" Wordpress blogs.
4. Mr. Retzlaff ordered an internet connection in my name and has been using that connection to post directly to the blogs aforementioned. I have never posted to any of the blogs. I will be disconnecting the internet connection immediately so Thomas Retzlaff can no longer use an account that is in my name to harass and stalk people.
5. I saw Thomas Retzlaff get personally served with multiple restraining orders and the federal lawsuit on July 14th, 2014 at 8312 W. Elm Street, Phoenix, AZ 85037. I was in the house with Thomas Retzlaff when he was served.

DECLARATION OF COLLIN RETZLAFF, Page - 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

6. I ask that the court seal this declaration and keep it from Mr. Retzlaff. I Am EXTREMELY afraid of him and I believe he will physically harm me if he sees this document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in Maricopa County, Arizona on this 23th day of July 2014.

Collin Retzlaff



CHARISS BAYNE
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
August 31, 2017

STATE OF ARIZONA
COUNTY OF Maricopa
The foregoing instrument was acknowledged before me this 23rd day of July, 2014
By Collin Retzlaff
Notary Public Chariss Bayne
My Commission Expires: 8/31/2017

DECLARATION OF COLLIN RETZLAFF, Page - 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

JASON S. LEIDERMAN
Law offices of Jay Leiderman, PC
5740 Ralston Street; Suite 300
Ventura, California 93003
California State Bar no. 203336
Phone (805) 654-0200
Fax (805) 645-0280
jay@criminal-lawyer.me

Attorneys for Petitioner VIAVIEW INC.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SANTA CLARA

VIAVIEW INC;
   PETITIONER

V.

THOMAS RETZLAFF

   RESPONDENT.

No. 114CH005460

DECLARATION OF DENISE HOLLAS IN SUPPORT OF PETITION FOR A RESTRAINING ORDER

---

DENISE HOLLAS declares the following under penalty of perjury:

1. I am the ex-wife of Respondent Thomas Retzlaff.

2. Mr. Retzlaff lives near me in Arizona and I see him from time to time.

3. I personally saw Mr. Retzlaff being served with multiple restraining orders and the federal lawsuit on July 14th, 2014 at 8312 W. Elm Street, Phoenix, AZ 85037. I was in the house with Thomas Retzlaff when he was served. He not only had the paperwork in his hand, he immediately began discussing the lawsuit and restraining order paperwork right after the process server left.

4. Thomas Retzlaff asked me to commit perjury on July 21st, 2014 by attempting to get me to state within a signed affidavit that he was never served and that I didn't witness him being served.

5. On June 30th, 2014 I received an email from "Dean Anderson" (email address dean714@yandex.com). Mr. "Anderson" sent me an inquiry with some questions about my daughter in Peru. This was an email address that was not publicly available, however Thomas Retzlaff had it. Immediately after I responded to "Dean Anderson's" email, Thomas Retzlaff called me and started

DECLARATION OF DENISE HOLLAS, Page - 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

arguing about my answers to "Dean Anderson." That's when I knew that Thomas Retzlaff was "Dean Anderson."

6. On July 26th, 2014, I went out to dinner with Thomas Retzlaff and he showed me alerts that he receives whenever anyone makes a comment to a post on his blog, viaviewfiles.wordpress.com, which he commonly refers to as "BVFiles."

7. I ask that the court seal this declaration and keep it from Mr. Retzlaff. I Am EXTREMELY afraid of him and I believe he will physically harm me if he sees this document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in Maricopa County, Arizona on this 24th day of July 2014.

*[signature]*

Denise Hollas

DECLARATION OF DENISE HOLLAS, Page - 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280