JASON S. LEIDERMAN, SBN 203336
jay@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Attorney for Plaintiffs
JAMES MCGIBNEY
VIAVIEW, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br>THOMAS RETZLAFF, an individual,<br>NEAL RAUHAUSER, an individual,<br>LANE LIPTON, an individual, and<br>DOES 1-5, individuals whose true names are not known,<br><br>　　　　　Defendants. | Case No.: 5:14-cv-01059 BLF<br><br>**SUPPLEMENTAL DECLARATION OF JASON LEIDERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO CONTINUE HEARING ON DEFENDANT LANE LIPTON'S PENDING MOTIONS** |

## DECLARATION OF JASON S. LEIDERMAN

1. I am an attorney duly licensed to practice law in the State of California.  I represent Petitioners ViaView, Inc. and its employees, including James McGibney.

2. When counsel made the second part of his request to continue the matter set on the 18th of September neither Counsel nor his wife were aware that the seminar at issue began at noon.

3. My wife's office makes the arrangements for her.

4. It is typical for CPDA seminars to begin at 9:00 a.m.

SUPPLEMENTAL DECLARATION OF JASON LEIDERMAN
IN SUPPORT OF MOTION TO CONTINUE
Page 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

5. For that reason, Counsel will have no child care conflict on the 18th of September.

6. Accordingly, the portion of the request to continue that does not involve the request to consolidate hearings for the purpose of judicial economy is hereby withdrawn with apologies to court and counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 29, 2014, at Ventura, California.

By:____/s/ Jay Leiderman_____

JASON S. LEIDERMAN

Counsel for Plaintiffs ViaView and James McGibney

SUPPLEMENTAL DECLARATION OF JASON LEIDERMAN
IN SUPPORT OF MOTION TO CONTINUE
Page 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280