Judge Beth Freeman
Courtroom 3 - 5th Floor
San Jose Courthouse
280 South 1st Street
San Jose, CA 95113                                        September 3, 2014

Re:  Witness Tampering
     ViaView v Retzlaff, et al.
     Case No. 5:14-cv-01059-BLF

Dear Judge Freeman:

A copy of this letter has been delivered to all parties of record, as outlined below.

I wish to bring to your attention the fact that the attorney for the plaintiffs, Jason (Jay) Leiderman, and his client, James McGibney, have been engaging in blackmail and witness harassment.

Attached is a sworn declaration signed by my ex-wife Denise Hollas in which she outlines specific instances of harassment and threats being made towards her by James McGibney and an employee of his known by the Twitter alias @CattyIdiot.  This sworn declaration has already been filed with PACER as a part of Document #50, *Defendant Retzlaff's Objections to Plaintiffs' Exhibit 25*.  See Document 50, pg 18.

Since the filing of this document, and the filing of my ex-wife's declaration, Mr. McGibney and his gang of internet thugs have been harassing and retaliating against my ex-wife.  McGibney has also contacted my daughter Brittany and is trying to get her to contact her mother and to force her mother into changing her affidavit.

It is my understanding that there are email records, as well as Skype & Facetime video chat records documenting McGibney's contacts with my daughter and his

1

attempts at blackmailing her and her mother into assisting McGibney in his lawsuit against me and all the other defendants here.

Opposing counsel is directly involved in these activities.

Because Mr. Leiderman seems either incapable or unwilling to control his behavior or his client's behavior, I specifically request that you step in, Judge Freeman, and put a stop to this nonsense.

You already know that Leiderman is a liar when he submitted to you a FALSE affidavit with regards to his motion for continuance he filed two weeks ago. See Document 43 (*Plaintiff's motion to continue hearing on defendant Lane Lipton's Pending Motions*).

You also know that Leiderman doesn't have a problem with breaking the rules and trying to submit his secret evidence to you ex parte and in violation of the Due Process rights of the defendants. See Document 36 (*Plaintiffs Administrative Motion to File Under Seal Exhibit 25*).

You also know that Leiderman has submitted to you FAKE evidence in support of his opposition to my motion to dismiss. See my reply Document 44 at Section V, pg. 15.

I ask that you ORDER plaintiffs and their attorney Jason Leiderman to cease any and all communications with my ex-wife, Denise Hollas, and our two children.

**BE ADVISED that in her affidavit Denise Hollas specifically stated that she did not want any more communications from James McGibney, his attorney Jason Leiderman or anyone else associated with the plaintiffs.** Leiderman and McGibney are violating the law by not honoring this demand.

Please let me know what you intend to do here, Judge Freeman.

Thank you for your time.

Respectfully yours,

Tom Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424

Cc

Jason Leiderman
Attorney for Plaintiffs
5740 Ralston Street, Suite 300
Ventura, CA 93003

Clark Anthony Braunstein
Braunstein & Braunstein, P.C.
11755 Wilshire Boulevard, Suite 2140
Los Angeles, CA 90025

The Hon. Melinda Haag
United States Attorney – Northern District of CA
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JAMES MCGIBNEY, an individual; and
VIA VIEW, INC., a corporation.
    Plaintiffs,

v.                                                          CASE NO. 5:14-cv-01059-BLF

THOMAS RETZLAFF, an individual;
NEAL RAUHAUSER, an individual;
LANE LIPTON, an individual;
and DOES 1-5, individuals whose true
names are not known,
    Defendants.

## DECLARATION OF DENISE HOLLAS IN SUPPORT OF DEFENDANT THOMAS RETZLAFF

I, Denise Hollas, am a witness in this matter, and I declare the following:

1.     I am over the age of 18 years and am not a party to this action. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.     I have known the defendant Thomas Retzlaff for the past 38 or so years, since we first met at around age 10 in our hometown in Minnesota. We married in 1987 and have two children together. We have been divorced for about 16 years and have remained good friends, talking to one another at least once a day and seeing each other at least once a week, if not more.

3. At around 12 noon (local time) on Thursday, August 28, 2014, I was at work at my desk when I received a telephone call from plaintiff James McGibney. He told me if I were to change the declaration that I had earlier wrote for him on July 29, 2014, that I would be charged with perjury and would go to jail. About ten minutes later I received a telephone call at my work desk from an adult male who identified himself as "*Catty Idiot*". I recognize this alias as being a user name for a person on Twitter (@CattyIdiot, among many other aliases). This *Catty Idiot* person has also been posting numerous comments about Thomas on Twitter, calling him terrible names and making all kinds of ridiculous and untruthful allegations about my ex-husband, as well as threats against him and Thomas' family. I have seen these comments personally.

4. I do not know this *Catty Idiot* person and my work telephone number is a non-public number that very few people know about. Because of him calling me just a few short minutes after McGibney called me, I am certain that he got my number from James McGibney. The person known as *Catty Idiot* them proceeded to threaten me and warned me that I had better not do anything to help out Thomas in his lawsuit against McGibney. *Catty Idiot* told me that if I were to sign anything for Thomas that I would go to jail and would never see my daughter again.

5. This telephone call made me very scared because I know about all the harassment that Thomas has suffered from *Catty Idiot*, James McGibney, and McGibney's other internet friends (such as this twitter person @Captien_007). I also know about the harassment that Texas attorney Jeffrey Dorrell has suffered. I also know of the intimidation tactics used by McGibney in that he publicly claims to call up the employers of people involved in the Kate Gosselin TV personality controversy and that he tries to get people fired from their work. Because of this, I

request protection by the court from further harassment and retaliation by the plaintiffs and those people allied with the plaintiffs.

6. At the time I signed the July 29th document, I was aware that a post had been made about me on McGibney's Cheaterville website and that McGibney had bought up a website in my name, the name of my son and daughter, and in Thomas' name – as well as the names of about 15 other people. I know that McGibney has been using these websites to harass and defame other people and I was scared that the same thing would happen to me. After signing the document I got the websites returned back in my name and in my son's name.

7. I want to make it absolutely, 100% clear here - I do not want to receive any more communications from James McGibney, his attorney Jay Leiderman or anyone else associated with the plaintiffs. I want nothing to do with this case and I will never testify on behalf of James McGibney or his company.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: 8-29-2014

X_____
Denise Hollas