UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS RETZLAFF, et al.,<br><br>    Defendants. | Case No.  14-cv-01059-BLF<br><br>**ORDER RE DEFENDANT'S LETTER AND NOTICE**<br><br>[Re: ECF 53, 64] |

The Court is in receipt of *pro se* defendant Thomas Retzlaff's letter, ECF 53, and "Notice of Recantation of Testimony of Witnesses," ECF 64.  To the extent Defendant requests that this Court refer his allegations of witness tampering to the Office of the United States Attorney, this Court does not have any personal knowledge of the facts upon which such allegations rest, nor does it make such referrals.  Defendant may personally notify the appropriate law enforcement agency as he sees fit.

**IT IS SO ORDERED.**

Dated: October 3, 2014

_____
BETH LABSON FREEMAN
United States District Judge