1   JASON S. LEIDERMAN, SBN 203336
    jay@criminal-lawyer.me
2   LAW OFFICES OF JAY LEIDERMAN
    5740 Ralston Street, Suite 300
3   Ventura, California 93003
    Tel: 805-654-0200
4   Fax: 805-654-0280

5   Attorney for Plaintiffs
    JAMES MCGIBNEY
6   VIAVIEW, INC

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  JAMES MCGIBNEY, an individual, and       ) Case No.: 5:14-cv-01059 BLF
    VIAVIEW, INC, a corporation,             )
13                                            ) **PLAINTIFFS' ADMINISTRATIVE MOTION**
                                              ) **TO EXTEND TIME TO RESPOND TO**
            Plaintiffs,                       ) **DEFENDANT THOMAS RETZLAFF'S**
14                                            ) **SPECIAL MOTION TO STRIKE**
            vs.                               )
15  THOMAS RETZLAFF, an individual,           )
    NEAL RAUHAUSER, an individual,            )
16  LANE LIPTON, an individual, and           )
    DOES 1-5, individuals whose true names are not )
17  known,                                    )
                                              )
18          Defendants.                       )
                                              )
19  _____ )

20

21          Pursuant to Local Rule 6-3, Plaintiffs James McGibney and ViaView, Inc. hereby move the court

22  to issue an order extending Plaintiffs' time to respond to Defendant Thomas Retzlaff's Motion to Strike

    (Docket No. 59) from Monday, October 6, 2014 to Friday, October 10, 2014.

23          The attached Declaration of Jason Leiderman contains the information required by Local Rule 6-

24  3(a). It sets forth the reasons for a change of date, the efforts to reach a stipulation with the opposing

25  party, identifies the prejudice that would occur without a change of date, explains the prior time

26  modifications in this case, and describes the effect of a time modification on the case schedule.

27

28

                              LAW OFFICES OF JAY LEIDERMAN
                              5740 Ralston Street, Suite 300
                              Ventura, California 93003
                              Tel: 805-654-0200
                              Fax: 805-654-0280

1

2      Dated: 3 October 2014                    LAW OFFICES OF JAY LEIDERMAN

3

4                                                By:___/s/_Jay Leiderman_____
                                                 Jason S. Leiderman
5                                                Attorney for Plaintiffs
                                                 James McGibney
6                                                ViaView, Inc.
7                                                jay@criminal-lawyer.me

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280