JASON S. LEIDERMAN, SBN 203336
jay@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Attorney for Plaintiffs
JAMES MCGIBNEY
VIAVIEW, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS RETZLAFF, an individual, NEAL RAUHAUSER, an individual, LANE LIPTON, an individual, and DOES 1-5, individuals whose true names are not known,<br><br>Defendants. | Case No.: 5:14-cv-01059 BLF<br><br>**DECLARATION OF JASON LEIDERMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT THOMAS RETZLAFF'S MOTION TO STRIKE** |

## DECLARATION OF JASON S. LEIDERMAN

1. I am an attorney duly licensed to practice law in the State of California.  I represent Plaintiffs ViaView, Inc. and its CEO James McGibney.

2. I make this declaration in support of Plaintiffs' Motion to Extend Time to Respond to Defendant Thomas Retzlaff's Motion to Strike.  I have personal knowledge of the facts stated herein and could and would competently testify to them if required.

DECLARATION OF JASON LEIDERMAN
IN SUPPORT OF MOTION TO EXTEND TIME
Page 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

### A. Current Procedural Posture

3. On September 14, 2014, Retzlaff filed a Motion for Extension of Time to File an Anti-SLAPP Motion to Strike. The statutory deadline for filing such a motion was September 12.

4. Plaintiffs opposed the time extension, but the court granted it.

5. On September 21, 2014, Retzlaff filed the instant Motion to Strike.

6. The current deadline for Plaintiffs to respond is October 6, 2014, with Defendant's reply due by October 14, 2014.

### B. Reasons for Requested Extension

7. From September 21, 2014 until September 26, 2014, my office was diligently preparing an opposition to Retzlaff's Motion to Strike.

8. On Friday afternoon, September 26, 2014, while I was buckling my young son into his car seat, I suffered a freak bone break with slight displacement to my left 5th metacarpal. In other words, I broke my hand.

9. I have attached to this declaration a letter from Centers for Family Health in Santa Paula, CA describing my injury.

10. My hand was in a soft cast until September 30 while the swelling from the injury reduced.

11. During this time I was also prescribed Vicodin for the pain.

12. I attempted many times to resume work despite my injury, but the injury caused tremendous amounts of pain each time I tried to type on a keyboard. Due to the nature of this case and the nature of Mr. Retzlaff, I endured extreme pain trying to finish the opposition to his motion on time.

13. Moreover, the prescription drugs slightly altered my mental state, disrupting my focus and productivity.

14. On September 30, 2014, the soft cast was replaced with a hard cast. I have attached a note from Ventura County Medical Center Orthopaedic Clinic stating I will be "unable to use left hand for work."

15. The hard cast makes typing with my left hand impossible.

DECLARATION OF JASON LEIDERMAN
IN SUPPORT OF MOTION TO EXTEND TIME
Page 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

16. I have tried to use dictation software to work around the injury. However, I have not used the Dragon Dictation software before, and I have not been very successful.

17. In short, while I continue to work on—and make progress on—the opposition to Retzlaff's Motion to Strike, my broken hand has severely handicapped my ability to prepare an appropriate response within the time limits set by the court.

### C. Efforts to Obtain Stipulation

18. In contrast to similar requests for extensions involving Defendant Lane Lipton, Plaintiffs have no reasonable expectation that Retzlaff would consider any stipulation to extend time as requested here. Rather, Plaintiffs expect Retzlaff to oppose any time extension.

19. Additionally, I believe and allege that Mr. Retzlaff has made threats (including death threats) toward me.

20. Moreover, Retzlaff even filed a Motion to Expedite the hearing on the instant Motion, which the court denied. (See Docket Nos. 61, 63.)

21. As such, Plaintiffs have not made a serious effort to obtain a stipulation for a time extension from Retzlaff.

### D. Harm to Plaintiffs

22. Should the court refuse the modest 4-day extension, the primary harm to Plaintiffs would be the negative effect on performance of counsel.

23. Even working around it, my hand injury substantially impairs my ability to do the things I need to do to effectively represent my client:

24. Typing is painful, and painfully slow.

25. Working with paper documents is incredibly clumsy.

26. My efforts to find a workaround have been relatively fruitless.

27. Because the mechanical aspects of lawyering devour so much of my time, I have less time to spend marshaling facts, less time to spend thinking about legal doctrine, less time to edit and polish my work.

28. As a result, should counsel be required to submit documents on October 6, those documents may not meet the high standards of our profession.

DECLARATION OF JASON LEIDERMAN
IN SUPPORT OF MOTION TO EXTEND TIME
Page 3

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

**E.    Previous Time Modifications**

29. There have two previous stipulated time extensions in this case.

30. On July 11, 2014, Plaintiffs filed a stipulation joined by Defendant Lane Lipton's counsel to extend Plaintiffs' time to respond to Lipton's Motion to Dismiss and Motion to Strike. The court ordered as much on July 16.

31. On August 5, 2014, Lipton filed a joint stipulation to extend time to file Lipton's reply. The court ordered as much on August 6.

