1   JASON S. LEIDERMAN, SBN 203336
    jay@criminal-lawyer.me
2   LAW OFFICES OF JAY LEIDERMAN
    5740 Ralston Street, Suite 300
3   Ventura, California 93003
    Tel: 805-654-0200
4   Fax: 805-654-0280

5   Attorney for Plaintiffs
    JAMES MCGIBNEY
6   VIAVIEW, INC

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  JAMES MCGIBNEY, an individual, and          ) Case No.: 5:14-cv-01059 BLF
    VIAVIEW, INC, a corporation,                )
13                                              ) **[PROPOSED] ORDER GRANTING**
                                                ) **PLAINTIFFS' MOTION TO EXTEND TIME**
                Plaintiffs,                     ) **TO RESPOND TO DEFENDANT THOMAS**
14                                              ) **RETZLAFF'S MOTION TO STRIKE**
         vs.                                    )
15  THOMAS RETZLAFF, an individual,             )
    NEAL RAUHAUSER, an individual,              )
16  LANE LIPTON, an individual, and             )
    DOES 1-5, individuals whose true names are not )
17  known,                                      )
                                                )
18              Defendants.                     )
                                                )
19  _____ )

    //
20
    //
21
    //
22
    //
23
    //
24
    //
25
    //
26
    //
27
    //
28

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

1

Having considered Plaintiffs' Motion to Extend Time to Respond to Defendant Thomas

2 Retzlaff's Motion to Strike and the Declaration of Jason Leiderman in Support of Plaintiff's Motion, and

3 good cause appearing therefore,

4

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

5

Pursuant to Local Rules 6-1 and 6-3, Plaintiffs' time to file an opposition to Defendant Thomas

6 Retzlaff's Motion to Strike is extended to Friday, October 10, 2014.  Accordingly, Retzlaff's time to file

7 a reply is extended to Monday, October 20, 2014.

8

9

Dated: October 6, 2014

*Beth Labson Freeman*

10

Hon. Beth Labson Freeman

11

United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS'
REQUEST FOR TIME EXTENSION
Page 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280