**THE FOLLOWING EMAILS WERE SENT BY CONVICTED FELON THOMAS RETZLAFF TO HIS DAUGHTER BRITTANY RETZLAFF. THOMAS RETZLAFF POSTED NAKED IMAGES OF HIS OWN DAUGHTER ALL OVER THE WEB, WHICH HE ILLEGALLY OBTAINED BY INSTALLING A HIDDEN CAMERA. ALL EMAILS WERE IMMEDIATELY FORWARDED TO THE FBI, ALONG WITH THE SAN JOSE POLICE DEPARTMENT AND THE DISTRICT ATTORNEY WORKING THIS CASE. THOMAS RETZLAFF CURRENTLY HAS MULTIPLE RESTRAINING ORDERS IN PLACE AGAINST HIM. HIS DAUGHTER HAS FLED THE COUNTRY, PARTIALLY DUE TO THOMAS RETZLAFF'S CONTINUED HARASSMENT OF HER. AS THE EMAILS BELOW CLEARLY INDICATE, EVEN AFTER A RESTRAINING ORDER WAS IN PLACE, HE CONTINUED HIS HARASSMENT OF HER.**

-------- Original message -------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** March 18, 2014 at 2:49:30 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Subject: court documents**

You have no idea of the shit storm that is about to erupt on account of your naked pictures and your sex videos, little girl.  A couple months ago I found your videos & photos posted on what is called a revenge porn website.  Normally when I find your videos I try to send the person in charge of the website an email asking them to remove them.  Sometimes they do, sometimes they'd don't.  And sometimes I get emails back filled with abuse and with pictures of dicks (seriously.  Someone sent me dick pics as a response to my request for them to remove your sex video!).

So I find a post about you on this website that contains all of your personal information, along with a post that says, "**This is my ex-wife Brittany Cintron.  I caught her having sex with her dad.  Yes, she was fucking her OWN FATHER.  I found out that she was having sex with her dad for years so I divorced the bitch.  She left me $10,000 in debt and I got an STD from her.**"  There were other comments saying that the reason why you went to Peru was because you had gotten pregnant with my baby and had to get an abortion, so you ran off because of the embarrassment at getting caught having sex with your dad for years.  This was posted just two weeks after you got married in Peru.  Over 75,000 people voted to give your sex video a "4 star" rating out of 5 (I don't know if that makes you mad or not – lol).  But more than **FIVE MILLION PEOPLE HAD SEEN THIS POST AND THOSE VIDEOS & PHOTOS!!!!**

Now you have told your mom that you don't care about this stuff because the people who know you won't Google your name.  DUMB ASS – That is precisely the people who do Google your name!!!  Do you think some random person somewhere just decides to type BRITTANY CINTRON in an internet search engine?  Who else but people who know you would know to Google your name to begin with?  Don't you think that your new friends in Peru are curious about you and want to know more about you?  So what does a normal person do when they are curious about someone?  They Google them, that's what!  Think about it for a bit and it will come to you that you know I am speaking the truth here.  Googling for information is what everyone on the planet does when they want to look something or someone up.  So you get a new person in your church from America who just married a guy and they don't know anything about her.  Even if these people don't speak any fucking English because they are too stupid to learn, Brittany Cintron is spelled the same no matter what language one uses!  So the same results keep showing up:  Brittany likes to fuck her daddy and she got pregnant by him!!!  And here are the sex tapes and photos to prove it.

So that's what everybody sees when they Google your name!!!!!!!!!!!!!!!!!!!!!!!!!

So anyways I wrote the website asking to remove your pics and this website responded back by saying, sure they'll remove the videos and pictures, but only if I agree to send them $200.  I said fuck you (seriously).  Since I found out that this website (unlike all the rest) was based in the USA, in Las Vegas of all places, I told the site operator that if he didn't remove that shit that I was going to contact the police and file a complaint.

And now a federal lawsuit and investigation has started and I am right in the fucking middle of it all on account of me wanting to get YOUR fucking sex tapes and YOUR naked pictures off the internet!

Do you think I like the fact that everyone who knows you also knows that I am your father?!?
Do you think I like the fact that everyone who knows you also knows that you have been having sex with me for years and that you loved it so much that you got pregnant by me?

Do you think that I like the fact that MY family members see that trash because they got curious as to what you were up to and wanted to find you, so they googled your name and found that post, which was listed Number One on Google searches under your name???

Everyone who knows me also knows that I have been to prison, thus I am already labeled as being a "bad person."  And now everyone who knows me knows that we've supposedly been having sex together.

You were a dumb ass for ever thinking that it was me behind this bullshit.  Seriously.  Dumb ass = You.

Why would a dad do that? What would be his motive? Posting sex tapes of you and naked pictures is something that an ex- does. And if you read the website post, it doesn't make sense for anyone else to have made it but an ex-. Why would a father make such a post that clearly implicates the father in having a long term sexual relationship with his daughter? Anyone who knows the daughter and googles her would have seen that post and, thus, would have read what it said. Some of your own family would be reading that you & your daddy were knocking boots for the past few years. So why would a dad "out" himself like that to the world and to his own family?  If I was going to post something about you it would be something like "she's a drug using bitch" or something like that.  I wouldn't say you like to fuck your daddy because, after all, I would be making myself look bad, too!!!

As Judge Judy always says, "**If it doesn't make sense, it's not true!**" It is obviously not true. The type of allegations that were made about you were simply so over the top and ridiculous as to strain credulity – and its EXACTLY the kind of crap that one says about an ex- that they are very angry with.  You remember all the shit we went through in getting back your snow board and that other stuff?  And how the police had to be called when you and mom went to the house to try to get your clothes and stuff?? All that drama over just a few hundred dollars of bullshit was caused by Robert.  Remember how hard he tried to get you to come back to him when you left and filed for divorce?  All the promises he made and all the other shit?  He didn't want you to go.  He wanted his wife and his girlfriend – and her baby – too!  And he was furious when he couldn't have you no more!

FYI – The first sex videos and naked pictures of you were posted on August 30, 2009.  You filed for divorce from your first ex-husband on August 5, 2009.
Does anyone here think that was a coincidence? And ever since then your images and videos have been reposted on torrent sites all over the internets. So to get back at that asshole for wanting to charge me $200 to remove YOUR fucking photos and personal information (like your DOB, SNN and shit like that), I went and contacted all the dude's advertisers on his website to complain about who they were advertising with.  Every single one of them ending up canceling their ads.  Every  Single  One.

And now the guy is mad.  And he retaliated by filing a federal lawsuit against me in California accusing me of costing him $20,000 a month in lost advertising revenue, because that was how much he was making on his little revenge porn website - $20,000 a month.  And now it is all gone on account of me.  This guy was making MILLIONS of DOLLORS over the years.  He lives in a HUGE house and had all kinds of fancy cars and trips and shit like that.  And he is losing it all because of me.

The guy that owns that website belongs to a group of internet hackers.  Some of them recently have tried to attack your mother and brother.  Someone just last week tried to hack into my bank account (I got a phone call from Bank America).  People have been posting your mother's personal information on the internet.  The same with your brother.

**If I was the one posting all this shit about you then why would I have placed myself in such extreme jeopardy in trying to remove the very things that I posted?**

For the past FIVE YEARS it has served your purpose for you to blame me for all the bad things that have happened in your life.  It is always easier to blame someone else than to look at the things that you might have done that caused you to be where you are in life.  I know that temptation all too well, weenie.  Plus, it is not like you ever loved me all that much to begin with, right?  RIGHT?  You never really cared all that much for your father, have you?  So blaming me was easy.

But now I am asking you to think logically and to use your head.  Yeah, I did some mean things to you and said things that I should not have done w/ regards to your jehovahs and such.  But I sure as fuck didn't put sex videos of you on the internet and make posts saying about how much you love to fuck your daddy and have his babies!!!!

But like I said, it's not like you ever loved me all that much anyways.  So you go ahead and keep on thinking what you've been thinking.  I have begged you for YEARS to call me.  But whatever.

Dad



-------- Original message ----------------------------------------------------------------------------------------------------

From: **Tom Retzlaff** <retzlaff@texas.net>
Date: Wednesday, April 2, 2014
Subject:
To: Brittany Retzlaff <brittdani.v@gmail.com>


Remember it was his piece of shit son who has caused ALL of these problems for you, starting with cheating on you all the time, to getting you deeply in debt, to putting naked pictures and sex videos on the Internet - not 2 weeks after you filed for divorce!

If he was a good person and a good father, he would have had better control over his son and taught him better than he obviously did.

Eddie is a fucked up person with a fucked up life, and if I EVER have a chance to murder him and get away with it, I'll do it in a heartbeat. And you know I mean it, too. Don't you, kid?

So fuck him and fuck all those people there.

I have been the one trying to repair your credit and pay your debts off a little at a time, all these years.

I'am the one trying to repair YOUR reputation and get those pictures and stuff off the websites. No one else is fighting this but me.

So go ahead and rage and hate me all you want to. But I'am still your dad. Always. Forever.


Dad


Tom Retzlaff

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.96.57.200 with SMTP id k8csp229346qdq; Wed, 2 Apr 2014
 00:33:01 -0700 (PDT)
X-Received: by 10.60.174.164 with SMTP id bt4mr394645oec.54.1396423980218;
 Wed, 02 Apr 2014 00:33:00 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com (barracuda2.aus.datafoundry.com.
 [209.99.124.133]) by mx.google.com with ESMTP id
 cb3si723339oec.122.2014.04.02.00.32.59 for <brittdani.v@gmail.com>; Wed, 02
 Apr 2014 00:33:00 -0700 (PDT)
Received-SPF: softfail (google.com: domain of transitioning
retzlaff@texas.net
 does not designate 209.99.124.133 as permitted sender)
 client-ip=209.99.124.133;
Authentication-Results: mx.google.com; spf=softfail (google.com: domain of
 transitioning retzlaff@texas.net does not designate 209.99.124.133 as
 permitted sender) smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1396423976-05951e6c4091720001-nAb4Jx
Received: from texasnet.proxy5.mail.aus.datafoundry.com
 texasnet.proxy5.mail.aus.datafoundry.com [209.99.125.100]) by
 milter.aus.datafoundry.com with ESMTP id uk25vxVzaPteqIaI for
 <brittdani.v@gmail.com>; Wed, 02 Apr 2014 02:32:56 -0500 (CDT)
```

-------- Original message -------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <<u>retzlaff@texas.net</u>>
**Date:** April 10, 2014 at 4:08:16 AM GMT-

You think that because someone is the enemy of your father that he is your friend!  Boy are you either dumber than I thought, or way more naive, kid.  And if anybody is more likelier to end up with a bullet in his end, it's this asshole right here who has been fucking with this family and with you (though you didn't know it) for long enough and something will be done.

I got a lot of guys out of prison due to my legal work, and a lot of those guys owe me a great deal of favors.  You remember when you lived with me all those letters I got from prison afterwards?  And how I answered each and every one?  Yeah, that's right, kid.  People like that remember favors owed.

This guy who says he is your friend is the OWNER of the very website that your intimate photos and personal details were posted on for the last 2 years!  Your pictures were viewed by nearly 4 million guys.  But you don't care.

This guy claims he is helping you get the pics of the website – he's the motherfucking owner!  He could have taken them down any time he wanted to.  But when I called and complained, I was told it was a starting price of $199 and more for "extra services."  Well fuck him, and fuck you for wanting to help him!!!

You talked to his attorney had he claimed he won some kind of victory against me in court?  Well that's news to me sweetheart because I haven't been to court.  I haven't been given any papers saying I got to show up in any court.  So he is already telling you another lie.
That attorney of his, Jay Leiderman, is neck deep in the computer hacking culture, just like this James McGibney fellow is.  Both of them have publically admitted ties to the hacking group Anonymous.  At first I thought it was Robert who had sold your identity, but now I believe that it was there guys.  This McGibney guy and his revenge porn website Cheaterville is in Las Vegas.  The fake ID cards in your name were found in Vegas.  Coinicidence?  Whatever.  You're as dumb as a rock.

These new friends of your are themselves also being sued in Federal court by people whom they have blackmailed.  You can read some news reports right here:
<u>http://abcnews.go.com/GMA/video/california-couple-files-lawsuit-cheaterville-post-20045483</u>

<u>http://radaronline.com/exclusives/2014/03/maryland-doctor-sues-cheaterville-ruining-marriage-affair/</u>

These are your new friends:  **a couple of scam artists who make their money blackmailing little girls and professional people who can't afford to have their reputations damaged by false allegations.**

You want to learn more about this asshole and his hateful internet activities, you can read a whole bunch of news articles about him at this website <u>https://bvfiles.wordpress.com/</u>

By the way, did you know that he has tried to contact and threaten your grandfather?  By you helping him, I guess you must be okay with that, right?  These people who have been harassing and terrorizing your mother for the past two months, and now your grandfather, you are good with that, right?

Does that make you my enemy now?

He claims I went after him and destroyed his company costing him over $250,000 in lost revenues.  But if I was the one who posted those pictures on his website, why would I then tear it down?

Or does it make more sense that because you pics were on that website, and because they would not take them down without me giving them money, I destroyed his company?

You have always been quick in wanting to fuck over and hurt your dad, and your family, Brittany.  But in this matter, I have both your mother and my son, your brother, standing tightly by my side.  This fight will cost your mother and I a lot of money.  Yes, she will be helping out, too.  But you don't care.

You need to talk to your mother and tell her exactly what these people had to say and what is going on.

-------- Original message --------------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** April 11, 2014 at 5:06:56 AM GMT-5

You know that this could be the thing that Jehovah is using to bring you and I back together again. Working together we can destroy this man and his revenge porn empire if cheaterville!

This man has destroyed tens of thousands of young girl's lives like Ur own with that website. U and I, we can be the ones who take him out for good!

Just think about it, ok?

-------- Original message ----------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** April 13, 2014 at 3:44:36 PM GMT-
**Subject: sex abuse claim**

Your new friends have been going around on all the websites claiming that I have been sexually abusing you for years and got you pregnant and that is why you ran off to Peru.  Is that true?  How does it make you feel to know that your name is now known to MILLIONS of people around the world as the girl who got pregnant by her daddy?

This is the kind of games that these people play.  They do it for sport and they think it is funny.
You need to remember that the enemy of your enemy is not always your friend – they have their own agendas that are not the same as yours!  (and why would you even think that your dad is your enemy anyways?)

-------- Original message ---------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** April 21, 2014 at 11:26:26 PM GMT-

The only reason why some guy would ever want to talk to you is because they want to fuck you.  They either want to fuck you by getting in your pants, or they want to fuck you financially, or they want to fuck with you personally, or they want to fuck with your mind.

But you are too god damn gullible or naïve to figure this out.

So some random asshole sends you an email with some court papers attached to it, he spins you some tale, and you swallow it hook, line and sinker like you swallow some guy's cock?  Seriously?  Are you that fucking stupid!?  Or do you just like swallowing things that much?  Which is it, kid??

The very same motherfucker that OWNS the fucking website that YOUR pictures and videos were on for the last three years tells you that he wants to help you and help you get your pictures off the internet. In what world does that make sense, Brittany?  Maybe that shit would make sense in your bullshit Jehovah world after the Earth is destroyed, but that hasn't happened yet, has it?  No, it has not.  The real world is still here.

The only reason why that guy came to you with that bullshit story is because he is fucking desperate and he is grasping at straws trying to attack me.  He claims that I destroyed his business and have cost him $20,000 a month in revenue from lost advertising and celebrity endorsements, and that I made all of his investors drop him and stop giving him money.

The guy is a fool for thinking that by attacking me his advertisers will change their minds and come back to his website.  Sorry, but that ship has already sailed and it ain't coming back.

And you tell your mother that you don't know who to believe.  Right.  Because both your mother and your brother and I are all lying to you.  This isn't something like "oh, there's elephants walking down the street.  Go look" so I can steal a bite out of your sandwich, dummy.  This is some real serious shit.
It's not a question of your mother taking my side and not yours.  It's about her knowing the truth and trying to get through to you so you can see it, too.  Ask yourself this:  would you rather have a mother that says what you want to hear so that you feel better, or a mother who tells you what you need to hear because she knows it's the truth, even if you don't want to hear it?  As I told you and Collin so many, many times.  It is not my job to be your friend.  It's my job to be your father.  Sometimes being a dad means telling your kids things that they don't want to hear.  My job is to try to prepare you for the world so that you can be safe and so that you can stand on your own two feet and learn how to make good decisions for yourself so you can protect yourself and to learn from my mistakes.  It's not my job to make you happy and tell you only things that you want to hear or to always agree with you.  And when you have your own children, you will soon see that I speak the truth here and maybe then you will finally understand why I say these things and why I did some of the stuff that I done.

If you would be honest with yourself for just a minute you would see just how fucked up your life is right now.  Yet you don't even try to make things better for yourself.  You are 3,896 miles from me right now or eight hours by plane.  How long has it been since we were last together?  I can tell you precisely to the number of days it has been.  This is time lost that you can never, ever recover.  Pretty soon there will be a day when it will be too late, that even if you wanted to be with me, you couldn't.  But you in your stubbornness refuse to even think of such a possibility.  Or, worse, you just don't give a fuck.

If I am such a mean, terrible person, then why is it that your mother is still with me and that your brother is closer to me than ever before?  Are they just stupider than you are, blind while you can see?  Yeah, that's typical Jehovah thinking:  The whole world has it wrong while only you chosen few, you people who consist of less than one-tenth of one percent of the population, have all the answers.  Right.  Because that makes perfect sense.  And you know something that your own mother and your own brother do not.

Well you have fun living in your smelly junk pile in Peru thinking God loves you more and better than anyone else in the world.  The fact that is a clear sign of mental illness, don't let that bother you, ok?

And you just keep on fucking your old dad because nobody gives a shit about him, right, 'cause he's a Bad Person and you know this to be true because some random guy sent you an email saying so.

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.96.57.200 with SMTP id k8csp219847qdq; Mon, 21 Apr
2014
 21:26:32 -0700 (PDT)
X-Received: by 10.60.133.17 with SMTP id
oy17mr5077440oeb.51.1398140791885;
 Mon, 21 Apr 2014 21:26:31 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda6.aus.datafoundry.com.
 [209.99.124.137]) by mx.google.com with ESMTP id
 kk10si30389664obb.158.2014.04.21.21.26.31 for
<brittdani.v@gmail.com>; Mon,
 21 Apr 2014 21:26:31 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net
designates
 209.99.124.137 as permitted sender) client-ip=209.99.124.137;
Authentication-Results: mx.google.com; spf=pass (google.com: domain of
 retzlaff@texas.net designates 209.99.124.137 as permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1398140791-0511ea3a27310f0001-nAb4Jx
Received: from texasnet.proxy1.mail.aus.datafoundry.com
 (texasnet.proxy1.mail.aus.datafoundry.com [209.99.125.96]) by
 milter.aus.datafoundry.com with ESMTP id Jb15qOGCjLAJUPHJ for
 <brittdani.v@gmail.com>; Mon, 21 Apr 2014 23:26:31 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.96
Received: from computerPC (ip68-104-148-212.ph.ph.cox.net
[68.104.148.212]) by
 texasnet.proxy1.mail.aus.datafoundry.com (Postfix) with ESMTPSA id
949C321529
 for <brittdani.v@gmail.com>; Mon, 21 Apr 2014 23:26:30 -0500 (CDT)
From: "Tom Retzlaff" <retzlaff@texas.net>
```

-------- Original message -------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** April 22, 2014 at 5:24:10 AM GMT-

My friends want to take action on this. Serious action. Permanent action. The nice thing about being a guy owed favors is that you never really need to call them in. The guys who owe you know what you need (or want, which is really the same) without you even having to explicitly say anything more than, "will no one rid me of this troublesome man?" And it's done.

