JASON S. LEIDERMAN, SBN 203336
jay@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Attorney for Plaintiffs
JAMES MCGIBNEY
VIAVIEW, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br>THOMAS RETZLAFF, an individual,<br>NEAL RAUHAUSER, an individual,<br>LANE LIPTON, an individual, and<br>DOES 1-5, individuals whose true names are not known,<br><br>　　　　　　Defendants. | Case No.: 5:14-cv-01059 BLF<br>**COVER SHEET FOR EXHIBITS 3-5 (CIVIL LOCAL RULE 3-4)** |

　　　　Pursuant to Civil L.R. 3-4, this document is a cover sheet for Exhibits 3 through 5 in support of Plaintiffs' Opposition to Defendant Thomas Retzlaff's Motion to Strike.

COVER SHEET, Page - 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280