**F.    Effect on Time Modification on Case Schedule**

32. The hearing on the instant motion is currently set for January 22, 2015.

33. The next hearing date in this case is currently set for November 20, 2014.

34. As such, a 4-day extension to file Plaintiff's opposition will have no effect on any other case scheduling, with the notable exception that Retzlaff's time to reply would be extended until October 20, 2014.

35. Because Mr. Retzlaff recorded the September 18, 2014 hearing, for which he appeared by telephone, then put an edited version of the audio on his blog, viaviewfiles.wordpress.com, I have reason to believe that he will improperly use my medical history, with edits and changes, for his own laughs.

36. I have spoken with Clark Braunstein, counsel for Lane Lipton. He assures me that Bob Giolito, who appeared for Lipton at the September 18 hearing, was not responsible for the audio recording or for posting it on the Internet.

37. Due to a deep mistrust of Mr. Retzlaff, I do not waive any medical privacy rights by submitting the attached medical documents for the limited purpose of supporting this motion. If the evidence is in doubt, I can obtain live witnesses. I do not want any of my medical history posted on Mr. Retzlaff's blog.

DECLARATION OF JASON LEIDERMAN
IN SUPPORT OF MOTION TO EXTEND TIME
Page 4

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 3, 2014, at Ventura, California.


By:____/s/ Jay Leiderman_____

JASON S. LEIDERMAN

Counsel for Plaintiffs ViaView and James McGibney

DECLARATION OF JASON LEIDERMAN
IN SUPPORT OF MOTION TO EXTEND TIME
Page 5

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280



# Centers for Family Health
### ▽ Community Memorial Health System

Santa Paula
(805) 525-9595

SOFT CAST NOTE

Date: 9/27/14

To whom it may concern:

This is to certify that ___JASON LEIDERMAN___ has been under my professional care.

_____ may return to work/school on _____.

_____ is unable to attend work/school from _____ to _____.

__X__ was seen in our office on __9/27/14__.

_____ may return to work/school on _____ with no restrictions.

_____ may return to work/school on _____ with these restrictions:

Additional comments: Patient will have limited use of Left hand and require im mobilization of hand/wrist in a splint or a cast for up to estimated 6 weeks or more. He will be able to use likely 3 fingers of (L) hand for keyboarding/etc. due to significant fracture of (L) 5th metacarpal

Provider Signature: _____

Camarillo
422-B Arneill Rd.
Camarillo, CA 93010
805/482-1282

Fillmore
852 Ventura St.
Fillmore, CA 93015
805/524-2672

Oak View
655 N. Ventura Ave.
Oak View, CA 93022
805/649-3750

Oxnard
250 Citrus Grove Ln.
Ste. 150
Oxnard, CA 93036
805/981-3770

Oxnard
2921 S. Saviers Rd.
Oxnard, CA 93033
805/487-5585

3641 West 5th St.
Oxnard, CA 93035
805/985-5505

Santa Paula
242 E. Harvard Blvd.
Suite C
Santa Paula, CA 93060
805/525-9595

Ventura
4730 Telephone Rd.
Ventura, CA 93003
805/643-1871

138 W. Main St., Ste. E
Ventura, CA 93001
805/667-2850

*(Form oriented sideways)*

**AMBULATORY CARE**
**WORK/SCHOOL LIMITATION STATUS FORM**

Today's Date: 9-30-14

To whom it may concern:

Patient, _____ was seen in our clinic today.

Patient's Status:

☐ Return to work/school with no restrictions starting: _____
☑ Return to work/school starting: _____ with the following.
Restrictions (list): Unable to use left hand for work
☐ Restrictions are permanent.
☐ Unable to return to work/school until: _____
☐ May lift/carry up to _____ pounds.
☐ No repetitive:
  ☐ Bending/Stooping.   ☐ Pushing/Pulling of _____ pounds or more.
  ☐ Squatting/Kneeling.   ☐ Keyboarding in excess of _____ minutes per hour.
  ☐ Carrying/Lifting of _____ pounds or more.
☐ No prolonged:
  ☐ Standing in excess of _____ hours.
  ☐ Sitting in excess of _____ hours.
☐ No at or above shoulder level reaching.
☐ No running/climbing/jumping.
Date of surgery: _____
Next appointment date: _____
Medications: _____

Other: _____

Provider Signature: [signature] Print: BENSON Date: _____ Time: _____

VENTURA COUNTY MEDICAL CENTER
ORTHOPAEDIC CLINIC
3291 LOMA VISTA RD
VENTURA, CA. 93003
(805) 662-6139
(805) 652-5788 (FAX)

AMBULATORY CARE WORK/SCHOOL LIMITATION STATUS FORM
VENTURA COUNTY HEALTH CARE AGENCY

VCMC-603-040 (01/2013)
DISTRIBUTION: WHITE – Clinic Record   YELLOW – Patient

Leiderman, Jason   4/12/71   649943
                              200 128 8468

**Handwritten note (large):** HARD CAST NOTE