Him contacting you has really set me off and an appropriate message needs to be sent. One is on the way as we speak right now. I am beyond angry here kid.

You letting boys take naked pictures and sex videos of you is what started all of this bullshit. This fucker thinking he can charge me $200 to remove them from his website is what caused me to destroy his company.  And him wanting to show me what an Internet Tough Guy he is is what will likely end up getting him killed and his family hurt.

Funny how these things go. One little thing leads to another thing, which in turn results in more.

Dad


Tom Retzlaff

-------- Original message -------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** April 22, 2014 at 1:18:49 AM GMT-5

Even that asshole's lies don't make any sense.  If I got kicked out of school, then how is it that I have a degree form that school hanging upon my wall, which you have seen?

And his claim that I go fired from my job 'cause of some problem with a secretary?  Then why did I get a fine letter of recommendation that lead me to having a similar job out here?

In any event, I sit here contemplating the murder of this man and his family.  In the end he knows not whom he is messing with.  Going to jail (assuming I get caught) ain't nothing but a thing to me.

-------- Original message --------------------------------------------------------------------------------------------------

From: Tom Retzlaff <retzlaff@texas.net>
Date: Wed, 30 Apr 2014 02:01:11 -0700
Subject:

Just curious if you knew that your new friend blasted out on twitter accusations that I am a convicted sex offender to 1.5
million people.  Bad Shit's gonna be happening soon.

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.96.57.200 with SMTP id k8csp225548qdq; Wed, 30 Apr
2014
 02:01:31 -0700 (PDT)
X-Received: by 10.182.252.204 with SMTP id
zu12mr530681obc.69.1398848490790;
 Wed, 30 Apr 2014 02:01:30 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda6.aus.datafoundry.com.
 [209.99.124.137]) by mx.google.com with ESMTP id
 g2si18561244obv.141.2014.04.30.02.01.30 for <brittdani.v@gmail.com>;
Wed, 30
 Apr 2014 02:01:30 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net
designates
 209.99.124.137 as permitted sender) client-ip=209.99.124.137;
Authentication-Results: mx.google.com; spf=pass (google.com: domain of
 retzlaff@texas.net designates 209.99.124.137 as permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1398848490-0511ea4b691f55c00001-nAb4Jx
Received: from texasnet.proxy2.mail.aus.datafoundry.com
 (texasnet.proxy2.mail.aus.datafoundry.com [209.99.125.97]) by
 milter.aus.datafoundry.com with ESMTP id sLm0TnJfQ22ymTOk for
 <brittdani.v@gmail.com>; Wed, 30 Apr 2014 04:01:30 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.97
Received: from computerPC (ip68-3-61-117.ph.ph.cox.net [68.3.61.117])
by
 texasnet.proxy2.mail.aus.datafoundry.com (Postfix) with ESMTPSA id
C737526E29
 for <brittdani.v@gmail.com>; Wed, 30 Apr 2014 04:01:29 -0500 (CDT)
From: "Tom Retzlaff" <retzlaff@texas.net>
To: "Brittany Retzlaff" <brittdani.v@gmail.com>
Subject:
Date: Wed, 30 Apr 2014 02:01:11 -0700
X-ASG-Orig-Subj:
Message-ID: <000301cf6452$bd904bc0$38b0e340$@texas.net>
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_0004_01CF6418.11325E20"
X-Mailer: Microsoft Outlook 14.0
Thread-Index: Ac9kUrutSMC1ozKdTW6pe41Fkth2TQ==
Content-Language: en-us
```

-------- Original message --------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** May 8, 2014 at 8:03:37 PM GMT-5
**To:** "Brittany Retzlaff"
**Subject: dangerous emails**

You need to keep a sharp eye out for fake emails.  This crowd you are involved in, or who are interested in you, is very good at making fake looking emails that look like they are coming from official people like fake police and fake courts.  I have received about a dozen just today claiming to be FBI and IRS and police in California.  Only after looking very closely at the electronic information could I tell they were faked emails. DO NOT CLICK ON ANY EMAILS THAT HAVE ATTACHMENTS IN THEM.  I made the mistake and my anti-virus software went nuts and I had to spend 2 hours running virus scans.

Do not be running your mouth off to any other else about this.  NO ONE.  Unless they share DNA with you, don't talk. All this shit has been happening over the past week or so.  Your anti-bullying friend isn't getting his way with me and he and his hacking buddies are doing a full court press.  Someone has already tried hacking into your mother's bank accounts recently.  Yeah, seriously.

When you find yourself in the cross-hairs of these people, they can make things very difficult.

Just like when those people made all them fake IDs and drivers licenses in your name in Vegas a month or so ago.  Yeah. And you got the balls to say "my lawsuit, my problem"  well F you man.  Last I checked it was YOUR naked pictures and YOUR sex videos that were on HIS website and everyone elses website. I sure as fuck didn't pose for no pictures or sex videos.  YOU DID.

Oh but I'm the bad man for trying to help you and get this shit of the internet.  I forgot. Never mind.

Dad

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.96.12.136 with SMTP id y8csp145607qdb;
        Thu, 8 May 2014 18:03:53 -0700 (PDT)
X-Received: by 10.60.37.129 with SMTP id
y1mr8090457oej.31.1399597433670;
        Thu, 08 May 2014 18:03:53 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda4.aus.datafoundry.com. [209.99.124.135])
        by mx.google.com with ESMTP id
f1si61746obt.50.2014.05.08.18.03.52
        for <brittdani.v@gmail.com>;
        Thu, 08 May 2014 18:03:53 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net
designates 209.99.124.135 as permitted sender) client-
ip=209.99.124.135;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of retzlaff@texas.net designates
209.99.124.135 as permitted sender) smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1399597432-0595la5165388fea0001-nAb4Jx
Received: from texasnet.proxy3.mail.aus.datafoundry.com
(texasnet.proxy3.mail.aus.datafoundry.com [209.99.125.98]) by
milter.aus.datafoundry.com with ESMTP id DwF6AfszhEjZdjj7 for
<brittdani.v@gmail.com>; Thu, 08 May 2014 20:03:52 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.98
Received: from milter (localhost [127.0.0.1])
        by texasnet.proxy3.mail.aus.datafoundry.com (Postfix) with
SMTP id 37CD22172F
        for <brittdani.v@gmail.com>; Thu,  8 May 2014 20:03:52 -0500
(CDT)
Received: from computerPC (ip68-3-61-117.ph.ph.cox.net [68.3.61.117])
        by texasnet.proxy3.mail.aus.datafoundry.com (Postfix) with
ESMTPSA id E729F213AC
```

-------- Original message ---------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** May 13, 2014 at 12:13:08 PM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

By the way, I know exactly who has also been looking at your emails.  Like that wasn't figured out weeks ago.  There are consequences for everything kid and you will suffer them.  You don't think your mother & brother aren't upset?  Very upset??  When you want to come home, don't.  It won't be fun or happy.  It will be ugly.  But I hope that it will be all worth it to you.  These people can't help you and they certainly can't save you.

-------- Original message ----------------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** May 13, 2014 at 11:26:50 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

Well kid it looks like you've stirred up quite a hornet's nest.  I hope that you are proud of yourself and all the hassle and money that you will have cost this family – again.  Yet another example of your spiritual warfare I see?  You think these people are your friends, but they are not.  You think these people can help you, but they cannot.  And when you get home, then what?



-------- Original message ----------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** May 13, 2014 at 5:20:12 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

I was told that this guy has you listed in court papers as an employee for his company. And you realize that these court papers are all public records and have, by now, likely been posted all over the Internet. So everyone can see that Brittany Retzlaff works for ViaView Revenge Porn and Blackmail company.

Do you have any idea of just how many people hate that man, his website, and company? Tens of thousands of people, kid. And now ALL of those people see your name as being associated and working for this company.

This man is posting emails with your personal information, your email address, and your private info. He is a member of the hacking group Anonymous. How soon do you think till your SSN and other info start appearing on hacker and identity thieves websites? Probably there by the end of the day.

And now 10,000 plus people will hate you for working for him and you will be there forever associated with this.

You know both mom and brother will be in court with me, and your grandfather. Will that make you feel good? Because you know I will fight this and we will fight this using everything we can.

This man runs a disgusting business and now he attacks me and your family. He'll tell you he isn't interested in them, but it's a lie. Why else is your mother's and brother's and family's information all over his website and twitter?

Oh but he's your friend and a good person.


Dad


Tom Retzlaff

-------- Original message -------------------------------------------------------------------------------------------------

**From:** Dean <dean714@yandex.com>
**Date:** May 14, 2014 at 4:51:57 PM GMT-5
**To:** brittdani.v@gmail.com
**Subject: News article about you**



imgur: the simple image sharer

-------- Original message --------------------------------------------------------------------------------------------

From: **Tom Retzlaff** <retzlaff@texas.net>
Date: Thursday, May 15, 2014
Subject:
To: Brittany Retzlaff <brittdani.v@gmail.com>


If u wish to get out of this mess, you have to let me know and I will draw up the proper papers for you to. I will say do not trust them to do it. But you won't listen.

But I will destroy you in this fight against them. They don't care about you. You are just a tool to them to get at your father. But little do they know just how much I don't care. But this is what you signed up for when you decided to get involved.

I will spend every last penny I have. Not only that, I will spend every last penny your mother has, too. And you know she'll give it all to me. Same with brother.

So you decide. You can hide and non-action is not an option since Ur name is on that paper. So u will be gotten to no matter where Ur at.

Tom Retzlaff

-------- Original message ----------------------------------------------------------------------------------------------

From: **Tom Retzlaff** <retzlaff@texas.net>
Date: Thursday, May 15, 2014
Subject:
To: Brittany Retzlaff <brittdani.v@gmail.com>

Listen, I know this religious stuff is very important to you, but I have a lot of difficulty understand that kind of stuff and why it appeals to you.  That still does not mean that I can't appreciate the fact that this is something important to you.  I don't like it or agree with it **– but most importantly that doesn't matter**.  What matters is what you get out of it and how it makes you feel.

I respect that.

I respect that part of your life about you.  And don't think for an instant that I love you any less for you.  Because I do not.  While at first I was very, very angry and did not want to have anything to do with you, with my age has come some wisdom and a greatly increase in knowledge on this matter.

With regards to the upcoming conflict, you need to understand that those people out you in the middle of this for a reason, and it wasn't for my reason and it wasn't for your reasons.  They have their own agendas which have nothing to do with ours.  But irrespective of that, I will have to do whatever it is that I have to do to get at and destroy these people in the same fashion that I have done so before, and if you get caught in the middle or in the cross fire, so be it.  I will not slow down or lesson my attacks one bit because of your presence.

After all, you were the one who decided to sign up for this little fight.  And if I end have having to go through you to get at them, I will do so.  I will be very sad afterwards.  But I get sad about a lot of things anyways, so what's one more sad thing, eh?

This McGibney & Leiderman guys don't know who they are messing with.  I wrestled and stole away hundreds of thousands of dollars from multinational corporations in lawsuits that they did not want to give me.  But in the end I prevailed.  I fought for an won my freedom from prison (and the freedom of thousands upon thousands of men) when it was me alone vs. the entire state of Texas.  You read all the letters that I got from all the inmates I helped afterwards and the newspaper reports.  4,500 people let out on account of me.  Who knows how many by now ten years later.

Just so you know that I will fight, that I fight hard, and that I end up winning more often than not.  And when I do lose, I make damn certain that the other guy wished he hadn't got into the fight to begin with.  That's the secret to losing: making the other guy's "victory" taste like burnt ashes in his mouth with his litigation budget all blown to hell, his bosses all pissed off over all the delays and hearings and clients being forced to write check after check in order to stay in the fight.  And in the end left then with nothing but a scrap of paper with a judgment on it not worth the paper it is written on.

20

So I will fight him, and I will fight you.  In the end when you end up destroyed, who will be left to care about you then, Brittany?  But this is what you get when you associate with the kind of man who runs a revenge porn company and who makes his money in ways we both know Jehovah would not approve up.  And once your elders find out about this, you're dead meat.


Dad

-------- Original message -------------------------------------------------------------------------------------------

From: **Tom Retzlaff** <retzlaff@texas.net>
Date: Thursday, May 15, 2014
Subject:
To: Brittany Retzlaff <brittdani.v@gmail.com>


Dearest child Brittany,

You understand, don't you, that there is not a thing that this man or lawyer can do that will help you. You already know by now that I do not care about court orders or restraining order or cops or any of that stuff.  And you know that your brother and mother will be right there supporting me no matter what.

As I have told you many times throughout the years:  I may be a son of a bitch, but I am **your** son of a bitch.  Or have you forgotten what I did to Robert for you?  Weren't you the one, after all, who showed me where his mother lived and where he was staying?  Who was it that made sure you got ALL of your stuff back and you didn't care how I did it?  You forget what it was that you took out of my car that time at the hotel garage?  Or remember when you woke me up at 2 am cuz that spic wasn't home and you wanted me to come with you to go looking for him, with my fucking gun because you knew I would shoot him if we found him somewhere he wasn't supposed to be?

And who, exactly, did you call first when you totaled out your car because you thought it would be a good idea to text & drive in the interstate in rush hour and who wanted me to give $20,000 to?  Wasn't that a car that I just spent nearly $1,800 fixing for you?

Oh, and who was it that got you accepted into the university and PAID entirely your first full year of tuition, books & fees?

And who is it that is still trying to pay off YOUR debts and credit card bills even now?

Listen, I am not complaining.  You know that I would do (and have done!!!)  all kinds of terrible things to those you want without hesitation or remorse.  Just like we both know that there will come a time when you will need my help with Daniel.  I'm not throwing this in your face or giving you a hard time.  I don't mind doing these things for you because it comes with the job.  I may at times be a shitty father and I may not always (or even usually) do the right things, but I always try to do what I think is best for you however misguided or plain wrong that might be, but it's with good intentions, right? So don't that count some?.  But at the end of the day, I am **your** father Brittany.  And nothing will ever change that.

I will always do what I think is best for you and I will never stop doing that until the day that I die.

This guy is a real idiot and a clown.  Like he thinks I give a shit about his stupid lawsuits or court orders.  Seven years in prison I spent.  You think anything he does is going to change me or affect me?  Some stupid court way out in California 1,500 miles away is not going to affect me one bit.  Certainly it is an aggravation and it pisses me off.  But then so do a lot of things.

This photo attached here that this attorney posted on Twitter is my Get Out of Jail Free card, and it's a Golden Ticket to an easy lawsuit win for me against this attorney here where I live – not in

California.  Either the statement he said is true or it is not true.  As you know, it is not true.  Thus, I win.  It's only a question as to how much it will cost him.

If you are looking at these people to save you, look the other way, because they can't.  They are not even in a position to save themselves.  And now that media attention is being brought to this case, things are only going to get worse.  Your name and employment with this revenge porn company is going to draw you a GREAT DEAL of unwanted attention and harassment.  I would not be surprised if you haven't been contacted already.  While you may think that just because you are in Peru that you are immune from all of this, think again.  You don't think that people in Peru use Google or have email?  And what happens if people start contacting your Kingdom Hall and telling them about your working with this man?  You cannot deny it because the court records are what they are.  There are even people in Peru who have been harassed and posted on this man's Cheaterville.com website and it has received media attention there.

And then what happens when you come home?  While you can hide your head in the sand, the world is still out there and people will still remember and know who you are and what you have done.  Don't you realize that?  These groups of internet terrorists have been fighting each other for years.  One group vs another group.  They think it is funny to call up employers and family members of the other group's members and harass and stalk them.  BOTH SIDES ARE LIKE THAT.

You have put your name on the radar of some very irrational and dangerous people.

This is the kind of man who runs a REVENGE PORN WEBSITE.  And from what I have read about him, he is under investigation by the state of California and other authorities.  He is not a white knight coming to save you.  He is just using you to get to me.  Why else do you think they even got in contact with you, dummy?

But whatever.  You learn the hard way, just as you always do.  But understand this, kid:  No fucking restraining order is going to stop me doing what I need to do with my children or from being with you.  Prison certainly couldn't change me, this clown hasn't a chance.  It will all end in one huge bloody mess and you won't be happy in the end.  And how will this hurt your mother and brother, as they will be right there with me when it happens?  Then you're going to be like "Oh, but I never meant for this to happen."  Too bad.

I have warned you before many times:  you are not allowed to come home until you and I have settled our disagreement one way or the other.  If you chose to ignore me, you know exactly what is going to happen. And when it happens, words on a piece of paper or restraining orders won't save you. And your brother will be right there with me because I will make him be there, and you know that he will do it.

In the end it doesn't matter.  I am a son of a bitch, but I am your son of a bitch.  You use me, or the threat of me, to make your enemies submit to you just like with Robert and the others.  But that's my job.

I loved you even before you were born, and I will love you till my last breath.  I am YOUR father, weenie.  I miss you even much and I love you even more.

Mices to pieces, right?

Daddy

23

-------- Original message -----------------------------------------------------------------------------------------------

**From:** denise.hollas <denise.hollas@live.com>
**Date:** May 15, 2014 at 6:44:49 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>
**Subject: Fwd: News article about Brittany Retzlaff**


-------- Original message -----------------------------------------------------------------------------------------------

From: Dean
Date:05/15/2014 4:02 PM (GMT-07:00)
To: denise.hollas@live.com
Subject: News article about Brittany Retzlaff

Dear Denise Hollas,

I am one of the administrators for the website *BV Files*, a website that is devoted to exposing the activities of James McGibney and his blackmail and revenge pornography business Via View, Inc.  We have a very large following with over 400,000 unique page views since we first started in February. According to court records filed by Mr. McGibney and his attorney Jay Leiderman (and posted on his twitter feed) your daughter Brittany Retzlaff is listed as being one of his employees.  I was able to get your email address from doing research for an article.

**We are in the process of publishing a news article about Brittany for our world wide audience to read.** According to other posts about Brittany online she are a member of the jehovahs witness religious group correct?  How do you explain her religious involvement with her employment in such a company? Does that create any conflicts?  Do any other members of her group work in the revenge porn business or for this Via View company?  How do her church leaders feel about that?

Do you know what her duties with the Cheaterville.com website are?  We know that McGibney claims to have 12 other employees, and we know some of their names, can you provide us with any of her co-workers names.  One of his employees Deric Lostutter was recently raided by the FBI for computer hacking and McGibney is under investigation by the attorney general in California for blackmail and extortion because of his Cheaterville and Bullyville websites.  McGibney claims to be a part of the computer hacking group Anonymous which is also under criminal investigation.  Are you afraid of any criminal investigation against your daughter for being his employee?

Did you know that McGibney is suing her father?  Can you tell me why your daughter is involved in helping him sue her father?  How does this make you feel? McGibney claims her father had sex with Brittany for several years and that he got her pregnant.  Is that true?  Did you know that McGibney is being sued by many other people in federal courts all over the U.S. for blackmail and revenge porn?  A Maryland doctor is just one recent example.  We know that McGibney and Cheaterville charge people at a minimum $199 to remove the photos and postings.  But we have heard that he charges even more to remove Google search results and other things.  What is your daughter's exact involvement in this and how much money does she get paid for it?  How does it make you feel knowing your daughter works for a man and a company that makes its money off of other peoples harassment, embarrassment and misery?

One thing that has us all concerned here is that both McGibney and Leiderman have a long history of making false claims in court and to the media.  Some of us here are thinking that perhaps this is all just one big lie by them and that she really is not an employee and that she has no involvement at all.  But we saw some of the emails that Brittany Retzlaff provided them that they are claiming came from her father.  So how else could they get that stuff without her working for them.

We have contacted the jehovah witness church's press office in Brooklyn New York and spoke to a press representative there who promised to get back to us with further information and comment. One of our site administrators speaks Spanish and he will be calling trying to reach someone at her church in Peru for comment to.  **Are they also aware of your daughter's employment with Cheaterville and her employer's association with the hacking group Anonymous?  Do they know that she and her employer are involved in all of these lawsuits and criminal investigations?**

Many people all over the world are watching these lawsuits and are watching McGibney's activities and are very angry and concerned.  Many news organizations have written about his activities, so there is a lot of interest in our readers about Brittany Retzlaff and who she is.  So anything you can provide will be helpful.

Thank you very much

-------- Original message ----------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** May 22, 2014 at 1:22:56 PM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

Just remember: nothing is your fault. Nothing is the result of your poor planning or implementation, or your foolish decisions.  It's all on me.  Ok?  There, now I just saved you <u>years</u> of expensive psychotherapy.

-------- Original message --------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** May 26, 2014 at 9:28:47 PM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

Just curious, how would you feel if naked photos of your mother or her sex videos ended up on the very same website you were on?  Would that man still be your friend?  Because the only way he will ever take something down from his website is if you pay him money.  And by the way, you do NOT have a permanent restraining order.  You are free to listen to whatever lies this guy has told you, and you are encouraged to believe them, too, if that makes you feel any better.  But your beliefs do not change the reality of your situation.  Besides, do you really think I would ever stop doing what I feel is best for my children no matter what?  And do you really think that I am afraid of going to jail?  You know me better than that.

If your brother did not hate you so much then why is it that he hasn't bothered to talk to you in years?  Does he pick up the phone and call you?  How many emails has he written you?  So please do not kid yourself.  You have made him an enemy for life.  Hey, but at least you got Jehovah on your side, right?  Oh, wait a sec… seeing how you got your visa denied, I guess Jehovah isn't on your side, either.  But you keep telling yourself that anyways, ok, kid?  Whatever makes Brittany feel good about herself is all that matters because it's all about you kid.  Right?

-------- Original message --------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** May 26, 2014 at 10:18:23 PM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

The dog isn't very interesting, either.  She just sits there.  Doesn't play or yap or anything.  Just sits there.  And at night she has to sleep in the bed otherwise she starts hollering.  And its not little yells, either.  She hollers just like someone being raped would holler.  She fucking hollers long and loud and doesn't stop.  Once she hollered for 2 ½ hours straight.  I thought she was getting fucked in the ass by a pack of wild niggers or something it was that bad.  For sure!  So they only way I get to sleep is if she is in the bed.  But then after about 2 hours or so she starts wiggling around and jumping on the bed, which wakes me up.  After I take her outside she goes back to sleep for 2 more hours, but then wakes up to play some more.  If I stick her in the cage I got from mom she hollers.  I can hear her though several rooms even 60 feet away though all the walls.  So for a pet, this dog sucks ass!  I am hoping when she gets bigger she'll be more fun.  But right now I can see why nobody else wanted her.  She has goofy eyes, doesn't make eye contact, wont come when called (to be expected), craps and pees, doesn't play and isn't any fun at all.!!

-------- Original message -------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** May 26, 2014 at 11:37:59 PM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Subject: lawsuit update**

By the way, your "friend" suffered a terrible defeat in Texas last Wednesday.  He filed a lawsuit against me and about 5 other people.  Someone who has a rich father paid for a lawyer on behalf of one of the defendants to file a response and to seek sanctions for violating our rights to free speech.  Your friend tried to immediately dismiss the lawsuit and make it go away, but the judge wouldn't let him.  The man with the rich father has paid out nearly $65,000 for this lawyer in Houston.  He is one of the top First Amendment lawyers in Texas and is very well known in the newspaper industry.  So my guess is that someone with ties to the newspaper industry either knew this lawyer or heard about him and then got him the money needed to fight.  Since I know how you like to talk to this fool in California I won't mention anything further.  But it is funny as hell.  Anyways the judge will make his ruling on June 11th and I will be there to laugh my ass off and collect some money.

Sanctions are likely to be $100,000 or more as the law is very clear and the lawsuit he filed against me was very bullshit.  Once we get done in Texas the next stop will be California and I am going to pound this little faggot like a drum and take everything he owns.  I have already lined up a guy named Karl Olson, he is THE TOP first amendment lawyer in California and, again, another friend of the newspaper industry.

This man was an idiot for fucking with me.  I took on the state of Texas all by myself from my prison cell and won my release – and the release of many thousands of others.  I have filed and won countless other lawsuits against some of the biggest companies in the US.  AS YOU WELL KNOW.  So do you honestly think that some revenge porn website owner and his one jew lawyer can beat me when the whole of the Texas Attorney General's Office and Parole Board tried to keep me in prison?

29

-------- Original message -------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** May 27, 2014 at 6:49:12 AM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>
**Subject:** Mom's pic

A picture speaks a thousand words, and mom told me that you saw the photo I sent you of her and I in bed. Why would something like that surprise you? She and I have been together for nearly 40 years we've known each other. What she says to you, and to others, is far different than how she is with me, as you know.

As things stand right now you will not be allowed back home or anywhere near the house. I will bring enormous amounts of pressure on your mother and do whatever I need to do to get her to see things my way. I mean this Brittany.

I will do whatever it takes to keep you and that boy away.

The man who claimed to be your friend and savior I just found out right this very minute has suffered an enormous defeat. The judge in Texas is likely to order sanctions in the amount of $250,000, plus $67,000 in attorney fees for filing that bullshit lawsuit against me and some other people.

Right now his websites have been shut down. All of his advertisers have been run off, his twitter account banned and removed - and he blames it all on little old me, your daddy. Lol

Guess he shouldn't have posted your pictures on his website and tried to charge me $200 to remove him.

But now it appears that you have betrayed me, but you have also betrayed the family as well. That I cannot tolerate. So for your own good, under no circumstances are you to return to the US. It will be hell for you if you do.

That hacker bunch I told you about? When you decided to work with that revenge porn man you name and personal information got into the hands of some seriously fucked up people who will stalk you and harass the fuck out of you and any place you try to work at because you joined their enemy.

I already found your SSN and pictures on hacker website along with Leigh Ann and Eddie. These hacker types are ridiculous and evil and don't care.

When you joined that man and his company you became enemies of a huge number of people.

If you do not want to talk to me and work things out, do not set foot in the US. No piece of paper will be able to help you. But you always have the choice of calling.

Dad


Tom Retzlaff

-------- Original message ------------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <<u>retzlaff@texas.net</u>>
**Date:** May 30, 2014 at 10:53:06 PM GMT-5
**To:** <<u>denise.hollas@live.com</u>>, "Brittany Retzlaff" <<u>brittdani.v@gmail.com</u>>
**Subject: harassment website**

As you can see this website was created on today's date, May 30th and it was started up by Brittany's new friend and the man who owns the revenge porn website.

But if you will ask Brittany I am just making this up and it is all fake, right?  Like all the other 15 or 20 other harassment websites started up by this fucking idiot.  And just like the one created in my own name.  yes, that is my evil plan for getting you back Brittany.  I created these websites to harass myself and your brother so that you will think that it is all being done by this man and friend of yours.  That really makes sense.

-------- Original message -------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 2, 2014 at 5:19:06 PM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

Just so you know, your stalker hacker friends hacked into your brother's Instagram pic account and have started posting photos of him.  But I guess this is all fake and it's really me doing it, right.  Now your brother thinks you are a bigger bitch then what he originally thought.

-------- Original message -------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** June 5, 2014 at 4:38:31 AM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Right now your brother is right next to me while we make our plans on how best to deal with you. I can send you a pic if u want, like the one I sent of me and mom in bed a couple weeks ago. Your mom and I have been together since we were about 10 years old. We are from the same towns. She a cheerleader and I the hockey, football, baseball player during high-school. You remember see all those trophies in my old room at my mom & dad's, rights?

When Ur brother was sick and needed help last fall, who sat with him day and night, even when he didn't want it and even when he felt fine. Yeah, me. You think he ain't going to remember that when the time comes?

Or what I did to save Ur mom's house from being foreclosed. Or helping he keep her lights on and making sure collin's place is all ready for him.
Bad enough I got my own life and own problems, but I gotta deal with hers, and his, and yours. But whatever. That's my job. Imma the dad.

You need to understand that I know exactly what to do and say to get the truth out of u. I also know what buttons to press that will leave u feeling cold, lifeless, and suicidal and deeply in paid. Afterall, I created you. I taught u everything you know.

Remember the movie Old Yeller? You remember how it ended and why? In the end I will do to u what needs to be done and that will be that.


Dad

-------- Original message -----------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 5, 2014 at 3:51:48 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Subject: my attorney fees**

Curious as to how much this case has cost?  Exactly $66,955.  Yes, you heard me.  This is how much it has cost to fight your internet hacker friend's lawsuit in Texas.   When your grandfather took his South American cruise last month, you want to know how much that cost?  About $30 grand.  And when he


took his trip to Russia the month before that.  Yeah, that's right.  So this lawsuit has cost the equivalent of Boppie taking just two cruises out of the dozen or more trips he makes every year.  Do you think he minds?  Not a bit!  Who the fuck spends $66,955 in attorney fees if they don't think they have a damn good chance at winning, and winning big??  Ha ha ha

You silly bitch, you think that by telling your mom It's her own fault for having her and Collin's Instagram open that it's okay for people to take their photos to stalk and harass them?  Or that just because mom's home address is online (WHICH IT FUCKING ISN'T YOU FUCKING MORON!) that it's okay for people to post it on a stalker's website so she can be harassed.  And I guess you're also cool with the fact that your grandfather's info was posted by James, too.  But you're cool with that, right?  **Maybe the next time you get raped it will be your fault for wearing thong panties and that short skirt you like!**  In fact, your friend, whom you call "James", went on Twitter the other day and said to someone "Well Bitch, you're so-called "rape" was YOUR OWN FAULT. Keep your legs closed next time!!"  And, FYI, Collin's Instagram wasn't open – it was hacked.  **And how do you explain the fact that it was this James follow or one of his friends that bought a website up in your brother's name?**

I also see that you've told your new friends that story about hidden cameras in the bathroom.  You stupid, stupid little girl.  You don't think I already have that covered?  You don't think I remember that you told your brother like 4 DIFFERENT stories about how these pictures came to be?  Yeah, dummy.  I already secured a written affidavit from your brother.  **Plus he will be coming to court to testify for me if needed.  Same with your mom.**  Now just how well do you think that will go over in court?  Your own brother and mother testifying against you?  You're a fucking lunatic with a history of mental illness who sold all of her property, ran off to Peru, married some boy in exchange for money, and joined a crazy religious cult.  Compared to your own brother testifying against you and that you have told different stories about this and how you like to lie a lot.  THERE WERE NO HIDDEN CAMERAS YOU SILLY LITTLE BITCH!  Your nude photos are clearly posed for.  I can see you looking straight into the camera and smiling.  Oh but that's fake, right?  What the fuck would I need hidden cameras for when I have seen you naked THOUSANDS of times even grown up?  It's not like you've ever been shy around me, kid.  Nor was it ever a big deal.

Did you think that just because this guy files some papers in court and says my name on twitter that I was going to go and run away?  Come on, dude, you know me better than that!  You think this is the first guy like this that I have come across before?

By the way, the fact that you married that boy FOR MONEY is why his Visa got turned down and why he is on the list keeping him out.

And how does hidden cameras in the bathroom explain the fact that sex videos OF YOU FUCKING were posted as well?  Oh, I guess I made those as well, right?

**You make a deal with the Devil, don't be surprised when you get burned.  A guy who owns a revenge porn website is NOT your friend and he cannot be trusted.  And if you don't believe me, then ask some of the 10,000 or so girls JUST LIKE YOU that are posted on his website.  In fact, when we all go to court (assuming I even bother to show up, and assuming that this guy & his company are still around and didn't lose all their money in Texas), I will ask you that very question.**  How do you explain your involvement with a revenge porn website.

You stupid, stupid little girl.  You and this retard think you're dealing with some kind of amateur?  I've been doing this shit for nearly 20 years and I've won hundreds of thousands of dollars – all on my own against some of the biggest and best law firms in TX.  You don't think I know what the fuck I'm doing?  And now I have one of the Number One 1st Amendment lawyers in TX on my side, as well as THE TOP 1st Amendment lawyer in California waiting, you think that faggot McGibney and Leiderman can beat me?

And what will be left of you and your life, whether here or in Peru, as a result?

One way or the other, kid, you're going to get fucked.  Whether it's by me or by him or by someone else, you will get it in the end.  You decided to jump in the mess, don't be surprised when the folks in Peru start getting emails and phone calls.

But whatever.  Brittany does what she does and damn the consequences, right?

I strongly suspect that the LAST TIME you will ever see your brother again is in a court room with you facing off against your dad with him at my side.  If you think you can live with that, fine by me.


Dad

-------- Original message --------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** June 11, 2014 at 4:18:05 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>
**Subject: I lied to you**

I lied to you about something very important.

I lied to you about the amount of attorney fees being sought against your Internet stalker friend. Its not $66,955. Its more like $100,000. Yeah, that's right.

Also, I was wrong about the amount of sanctions we are seeking. Its not $250,000. Its $1,000,000. Yeah. One million dollars.

The Texas attorney just filed his final brief with the court just minutes ago.

Hahahahahahahaha. This clown is fucked!!! By me. The judge rules tomorrow or Friday.


Dad


Tom Retzlaff

iPad ⚡ VPN                                           11:08 AM                                           ⚡ 7% ⬜

< >  ⬆  ☰                         🔒 mail.google.com                         ↻  📖  ☁  +

Apple    Disney    ESPN    Yahoo!    CERT- Teacher Application

Gmail - I lied to you              ⊗ mail.google.com/mail/u/0/h/9dhg4dvszd6u/?&v=om&th=1...

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.194.76.142 with SMTP id
k14csp309lllwjw; Wed, 11 Jun 2014
 14:17:44 -0700 (PDT)
X-Received: by 10.194.157.68 with SMTP id
wk4mr55212123wjb.42.1402521463915;
 Wed, 11 Jun 2014 14:17:43 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda4.aus.datafoundry.com.
 [209.99.124.135]) by mx.google.com with ESMTP id
 cn1si38070wib.60.2014.06.11.14.17.43 for
<brittdani.v@gmail.com>; Wed, 11 Jun
 2014 14:17:43 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
 209.99.124.135 as permitted sender) client-
ip=209.99.124.135;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
 retzlaff@texas.net designates 209.99.124.135 as
permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1402521461-05951a36312080d60001-
nAb4Jx
Received: from
texasnet.proxy2.mail.aus.datafoundry.com
 (texasnet.proxy2.mail.aus.datafoundry.com
[209.99.125.97]) by
 milter.aus.datafoundry.com with ESMTP id
dGcU766i9FCLuhrH for
 <brittdani.v@gmail.com>; Wed, 11 Jun 2014 16:17:41
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.97
Received: from [127.0.0.1] (unknown [66.87.79.162])
by
 texasnet.proxy2.mail.aus.datafoundry.com (Postfix)
with ESMTPSA id C1B9D2188B
 for <brittdani.v@gmail.com>; Wed, 11 Jun 2014
16:17:34 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.2758)
Message-ID:
<20140611211805.5894289.90826.1637@texas.net>
Date: Wed, 11 Jun 2014 14:18:05 -0700
Subject: I lied to you
From: Tom Retzlaff <retzlaff@texas.net>
X-ASG-Orig-Subj: I lied to you
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect:
texasnet.proxy2.mail.aus.datafoundry.com[209.99.125.
97]
X-Barracuda-Start-Time: 1402521461
X-Barracuda-URL: http://209.99.124.135:8000/cgi-
mod/mark.cgi
X-Virus-Scanned: by bsmtpd at datafoundry.com
X-Barracuda-BRTS-Status: 1
X-Barracuda-Spam-Score: 0.17
```

-------- Original message --------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** June 11, 2014 at 5:05:12 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

By the way, did you know that your Internet stalker friend has a convicted child abuser for an attorney who was recently arrested and convicted of filing false police reports? He tried to get his children to make false sex abuse claims against their own mother.

Wow.

I could not believe it but I read a news article all about it last night.

Your anti-bullying friend hangs out with child abusers and felons under FBI investigation for computer hacking.

And you are listed as his number one support. What a fucking hypocrite you are.

Tom Retzlaff

-------- Original message --------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** June 11, 2014 at 5:18:56 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>
**Subject: Attorney fees**

$98,187.36 is the amount of attorney fees spent thus far in this lawsuit.

You think this kind of money would have been spent if we didn't think we had an excellent chance. Of winning?

Just curious, if I had given you even one tenth of that amount (or $9,800) how much better would your life be right now? You could actually live in a place that has heat and air conditioning, not to mention reliable running water. And you wouldn't be stuck walking up and down six flights of stairs with no elevator. You could get a car. Or even be able to see a doctor (a good doctor). Or have nice clothes or good food to eat.

You see where I'm getting at here? But for the choices you made, your life could be markedly better right now. But instead this money gets spent on an attorney in Texas on some stupid, and meaningless, lawsuit filed by your friend and supposed savior. $98,187.36 and one million dollars in sanctions. Hahahahahahaha

Dad

iPad 📶    1:10 AM    🔋
mail.google.com
Apple   Disney   ESPN   Yahoo!   CERT- Teacher Application
Gmail - Attorney fees          ⊗ mail.google.com/mail/u/0/h/2n8q0svtcczf/?&v=om&th=14...

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.194.76.142 with SMTP id
k14csp312246wjw; Wed, 11 Jun 2014
 15:18:51 -0700 (PDT)
X-Received: by 10.60.42.144 with SMTP id
o16mr43519670oel.47.1402525130941;
 Wed, 11 Jun 2014 15:18:50 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda1.aus.datafoundry.com.
 [209.99.124.132]) by mx.google.com with ESMTP id
 b10si37548233oeu.84.2014.06.11.15.18.50 for
<brittdani.v@gmail.com>; Wed, 11
 Jun 2014 15:18:50 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
 209.99.124.132 as permitted sender) client-
ip=209.99.124.132;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
 retzlaff@texas.net designates 209.99.124.132 as
permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1402525129-05757653948dbb080001-
nAb4Jx
Received: from
texasnet.proxy1.mail.aus.datafoundry.com
 (texasnet.proxy1.mail.aus.datafoundry.com
[209.99.125.96]) by
 milter.aus.datafoundry.com with ESMTP id
uDid6syk3bP9j5wh for
 <brittdani.v@gmail.com>; Wed, 11 Jun 2014 17:18:49
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.96
Received: from [127.0.0.1] (unknown [66.87.69.224])
by
 texasnet.proxy1.mail.aus.datafoundry.com (Postfix)
with ESMTPSA id 336CE219D2
 for <brittdani.v@gmail.com>; Wed, 11 Jun 2014
17:18:48 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.2758)
Message-ID:
<20140611221856.5951634.83684.1639@texas.net>
Date: Wed, 11 Jun 2014 15:18:56 -0700
Subject: Attorney fees
From: Tom Retzlaff <retzlaff@texas.net>
X-ASG-Orig-Subj: Attorney fees
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect:
texasnet.proxy1.mail.aus.datafoundry.com[209.99.125.
96]
X-Barracuda-Start-Time: 1402525129
X-Barracuda-URL: http://209.99.124.132:8000/cgi-
```

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** June 11, 2014 at 7:19:22 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Your anti-bullying "advocate " friend was banned from Twitter this afternoon on account of some mean guy reporting him to the lawyer for Twitter today for being a bully.

This is the second time he has been banned.

An anti-bullying advocate who gets banned for bullying isn't funny or ironic in the least, is it?

And soon he'll be writing out a million dollars check. Hahahahaha

You're a fucking moron and Ur gonna get slammed.


Tom Retzlaff

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 13, 2014 at 1:18:34 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Subject: twitter investigation**

Twitter has banned THREE of McGibney's twitter accounts now as of tonight - all for harassment & abuse.  Does that sound like a man capable of controlling himself and living in a civilized society?  Are those the actions of a genuine anti-bullying advocate?

McGibney went from having over 166,000 twitter followers to just 18.  His website went from having dozens of ads to none.  And he is being sued in federal and state courts by many people.

What does that tell you about this man you hooked up with?  It's not just me feeling this way, its lots of other people, too.  You claim you aren't working for him, but the court papers he has filed say otherwise.  He lists you as an employee.  Plus, the fact that my emails have ended up in his hands is very telling, too.

But remember what I said to you:  You will suffer severe consequences for this Brittany.  I promise you this on my mother's grave.



**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 12, 2014 at 11:32:52 PM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Cc:** <denise.hollas@live.com>

Dear stupid bitch,

Let me ask you a question that a stupid bitch like you can probably answer.  When a man who owns a revenge pornography website buys up a website in the name of both your mom and your dad and your brother and in your name, is that a good thing or a bad thing?  Is he really doing this because he is a kind person who just wants to help people?  Or does he do it because he has a history of doing it to at least 17 other people so that he can harass and defame them?

This James person you claim is someone that you can trust who told you that he is not interested in hurting your family, just me (which makes it okay, I guess)?  Right?  So then why buy up websites in the names of your mom and brother?

And why did he buy up a website in the name of my attorney in Texas and then go onto Twitter calling him a rapist homosexual pedophile and say he was going to harass him and all of his clients?

The attorney is asking for one million dollars in court sanctions against your friend.  Do attorneys normally ask for $1,000,000 in sanctions against "nice people"?

You are a motherfucking cunt and as soon as you set one foot in the United States you will suffer great punishment.  I absolutely mean it and you know that there isn't a god damn thing that anyone can do to stop me.  If you doubt me, then do it.  I fucking dare you to, kid.  In fact, I double dare you!!  You will suffer greatly for this, Brittany.  I guarantee it.

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 14, 2014 at 4:41:49 PM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

You claim to your mother that you are not involved in this and that you haven't been helping that stalker guy.  Well the time for proving that is right now kid.  On Monday something big is going to happen that will personally effect you and that boy, and once it is done, it cannot be undone.  So if you have got something to say to me, now is the time.

You're stalker friend, the man who lists YOU as being an employee of his company, personally harassed & tried to blackmail one of the biggest and best known attorneys in Texas.  The fall out against anyone associated with him – such as you, is going to be ridiculous and terrible, and ridiculously terrible.  You will personally get fucked up as a result of this.  I guarantee it 100%.

I went to a lot of time, trouble, and money to arrange things just so in this lawsuit, and in the lawsuits yet to come.  And it's going to be spectacular.  But you chose the wrong side.  In fact, any time you go against family it's the wrong side. The clock is ticking for you, Brittany.

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.128.139 with SMTP id
b133csp12038oid; Sat, 14 Jun 2014
 14:42:29 -0700 (PDT)
X-Received: by 10.194.174.168 with SMTP id
bt8mr15562151wjc.72.1402782148547;
 Sat, 14 Jun 2014 14:42:28 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda1.aus.datafoundry.com.
 [209.99.124.132]) by mx.google.com with ESMTP id
 t8si12444988wjf.134.2014.06.14.14.42.27 for
<brittdani.v@gmail.com>; Sat, 14
 Jun 2014 14:42:28 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
 209.99.124.132 as permitted sender) client-
ip=209.99.124.132;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
 retzlaff@texas.net designates 209.99.124.132 as
permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1402782146-05757664ac5d3e690001-
nAb4Jx
Received: from
texasnet.proxy2.mail.aus.datafoundry.com
 (texasnet.proxy2.mail.aus.datafoundry.com
[209.99.125.97]) by
 milter.aus.datafoundry.com with ESMTP id
Ttl2zsrNxjAQpt7c for
 <brittdani.v@gmail.com>; Sat, 14 Jun 2014 16:42:26
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.97
Received: from computerPC (ip70-162-198-
27.ph.ph.cox.net [70.162.198.27]) by
 texasnet.proxy2.mail.aus.datafoundry.com (Postfix)
with ESMTPSA id C208C218CB
 for <brittdani.v@gmail.com>; Sat, 14 Jun 2014
16:42:25 -0500 (CDT)
From: "Tom Retzlaff" <retzlaff@texas.net>
To: "Brittany Retzlaff" <brittdani.v@gmail.com>
```

-------- Original message ------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 15, 2014 at 1:44:47 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Subject: rick is being harassed**

Dear stupid bitch,

Your internet stalker friend, who is an anti-bullying 'advocate' and who only wants to help people, has started harassing Rick and posting his private information on twitter and other websites.

But that's okay with you because you trust "James", right?  Nice one, bitch.  Now even MORE people hate you!!!!!!!!

-------- Original message --------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 18, 2014 at 2:57:31 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Subject: news article**

There is going to be a news article published soon about this lawsuit and you will be prominently mentioned and all the information about you being a Jehovah and where you live and your sex tapes will be mention for all the world to see, forever.  Hope you're happy you silly little bitch.  Your association with this faggot in California will result in the whole motherfucking world learning all about you and what you are.  Even in Peru the news media will be informed and it will be published.  So where you going to move to now you fucking moron?

-------- Original message --------------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** June 19, 2014 at 6:51:55 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Hahaha. This BV Files website has posted information on all the different bankruptcies this stalker piece of shit has filed. He has also been sued a whole bunch of times like 8 or 9 times for evictions and not paying his debts. He scammed one of his investors out of $30,000 too! What a faggot. And this is the good person who only wants to help people and who is against bullying?! A fucking deadbeat who stole millions of dollars.

Hahahahahaha

Stupid bitch.


Tom Retzlaff



```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.128.139 with SMTP id
b133csp314216oid; Thu, 19 Jun 2014
  16:51:52 -0700 (PDT)
X-Received: by 10.182.214.98 with SMTP id
nz2mr7863415obc.62.1403221912653;
  Thu, 19 Jun 2014 16:51:52 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
  (barracuda1.aus.datafoundry.com.
  [209.99.124.132]) by mx.google.com with ESMTP id
  h5si7476454oel.2.2014.06.19.16.51.52 for
<brittdani.v@gmail.com>; Thu, 19 Jun
  2014 16:51:52 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
  209.99.124.132 as permitted sender) client-
ip=209.99.124.132;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
  retzlaff@texas.net designates 209.99.124.132 as
permitted sender)
  smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1403221911-05757664ac62581f0001-
nAb4Jx
Received: from
texasnet.proxy3.mail.aus.datafoundry.com
  (texasnet.proxy3.mail.aus.datafoundry.com
[209.99.125.98]) by
  milter.aus.datafoundry.com with ESMTP id
cISM1OAfsLqRCVxr for
  <brittdani.v@gmail.com>; Thu, 19 Jun 2014 18:51:51
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.98
Received: from milter (localhost [127.0.0.1]) by
  texasnet.proxy3.mail.aus.datafoundry.com (Postfix)
with SMTP id BAC9820B9B
  for <brittdani.v@gmail.com>; Thu, 19 Jun 2014
18:51:51 -0500 (CDT)
Received: from [127.0.0.1] (66-87-69-
63.pools.spcsdns.net [66.87.69.63]) by
  texasnet.proxy3.mail.aus.datafoundry.com (Postfix)
with ESMTPSA id 7F44F2172F
  for <brittdani.v@gmail.com>; Thu, 19 Jun 2014
18:51:44 -0500 (CDT)
Content-Type: text/html; charset="us-ascii"
```

-------- Original message ------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** June 19, 2014 at 6:25:26 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Well bitch your little Internet stalker friends have been awfully quiet the past few days. I wonder why? Usually those cunts have a lot to say.

Judgment Day is tomorrow it looks like as that is the last day the judge has to rule before the matter goes to the court of appeals. The Houston Police have been busy with their blackmail investigation of McGibney. Seems the FBI has already been looking at him for some other matters.

You really picked a good guy to hook up with. AM looking forward to reading his obituary.

Dad


Tom Retzlaff



-------- Original message -------------------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 20, 2014 at 2:08:23 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Subject: judgment day**

Well in just a few short hours we will know the results of the Texas lawsuit. You know to be perfectly honest, I don't really give a shit about the money. Your internet stalker friend has none. I've been over his credit reports with a fine tooth comb and he is in debt up to his eye balls. I think your brother does a better job of managing his money then this clown does.

Either way, I have won. And all it cost me was about one-third of all the McDonald's stock that I own that was given to me by your grandmother when she died. So it's not like its real money to me anyways! When she bought that stock it was at a fraction of the value that it is now, and it's not been touched in 35 years. In fact, all of the different stocks she left to me, besides the McDonald's, has just been sitting there going up or down in value. You know how Boppie checks his stocks practically every day? I just look at mine whenever I get one of those quarterly statements in the mail and I allow the dividends to roll over, so I don't even see the money anyways. That's the way that you should manage your stocks; you just buy what you buy and let it sit. Don't fuck around with it or stare at it like a pot of water you want to boil. That way you're not tempted to do something stupid or reactionary. But this McGibney guy, he came from a poor family and he has no clue as to how to manage money properly. According to that website that posted his financial history he's been nothing but a total fuck up ever since high school. You know he borrowed a bunch of money from his sister and never paid her back, he just filed for bankruptcy instead? Screwed her and one of his friend's over. Plus, he stole money from a Marine Corp charity fund, too! This is the man you claim is a 'good person who just wants to help people', a man who stole from his own family and from a charity!

So no matter how the judge rules tomorrow, I'm fine with it. But I have heard that your stalker friend has been in a nervous rage all week long, what with him losing all his twitter accounts and this court business. The guy actually had the temerity to think that, just because he tweets my name or files a lawsuit, I was going to run and hide. I fucking live in court. And seeing my name and all of his ridiculous allegations on twitter, come on dude, get real! Like I give a shit what some faggots on the internet think. "Oh a scary man said my name on twitter. I better go run and hide. Oh, I'm going to be sued. Oh no!!" hahahahhahahahaha

What a stupid punk!

So what did I do today? I played golf and took my new dog for a swim in the pool. Then I ate a piece of chicken, played some video games, and read a book while listening to your mom on the phone yapping about her new living room floor or some such bullshit. And now I write you a little note cuz I was thinking about you.

What will I do tomorrow? I don't know. Sleep till around 11 or 12, go for a swim. Oh and maybe see a movie. In short, it will just be another regular day for me. Nothing that happens in Texas is going to change my life one way or the other. When I hear how the judge decides I might have a good laugh or shake my head in bewilderment. But after about 5 minutes I'll forget about it and go back to doing what I was doing. Your friend, however, will be stuck with the results for a very long time to come. Yes indeed.



iPad 🛜 🔲                                    9:21 AM                                    ⚡ 100% ▬▬

‹  ›  ⬆  ≡        🔒 mail.google.com        ⟳  ⬜  ☁  +

Apple   Disney   ESPN   Yahoo!   CERT- Teacher Application

Sign in using App Passwords - Accoun...   |   Gmail - judgment day   |   ⊗ mail.google.com/mail/u/0/h/1ss7cxt...

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.128.139 with SMTP id
b133csp330805oid; Fri, 20 Jun 2014
 00:08:37 -0700 (PDT)
X-Received: by 10.180.14.65 with SMTP id
nlmr1831176wic.4.1403248117069; Fri,
 20 Jun 2014 00:08:37 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda6.aus.datafoundry.com.
 [209.99.124.137]) by mx.google.com with ESMTP id
 n9si876222wiz.23.2014.06.20.00.08.35 for
<brittdani.v@gmail.com>; Fri, 20 Jun
 2014 00:08:36 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
 209.99.124.137 as permitted sender) client-
ip=209.99.124.137;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
 retzlaff@texas.net designates 209.99.124.137 as
permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1403248114-0511ea5f831d6a590001-
nAb4Jx
Received: from
texasnet.proxy1.mail.aus.datafoundry.com
 (texasnet.proxy1.mail.aus.datafoundry.com
[209.99.125.96]) by
 milter.aus.datafoundry.com with ESMTP id
D6BrtzHyH2tvdZuo for
 <brittdani.v@gmail.com>; Fri, 20 Jun 2014 02:08:34
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.96
Received: from computerPC (ip70-162-198-
27.ph.ph.cox.net [70.162.198.27]) by
 texasnet.proxy1.mail.aus.datafoundry.com (Postfix)
with ESMTPSA id 947902199F
 for <brittdani.v@gmail.com>; Fri, 20 Jun 2014
02:08:33 -0500 (CDT)
From: "Tom Retzlaff" <retzlaff@texas.net>
To: "Brittany Retzlaff" <brittdani.v@gmail.com>
Subject: judgment day
Date: Fri, 20 Jun 2014 00:08:23 -0700
X-ASG-Orig-Subj: judgment day
Message-ID:
<000901cf8c56$6d896270$489c2750$@texas.net>
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----
=_NextPart_000_000A_01CF8C1B.C12BC2F0"
X-Mailer: Microsoft Outlook 14.0
```

-------- Original message ---------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 20, 2014 at 10:55:26 PM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

See the thing about lying in court is that everybody does it.  But once you get caught, you and your case are dead meat.

Your friend, James McGibney, has just been caught committing perjury.  I got the records that prove it. And I also now know beyond a shadow of a doubt that you have been communicating with him for many months now (like McGibney is the only guy with hacker friends?).  You have lied to me.  You have lied to your mother.  You have lied to your brother.  And I have the documentation, the email records, and everything else that proves it.

You will suffer the consequence for this, Brittany.  100 percent, as your stalker friend likes to say.



-------- Original message --------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 27, 2014 at 7:18:00 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

Dear stupid bitch,

Just got a phone call at 5 am.  Another one of your internet stalker friend's associates was busted by the FBI this morning.  Seems one of McGibney's group has been snitching to the feds.  This is the second or third person in his group to be arrested recently.

This faggot cannot even save himself.  How the fuck is he supposed to save you?  Answer:  He can't.  Your entire family hates you.  Set foot in the U.S. and you will see what happens.  Nothing he can do will protect you.

-------- Original message --------------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 27, 2014 at 7:35:55 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>

By the way, since you have been officially linked with this group of internet criminals, do you think that is going to help or hurt your chances of getting that fucking spic into this country?  It would not surprise me to hear that his name has been put on a special list.  Hope it was worth it, bitch.

-------- Original message -------------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <<retzlaff@texas.net>>
**Date:** June 29, 2014 at 9:46:05 PM GMT-5
**To:** Brittany Retzlaff <<brittdani.v@gmail.com>>

Stupid girl your name and personal information is known by millions of people all over the world who have "enjoyed" your sex videos and naked pictures thanks to that Internet stalker. Your name is all over that bv files website.

Millions now know everything about you.

Nice work stupid girl. Your Nana would be so proud of u!


Tom Retzlaff



-------- Original message ------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** June 30, 2014 at 1:47:59 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Subject: ur mom**

You understand that your mother is not as stupid as you think she is, right?  In fact, I doubt she is as dumb as I think she is.  But if it turns out that you are lying to her (which I honestly believe is the case here) she **will** hate you forever.  You understand this?

You know that I ALWAYS discover the truth eventually.  You are totally incapable of hiding things from me as I always find out sooner or later.  Same with your brother.  I created you after all, so I know exactly how you think and what you do – often times even before you do your own self!

As I mentioned to you before, this TX lawsuit has cost me a ton of money.  I am glad to spend it.  But you are the one who has lost out here.  After all, just think that if I had given you even 25% of what this case has cost how much of a difference would that have made in your life and in Daniel's life?  A much better place to live.  A car.  Some financial security.  (Not to mention the support of your parents.)  All the things that you will need if you hope to succeed in that marriage.

But you have always been a very short sighted person and you never think ahead or for the future.  It is always in the "now".

-------- Original message -------------------------------------------------------------------------------------

**From:** Dean <dean714@yandex.com>
**Date:** June 30, 2014 at 11:17:30 PM GMT-5
**To:** brittdani.v@gmail.com
**Subject: Fwd: News article about you**

Dear Mrs. Retzlaff,

I wish to give you one last opportunity to make comment to our news article which will be published about you very shortly.  If we have been incorrect in anything now is the time for you to speak up.  Our website has been very successful at exposing the revenge porn business of James McGibney and you are one of his employees.

This is the correct address for the Sucursal de los Testigos de Jehová Perú as you say?  Av Cortijo # 329. the telephone number is +51 (1) 4362844, correct?  One of our admins will be calling them shortly for information.  You need to understand the everyone in the world will be reading about you Mrs Retzlaff because of you working with the revenge porn and blackmail company ViaView and the hacking attorney Jay Leiderman.  We have court records and many other documents about you so it is important for you to tell your side of the situation if you do not wish harm to come to you or your reputation.  We have already contacted your parents for comments form them as well as from people who knew you in El Paso. Please respond.

Dean Anderson
BV Files Co-Administrator

15.05.2014, 01:51, "Dean" <dean714@yandex.com>:

Dear Brittany Retzlaff,

I am one of the administrators for the website *BV Files*, a website that is devoted to exposing the activities of James McGibney and his blackmail and revenge pornography business Via View, Inc.  We have a very large following with over 400,000 unique page views since we first started in February.  According to court records filed by Mr. McGibney and his attorney Jay Leiderman (and posted on his twitter feed) you are listed as being one of his employees.  I have attached a copy of that record for you to see.  I was able to get your email address as well because he posted header information off of one of your emails and getting help from other sources.  Some emails were filed with the court I was told.

**We are in the process of publishing a news article about you for our world wide audience to read.**  According to other posts about you online you are a member of the jehovahs witness religious group correct?  How do you explain your religious involvement with your employment in such a company?  Does that create any conflicts?  Do any other members of your group work in the revenge porn business or for this Via View company?  How do your church leaders feel about that?

What exactly are your duties with the Cheaterville.com website?  We know that McGibney claims to have 12 other employees, and we know some of their names, can you provide us with any of your co-workers names.  One of his employees Deric Lostutter was recently raided by the FBI for computer hacking and McGibney is under investigation by the attorney general in California for blackmail and extortion because of his Cheaterville and Bullyville websites.  McGibney claims to be a part of the computer hacking group Anonymous which is also under criminal investigation.  Are you afraid of any criminal investigation since you are also his employee?  Do you help sort through all of the photographs that are sent to him for posting on the Cheaterville website?  How do you decide which girls get posted and which do not?  Do you have any feelings of remorse for what you do?

What is your involvement in all of the lawsuits that McGibney is now involved in?  Did you know that he is suing your father?  How does this make you feel?  McGibney claims your father had sex with you for several years and that you got pregnant.  Is that true?  Did you know that McGibney is being sued by many other people in federal courts all over the U.S. for blackmail and revenge porn?  A Maryland doctor is just one recent example.  What was your role in that lawsuit?  Were you the one who decided to post the information about the Maryland doctor on the internet?  What Cheaterville posts have you been involved in getting posted?  We know that McGibney and Cheaterville charge people at a minimum $199 to remove the photos and postings.  But we have heard that he charges even more to remove Google search results and other things.  What is your exact involvement in this and how much money do you get paid for it?  How does it make you feel knowing you work for a man and a company that makes its money off of other peoples harassment, embarrassment and misery?

One thing that has us all concerned here is that both McGibney and Leiderman have a long history of making false claims in court and to the media.  Some of us here are thinking that perhaps this is all just one big lie by them and that you really are not an employee and that you have no involvement at all.  But we saw some of the emails that your provided them that they are claiming came from your father.  So how else could they get that stuff without you working for them.
Also do you wish to comment about a recent twitter posting by Mr. Leiderman in which he claimed your father was a convicted sex offender.  We did a news article about that and showed to the world that this claim was false and that your father has never been convicted of any sex offenses at all.  He has not

even been arrested for anything of the sort. There are no records of this at all. So I hope you understand why we are contacting you.

We have contacted the jehovah witness church's press office in Brooklyn New York and spoke to a press representative there who promised to get back to us with further information and comment. One of our site administrators speaks Spanish and he will be calling trying to reach someone at your church in Peru for comment to. **Are they also aware of your employment with Cheaterville and your companys association with the hacking group Anonymous?  Do they know that you and your employer are involved in all of these lawsuits and criminal investigations?**  We will be providing

Many people all over the world are watching these lawsuits and are watching McGibney's activities and are very angry and concerned.  Many news organizations have written about his activities, so there is a lot of interest in our readers about you Brittany and who you are.

But we wish to hear your side.

Sincerely yours,

Dean

-------- End of forwarded message --------



imgur: the simple image sharer

58

-------- Original message ------------------------------------------------------------------------

From: Dean
Date:06/30/2014 9:20 PM (GMT-07:00)
To: denise.hollas@live.com
Subject: Re: News article about Brittany Retzlaff

Dear Ms Hollas,

The article about your daughter Brittany is almost ready to be published.  But we really need you to
answer these questions about her involvement with ViaView and James McGibney and this situation
involving her father.  We have a very large worldwide audience and there is a lot of interest in this
federal lawsuit.  We wish to show this situation in a proper way that is accurate.  So we need your help.


Respectfully,


Dean

16.05.2014, 03:02, "Dean" <dean714@yandex.com>:

Dear Denise Hollas,

I am one of the administrators for the website *BV Files*, a website that is devoted to exposing the
activities of James McGibney and his blackmail and revenge pornography business Via View, Inc.  We
have a very large following with over 400,000 unique page views since we first started in February.
According to court records filed by Mr. McGibney and his attorney Jay Leiderman (and posted on his
twitter feed) your daughter Brittany Retzlaff is listed as being one of his employees.  I was able to get
your email address from doing research for an article.

**We are in the process of publishing a news article about Brittany for our world wide audience to read.**
According to other posts about Brittany online she are a member of the jehovahs witness religious
group correct?  How do you explain her religious involvement with her employment in such a company?
Does that create any conflicts?  Do any other members of her group work in the revenge porn business
or for this Via View company?  How do her church leaders feel about that?

Do you know what her duties with the Cheaterville.com website are?  We know that McGibney claims to
have 12 other employees, and we know some of their names, can you provide us with any of her co-
workers names.  One of his employees Deric Lostutter was recently raided by the FBI for computer
hacking and McGibney is under investigation by the attorney general in California for blackmail and
extortion because of his Cheaterville and Bullyville websites.  McGibney claims to be a part of the
computer hacking group Anonymous which is also under criminal investigation.  Are you afraid of any
criminal investigation against your daughter for being his employee?

Did you know that McGibney is suing her father?  Can you tell me why your daughter is involved in
helping him sue her father?  How does this make you feel? McGibney claims her father had sex with
Brittany for several years and that he got her pregnant.  Is that true?  Did you know that McGibney is

being sued by many other people in federal courts all over the US for blackmail and overt porn?  A Maryland doctor is just one recent example.  We know that McGibney and Cheaterville charge people at a minimum $199 to remove the photos and postings.  But we have heard that he charges even more to remove Google search results and other things.  What is your daughter's exact involvement in this and how much money does she get paid for it?  How does it make you feel knowing your daughter works for a man and a company that makes its money off of other peoples harassment, embarrassment and misery?

One thing that has us all concerned here is that both McGibney and Leiderman have a long history of making false claims in court and to the media.  Some of us here are thinking that perhaps this is all just one big lie by them and that she really is not an employee and that she has no involvement at all.  But we saw some of the emails that Brittany Retzlaff provided them that they are claiming came from her father.  So how else could they get that stuff without her working for them.

We have contacted the jehovah witness church's press office in Brooklyn New York and spoke to a press representative there who promised to get back to us with further information and comment. One of our site administrators speaks Spanish and he will be calling trying to reach someone at her church in Peru for comment to.  **Are they also aware of your daughter's employment with Cheaterville and her employer's association with the hacking group Anonymous?  Do they know that she and her employer are involved in all of these lawsuits and criminal investigations?**
Many people all over the world are watching these lawsuits and are watching McGibney's activities and are very angry and concerned.  Many news organizations have written about his activities, so there is a lot of interest in our readers about Brittany Retzlaff and who she is.  So anything you can provide will be helpful.

Thank you very much

-------- Original message -------------------------------------------------------------------------------------

**From:** "Tom Retzlaff" <retzlaff@texas.net>
**Date:** July 2, 2014 at 12:47:52 AM GMT-5
**To:** "Brittany Retzlaff" <brittdani.v@gmail.com>
**Cc:** "Denise Retzlaff" <denise.hollas@live.com>
**Subject: stalking ur mother & rick**

Dear stupid cunt Brittany,

Your internet stalker friend James McGibney is now posting pictures of your mother and Rick and saying he is going to do an article about him and start harassing him.  https://imgur.com/a/Mwg76

He is also posting stuff about you mom's home being foreclosed and her personal information.  But I guess this is all made up and its really me, right?  **You stupid little bitch!  This is ALL because you started working with this motherfucker and gave him encouragement!**  You want to blame me, bitch?  Well fuck you!!!  He is the one who is going after YOUR family here.  If he is mad at me for something, fine. Be mad at me.  But how does being mad at me justify him going after your mom and your brother and Rick and your grandfather?

Isn't your friend whom you call "James" supposed to be a good person who helps people who are being bullied?  But isn't he the one being the bully here?  Do you see me filing lawsuits against this guy?  Do you see me attacking his family members?  Do you see me making websites to attack his family members? This retard says that I am in some kind of conspiracy with like 10 other people from all across the country to get him.  Does that even make sense to you?  Come on dude, you're not that stupid, are you?

-------- Original message --------------------------------------------------------------------------------------------------

**De:** Dean <dean714@yandex.com>
**Fecha:** 5 de julio de 2014 5:08:56 PM GMT-5
**Para:** brittdani.v@gmail.com

We have posted an article about you on our website which you can see right here:
http://viaviewfiles.wordpress.com/

Do you wish to comment on the accuracy of it?  Over 35,000 people have viewed the article in the last 12 hours and we have had a lot of emails.  We will be doing further articles about you and your relationship with a revenge porn and blackmail company.

Do you wish to tell your side of the situation?


best regards,

Dean

-------- Original message --------------------------------------------------------------------------------------------

**De:** Tom Retzlaff <retzlaff@texas.net>
**Fecha:** 6 de julio de 2014 8:57:45 PM GMT-5
**Para:** Brittany Retzlaff <brittdani.v@gmail.com>

I just read a news article about you on the viaviewfiles.wordpress.com website. I hope you realize by now that this man has been lying to you and making promises to you that he simply cannot keep.

I have fronted some money to one of the people he has sued in that lawsuit against me for an attorney. That attorney has filed a motion for sanctions against McGibney in federal court. As you know, this retard is suing me and a bunch of others in state court in Texas as well as in federal court. I am paying for the lawyer in Texas. This other lady only needed a little bit of help so she could get her own attorney.

That attorney has filed a motion in federal court for sanctions. McGibney has to respond in 3 weeks and the judge will hold a hearing in early September.

He lied about being able to help you. If you read that article you will see exactly why.

He also put pictures of your mom up on his website and harassed her. That proof is also on that BV Files website.

McGibney controls Chesterville and he personally controls what goes on it. The pictures of Ur mom was done by him and he allowed it to go up.

Besides, think about it for a moment. If I was gonna put Ur mom on a website like that I would have had some VERY embarrassing pictures I could use, right? U know what I mean, too.

So if this James guy tries to tell u it was me that posted Ur mother, u know he's lying cuz he decides personally what goes on it.

He is also lying about the things he claims he can do for u.

According to that website he has already been caught committing perjury in court!!

He can't even save himself, Brittany. So how can he save you?

It's all lies he has told you. Every bit of it.

Dad

Tom Retzlaff



```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.128.9 with SMTP id
b9csp407273oid; Sun, 6 Jul 2014
 19:07:20 -0700 (PDT)
X-Received: by 10.60.35.104 with SMTP id
g8mr28254236oej.41.1404698839905;
 Sun, 06 Jul 2014 19:07:19 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda1.aus.datafoundry.com.
 [209.99.124.132]) by mx.google.com with ESMTP id
s4si332608oev.87.2014.07.06.19.07.19 for
<brittdani.v@gmail.com>; Sun, 06 Jul
 2014 19:07:19 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
 209.99.124.132 as permitted sender) client-
ip=209.99.124.132;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
 retzlaff@texas.net designates 209.99.124.132 as
permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1404698829-0575765394a729ec0001-
nAb4Jx
Received: from
texasnet.proxy2.mail.aus.datafoundry.com
 (texasnet.proxy2.mail.aus.datafoundry.com
[209.99.125.97]) by
 milter.aus.datafoundry.com with ESMTP id
QwoXAWndpU9K1Hfd for
 <brittdani.v@gmail.com>; Sun, 06 Jul 2014 21:07:09
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.97
Received: from [127.0.0.1] (66-87-69-
129.pools.spcsdns.net [66.87.69.129]) by
```

-------- Original message -------------------------------------------------------------------------------------------

**De:** Tom Retzlaff <retzlaff@texas.net>
**Fecha:** 6 de julio de 2014 11:04:31 PM GMT-5
**Para:** Brittany Retzlaff <brittdani.v@gmail.com>

You will be destroyed because of this and there isn't a damn thing that this guy can do to stop it or save you. I am going to do whatever I want to do and there isn't anything he can do to stop it. He can file a million lawsuits in a million courts. I simply do not care. Words on a piece of paper do not impress me. In any event, he is the one facing court sanctions, not me. You were a fool to involve yourself with him. And thanks to all the news articles, you are known to millions of people around the world as the girl who has sex with her daddy and is a whore.

Hope it was worth it Brittany.


Tom Retzlaff



```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.128.9 with SMTP id
b9csp412141oid; Sun, 6 Jul 2014
 21:04:27 -0700 (PDT)
X-Received: by 10.182.66.79 with SMTP id
d15mr28278274obt.49.1404705867428;
 Sun, 06 Jul 2014 21:04:27 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda2.aus.datafoundry.com.
 [209.99.124.133]) by mx.google.com with ESMTP id
t10si52379575oel.91.2014.07.06.21.04.27 for
<brittdani.v@gmail.com>; Sun, 06
 Jul 2014 21:04:27 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
 209.99.124.133 as permitted sender) client-
ip=209.99.124.133;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
 retzlaff@texas.net designates 209.99.124.133 as
permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1404705866-05951e3427246660001-
nAb4Jx
Received: from
texasnet.proxy2.mail.aus.datafoundry.com
 (texasnet.proxy2.mail.aus.datafoundry.com
[209.99.125.97]) by
 milter.aus.datafoundry.com with ESMTP id
sDAXWK5iyNAWA4eN for
 <brittdani.v@gmail.com>; Sun, 06 Jul 2014 23:04:26
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.97
Received: from [127.0.0.1] (66-87-69-
129.pools.spcsdns.net [66.87.69.129]) by
 texasnet.proxy2.mail.aus.datafoundry.com (Postfix)
with ESMTPSA id BE22F213BA
 for <brittdani.v@gmail.com>; Sun,  6 Jul 2014
23:04:21 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
```

-------- Original message -------------------------------------------------------------------------------------------

**De:** Tom Retzlaff <retzlaff@texas.net>
**Fecha:** 6 de julio de 2014 11:18:55 PM GMT-5
**Para:** Brittany Retzlaff <brittdani.v@gmail.com>

Have you even thought this through at all? If this guy wins his lawsuit, how does that improve your life? How is his winning going to hurt me or do anything to me? It would only give him a piece of paper with words on it. How does that help you? Its not like it is going to change anything about me. So what's in it for you?



-------- Original message ---------------------------------------------------------------------------------------------

**De:** Tom Retzlaff <retzlaff@texas.net>
**Fecha:** 10 de julio de 2014 6:37:20 AM GMT-5
**Para:** Brittany Retzlaff <brittdani.v@gmail.com>
**Asunto: Tx**

I just got a call from the Texas attorney Jeff. He said things are proceeding as planned and the case will be brought to the court of appeals around noon

We're on budget,too. Which is important.


Tom Retzlaff



```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.128.9 with SMTP id
b9csp36132oid; Thu, 10 Jul 2014
  04:37:14 -0700 (PDT)
X-Received: by 10.182.181.74 with SMTP id
du10mr54255868obc.52.1404992234308;
  Thu, 10 Jul 2014 04:37:14 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda1.aus.datafoundry.com.
  [209.99.124.132]) by mx.google.com with ESMTP id
  u10si8585988oey.84.2014.07.10.04.37.14 for
<brittdani.v@gmail.com>; Thu, 10
  Jul 2014 04:37:14 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
  209.99.124.132 as permitted sender) client-
ip=209.99.124.132;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
  retzlaff@texas.net designates 209.99.124.132 as
permitted sender)
  smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1404992233-0575765394aa0f480001-
nAb4Jx
Received: from
texasnet.proxy3.mail.aus.datafoundry.com
  (texasnet.proxy3.mail.aus.datafoundry.com
  [209.99.125.98]) by
  milter.aus.datafoundry.com with ESMTP id
bUrRu1sGaYNLqiwT for
  <brittdani.v@gmail.com>; Thu, 10 Jul 2014 06:37:13
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.98
Received: from milter (localhost [127.0.0.1]) by
  texasnet.proxy3.mail.aus.datafoundry.com (Postfix)
with SMTP id 649CC215A7
  for <brittdani.v@gmail.com>; Thu, 10 Jul 2014
06:37:13 -0500 (CDT)
Received: from [127.0.0.1] (66-87-71-
158.pools.spcsdns.net [66.87.71.158]) by
  texasnet.proxy3.mail.aus.datafoundry.com (Postfix)
with ESMTPSA id 0C6DA21747
  for <brittdani.v@gmail.com>; Thu, 10 Jul 2014
06:37:09 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.2758)
Message-ID:
<20140710113720.64917693.36216.1904@texas.net>
Date: Thu, 10 Jul 2014 04:37:20 -0700
Subject: Tx
From: Tom Retzlaff <retzlaff@texas.net>
X-ASG-Orig-Subj: Tx
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect:
texasnet.proxy3.mail.aus.datafoundry.com[209.99.125.
98]
X-Barracuda-Start-Time: 1404992233
X-Barracuda-URL: http://209.99.124.132:8000/cgi-
mod/mark.cgi
```

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** July 12, 2014 at 3:48:09 AM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

I read on the Internet that someone who speaks excellent Spanish called your Lima branch office and got a list of email addresses for practicality everyone by scamming the office person. (social engineering it's called)

So they emailed everyone a link to that news article about you as well as links to your sex videos and naked pictures.

I warned you of this, that they are a great many people who hate McGibney and who now hate you for working for him. These are dangerous people.

So when your out on service today, just think: all those people now know all about you and what you really are, and they've seen you naked and having sex and McGibney's claims that you like to fuck your daddy. What a slut!

Tom Retzlaff

-------- Original message ---------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** July 14, 2014 at 11:16:55 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Dear stupid bitch,

Your Internet stalker friend just served collin with a lawsuit this evening. The moron thought it was me. But I am in the mmotherfucking hospital. So he served the wrong person!!!

Good thing I got like 50 nurses as witnesses.


Tom Retzlaff



**From:** Dean <dean714@yandex.com>
**Date:** July 14, 2014 at 1:28:30 AM GMT-5
**To:** brittdani.v@gmail.com
**Subject: website comments**

i thought I would share with you some of the comments on our website from some of the many women who have been victimized by James McGibney and Bullyville.

If you don't mind, I would like to share your email address with some of these women so they can tell you their personal stories in a way that you will believe.

*McGibney created and/or randomly assigned the RWA comments to whichever posters he hates most. Nobody reads them except Kate Gosselin's Dirty Half-Dozen, and anyone else who stumbles across them won't be able to make sense of them since they're out of context (if indeed, they ever had any).*

*If you contact McGibney, he'll berate you for whatever crimes he thinks you've comitted against Kate Gosselin, call you a liar if you protest, and then — when you're sufficiently contrite — he'll tell you not to worry, Big Daddy will help you. He'll then promise to not only remove your info from Bullyville, but he will also clear all of your information off of the entire internet, because that's just the kind of wonderful guy he is.*

*He'll then offer a 'what's it worth to ya' deal ....since he's doing all of this stuff for you, what information can you give him about other "haters" ....will you infiltrate them for him and report back to him.....it goes on and on.*

*If you agree to his deal, he'll pretend to be your friend until you've either you've provided him enough info, or he realizes you can't get it.*

*At that point, he'll publicly accuse you of reneging on the deal, declare that 'haters are addicted to hate' and pontificate about how he magnanimously offered you an olive branch, but you pistol-whipped him with it. Boo hoo hoo*

*After that, he will repost any of your info that he'd taken down, and add whatever he's learned about you since and he and his thugs will tweet that it was your own fault for trying to take advantage of Jimmy's goodness and generosity.*

*Rinse, wash, repeat.*

-------- Original Message --------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** July 14, 2014 at 8:18:43 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

You fucking whore I'm going to get you for this!!


Tom Retzlaff

-------- Original message -------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** July 15, 2014 at 3:33:13 AM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Still in the hospital. Your stalker friend is all over twitter about how happy he is that he finally "got" me. What a faggot! He served your brother, not me, cuz I'm in the hospital. Can't wait till he lies to the court about it.

Do you really think I care about his court cases or that he can get me to do what he wants? You know me better than that Brittany. Nothing is going to change. But you will end up destroyed because of this. You don't have to fear me beating your ass over this nonsense. Your brother will likely take care of that himself. He hates you so much for what you have done. Nice work, kid!

Dad


Tom Retzlaff

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.128.9 with SMTP id b9csp169193oid; Tue, 15 Jul
2014
 01:33:05 -0700 (PDT)
X-Received: by 10.182.142.69 with SMTP id
ru5mr24169453obb.6.1405413185712;
 Tue, 15 Jul 2014 01:33:05 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda4.aus.datafoundry.com.
 [209.99.124.135]) by mx.google.com with ESMTP id
 n4si20776387oel.37.2014.07.15.01.33.05 for <brittdani.v@gmail.com>;
Tue, 15
 Jul 2014 01:33:05 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net
designates
 209.99.124.135 as permitted sender) client-ip=209.99.124.135;
Authentication-Results: mx.google.com; spf=pass (google.com: domain of
 retzlaff@texas.net designates 209.99.124.135 as permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1405413184-05951a43371d338b0001-nAb4Jx
Received: from texasnet.proxy4.mail.aus.datafoundry.com
 (texasnet.proxy4.mail.aus.datafoundry.com [209.99.125.99]) by
 milter.aus.datafoundry.com with ESMTP id p3lJI1IqJKjuPLj9 for
 <brittdani.v@gmail.com>; Tue, 15 Jul 2014 03:33:04 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.99
Received: from [127.0.0.1] (66-87-70-203.pools.spcsdns.net
[66.87.70.203]) by
 texasnet.proxy4.mail.aus.datafoundry.com (Postfix) with ESMTPSA id
21771213A9
 for <brittdani.v@gmail.com>; Tue, 15 Jul 2014 03:33:03 -0500 (CDT)
Content-Type: text/html; charset="us-ascii"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.2758)
Message-ID: <20140715083313.5951635.51463.1952@texas.net>
Date: Tue, 15 Jul 2014 01:33:13 -0700
From: Tom Retzlaff <retzlaff@texas.net>
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect:
texasnet.proxy4.mail.aus.datafoundry.com[209.99.125.99]
X-Barracuda-Start-Time: 1405413184
```

-------- Original message --------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** July 15, 2014 at 11:54:02 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Your Internet stalker friend claims that he is saving you by tweeting out links to all your sex tape videos!! Hahahaha. He is telling the world where to find your naked pictures as a way of "spreading awareness of the problem of revenge porn."

Oh I filed a lawsuit against that attorney today for calling me a convicted sex offender on twitter.

Some anti-bullying advocate, eh? This faggot can't even save himself. How the fuck is he going to save you? Lol

Dad


Tom Retzlaff

-------- Original message -------------------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** July 17, 2014 at 10:04:41 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Have you ever thought about what will happen if I win?

Tom Retzlaff

```
iPad 🛜                                11:59 AM                           67% 🔋

   <    >    📤    ≡          🔒 mail.google.com          C    📖   ☁   +

 Apple  Disney  ESPN  Yahoo!  CERT- Teacher Application

     Gmail - (no subject)      ⊗ mail.google.com/mail/u/0/h/13cxzg...          Google


Delivered-To: brittdani.v@gmail.com
Received: by 10.202.128.9 with SMTP id
b9csp70773oid; Thu, 17 Jul 2014
 20:22:25 -0700 (PDT)
X-Received: by 10.60.34.225 with SMTP id
clmr2099583oej.14.1405653745584; Thu,
 17 Jul 2014 20:22:25 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda1.aus.datafoundry.com.
 [209.99.124.132]) by mx.google.com with ESMTP id
 elsi9179667oej.48.2014.07.17.20.22.25 for
<brittdani.v@gmail.com>; Thu, 17
 Jul 2014 20:22:25 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
 209.99.124.132 as permitted sender) client-
ip=209.99.124.132;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
 retzlaff@texas.net designates 209.99.124.132 as
permitted sender)
 smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1405653744-0575765394b0c0650001-
nAb4Jx
Received: from
texasnet.proxy4.mail.aus.datafoundry.com
 (texasnet.proxy4.mail.aus.datafoundry.com
[209.99.125.99]) by
 milter.aus.datafoundry.com with ESMTP id
GNik035JfSSZee8j for
 <brittdani.v@gmail.com>; Thu, 17 Jul 2014 22:22:24
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.99
Received: from [127.0.0.1] (unknown [66.87.68.160])
by
 texasnet.proxy4.mail.aus.datafoundry.com (Postfix)
with ESMTPSA id 0B5EC21752
 for <brittdani.v@gmail.com>; Thu, 17 Jul 2014
22:04:32 -0500 (CDT)
Content-Type: text/html; charset="us-ascii"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.2758)
Message-ID:
<20140718030441.54128814.67580.2030@texas.net>
Date: Thu, 17 Jul 2014 20:04:41 -0700
```

-------- Original message ------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** July 28, 2014 at 8:47:00 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Want to see a pic of the Golden Gate bridge? I will be there shortly and if my phone don't die I will send u pics.

I will have the best night ever tonight I think and be rested for tomorrow.

No matter how things turn out tomorrow or whenever know that I do love you. I know I've been a bad father to u and brother. But not always, right? Not all the time? So try to remember those things too about me.

Bye bye.

Dad


Tom Retzlaff

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.128.9 with SMTP id
b9csp248901oid; Mon, 28 Jul 2014
18:46:53 -0700 (PDT)
X-Received: by 10.182.98.194 with SMTP id
ek2mr53839870obb.5.1406598412813;
  Mon, 28 Jul 2014 18:46:52 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com
(barracuda1.aus.datafoundry.com.
  [209.99.124.132]) by mx.google.com with ESMTP id
  k2si47206829obo.2.2014.07.28.18.46.52 for
<brittdani.v@gmail.com>; Mon, 28
  Jul 2014 18:46:52 -0700 (PDT)
Received-SPF: pass (google.com: domain of
retzlaff@texas.net designates
  209.99.124.132 as permitted sender) client-
ip=209.99.124.132;
Authentication-Results: mx.google.com; spf=pass
(google.com: domain of
  retzlaff@texas.net designates 209.99.124.132 as
permitted sender)
  smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1406598411-05757664ac85572a0001-
nAb4Jx
Received: from
texasnet.proxy4.mail.aus.datafoundry.com
(texasnet.proxy4.mail.aus.datafoundry.com
[209.99.125.99]) by
  milter.aus.datafoundry.com with ESMTP id
sjme0qHWMguM6eWJ for
  <brittdani.v@gmail.com>; Mon, 28 Jul 2014 20:46:51
-0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.99
Received: from [127.0.0.1] (unknown [66.87.68.205])
by
  texasnet.proxy4.mail.aus.datafoundry.com (Postfix)
with ESMTPSA id 41B982155C
  for <brittdani.v@gmail.com>; Mon, 28 Jul 2014
20:46:51 -0500 (CDT)
Content-Type: text/html; charset="us-ascii"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.2758)
Message-ID:
<20140729014700.5935250.28302.2216@texas.net>
Date: Mon, 28 Jul 2014 18:47:00 -0700
```

-------- Original message -----------------------------------------------------------------------------------

**De:** Dean <dean714@yandex.com>
**Fecha:** 11 de agosto de 2014 4:14:09 PM GMT-5
**Para:** brittdani.v@gmail.com
**Asunto: texas lawsuit comment**

Dear Ms. Retzlaff,

Your father's attorney recently filed the attached document with the court in Texas that was just sent to us at the *BV Files* website.

Also it appears that your father has filed a lawsuit against McGibney attorney Jay Leiderman in Arizona for falsely calling him a convicted sex offender.

We are doing articles on each of these and are wondering if you would please care to comment? We are also curious as to how and why you became involved in the recent restraining order case in San Jose and what effect this has had on your family.

According to your father's attorney any California restraining order is unenforceable in foreign countries and out of state. Additionally, according to the San Jose Police Dept., your father has recently been cleared of any wrongdoing with regards to McGibney's death threat claims and that his attorney will be filing a motion for new trial in the restraining order case as a result. What say you?


best regards,


Dean Anderson
Co-Admin
BV Files

-------- Original message -------------------------------------------------------------------------------------------

**From:** Dean <dean714@yandex.com>
**Date:** August 25, 2014 at 6:12:50 PM GMT-5
**To:** brittdani.v@gmail.com
**Subject: attorney harassment**

Dear Ms. Retzlaff,

The Texas attorney just filed the enclosed brief with the court hours ago complaining of yet more harassment by your boss James McGibney and we want to know if you support the actions of your employer in this regard.  As I told you before we are putting together an article about you and your dad and all these court cases and would like your comment.

Someone also told us that today your father filed his motion for new trial in the restraining order case and that the judge will be reconsidering the order and scheduling a hearing before the end of September.  We have spoken to your father's attorneys by phone as they support us at the BV Files.  We have been completely assured that the restraining order is of no effect outside of California despite the claims of Jay Leiderman. They were all very clear in this regard and are confident that the order will be overturned either now or on appeal. Even if it didn't it is only valid within the state of California.

McGibney has created several Twitter accounts to harass this attorney and your father.
http://twitter.com/Ped0Files What do you have to say about this?  How does this fit in with your religious views? Our website gets over 8000 views a day now with over 1.5 million total views.  A lot of people want to know about you Ms Retzlaff and what is going on here.

Oh and could you please tell us why James McGibney told your mother that he is being forced to move out of his house because your dad somehow got a hold of the gate code to get into his neighborhood and that your dad passed it onto the Aryan Brotherhood so they can go kill McGibney?  Why wouldn't McGibney just call 911 instead?  Why tell your mother?

And do you honestly believe this could even possible be true?  As you will see from our website, McGibney has made claims that all sorts of people are trying to kill him and send him death threats.  yet no one has ever been arrested.  Strange, isn't it?  maybe the cops in San Jose just don't know how to investigate things like this.


Best regards,


Dean Anderson

p.s.

I am certain that James McGibney has told you that I am really your father.  But if you take even the briefest look at our website, you will see that McGibney has told a lot of people a lot of things that just simply are not true.  So why should this be any different?  Just like he claims the FBI and police are after us.  Its all bullshit.  Seriously.  I am not your father and your father has no role in our website.  i am certain that he posts comments, but then so do 1000s of other people.  We have no way of knowing who is who.

-------- Original message -------------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** September 24, 2014 at 8:52:19 AM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Boppie is sick and in the hospital with some kind of bug that may or may not be pneumonia. He went in Monday night but has gotten better and may be getting out today. I tried to call you yesterday but guess your battery was dead or you got no Internet again. But Mary seems to think he is doing ok. Its cold and rainy outside and he could maybe fall and get hurt from being weak.

And how are you? You still sick? Did that Dani kid get the money ok last week so you could see the doctor?  This is exactly why I told you I wanted to buy you that health insurance plan! Anyways if you change your mind I can still maybe get it for you.

I will keep you updated. Call or email me if you have any questions, but it seems ok for now I guess.

Miss u and love u mices to pieces,

Dad


Tom Retzlaff

Sent via Encrypted BlackBerry Network

iPad 🔋                                        4:32 PM                                      ⚡ 12% ⬛

〈  〉  📖  ≡            🔒 mail.google.com            ↻  ⬆  ＋  ⬜

    Gmail - (no subject)          ⊗ mail.google.com/mail/u/0/h/1n58w6...          Gmail

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.215.136 with SMTP id o130csp547353oig;
        Wed, 24 Sep 2014 06:52:14 -0700 (PDT)
X-Received: by 10.60.160.74 with SMTP id xi10mr7388666oeb.56.1411566733678;
        Wed, 24 Sep 2014 06:52:13 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com (barracuda4.aus.datafoundry.com. [209.99.124.135])
        by mx.google.com with ESMTP id cl3si23100693oeb.40.2014.09.24.06.52.13
        for <brittdani.v@gmail.com>;
        Wed, 24 Sep 2014 06:52:13 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net designates 209.99.124.135 as
permitted sender) client-ip=209.99.124.135;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of retzlaff@texas.net designates 209.99.124.135 as permitted
sender) smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1411566732-05951a36315f9a470001-nAb4Jx
Received: from texasnet.proxy4.mail.aus.datafoundry.com
(texasnet.proxy4.mail.aus.datafoundry.com [209.99.125.99]) by milter.aus.datafoundry.com with
ESMTP id ELDdXJpvqupYwXiy for <brittdani.v@gmail.com>; Wed, 24 Sep 2014 08:52:12 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.99
Received: from [127.0.0.1] (66-87-69-191.pools.spcsdns.net [66.87.69.191])
        by texasnet.proxy4.mail.aus.datafoundry.com (Postfix) with ESMTPSA id 8BC80213AC
        for <brittdani.v@gmail.com>; Wed, 24 Sep 2014 08:52:11 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.3358)
Message-ID: <20140924135219.43597995.61263.205@texas.net>
Date: Wed, 24 Sep 2014 06:52:19 -0700
From: Tom Retzlaff <retzlaff@texas.net>
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect: texasnet.proxy4.mail.aus.datafoundry.com[209.99.125.99]
X-Barracuda-Start-Time: 1411566732
X-Barracuda-URL: http://209.99.124.135:8000/cgi-mod/mark.cgi
X-Virus-Scanned: by bsmtpd at datafoundry.com
X-Barracuda-BRTS-Status: 1
X-Barracuda-Spam-Score: 1.30
X-Barracuda-Spam-Status: No, SCORE=1.30 using per-user scores of TAG_LEVEL=1000.0
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=5.0 tests=HTML_MESSAGE, MIME_HTML_ONLY, MISSING_SUBJECT,
MISSING_SUBJECT_2
X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.9824
        Rule breakdown below
         pts rule name                    description
         ---- ----------------------      --------------------------------------------------
         0.00 MIME_HTML_ONLY              BODY: Message only has text/html MIME parts
         0.00 HTML_MESSAGE               BODY: HTML included in message
         0.01 MISSING_SUBJECT            Missing Subject: header
         1.28 MISSING_SUBJECT_2          Missing Subject: header

<html><head><meta http-equiv=3D"Content-Type" content=3D"text/plain;"><styl=
e> body {  font-family: "Calibri","Slate Pro","sans-serif"; color:#262626 }=
</style> </head> <body data-blackberry-caret-color=3D"#00a8df" style=3D""><=
div>=E2=80=8EBoppie is sick and in the hospital with some kind of bug that =
may or may not be pneumonia. He went in Monday night but has gotten better =
and may be getting out today. I tried to call you yesterday but guess your =
battery was dead or you got no Internet again. But Mary seems to think he i=
s doing ok. Its cold and rainy outside and he could maybe fall and get hurt=
 from being weak. </div><div><br></div><div>And how are you? You still=
 sick? Did that Dani kid get the money ok last week so you could see the do=
ctor?  =E2=80=8EThis is exactly why I told you I wanted to buy you tha=
t health insurance plan! Anyways if you change your mind I can still maybe =
get it for you. </div><div><br></div><div>I will keep you updated. Cal=
l or email me if you have any questions, but it seems ok for now I guess.&n=
bsp;</div><div><br></div><div>Miss u and love u mices to pieces.</div><div>=
```

-------- Original message -----------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** September 28, 2014 at 5:30:09 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Ha ha ha ha. Your stalker friend's threat to your brother is a joke and it shows just how desperate he is. Don't you realize how crazy he is by him asking you to find out whether or not Collin signed that affidavit that he attached for your review?

Oh, "we have no choice but to respond to it tomorrow morning" all underlined and shit. Oh Mr Scary Drama Queen. Good thing I recorded your mom and brother when we did this from start to finish so no one can claim any funny business.

Yeah it was Collin who signed it, and what he signed was 100% the truth. Same with your mom. All recorded. The crap they signed before was because they didn't know that McGibney was a stalker lunatic and a liar.  And they did it because he threatened them and had websites in their names and they were scared that if they didn't do what he wanted they would suffer harassment, too, like he has done to everyone else in this case, like my attorney.

Ask yourself why is this asshole posting comments about Scott and Keli and making threats about their children and making websites about them and calling their bosses at work? How the fuck does he even know who they are or where they life?! How the fuck did he know that your grandfather was recently sick! It's because of YOU Brittany. And your mom and your brother are sick of this shit and your shit and we are working together to stop him.

McGibney can go to court and cry all he wants to. In fact, I hope he does! I'm counting on him reacting like this, kid.

Did you listen to the recording from that hearing yet? It's fucking amazing, right? Just wait, there are even more recordings that are going to be passed around soon.  All the things McGibney has told you will be revealed as lies. Like his claim to you that the FBI and "local authorities" went to my old place in San Antonio to look at the tiles in the shower to compare them to your naked pics - that's a lie.

But whatever. I'm sure whatever he tries to do in court tomorrow will be met with the same response the judge gave him with the last three others things he's filed.

This man doesn't give a shit about you or your family. McGibney is scared to death of losing this case and he will do anything he can to scare you. Watching him rage on twitter all weekend is hilarious!

Everything he says to you is being watched and recorded, and it will all come back to bite him in the ass.

Your best bet is to ignore him.

Dad

iPad ☰       5:44 PM       ✳ 42% ▮

‹ › ▭ ☰    Reader View Available    ⟳ ⬆ + ▭

Gmail - (no subject)      ⊘ mail.google.com/mail/u/0/h/1jmiwl3royjwj/?&v=om&th=14...

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.215.136 with SMTP id o130csp37951Joig;
        Sun, 28 Sep 2014 15:30:10 -0700 (PDT)
X-Received: by 10.60.51.227 with SMTP id h3mr35891537oeo.52.1411943410038;
        Sun, 28 Sep 2014 15:30:10 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com (barracuda1.aus.datafoundry.com. [209.99.124.132])
        by mx.google.com with ESMTP id 13si17227281oex.73.2014.09.28.15.30.09
        for <brittdani.v@gmail.com>;
        Sun, 28 Sep 2014 15:30:09 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net designates 209.99.124.132 as
permitted sender) client-ip=209.99.124.132;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of retzlaff@texas.net designates 209.99.124.132 as permitted
sender) smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1411943408-057576113a3b4f050001-nAb4Jx
Received: from texasnet.proxy1.mail.aus.datafoundry.com
(texasnet.proxy1.mail.aus.datafoundry.com [209.99.125.96]) by milter.aus.datafoundry.com with
ESMTP id aqFh46D0H5917DUo for <brittdani.v@gmail.com>; Sun, 28 Sep 2014 17:30:08 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.96
Received: from [127.0.0.1] (unknown [66.87.70.9])
        by texasnet.proxy1.mail.aus.datafoundry.com (Postfix) with ESMTPSA id 9J89721979
        for <brittdani.v@gmail.com>; Sun, 28 Sep 2014 17:30:01 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.3358)
Message-ID: <20140928223009.5959827.97945.273@texas.net>
Date: Sun, 28 Sep 2014 15:30:09 -0700
From: Tom Retzlaff <retzlaff@texas.net>
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect: texasnet.proxy1.mail.aus.datafoundry.com[209.99.125.96]
X-Barracuda-Start-Time: 1411943408
X-Barracuda-URL: http://209.99.124.132:8000/cgi-mod/mark.cgi
X-Virus-Scanned: by bsmtpd at datafoundry.com
X-Barracuda-BRTS-Status: 1
X-Barracuda-Spam-Score: 1.30
X-Barracuda-Spam-Status: No, SCORE=1.30 using per-user scores of TAG_LEVEL=1000.0
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=5.0 tests=HTML_MESSAGE, MIME_HTML_ONLY, MISSING_SUBJECT,
MISSING_SUBJECT_2
X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.9999
        Rule breakdown below
        pts rule name              description
        ---- ---------------       -----------------------------------------
        0.00 MIME_HTML_ONLY        BODY: Message only has text/html MIME parts
        0.00 HTML_MESSAGE          BODY: HTML included in message
        0.01 MISSING_SUBJECT       Missing Subject: header
        1.28 MISSING_SUBJECT_2     Missing Subject: header
```

<html><head><meta http-equiv=3D"Content-Type" content=3D"text/plain;"><styl=
e> body { font-family: "Calibri","Slate Pro","sans-serif"; color:#262626 }=
</style> </head> <body data-blackberry-caret-color=3D"#00a8df" style=3D"><=
div>Ha ha ha ha. Your stalker friend's threat to your brother is a joke and=
 it shows just how desperate he is. Don't you realize how crazy he is by hi=
m making you to find out whether or not Collin signed that affidavit that h=
e attached for your review?</div><div><br></div><div>Oh, "we have no choice=
 but to respond to it tomorrow morning" all underlined and shit. Oh Mr Scar=
y Drama Queen. Good thing I recorded your mom and brother when we did this =
from start to finish so no one can claim any funny business. </div><di=
v><br></div><div>Yeah it was Collin who signed it, and what he signed was 1=
00% the truth. Same with your mom. All recorded. The crap they signed befor=
e was because they didn't know that McGibney was a stalker lunatic and a li=
ar. =E2=80=8E And they did it because he threatened them and had websites i=
n their names and they were scared that if they didn't do what he wanted th=

-------- Original message ----------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** September 28, 2014 at 5:41:23 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Let me ask you this: when it comes to being questioned under oath, who do you think has a better chance of coming out on top? Your dad or McGibney?

His fake death threats. His harassment websites. His revenge porn website. His twitter stalking. The posting of personal information online. The contacting of employers and family members.

Him claiming to your mom that I got a hold of the gate code for his house and how he has to move cuz the aryan brotherhood is working for me to kill him.

The federal court judge has shown she isn't going to put up with any of his bullshit or fake Internet evidence.

So when it comes to being questioned under oath, who do you think will win, sweetheart?

Daddy


Tom Retzlaff

Sent via Encrypted BlackBerry Network

iPad 📶                                    5:47 PM                              🔋 43% 📶

‹   ›   ☐   ≡            🔒 mail.google.com                    ↻   ⬆   +   ❐

        Gmail - (no subject)              ⊙  mail.google.com/mail/u/0/h/ttxw2z597uxo/?&v=om&th=14...

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.215.136 with SMTP id o130csp380341oig;
        Sun, 28 Sep 2014 15:41:18 -0700 (PDT)
X-Received: by 10.60.67.42 with SMTP id k10mr36144134oet.60.1411944078740;
        Sun, 28 Sep 2014 15:41:18 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com (barracuda1.aus.datafoundry.com. [209.99.124.132])
        by mx.google.com with ESMTP id m9si2974105oer.51.2014.09.28.15.41.18
        for <brittdani.v@gmail.com>;
        Sun, 28 Sep 2014 15:41:18 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net designates 209.99.124.132 as
permitted sender) client-ip=209.99.124.132;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of retzlaff@texas.net designates 209.99.124.132 as permitted
sender) smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1411944078-057576113a3b4fa80001-nAb4Jx
Received: from texasnet.proxy1.mail.aus.datafoundry.com
        (texasnet.proxy1.mail.aus.datafoundry.com [209.99.125.96]) by milter.aus.datafoundry.com with
ESMTP id qLc0nedMEzXbFDAA for <brittdani.v@gmail.com>; Sun, 28 Sep 2014 17:41:18 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.96
Received: from [127.0.0.1] (unknown [66.87.70.9])
        by texasnet.proxy1.mail.aus.datafoundry.com (Postfix) with ESMTPSA id 9724D21979
        for <brittdani.v@gmail.com>; Sun, 28 Sep 2014 17:41:15 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.3358)
Message-ID: <20140928224123.5959827.99294.274@texas.net>
Date: Sun, 28 Sep 2014 15:41:23 -0700
From: Tom Retzlaff <retzlaff@texas.net>
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect: texasnet.proxy1.mail.aus.datafoundry.com[209.99.125.96]
X-Barracuda-Start-Time: 1411944078
X-Barracuda-URL: http://209.99.124.132:8000/cgi-mod/mark.cgi
X-Virus-Scanned: by bsmtpd at datafoundry.com
X-Barracuda-BRTS-Status: 1
X-Barracuda-Spam-Score: 1.30
X-Barracuda-Spam-Status: No, SCORE=1.30 using per-user scores of TAG_LEVEL=1000.0
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=5.0 tests=HTML_MESSAGE, MIME_HTML_ONLY, MISSING_SUBJECT,
MISSING_SUBJECT_2
X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.9999
        Rule breakdown below
        pts rule name              description
        ---- ---------------------- --------------------------------------------------
        0.00 MIME_HTML_ONLY         BODY: Message only has text/html MIME parts
        0.00 HTML_MESSAGE           BODY: HTML included in message
        0.01 MISSING_SUBJECT        Missing Subject: header
        1.28 MISSING_SUBJECT_2      Missing Subject: header

<html><head><meta http-equiv=3D"Content-Type" content=3D"text/plain;"><styl=
e> body {  font-family: "Calibri","Slate Pro","sans-serif"; color:#262626 }=
</style> </head> <body data-blackberry-caret-color=3D"#00a8df" style=3D"><=
div>=E2=80=8ELet me ask you this: when it comes to being questioned under o=
ath, who do you think has a better chance of coming out on top? Your dad or=
 McCibney?</div><div><br></div><div>His fake death threats. His harassment =
websites. His revenge porn website. His twitter stalking. The posting of pe=
rsonal information online. The contacting of employers and family members.&=
nbsp;</div><div><br></div><div>Him claiming to your mom that I got a hold o=
f the gate code for his house and how he has to move cuz the aryan brotherh=
ood is working for me to kill him. </div><div><br></div><div>The feder=
al court judge has shown she isn't going to put up with any of his bullshit=
 or fake Internet evidence. </div><div><br></div><div>So when it comes=
 to being questioned under oath, who do you think will win, sweetheart?</di=
v><div><br></div><div>Daddy</div><div><br></div><div><br name=3D"BB10" care=
```

85

-------- Original message --------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** September 29, 2014 at 8:20:18 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

If you are really going to be done, then be done. Quit dancing around and playing games. And stop trying to control your mother. McGibney is toast. And we are not going to give in to his threats and intimidation. That is why both your mother and brother were recorded when they wrote out those affidavits so it proves there was no funny business going on.

McGibney can't even save himself. How can he be expected to save you, kid? He is a paper tiger who huffs and puffs, but he can't hurt me. There is no "law enforcement is on your side Brittany". That was just a lie he told you to get you to help. Your mom and brother finally saw through his lies and bogus claims and false promises. It is time you do so, too.

Dad


Tom Retzlaff

Sent via Encrypted BlackBerry Network

iPad ⚡                                    2:13 PM                              ⚡ 24% 🔲

  〈   〉   📖   ≡          Reader View Available          ↻   ⬆   ＋   ⬜

        Gmail - (no subject)          ⊗ mail.google.com/mail/u/0/h/9g26fp41tss1/?&v=om&th=14...


```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.215.136 with SMTP id ol30csp154610oig;
        Mon, 29 Sep 2014 18:20:13 -0700 (PDT)
X-Received: by 10.60.65.8 with SMTP id t8mr44558709oes.47.1412040013022;
        Mon, 29 Sep 2014 18:20:13 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com (barracuda6.aus.datafoundry.com. [209.99.124.137])
        by mx.google.com with ESMTP id b8si21588872obj.84.2014.09.29.18.20.12
        for <brittdani.v@gmail.com>;
        Mon, 29 Sep 2014 18:20:12 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net designates 209.99.124.137 as
permitted sender) client-ip=209.99.124.137;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of retzlaff@texas.net designates 209.99.124.137 as permitted
sender) smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1412040012-0511ea405e5e22ea0001-nAb4Jx
Received: from texasnet.proxy2.mail.aus.datafoundry.com
(texasnet.proxy2.mail.aus.datafoundry.com [209.99.125.97]) by milter.aus.datafoundry.com with
ESMTP id EzppS65nbSlaqCYS for <brittdani.v@gmail.com>; Mon, 29 Sep 2014 20:20:12 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.97
Received: from [127.0.0.1] (unknown [66.87.69.120])
        by texasnet.proxy2.mail.aus.datafoundry.com (Postfix) with ESMTPSA id D762E213C2
        for <brittdani.v@gmail.com>; Mon, 29 Sep 2014 20:20:09 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.3358)
Message-ID: <20140930012018.5959827.1178.293@texas.net>
Date: Mon, 29 Sep 2014 18:20:18 -0700
From: Tom Retzlaff <retzlaff@texas.net>
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect: texasnet.proxy2.mail.aus.datafoundry.com[209.99.125.97]
X-Barracuda-Start-Time: 1412040012
X-Barracuda-URL: http://209.99.124.137:8000/cgi-mod/mark.cgi
X-Virus-Scanned: by bsmtpd at datafoundry.com
X-Barracuda-BRTS-Status: 1
X-Barracuda-Spam-Score: 1.30
X-Barracuda-Spam-Status: No, SCORE=1.30 using per-user scores of TAG_LEVEL=1000.0
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=5.0 tests=HTML_MESSAGE, MIME_HTML_ONLY, MISSING_SUBJECT,
MISSING_SUBJECT_2
X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.10048
        Rule breakdown below
        pts rule name              description
        ---- ----------------------  --------------------------------------------------
        0.00 MIME_HTML_ONLY          BODY: Message only has text/html MIME parts
        0.00 HTML_MESSAGE            BODY: HTML included in message
        0.01 MISSING_SUBJECT         Missing Subject: header
        1.28 MISSING_SUBJECT_2       Missing Subject: header

<html><head><meta http-equiv=3D"Content-Type" content=3D"text/plain;"><styl=
e> body { font-family: "Calibri","Slate Pro","sans-serif"; color:#262626 }=
</style> </head> <body data-blackberry-caret-color=3D"#00a8df" style=3D""><=
div>=E2=80=8EIf you are really going to be done, then be done. Quit dancing=
 around and playing games. And stop trying to control your mother. McGibney=
 is toast. And we are not going to give in to his threats and intimidation.=
 That is why both your mother and brother were recorded when they wrote out=
 those affidavits so it proves there was no funny business going on. <=
/div><div><br></div><div>McGibney can't even save himself. How can he be ex=
pected to save you, kid? He is a paper tiger who huffs and puffs, but he ca=
n't hurt me. There is no "law enforcement is on your side Brittany". That w=
as just a lie he told you to get you to help. Your mom and brother finally =
saw through his lies and bogus claims and false promises. It is time you do=
so, too. </div><div><br></div><div>Dad</div><div><br></div><div><br n=
```

87

-------- Original message --------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** October 3, 2014 at 19:23:08 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

Happy Birthday Brittany!!

You didn't think for a minute that I would let some faggot like McGibney try to prevent me from contacting you did you?

Well enough about that idiot. Today is YOUR day kid

So anyways mom dragged me off to the Indian casino tonight for Bingo (which sucks but whatever). Which is kinda funny cuz those retards have been hollering the past month about how I am supposed to be intimidating her and making her do shit. Hahahaha. Even their lies don't make any sense. But that's never stopped them before, eh?

So how was your day today? I see the weather reports each day and I sometimes read the Lima news paper. So I guess you got over from being sick? You're welcome for the money for your medicines. You know if you want I can still hook you up with that health insurance plan I told you about before you left.

Funny how those Internet stalker assholes claim I'm supposed under investigation or have arrest warrants. I have traveled three times overseas since all this shit has been going on and not once been stopped or hassled while coming or going from the US. But whatever. I went on a scuba diving trip to Costa Rica recently.

Things are going well for us I guess. My job is fun and mostly interesting. The dog has gotten pretty damn big so fast. 30 pounds. She starts obedience training next week. When she turns about 1 she will be a fully trained guard dog. Lol. I took her to the rifle range last week and she isn't even scared of the gun shots anymore. She is a good dog.

Collin wants me to buy him a bigger motorcycle but I don't think so. He's old enough to handle hiis own business I think. Oh and he wants a rifle, too.

So now it's Fall and imma go see some snow this weekend if I'm lucky and if it's cold enough where I will be at.

Anyways I hope you had a good day on your special day. Its weird that you're so old. Not that you are old. But I can't imagine having a kid that is 27. That's weird. I don't feel old. I certainly don't look old. But I also don't feel it.

Next time you hear from that stalker creep you be sure to tell him to Go Fuck Himself. Seriously. He's just about out of money, and time is equally short for him. Meanwhile life goes on for me and your mom.

I miss you and love you even more.

Daddy

iPad 📶 8:11 AM 🔋 100% 🔋

< > 📖 ≡ 🔒 mail.google.com ↻ ↥ + 🗗

copados - significado de copados dic... Gmail - (no subject) ⊗ mail.google.com/mail/u/0/h/1itob10...

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.215.136 with SMTP id o130csp302251oig;
        Fri, 3 Oct 2014 19:23:08 -0700 (PDT)
X-Received: by 10.182.52.164 with SMTP id u4mr7689309obo.3.1412389388020;
        Fri, 03 Oct 2014 19:23:08 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com (barracuda6.aus.datafoundry.com. [209.99.124.137])
        by mx.google.com with ESMTP id i4si15361071obh.74.2014.10.03.19.23.07
        for <brittdani.v@gmail.com>;
        Fri, 03 Oct 2014 19:23:07 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net designates 209.99.124.137 as
permitted sender) client-ip=209.99.124.137;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of retzlaff@texas.net designates 209.99.124.137 as permitted
sender) smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1412389387-0511ea405e60a4820001-nAb4Jx
Received: from texasnet.proxy1.mail.aus.datafoundry.com
(texasnet.proxy1.mail.aus.datafoundry.com [209.99.125.96]) by milter.aus.datafoundry.com with
ESMTP id mLRM0BloP3yA2Aec for <brittdani.v@gmail.com>; Fri, 03 Oct 2014 21:23:07 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.96
Received: from [127.0.0.1] (unknown [66.87.71.34])
        by texasnet.proxy1.mail.aus.datafoundry.com (Postfix) with ESMTPSA id 8594B21511
        for <brittdani.v@gmail.com>; Fri,  3 Oct 2014 21:23:06 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.3358)
Message-ID: <20141004022315.5955732.64093.338@texas.net>
Date: Fri, 03 Oct 2014 19:23:15 -0700
From: Tom Retzlaff <retzlaff@texas.net>
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect: texasnet.proxy1.mail.aus.datafoundry.com[209.99.125.96]
X-Barracuda-Start-Time: 1412389387
X-Barracuda-URL: http://209.99.124.137:8000/cgi-mod/mark.cgi
X-Virus-Scanned: by bsmtpd at datafoundry.com
X-Barracuda-BRTS-Status: 1
X-Barracuda-Spam-Score: 1.30
X-Barracuda-Spam-Status: No, SCORE=1.30 using per-user scores of TAG_LEVEL=1000.0
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=5.0 tests=HTML_MESSAGE, MIME_HTML_ONLY, MISSING_SUBJECT,
MISSING_SUBJECT_2
X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.10180
        Rule breakdown below
         pts rule name                description
        ---- -----------------------  --------------------------------------------------
        0.00 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
        0.00 HTML_MESSAGE             BODY: HTML included in message
        0.01 MISSING_SUBJECT          Missing Subject: header
        1.28 MISSING_SUBJECT_2        Missing Subject: header
```

<html><head><meta http-equiv=3D"Content-Type" content=3D"text/plain;"><styl=
e> body { font-family: "Calibri","Slate Pro","sans-serif"; color:#262626 }=
</style> </head> <body data-blackberry-caret-color=3D"#00a8df" style=3D""><=
div>Happy Birthday Brittany!!</div><div><br></div><div><div><br></div><div>You di=
idn't think for a minute that I would let some faggot like McGibney try to =
prevent me from contacting you did you?</div><div><br></div><div>Well enoug=
h about that idiot. Today is YOUR day kid</div><div><br></div><div>So anywa=
ys mom dragged me off to the Indian casino tonight for Bingo (which sucks b=
ut whatever). Which is kinda funny cuz those retards have been hollering th=
e past month about how I am supposed to be intimidating her and making her =
do shit. Hahahaha. Even their lies don't make any sense. But that's never s=
topped them before, eh?</div><div><br></div><div>So how was your day today?=
 I see the weather reports each day and I sometimes read the Lima news pape=
r. So I guess you got over from being sick? You're welcome for the money fo=
r your medicines. You know if you want I can still hook you up with that he=

-------- Original message ---------------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** October 5, 2014 at 6:44:08 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

So how was your weekend, birthday girl? Did you get any nice presents?

I had a busy weekend. My attorney just finished our appellate brief in Texas and it will be filed tomorrow. It is 31 pages long. There will be a hearing for oral argument on Oct 21st in Ft Worth. Your stalker friend is dead meat. I found a very recent court case that will blow their arguments to bits.

This Internet stalker clown thinks that something special is going to happen tomorrow. He doesn't know the half of it!  Oh and it appears his attorney is in very poor financial condition. I saw his credit reports last week and the dude and his wife are in a very precarious position. Oh and the attorney he hired to represent him in my lawsuit here in AZ quit the case. I sent that AZ attny an email and told him all about Leiderman's and McGibney's stalking activities, website harassment and such. I called him later and he was very upset that his client had lied to him. He told me he had no idea about any of this - they told him I was the bad guy and such!

So he immediately quit the case.

I got three Big Things that are lined up for this week. So things are going very well for your dad.

Of course that won't stop the stalker man from making more false promises to you about how he is going to help you or how the police are after me and stuff. This man just can't help himself with his constant lies and dramatics.

I'm not even in AZ. But whatever. This guy is a lying sack of shit and he is dead meat. The moment he first said my name on twitter he was dead, and so was his company. Only he just didn't know it yet. But that's what you get for fucking with me - or my family.

Mom had no luck at Bingo. But she had fun, so that's ok. That stuff iis boring as hell. But it makes her happy so that's ok. Do they have Bingo in Peru? I remember taking you when you were little.

I miss you.

Dad


Tom Retzlaff

Sent via Encrypted BlackBerry Network

iPad 🔋                               8:12 AM                          🔵 100% ■■

  ‹   ›   ⊓   ≡        Reader View Available        ⟳   ⬆   +   ⧉

  copados - significado de copados dic...        Gmail - (no subject)        ⊗ mail.google.com/mail/u/0/h/1qxvd9...

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.215.136 with SMTP id o130csp108985oig;
        Sun, 5 Oct 2014 16:44:07 -0700 (PDT)
X-Received: by 10.60.38.67 with SMTP id e3mr5300569oek.62.1412552647395;
        Sun, 05 Oct 2014 16:44:07 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com (barracuda4.aus.datafoundry.com. [209.99.124.135])
        by mx.google.com with ESMTP id n6si23667667oev.96.2014.10.05.16.44.07
        for <brittdani.v@gmail.com>;
        Sun, 05 Oct 2014 16:44:07 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net designates 209.99.124.135 as
permitted sender) client-ip=209.99.124.135;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of retzlaff@texas.net designates 209.99.124.135 as permitted
sender) smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1412552646-05951a43374c7ec90001-nAb4Jx
Received: from texasnet.proxy2.mail.aus.datafoundry.com
(texasnet.proxy2.mail.aus.datafoundry.com [209.99.125.97]) by milter.aus.datafoundry.com with
ESMTP id qFYtLP87beU3K0Uu for <brittdani.v@gmail.com>; Sun, 05 Oct 2014 18:44:06 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.97
Received: from [127.0.0.1] (unknown [66.87.69.148])
        by texasnet.proxy2.mail.aus.datafoundry.com (Postfix) with ESMTPSA id ECA3A1FF93
        for <brittdani.v@gmail.com>; Sun,  5 Oct 2014 18:43:59 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.3358)
Message-ID: <20141005234408.5980308.15855.363@texas.net>
Date: Sun, 05 Oct 2014 16:44:08 -0700
From: Tom Retzlaff <retzlaff@texas.net>
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect: texasnet.proxy2.mail.aus.datafoundry.com[209.99.125.97]
X-Barracuda-Start-Time: 1412552646
X-Barracuda-URL: http://209.99.124.135:8000/cgi-mod/mark.cgi
X-Virus-Scanned: by bsmtpd at datafoundry.com
X-Barracuda-BRTS-Status: 1
X-Barracuda-Spam-Status: 1.30
X-Barracuda-Spam-Score: 1.30
X-Barracuda-Spam-Status: No, SCORE=1.30 using per-user scores of TAG_LEVEL=1000.0
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=5.0 tests=HTML_MESSAGE, MIME_HTML_ONLY, MISSING_SUBJECT,
MISSING_SUBJECT_2
X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.10242
        Rule breakdown below
        pts rule name             description
        --- ----------------      -----------------------------------------------
        0.00 MIME_HTML_ONLY       BODY: Message only has text/html MIME parts
        0.00 HTML_MESSAGE         BODY: HTML included in message
        0.01 MISSING_SUBJECT      Missing Subject: header
        1.28 MISSING_SUBJECT_2    Missing Subject: header

<html><head><meta http-equiv=3D"Content-Type" content=3D"text/plain;"><styl=
e> body { font-family: "Calibri","Slate Pro","sans-serif"; color:#262626 }=
</style> </head> <body data-blackberry-caret-color=3D"#00a8df" style=3D""><=
div>=E2=80=8ESo how was your weekend, birthday girl? Did you get any nice p=
resents?  </div><div><br></div><div>I had a busy weekend. My attorney =
just finished our appellate brief in Texas and it will be filed tomorrow. I=
t is 31 pages long. There will be a hearing for oral argument on Oct 21st i=
n Ft Worth. Your stalker friend is dead meat. I found a very recent court c=
ase that will blow their arguments to bits. </div><div><br name=3D"BB1=
0" caretmarkerset=3D"INVALID" class=3D"markedForCaretMarkerRemoval"></div><=
div>This Internet stalker clown thinks that something special is going to h=
appen tomorrow. He doesn't know the half of it!  =E2=80=8EOh and it ap=
pears his attorney is in very poor financial condition. I saw his credit re=
ports last week and the dude and his wife are in a very precarious position=
. Oh and the attorney he hired to represent him in my lawsuit here in AZ qu=
```

-------- Original message --------------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** October 5, 2014 at 11:29:00 PM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>

I know what you did. I always know what you do. Don't ever forget that. I'm your dad and that's a part of my job. But don't think you can sneak one by. My eyes are too good for you to do that.

Dad


Tom Retzlaff

Sent via Encrypted BlackBerry Network

iPad 📶         8:12 AM         🔋 100% 🔋

&lt;   &gt;   📖   ☰      Reader View Available      ↻   ⬆   +   ❐

copados - significado de copados dic...     Gmail - (no subject)     ⊘ mail.google.com/mail/u/0/h/sntdkn...

```
Delivered-To: brittdani.v@gmail.com
Received: by 10.202.215.136 with SMTP id o130csp128238oig;
        Sun, 5 Oct 2014 21:28:53 -0700 (PDT)
X-Received: by 10.182.165.36 with SMTP id yv4mr24219374obb.39.1412569733424;
        Sun, 05 Oct 2014 21:28:53 -0700 (PDT)
Return-Path: <retzlaff@texas.net>
Received: from milter.aus.datafoundry.com (barracuda1.aus.datafoundry.com. [209.99.124.132])
        by mx.google.com with ESMTP id f10si24312249obw.6.2014.10.05.21.28.53
        for <brittdani.v@gmail.com>;
        Sun, 05 Oct 2014 21:28:53 -0700 (PDT)
Received-SPF: pass (google.com: domain of retzlaff@texas.net designates 209.99.124.132 as
permitted sender) client-ip=209.99.124.132;
Authentication-Results: mx.google.com;
        spf=pass (google.com: domain of retzlaff@texas.net designates 209.99.124.132 as permitted
sender) smtp.mail=retzlaff@texas.net
X-ASG-Debug-ID: 1412569732-057576113a416f440001-nAb4Jx
Received: from texasnet.proxy4.mail.aus.datafoundry.com
(texasnet.proxy4.mail.aus.datafoundry.com [209.99.125.99]) by milter.aus.datafoundry.com with
ESMTP id jDdPH9Z6E6XkgK2c for <brittdani.v@gmail.com>; Sun, 05 Oct 2014 23:28:52 -0500 (CDT)
X-Barracuda-Envelope-From: retzlaff@texas.net
X-Barracuda-Apparent-Source-IP: 209.99.125.99
Received: from [127.0.0.1] (66-87-70-209.pools.spcsdns.net [66.87.70.209])
        by texasnet.proxy4.mail.aus.datafoundry.com (Postfix) with ESMTPSA id 3B03020064
        for <brittdani.v@gmail.com>; Sun,  5 Oct 2014 23:28:52 -0500 (CDT)
Content-Type: text/html; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: quoted-printable
X-Mailer: BlackBerry Email (10.2.1.3358)
Message-ID: <20141006042900.5980308.68805.371@texas.net>
Date: Sun, 05 Oct 2014 21:29:00 -0700
From: Tom Retzlaff <retzlaff@texas.net>
To: Brittany Retzlaff <brittdani.v@gmail.com>
X-Barracuda-Connect: texasnet.proxy4.mail.aus.datafoundry.com[209.99.125.99]
X-Barracuda-Start-Time: 1412569732
X-Barracuda-URL: http://209.99.124.132:8000/cgi-mod/mark.cgi
X-Virus-Scanned: by bsmtpd at datafoundry.com
X-Barracuda-BRTS-Status: 1
X-Barracuda-Spam-Score: 1.30
X-Barracuda-Spam-Status: No, SCORE=1.30 using per-user scores of TAG_LEVEL=1000.0
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=5.0 tests=HTML_MESSAGE, MIME_HTML_ONLY, MISSING_SUBJECT,
MISSING_SUBJECT_2
X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.10249
        Rule breakdown below
        pts rule name                 description
        ---- ----------------------   --------------------------------------------------
        0.00 MIME_HTML_ONLY           BODY: Message only has text/html MIME parts
        0.00 HTML_MESSAGE             BODY: HTML included in message
        0.01 MISSING_SUBJECT          Missing Subject: header
        1.28 MISSING_SUBJECT_2        Missing Subject: header

<html><head><meta http-equiv=3D"Content-Type" content=3D"text/plain;"><styl=
e> body {  font-family: "Calibri","Slate Pro","sans-serif"; color:#262626 }=
</style> </head> <body data-blackberry-caret-color=3D"#00a8df" style=3D""><=
div=E2=80=8EI know what you did. I always know what you do. Don't ever for=
get that. I'm your dad and that's a part of my job. But don't think you can=
 sneak one by. My eyes are too good for you to do that. </div><div><br=
></div><div>Dad</div><div><br></div><div><br name=3D"BB10" caretmarkerset=
=3D"INVALID" class=3D"markedForCaretMarkerRemoval"></div><div><br></div><di=
v>Tom Retzlaff<br><br>Sent via Encrypted BlackBerry Network</div></body></h=
tml>
```

-------- Original message --------------------------------------------------------------------------------------------

**From:** Tom Retzlaff <retzlaff@texas.net>
**Date:** October 7, 2014 at 8:49:10 AM GMT-5
**To:** Brittany Retzlaff <brittdani.v@gmail.com>
**Subject: TX lawsuit**

So here it is filed yesterday. Check it out and see if you can figure out which parts I did and which parts the attorney did himself.

I have filed probably 50 of these in my life thus far and of those, I won probably 75% of the time (as I only go to that much trouble when I feel very confident cuz making an appeal is a very HUGE hassle!). But this case I feel super confident on, and that's no BS. The Calkins case (the one I told u about sunday) is right on track here and this appellate court has no choice but to follow it.

Game over for your Internet stalker friend.

The federal judge in California will be issuing her order dismissing the case shortly for lack of jurisdiction. Your stalker will then be forced to pay all our attorneys fees.

Then we come after him.

I do love and miss you, too!!

Dad


Tom Retzlaff

Sent via Encrypted BlackBerry Network

-------- Original message --------------------------------------------------------------------------------------------------

**Tom Retzlaff**

14 ago  

Ocultar detalles

De: Tom Retzlaff <retzlaff@texas.net>
Para: <keane_dany@hotmail.com>
Asunto: RE:
Fecha: **miércoles, 14 de agosto de 2013 12:50:56 a.m.**

I only called the Branch Office one time, and that was back in March, (I think), when I called for Brittany to tell her that I was sending her a new credit card. Brittany was not there so I left a message for her with some girl so that Brittany would know to check the mail for her credit card. She would have to sign for the letter for security reasons.

Brittany has always loved Robert and refuses to believe anything bad about him, even though he cheated on her and abused her and stole money from her. Whenever I would try to talk to Brittany about Robert she would also tell me to shut up and to mind my own business. She never wanted to learn the truth about him until it was too late. He has been the one who has posted many bad things about her on the internet. One time I visited El Paso so I could shoot Robert and murder him, but Brittany found my gun and stole it from me. She knew that I was going to shoot Eddie and Robert. She knows that I still want to and will do so if given an opportunity.

Brittany likes to play the victim and blame me for everything that goes wrong in her life. But she forgets who has always been there for her to try to help her. Daniel, who do you think has been trying to pay Brittany's debts to the banks over the past two years? Brittany owes almost $20,000. Why do you think that I do this for her?

You do not know anything about me.



You said in one of your emails that you or she will not talk to me as long as I do not change my mind and strive to be a person with respect and principles. Yet Brittany refuses to stop the fighting and refuses to talk and try to work things out. I can only do so much, Daniel. She gives me no opportunity to "change my mind" or to "be a person with respect and principles" (thought I would argue that I do in fact have respect and principles – I just do not have the same ones that you have).

With regards to her naked photographs and the videos of her having sex; yes, I did tell everyone about them when I found them on the internet. I did try to embarrass her with this. But I was not there when she was having sex. I was not there when she was posing for nude photographs. She chose to do those things. I am sure that she did not realize that it would all end up on the internet. But it is what it is. She and I both know who was responsible for this. When she left Robert to go live with his father Brittany and I were visiting each other. We were laying in a bed together in our hotel room when I told her what I found on the internet. She knows just like I do that Robert was responsible for this. If you think about it, you will know this to be true, too. He did it because he was angry at her for leaving him. He took many of the photographs of her and put them on the internet. He took the videos that he made of her having sex and doing sex things and put them on the internet. I could not have done any of those things because I do not possess Robert's cell phone or camera (unless you believe in magic).

But I also played a part, too, because when I found this information out I shared it with everyone. I wanted to embarrass her and hoped that she would leave El Paso and come back home to her family, to leave the religion and to get her life and her freedom back. I know this hurt her. But I did what I thought was best for my child. That is a decision that a father gets to make. And that is a decision that I have to live with.

Parents make all kinds of decisions for their children. Some turn out good, some turn out bad. It is what it is.

I find it very amusing that my daughter has chosen to get married on Veterans Day – a celebration in the United States which honors military veterans for their service to their country (in other parts of the world it is called Armistice Day, which celebrates the end of World War One). I am sure when you ask her she will say she did not know this. But that would be a lie since she and I have celebrated this holiday ever since she was a small child. I find it pretty funny that she is doing this. It is yet another example of her sticking it to her father. While you may not chose to celebrate the holidays of your country, that does not mean that you are ignorant of their dates or meanings, correct?

I have heard that Eddie Cintron will be there for this wedding, too. When you look at him be sure to ask yourself why a 54 year old single man would give a 20 year old girl $10,000 to buy a new car and why a 54 year old man would invite this girl to live in his house and share his bedroom. You may not be well educated, but you are not a complete idiot, are you? Ask you self how many times they had sex with each other while she was still married to her husband, Robert. Ask yourself what type of woman would leave her husband to go live with her husband's father, to live in his bedroom, and have sex with the husband's father. What type of woman would do this, do you think? That is one reason why I am so very, very angry with Brittany.

96

From:      "James" <james@bullyville.com>
To:        "'Denise A Hollas'" <DAHollas@iasishealthcare.com>
Date:      07/21/2014 01:16 PM
Subject:      Wanted to make sure you saw this......

Thomas posted this on his blog about my kids (they are 5, 3 and 7 months old.)

http://i.imgur.com/wbsvz1d.png

wtf *said:*                                                    May 10, 2014 at 12:38 pm

it would be sooo much fun to kill all of mc-stupids kids, one by one while he watches me go over them with a blowtorch.

**REPLY**

---

wtf *said:*                                                  May 10, 2014 at 2:30 pm

Fuck off. You will pay a price for your shit. I will kill your kids, slowly. I will enjoy watching them bleed out. Extinguishing your half-breeds will be a highlight of anyone's day. Now gfy.

**REPLY**

---

whatfuckingevver *said:*                                      May 10, 2014 at 10:54 am

I hope McGibneys sons are all hung from a tree and murdered. All half-breeds need to be killed.

**REPLY**

Denise A Hollas <DAHollas@iasishealthcare.com>

Re: Wanted to make sure you saw this......

To   James

🛈 You replied to this message on 7/21/2014 1:38 PM.

I sent this to collin  too and this is so much Tom's words. I;m so very sorry  about this NO ONE SHOULD SAY
HARMFUL  WORDS OR ACTIONS TO KIDS...
 Denise A Hollas
Business Office
Tempe/BHC SCANNER
1800 E Van buren
Phoenix, AZ 85006
602-251-8259
FAX 602-251-8215
EMAIL.dahollas@iasishealthcare.com



Mon 7/21/2014 1:45 PM

Denise A Hollas <DAHollas@iasishealthcare.com>

RE: Wanted to make sure you saw this......

To   James

🛈 You replied to this message on 7/21/2014 1:46 PM.

This so much shithead thomas retzlaff i know for a fact ..
 Denise A Hollas
Business Office
Tempe/BHC SCANNER
1800 E Van buren
Phoenix, AZ 85006
602-251-8259
FAX 602-251-8215
EMAIL.dahollas@iasishealthcare.com

Law offices of Jay Leiderman, PC
5740 Ralston Street; Suite 300
Ventura, California 93003
California State Bar no. 203336
Phone (805) 654-0200
Fax (805) 645-0280
jay@criminal-lawyer.me

**Attorneys for Petitioner VIAVIEW INC.**

### IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF SANTA CLARA

| VIAVIEW INC; | ) No. 114CH005460 |
|---|---|
| PETITIONER | ) |
| | ) |
| V. | ) |
| | ) DECLARATION OF DENISE HOLLAS IN |
| THOMAS RETZLAFF | ) SUPPORT OF PETITION FOR A RESTRAINING ORDER |
| | ) |
| RESPONDENT. | ) |

DENISE HOLLAS declares the following under penalty of perjury:

1.I am   the ex-wife of Respondent Thomas Retzlaff.

2.Mr. Retzlaff lives near me   in Arizona and I see him from time to time.

3.1   personally saw Mr. Retzlaff being served with multiple restraining orders and the federal lawsuit on

July 14th, 2014 at 8312 W. Elm Street, Phoenix, AZ 85037. I was in the house with Thomas Retzlaff

when he was served. He not only had the paperwork in his hand, he immediately began discussing

the lawsuit and restraining order paperwork right after the process server left.

4.Thom  as Retzlaff asked me to commit perjury on July 21st,2014 by attemp ting to get me to state

within a signed affidavit that he was never served and that I didn't witness him being served.

5.O  n June 30th,2014 I received an email from "Dean Anderson" (email address

dean714@yandex.com). Mr. "Anderson" sent me an inquiry with some questions about my daughter

in Peru. This was an email address that was not publicly available, however Thomas Retzlaff had it.

Immediately after I responded to "Dean Anderson's" email, Thomas Retzlaff called me and started

DECLARATION OF DENISE HOLLAS,Page  - 1                    LAW OFFICES OF JAY LEIDERMAN
                                                          5740 Ralston Street. Suite 300

1    arguing about my answers to "Dean Anderson." That's when I knew that Thomas Retzlaff was

2        "Dean Anderson."

3    6.O  n July 26th,2 014, I went out to dinner with Thomas Retzlaff and he showed me alerts that he

4        receives whenever anyone makes a comment to a post on his blog, viaviewfiles.wordpress.com,

5        which he commonly refers to as "BVFiles."

6    7.I ask that th  e court seal this declaration and keep it from Mr. Retzlaff. I Am EXTREMELY afraid of

7        him and I believe he will physically harm me if he sees this document.

8

9        I declare under penalty of perjury that the foregoing is true and correct to the best of my

10   knowledge.  Executed in Maricopa County, Arizona on this 24th day of July 2014.

11

12

13        Denise Hollas

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DENISE HOLLAS,Page  - 2                LAW OFFICES OF JAY LEIDERMAN
                                                      5740 Ralston Street, Suite 300
                                                      Ventura, California 93003
                                                      Tel: 805-654-0200

JASON S. LEIDERMAN
LEIDERMAN DEVINE LLP
5740 Ralston Street; Suite 300
Ventura, California 93003
California State Bar no. 203336
Phone (805) 654-0200
Fax (805) 645-0280
jay@leidermandevine.com

Attorneys for Petitioner VIAVIEW INC.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SANTA CLARA

VIAVIEW INC;
PETITIONER ) No. 114CH005460
)
V. )
) DECLARATION OF COLLIN RETZLAFF IN
THOMAS RETZLAFF ) SUPPORT OF PETITION FOR A RESTRAINING ORDER
)
RESPONDENT. )

COLLIN RETZLAFF declares the following under penalty of perjury:

1. I am the son of Respondent Thomas Retzlaff.

2. Mr. Retzlaff lives near me in Arizona and I see him from time to time.

3. I personally saw him working on the WordPress blogs that attack James McGibney and his company. He's created articles for these blogs and posts material to these blogs. He specifically was using the BVfiles account which was tied into a "bvfiles" email address which was clearly visible on the top right of the computer screen. This "BVFiles" account has posted on "BVFiles" "McGibneyFiles" and "ViaViewfiles" Wordpress blogs.

4. Mr. Retzlaff ordered an internet connection in my name and has been using that connection to post directly to the blogs aforementioned. I have never posted to any of the blogs. I will be disconnecting the internet connection immediately so Thomas Retzlaff can no longer use an account that is in my name to harass and stalk people.

5. I saw Thomas Retzlaff get personally served with multiple restraining orders and the federal lawsuit on July 14th, 2014 at 8312 W. Elm Street, Phoenix, AZ 85037. I was in the house with Thomas Retzlaff when he was served.

DECLARATION OF COLLIN RETZLAFF, Page - 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

6. I ask that the court seal this declaration and keep it from Mr. Retzlaff. I Am EXTREMELY afraid of him and I believe he will physically harm me if he sees this document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in ___Maricopa___ County, Arizona on this 23<sup>th</sup> day of July 2014.

Collin Retzlaff

STATE OF ARIZONA
COUNTY OF Maricopa
The foregoing instrument was acknowledged
before me this 23<sup>rd</sup> day of July 2014
By Collin Retzlaff
Notary Public Charisse Bayne
My Commission Expires: 8/31/2017

CHARISE BAYNE
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
August 31, 2017

DECLARATION OF COLLIN RETZLAFF, Page - 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

JASON S. LEIDERMAN, SBN 203336
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston St. #300
Ventura, CA 93003
805 654 0200
Attorney for Petitioner VIAVIEW, INC.

IN THE SUPERIOR COURT
COUNTY OF SANTA CLARA, STATE OF CALIFORNIA

VIA VIEW INC.                    )      NO. 114CH005460
                                 )
            Petitioner           )
                                 )
vs.                              )      PROOF OF SERVICE
                                 )      BY PRIVATE PROCESS SERVER
THOMAS RETZLAFF                  )
                                 )
            Respondent           )
_____)

I, Jeff Bourne, being fully qualified to serve process under ARCP 4(e) within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

NOTICE OF NEW HEARING DATE AND ORDER ON REISSUANCE
AMENDED TEMPORARY RESTRAINING ORDER
ATTACHMENT #3 ADDITIONAL PROTECTED PERSONS
NOTICE OF COURT HEARING
TEMPORARY RESTRAINING ORDER
ORDER GRANTING INJUNCTION AGAINST RESPONDENT THOMAS RETZLAFF

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named documents was made upon **Thomas Retzlaff** personally at 8:47pm on July 14, 2014 at 8312 W. Elm St., Phoenix, AZ 85037. Note: Mr. Retzlaff is described as a white male, approximately 62 years of age, 5'11", 180-200 lbs., brown hair, receding hairline, glasses. The door of the house was opened, I approached the door, identified myself as a process server with documents for Thomas Retzlaff, Mr. Retzlaff was clearly visible until he moved behind a wall, I asked him to come out and accept service, he declined, I dropped the documents outside the door and service was announced in a loud clear voice.

DATED: 7/16/14          _____
                        JEFF BOURNE      #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:14-cv-10159-HRL

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THOMAS RETZLAFF

was received by me on *(date)*  07/11/2014 .

☑ I personally served the summons on the individual at *(place)*  8312 W. Elm St. Phoenix, AZ 85037

on *(date)*  07/14/2014  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify):*

My fees are $  for travel and $  for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  07/16/2014

*Server's signature*

JEFF BOURNE #5585
*Printed name and title*

1753 E. Broadway Rd. #302
Tempe, AZ 85282
480 736 1282
*Server's address*

Additional information regarding attempted service, etc:
Mr. Retzlaff was inside the house, his son opened the door, I identified myself as a process server with documents for Thomas Retzlaff, I could see the defendant clearly before he hid behind a wall, I asked him to come out and accept the documents, he declined. I dropped the documents outside the door, and service was announced in a loud clear voice.