**VERIFIED IP ADDRESSES USED BY THOMAS C. RETZLAFF. THESE IP ADDRESSES WERE OBTAINED FROM THE EMAIL HEADERS (EMAILS SENT FROM RETZLAFF@TEXAS.NET TO HIS DAUGTHER, BRITTANY RETZLAFF). BRITTANY CURRENTLY HAS A PERMANENT RESTRAINING ORDER IN PLACE AGAINST THOMAS RETZLAFF. THE EMAILS FROM THOMAS RETZLAFF TO BRITTANY RETZLAFF ARE CONTAINED WITHIN EXHIBIT 1 AND HERE ARE THE CORRESPONDING IP ADDRESSES.**

66.87.68.160      IP header from email sent by retzlaff@texas.net on July 17, 2014 to Brittany Retzlaff

66.87.68.205      IP header from email sent by retzlaff@texas.net on July 28, 2014 to Brittany Retzlaff

66.87.69.54       IP header from email sent by retzlaff@texas.net on June 19, 2014 to Brittany Retzlaff

66.87.69.120      IP header from email sent by retzlaff@texas.net on Sept 29, 2014 to Brittany Retzlaff

66.87.69.129      IP header from email sent by retzlaff@texas.net on July 6, 2014 to Brittany Retzlaff

66.87.69.135      IP header from email sent by retzlaff@texas.net on July 15, 2014 to Brittany Retzlaff

66.87.69.191      IP header from email sent by retzlaff@texas.net on Sept 24, 2014 to Brittany Retzlaff

66.87.69.224      IP header from email sent by retzlaff@texas.net on June 11, 2014 to Brittany Retzlaff

66.87.69.254      IP header from email sent by retzlaff@texas.net on June 11, 2014 to Brittany Retzlaff

66.87.70.5        IP header from email sent by retzlaff@texas.net on July 12, 2014 to Brittany Retzlaff

66.87.70.9        IP header from email sent by retzlaff@texas.net on Sept 28, 2014 to Brittany Retzlaff

66.87.70.127      IP header from email sent by retzlaff@texas.net on July 14, 2014 to Brittany Retzlaff

66.87.70.203      IP header from email sent by retzlaff@texas.net on July 15, 2014 to Brittany Retzlaff

66.87.71.158      IP header from email sent by retzlaff@texas.net on July 10, 2014 to Brittany Retzlaff

66.87.79.162      IP header from email sent by retzlaff@texas.net on June 11, 2014 to Brittany Retzlaff

68.3.61.117       IP header from email sent by retzlaff@texas.net on April 30, 2014 to Brittany Retzlaff

68.104.148.212  IP header from email sent by retzlaff@texas.net on April 21, 2014 to Brittany Retzlaff

70.162.198.27    IP header from email sent by retzlaff@texas.net on June 13, 2014 to Brittany Retzlaff

72.201.182.152  IP header from email sent by retzlaff@texas.net on May 13, 2014 to Brittany Retzlaff

THE FOLLOWING SCREENSHOTS SHOW THE ACTUAL LOCATION FOR THE IP ADDRESSES LISTED WITHIN EACH HEADER FOR THE EMAILS SENT FROM THOMAS RETZLAFF AT [RETZLAFF@TEXAS.NET](mailto:RETZLAFF@TEXAS.NET) TO BRITTANY RETZLAFF. YOU WILL NOTICE THAT ALMOST EVERY SINGLE IP ADDRESS RESOLVES BACK TO PHOENIX, ARIZONA. THOMAS RETLAFF CURRENTLY RESIDES AT 8312 WEST ELM STREET, PHOENIX, AZ (THE HOUSE IS CURRENTLY LEASED UNDER HIS SON'S NAME, COLLIN RETZLAFF). THE IP ADDRESSES RESOLVE BACK TO HIS SPRINT CELL PHONE AND/OR COX COMMUNICATIONS, WHICH IS CURRENTLY UNDER COLLIN'S NAME AND WAS CONFIRMED BY COLLIN RETZLAFF.

### IP ADDRESS 66.87.68.160

| | |
|---|---|
| **IP Address** | 66.87.68.160 |
| **Location** | UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 30 Sep, 2014 03:35 PM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.68.160 |
| 📤 Share | |

**IP ADDRESS 66.87.68.205**

| IP Address | 66.87.68.205 |
|---|---|
| Location | UNITED STATES, ARIZONA, PHOENIX |
| Latitude & Longitude | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| ISP | SPRINT NEXTEL CORPORATION |
| Local Time | 30 Sep, 2014 04:56 PM (UTC -07:00) |
| Domain | SPRINT.COM |
| Net Speed | (DSL) Broadband/Cable |
| IDD & Area Code | (1) 623 |
| ZIP Code | 85001 |
| Weather Station | PHOENIX (USAZ0166) |
| Mobile Country Code (MCC) | 316 |
| Mobile Network Code (MNC) | 010 |
| Carrier Name | NEXTEL |
| Elevation | 330m |
| Usage Type | (MOB) Mobile ISP |
| Anonymous Proxy | No |
| Shortcut | http://www.ip2location.com/66.87.68.205 |
| 🔗 Share | |

## IP ADDRESS 66.87.69.54

| IP Address | 66.87.69.54 |
|---|---|
| Location | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| Latitude & Longitude | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| ISP | SPRINT NEXTEL CORPORATION |
| Local Time | 30 Sep, 2014 05:08 PM (UTC -07:00) |
| Domain | SPRINT.COM |
| Net Speed | (DSL) Broadband/Cable |
| IDD & Area Code | (1) 623 |
| ZIP Code | 85001 |
| Weather Station | PHOENIX (USAZ0166) |
| Mobile Country Code (MCC) | 316 |
| Mobile Network Code (MNC) | 010 |
| Carrier Name | NEXTEL |
| Elevation | 330m |
| Usage Type | (MOB) Mobile ISP |
| Anonymous Proxy | No |
| Shortcut | http://www.ip2location.com/66.87.69.54 |
| | 📤 Share |

**IP ADDRESS 66.87.69.120**

| | |
|---|---|
| **IP Address** | 66.87.69.120 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 01 Oct, 2014 09:54 AM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.69.120 |
| | 📤 Share |

**IP ADDRESS 66.87.69.129**

| | |
|---|---|
| **IP Address** | 66.87.69.129 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 30 Sep, 2014 05:13 PM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.69.129 |
| 📤 Share | |

**IP ADDRESS 66.87.69.135**

| | |
|---|---|
| **IP Address** | 66.87.69.135 |
| **Location** | ≣ UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 30 Sep, 2014 07:15 PM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.69.135 |
| ⤴ Share | |

**IP ADDRESS 66.87.69.191**

| | |
|---|---|
| **IP Address** | 66.87.69.191 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N 112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 01 Oct, 2014 10:01 AM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.69.191 |
| | 📤 Share |

**IP ADDRESS 66.87.69.224**

| | |
|---|---|
| **IP Address** | 66.87.69.224 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 30 Sep, 2014 07:21 PM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.69.224 |
| 📤 Share | |

**IP ADDRESS 66.87.69.254**

| | |
|---|---|
| **IP Address** | 66.87.69.254 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 30 Sep, 2014 07:39 PM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.69.254 |
| | 📤 Share |

**IP ADDRESS 66.87.70.5**

| | |
|---|---|
| **IP Address** | 66.87.70.5 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 30 Sep, 2014 07:44 PM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.70.5 |
| | 🔗 Share |

**IP ADDRESS 66.87.70.9**

| | |
|---|---|
| **IP Address** | 66.87.70.9 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 01 Oct, 2014 09:58 AM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.70.9 |
| 🔗 Share | |

**IP ADDRESS 66.87.70.127**

| | |
|---|---|
| **IP Address** | 66.87.70.127 |
| **Location** | UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 01 Oct, 2014 09:04 AM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.70.127 |
| | Share |

**IP ADDRESS 66.87.70.203**

| | |
|---|---|
| **IP Address** | 66.87.70.203 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 30 Sep, 2014 07:57 PM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.70.203 |
| | ☐ Share |

**IP ADDRESS 66.87.71.158**

| | |
|---|---|
| **IP Address** | 66.87.71.158 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | SPRINT NEXTEL CORPORATION |
| **Local Time** | 30 Sep, 2014 08:08 PM (UTC -07:00) |
| **Domain** | SPRINT.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | 316 |
| **Mobile Network Code (MNC)** | 010 |
| **Carrier Name** | NEXTEL |
| **Elevation** | 330m |
| **Usage Type** | (MOB) Mobile ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/66.87.71.158 |
| | 🔗 Share |

**IP ADDRESS 66.87.79.162**

| IP Address | 66.87.79.162 |
|---|---|
| Location | 🇺🇸 UNITED STATES, ILLINOIS, CHICAGO |
| Latitude & Longitude | 41.850030, -87.650050 (41°51'0"N   87°39'0"W) |
| ISP | SPRINT NEXTEL CORPORATION |
| Local Time | 01 Oct, 2014 10:17 AM (UTC -05:00) |
| Domain | SPRINT.COM |
| Net Speed | (DSL) Broadband/Cable |
| IDD & Area Code | (1) 312/773 |
| ZIP Code | 60290 |
| Weather Station | FOX VALLEY (USIL0425) |
| Mobile Country Code (MCC) | 316 |
| Mobile Network Code (MNC) | 010 |
| Carrier Name | NEXTEL |
| Elevation | 178m |
| Usage Type | (MOB) Mobile ISP |
| Anonymous Proxy | No |
| Shortcut | http://www.ip2location.com/66.87.79.162 |
| | 🔗 Share |

**IP ADDRESS 68.3.61.117**

| | |
|---|---|
| **IP Address** | 68.3.61.117 |
| **Location** | 🇺🇸 UNITED STATES, TENNESSEE, KNOXVILLE |
| **Latitude & Longitude** | 35.960640, -83.920740 (35°57'38"N  83°55'15"W) |
| **ISP** | COX COMMUNICATIONS INC. |
| **Local Time** | 01 Oct, 2014 11:22 AM (UTC -04:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 865 |
| **ZIP Code** | 37901 |
| **Weather Station** | KNOXVILLE (USTN0268) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 273m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/68.3.61.117 |
| | ⤴ Share |

**IP ADDRESS 68.104.148.212**

| | |
|---|---|
| **IP Address** | 68.104.148.212 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, GOODYEAR |
| **Latitude & Longitude** | 33.435320, -112.358210 (33°26'7"N   112°21'30"W) |
| **ISP** | COX COMMUNICATIONS INC. |
| **Local Time** | 01 Oct, 2014 08:23 AM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85338 |
| **Weather Station** | GOODYEAR (USAZ0087) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 294m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/68.104.148.212 |
| | 🔗 Share |

**IP ADDRESS 70.162.198.27**

| | |
|---|---|
| **IP Address** | 70.162.198.27 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | COX COMMUNICATIONS |
| **Local Time** | 01 Oct, 2014 08:25 AM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 330m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/70.162.198.27 |
| | 🔗 Share |

**IP ADDRESS 70.162.219.85**

| | |
|---|---|
| **IP Address** | 70.162.219.85 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | COX COMMUNICATIONS |
| **Local Time** | 01 Oct, 2014 08:26 AM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 330m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/70.162.219.85 |
| | 🔗 Share |

**IP ADDRESS 72.201.182.152**

| | |
|---|---|
| **IP Address** | 72.201.182.152 |
| **Location** | UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | COX COMMUNICATIONS |
| **Local Time** | 01 Oct, 2014 08:28 AM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 330m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/72.201.182.152 |
| | Share |

THE FOLLOWING ARE THE VERIFIED IP ADDRESSES THAT HAVE BEEN LINKED TO THOMAS RETZLAFF. MR. RETZLAFF USED THESE IP ADDRESSES TO POST COMMENTS ON NUMEROUS WEBSITES/BLOGS AND TO SEND THREATENING EMAILS TO ATTORNEY'S.

**70.162.198.189**  IP address was used to post comments on the website **www.adamsteinbaugh.com** on May, 15, 2013 from **mark14nx05y@hotmail.com**

**70.162.219.14**   IP address was used to send Attorney Mark Chernoff a threatening email on September 19, 2014 from **retzlaff@texas.net**

**70.162.219.85**   IP address was used to post comments as "Dick Hertz" on the website **http://thedirty.com/2013/12/some-reporters-are-just-dumb/**on December 6, 2013

**72.201.185.236**  IP address was used to post comments as "Todd" on the website **www.adamsteinbaugh.com** on February 22, 2013. The username "Todd" is registered to the email address of **t_retz@hotmail.com.**

**72.201.185.236**  IP address was used to post comments as "the.klansman" on the website **www.adamsteinbaugh.com** on February 19, 2013. The username "the.klansman" is registered to the email address of **the.klansman@hotmail.com**

**THE FOLLOWING SCREENSHOTS SHOW THE ACTUAL LOCATION FOR THE IP ADDRESSES THAT HAVE BEEN LINKED TO THOMAS RETZLAFF. MR. RETZLAFF USED THESE IP ADDRESSES TO POST COMMENTS ON NUMEROUS WEBSITES/BLOGS AND TO SEND THREATENING EMAILS TO ATTORNEY'S.**

**YOU WILL NOTICE THAT ALMOST EVERY SINGLE IP ADDRESS RESOLVES BACK TO PHOENIX, ARIZONA. THOMAS RETLAFF CURRENTLY RESIDES AT 8312 WEST ELM STREET, PHOENIX, AZ 85037 (THE HOUSE IS CURRENTLY LEASED UNDER HIS SON'S NAME, COLLIN RETZLAFF). THE IP ADDRESSES RESOLVE BACK TO HIS SPRINT CELL PHONE AND/OR COX COMMUNICATIONS, WHICH IS CURRENTLY UNDER COLLIN'S NAME AND WAS CONFIRMED VIA COLLIN RETZLAFF'S AFFIDAVIT LISTED BELOW.**

JASON S. LEIDERMAN, SBN 203336
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston St. #300
Ventura, CA 93003
805 654 0200
Attorney for Petitioner VIAVIEW, INC.

IN THE SUPERIOR COURT
COUNTY OF SANTA CLARA, STATE OF CALIFORNIA

| | |
|---|---|
| VIA VIEW INC. | NO. 114CH005460 |
| Petitioner | |
| vs. | PROOF OF SERVICE |
| | BY PRIVATE PROCESS SERVER |
| THOMAS RETZLAFF | |
| Respondent | |

I, Jeff Bourne, being fully qualified to serve process under ARCP 4(e) within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

NOTICE OF NEW HEARING DATE AND ORDER ON REISSUANCE
AMENDED TEMPORARY RESTRAINING ORDER
ATTACHMENT #3 ADDITIONAL PROTECTED PERSONS
NOTICE OF COURT HEARING
TEMPORARY RESTRAINING ORDER
ORDER GRANTING INJUNCTION AGAINST RESPONDENT THOMAS RETZLAFF

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named documents was made upon **Thomas Retzlaff** personally at 8:47pm on July 14, 2014 at 8312 W. Elm St., Phoenix, AZ 85037. Note: Mr. Retzlaff is described as a white male, approximately 62 years of age, 5'11", 180-200 lbs., brown hair, receding hairline, glasses. The door of the house was opened, I approached the door, identified myself as a process server with documents for Thomas Retzlaff, Mr. Retzlaff was clearly visible until he moved behind a wall, I asked him to come out and accept service, he declined, I dropped the documents outside the door and service was announced in a loud clear voice.

DATED: 7/16/14        JEFF BOURNE   #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

23

1  JASON S. LEIDERMAN
   LEIDERMAN DEVINE LLP
   5740 Ralston Street; Suite 300
2  Ventura, California 93003
   California State Bar no. 203336
3  Phone (805) 654-0200
   Fax (805) 645-0280
4  jay@leidermandevine.com

5  **Attorneys for Petitioner VIAVIEW INC.**

6
        **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**
7                    **FOR THE COUNTY OF SANTA CLARA**

8

9  VIAVIEW INC;                        ) No. 114CH005460
              PETITIONER               )
10                                     )
              V.                       )
11                                     ) DECLARATION OF COLLIN RETZLAFF IN
   THOMAS RETZLAFF                     ) SUPPORT OF PETITION FOR A RESTRAINING ORDER
12                                     )
              RESPONDENT.              )
13  ---------------------------------------

14

15  COLLIN RETZLAFF declares the following under penalty of perjury:

16
     1.  I am the son of Respondent Thomas Retzlaff.
17
     2.  Mr. Retzlaff lives near me in Arizona and I see him from time to time.
18
     3.  I personally saw him working on the WordPress blogs that attack James McGibney and his company.
19
         He's created articles for these blogs and posts material to these blogs. He specifically was using the
20
         BVfiles account which was tied into a "bvfiles" email address which was clearly visible on the top
21
         right of the computer screen. This "BVFiles" account has posted on "BVFiles" "McGibneyFiles" and
22
         "ViaViewfiles" Wordpress blogs.
23   4.  Mr. Retzlaff ordered an internet connection in my name and has been using that connection to post
         directly to the blogs aforementioned. I have never posted to any of the blogs. I will be disconnecting
24
         the internet connection immediately so Thomas Retzlaff can no longer use an account that is in my
25
         name to harass and stalk people.
26   5.  I saw Thomas Retzlaff get personally served with multiple restraining orders and the federal lawsuit
27       on July 14th, 2014 at 8312 W. Elm Street, Phoenix, AZ 85037. I was in the house with Thomas
28       Retzlaff when he was served.

DECLARATION OF COLLIN RETZLAFF, Page - 1                LAW OFFICES OF JAY LEIDERMAN
                                                         5740 Ralston Street, Suite 300
                                                         Ventura, California 93003
                                                         Tel: 805-654-0200
                                                         Fax: 805-654-0280

6. I ask that the court seal this declaration and keep it from Mr. Retzlaff. I Am EXTREMELY afraid of him and I believe he will physically harm me if he sees this document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in _Maricopa_ County, Arizona on this 23 th day of July 2014.

Collin Retzlaff

STATE OF ARIZONA

COUNTY OF Maricopa

The foregoing instrument was acknowledged before me this 23rd day of July, 2014

By Collin Retzlaff

Notary Public Chariss Bayne

My Commission Expires: 8/31/2017

CHARISS BAYNE
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
August 31, 2017

DECLARATION OF COLLIN RETZLAFF, Page - 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

**IP ADDRESS 70.162.198.189**

| | |
|---|---|
| **IP Address** | 70.162.198.189 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | COX COMMUNICATIONS |
| **Local Time** | 01 Oct, 2014 12:07 PM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 330m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/70.162.198.189 |
| 📤 Share | |

**IP ADDRESS 70.162.219.14**

| | |
|---|---|
| **IP Address** | 70.162.219.14 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | COX COMMUNICATIONS |
| **Local Time** | 01 Oct, 2014 12:13 PM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 330m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/70.162.219.14 |
| | 🔗 Share |

**IP ADDRESS 70.162.219.85**

| | |
|---|---|
| **IP Address** | 70.162.219.85 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | COX COMMUNICATIONS |
| **Local Time** | 01 Oct, 2014 12:31 PM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 330m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/70.162.219.85 |
| | 📤 Share |

**IP ADDRESS 72.201.185.236**

| | |
|---|---|
| **IP Address** | 72.201.185.236 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | COX COMMUNICATIONS |
| **Local Time** | 01 Oct, 2014 12:42 PM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 330m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/72.201.185.236 |
| | Share |

**NOW THAT WE'VE ESTABLISHED THE FACT THAT THESE IP ADDRESSES TIE DIRECTLY INTO DEFENDANT THOMAS RETZLAFF, LET'S START TYING OUT SPECIFIC IP ADDRESSES INTO HIS VARIOUS ALIASES (SOCK ACCOUNTS).**

**IP ADDRESS 70.162.198.189**

**THOMAS RETZLAFF ALIAS JOHNNY SWIFT**: This account posted three comments to Adam Steinbaugh's blog.

- Registered email address: mark14nx05y@hotmail.com.
- All three comments posted from 70.162.198.189 [Cox Communications, Phoenix, AZ].
- Email address on Facebook is the.klansman@hotmail.com.
  https://www.facebook.com/johnny.swift.503?fref=ts



- Another "Johnny Swift" Facebook account claims to be an attorney:
  https://www.facebook.com/johnny.swift.1800/about
- Johnny Swift also showed up in the comments section with Richard Smith commenting on revenge porn on an San Antonian article



| Author | Comment | In Response To |
|---|---|---|
| Johnny Swift 3 approved facebook.com/johnny.swift.5264 x mark14nx05y@hotmail.com 70.162.198.189 | Submitted on 2013/05/15 at 1:58 am Who cares about damages when you are judgment proof. Especially when you live in a state that is very protective of judgment-debtors (such as Texas or Florida). | Revenge Porn: YouGotPosted Held in Contempt, Loses Case to Bullyville 62 View Post |
| Johnny Swift 3 approved facebook.com/johnny.swift.5264 x mark14nx05y@hotmail.com 70.162.198.189 | Submitted on 2013/05/15 at 1:28 am | In reply to dese1ect. lol. that's why this bill is a joke and nothing but political grandstanding. | California Senate to Consider Bill Criminalizing Revenge Porn 10 View Post |
| Johnny Swift 3 approved facebook.com/johnny.swift.5264 x mark14nx05y@hotmail.com 70.162.198.189 | Submitted on 2013/05/15 at 1:26 am Adam, how do you respond to this? This is a stupid law. if I own the pictures (either cuz I took them myself or cuz u sent them to me). then why can't I do whatever I want to with MY PROPERTY? It is not against the law to put someone's name & info on the internet. All kinds of "people finder" websites do this. Nor is it illegal to put someone's picture on the internet. But when you combine the two. it somehow is illegal? That makes no sense. The Govt has no business telling me what to do with MY property!! Copyright law is well settled in American and international law. This law would upend that. Plus, it would create a prior restraint on someone's speech based simply on the assumption that someone's feelings might be hurt. Content-based restriction of speech must survive strict scrutiny. This law could not survive a strict scrutiny review. Preventing hurt feelings is not a compelling governmental reason. otherwise we will need a lot more laws on the books. See U.S. v. Playboy Entertainment Group, 529 U.S. 803 (2000) (Government's interest in criminalizing speech that inflicts emotional distress is not a compelling one). See also U.S. v. Cassidy, __ F.Supp.2d __, 2011 WL 6260872 (U.S. District Court for the District of Maryland 2011). It is not the job of the DA or police to be baby sitters or life coaches. Unapprove | Reply | Quick Edit | Edit | Spam | Trash | California Senate to Consider Bill Criminalizing Revenge Porn 10 View Post |



# Adam Steinbaugh's
Blog About Law and Technology

**About Adam Steinbaugh**

# California Senate to Consider Bill Criminalizing Revenge Porn

May 9, 2013 | Adam Steinbaugh | Uncategorized | 10 comments

In the wake of a Florida bill to criminalize revenge porn (which died after failing to receive a final vote before the Florida legislative session ended), a California state senator has introduced Senate Bill 255. SB255, as introduced by Sen. Anthony Canella (R-Ceres) would make it a misdemeanor to engage in a wide variety of acts associated with "revenge porn" — the practice of sharing nude photos of someone in order to sate a fleeting desire for revenge.

**Recent Posts**

- No, I don't run a revenge porn site
- Ares Rights Adopts Matroyshka Doll Approach To Censorious DMCA Takedown Notices
- Ares Rights Wants Ecuador Journalists To Stop Talking About Ares Rights' Censorious Abuse of Copyright
- Plaintiff Seeks $123 Million In Revenge Porn Case Against Facebook, Ex
- Balance and Boundaries



**Johnny Swift** · a year ago

Adam, how do you respond to this?

This is a stupid law. If I own the pictures (either cuz I took them myself or cuz u sent them to me), then why can't I do whatever I want to with MY PROPERTY?

It is not against the law to put someone's name & info on the internet. All kinds of "people finder" websites do this. Nor is it illegal to put someone's picture on the internet. But when you combine the two, it somehow is illegal? That makes no sense.

The Govt has no business telling me what to do with MY property!!

Copyright law is well settled in American and international law. This law would upend that. Plus, it would create a prior restraint on someone's speech based simply on the assumption that someone's feelings might be hurt.

Content-based restriction of speech must survive strict scrutiny. This law could not survive a strict scrutiny review. Preventing hurt feelings is not a compelling governmental reason, otherwise we will need a lot more laws on the books. See U.S. v. Playboy Entertainment Group, 529 U.S. 803 (2000) (Government's interest in criminalizing speech that inflicts emotional distress is not a compelling one).

See also U.S. v. Cassidy, __ F.Supp.2d __, 2011 WL 6260872 (U.S. District Court for the District of Maryland 2011).

It is not the job of the DA or police to be baby sitters or life coaches.

∧ | ∨ · Reply · Share ›



**Johnny Swift** ↱ dese1ect · a year ago

lol. that's why this bill is a joke and nothing but political grandstanding.

∧ | ∨ · Reply · Share ›

Source: http://adamsteinbaugh.com/2013/05/09/california-senate-to-consider-bill-criminalizing-revenge-porn/#comment-897913989

Here's a complete list of Thomas Retzlaff's comments under his sock account "Johnny Swift":



Discussion on AdamSteinbaugh.com

## Revenge Porn: YouGotPosted Held in Contempt, Loses Case to Bullyville



**Johnny Swift • a year ago**

Who cares about damages when you are judgment proof. Especially when you live in a state that is very protective of judgment-debtors (such as Texas or Florida).

Discussion on AdamSteinbaugh.com

## California Senate to Consider Bill Criminalizing Revenge Porn



**Johnny Swift • a year ago**

lol. that's why this bill is a joke and nothing but political grandstanding.



**Johnny Swift • a year ago**

Adam, how do you respond to this?

This is a stupid law. If I own the pictures (either cuz I took them myself or cuz u sent them to me), then why can't I do whatever I want to with MY PROPERTY?

It is not against the law to put someone's name & info on the internet. All kinds of "people finder" websites do this. Nor is it illegal to put someone's picture on the internet. But when you combine the two, it somehow is illegal? That makes no sense.

The Govt has no business telling me what to do with MY property!!

Copyright law is well settled in American and international law. This law would upend that. Plus, it would create a prior restraint on someone's speech based simply on the assumption that someone's feelings might be hurt.

Content-based restriction of speech must survive strict scrutiny. This law could not survive a strict scrutiny review. Preventing hurt feelings is not a compelling governmental reason, otherwise we will need a lot more laws on the books. See U.S. v. Playboy Entertainment Group, 529 U.S. 803 (2000) (Government's interest in criminalizing speech that inflicts emotional distress is not a compelling one).

See also U.S. v. Cassidy, __ F.Supp.2d __, 2011 WL 6260872 (U.S. District Court for the District of Maryland 2011).

It is not the job of the DA or police to be baby sitters or life coaches.

Discussion on HEADLINES & GLOBAL NEWS

## Osaka Mayor Toru Hashimoto Says Wartime Sex Slaves Were 'Necessary' : World : Headlines & Global News



**Johnny Swift • a year ago**

rape is too sex. every time I rape a girl, I'm having sex with her. fool!



**Johnny Swift • a year ago**

I think having sex slaves are necessary, too. I just wish I had some.

Discussion on HEADLINES & GLOBAL NEWS

## Australian Man Dead for 40 Minutes Brought Back to Life By New Resuscitation Technique : News : Headlines & Global News



**Johnny Swift • a year ago**

this guy was never dead. it would be more accurate to say the heart stopped beating and that a machine took over instead. As long as blood is being pumped and a machine breathes for you, you can stay like that forever. His situation is no different than people with mechanical hearts. He just happened to be unconscious while it went on. The "magic" was in having that machine nearby.

Discussion on VentureBeat

## Florida takes major steps towards making revenge porn a felony



**Johnny Swift • a year ago**

Florida didn't do a god damn thing. This Bill was nothing more than a cheap publicity stunt that died in committee.

This is a stupid law. If I own the pictures (either cuz I took them myself or cuz u sent them to me), then why can't I do whatever I want to with MY PROPERTY?

It is not against the law to put someone's name & info on the internet. All kinds of "people finder" websites do this. Nor is it illegal to put someone's picture on the internet. But when you combine the two, it somehow is illegal? That makes no sense.

The Govt has no business telling me what to do with MY property!!

Copyright law is well settled in American and international law. This law would upend that. Plus, it would create a prior restraint on someone's speech based simply on the assumption that someone's feelings might be hurt.

Content-based restriction of speech must survive strict scrutiny. This law could not survive a strict scrutiny review. Preventing hurt feelings is not a compelling governmental reason, otherwise we will need a lot more laws on the books. See U.S. v. Playboy Entertainment Group, 529 U.S. 803 (2000) (Government's interest in criminalizing speech that inflicts emotional distress is not a compelling one).

See also U.S. v. Cassidy, __ F.Supp.2d __, 2011 WL 6260872 (U.S. District Court for the District of Maryland 2011).

It is not the job of the DA or police to be baby sitters or life coaches.

Discussion on VentureBeat

## Accusations of child porn and extortion fail to stop revenge porn site operator

 **Johnny Swift • a year ago**

This is a stupid law. If I own the pictures (either cuz I took them myself or cuz u sent them to me), then why can't I do whatever I want to with MY PROPERTY?

It is not against the law to put someone's name & info on the internet. All kinds of "people finder" websites do this. Nor is it illegal to put someone's picture on the internet. But when you combine the two, it somehow is illegal? That makes no sense.

The Govt has no business telling me what to do with MY property!!

Copyright law is well settled in American and international law. This law would upend that. Plus, it would create a prior restraint on someone's speech based simply on the assumption that someone's feelings might be hurt.

Content-based restriction of speech must survive strict scrutiny. This law could not survive a strict scrutiny review. Preventing hurt feelings is not a compelling governmental reason, otherwise we will need a lot more laws on the books. See U.S. v. Playboy Entertainment Group, 529 U.S. 803 (2000) (Government's interest in criminalizing speech that inflicts emotional distress is not a compelling one).

See also U.S. v. Cassidy, __ F.Supp.2d __, 2011 WL 6260872 (U.S. District Court for the District of Maryland 2011).

It is not the job of the DA or police to be baby sitters or life coaches.

Discussion on CNN

## Brother of 8-year-old California girl arrested in her stabbing death



**Johnny Swift** • a year ago

In case you idiots forgot, this case was NOT a sex case. It never was about sex, so investigating sex offenders was a waste of time. In ANY murder case, the main suspects are the people who know you and/or have a beef with you, not random strangers.



**Johnny Swift** • a year ago

In case you forgot, this case was NOT a sex crime. It was a murder crime. Sex had nothing to do with it.



**Johnny Swift** • a year ago

uh, no. The likely suspects in ANY murder investigation are the people that know you and/or have a beef with you (i.e. family members or friends). Not random folks.



**Johnny Swift** • **a year ago**
I'm a sex offender and this is exactly why I refuse to register. I haven't registered in the ten years since I got out of jail. Cops can't find me. They can blow me. Children have far more to fear from people that know them then random strangers.

Discussion on Click2Houston

## Smuggled phones get inmates on Facebook



**Johnny Swift** • **a year ago**
I'm posting this from prison so how about u people mind your own business and STFU?!?

Discussion on The Daily Caller

## Amanda Bynes tweets topless pics, still swears she isn't crazy [PHOTOS]



**Johnny Swift** • **a year ago**
if I ever met her I would rape her. for realz.

Discussion on The Daily Caller

## Eagle Scout faces expulsion and arrest for bringing shotgun to school



**Johnny Swift • a year ago**

Does a policy like this make it more or less likely that someone will get shot? I know that if I got expelled, I WOULD definitely come back to school and start shooting just cuz. Seems like a policy like this could just as easily push someone over the edge.

Discussion on Radar Online

## Parents Of Boston Marathon Bomber's Widow Katherine Russell List Their Home For Sale, Take A Peek Inside



**Johnny Swift • a year ago**

the house - and the people in it - need to be burned to the ground. this muslim whore needs to die.

Discussion on The Daily Caller

## Police, 'anti-gun' prosecutor clash with soldiers in area around Fort Hood [VIDEO]



**Johnny Swift • a year ago**

This jerkoff lives right near me. He lives at 708 N 7th St., Temple, Texas. He is a piece of human garbage. I hope you all will send him a letter telling him what you think of this prosecution!!!!

**SOURCE: http://disqus.com/facebook-100005724062673/**

41



**32**
Comments

**0**
Followers

**0**
Following

**18**
Upvotes

Follow

**Discussion on** San Antonio Current

## Confessions of a revenge pornographer



**Johnny Swift · 2 years ago**
One thought that comes to mind when i see all these fools claiming about how they're going to be able to track down the guys behind these photos is that, If it was that hard to maintain anonymity I don't think there'd be so many pirated movies floating around the net.
The MPAA has been chasing pirate movie sites like The Pirate Bay for years and years and it is still running. MPAA has MILLIONS of dollars plus Congress on its side, yet TPB still exists. So all the huffing and puffing by guys like Captain Obvious is just a bunch of crap.



**Johnny Swift · 2 years ago**
looks like captain obvious got pwned. what a loser.

Discussion on San Antonio Current

# More victims coming out against Texxxas revenge-porn site



**Johnny Swift** • **2 years ago**

'victims'? What are you, nuts? Just look up John Morgan on the internet and you will see what a nut job this guy is. HE is the one ruining those girls lives.

Alpha, you sound exactly like one of the guys who makes posts to those kinds of websites. Your hate is overwhelming me right now.



**Johnny Swift** • **2 years ago**

She's a bitch? How about we start living in a society where people take responsibility for their own stupidity??

Discussion on San Antonio Current

# Trollin' ain't easy, but is banning John Foddrill, and others like him, unconstituional?



**Johnny Swift** • **2 years ago**

ur a coward and a pussy. stfu



**Johnny Swift** • **2 years ago**

ur a pussy and are full of nothing but hot air. Go make them arrest you, u punk. then fight it in court. But ur too scared u little girl you.



**Johnny Swift • 2 years ago**
You two guys are a couple of pussys for not challenging this ban
by making them arrest you. All this civil rights lawsuit nonsense is
just your way of showing what punks you two clowns are. Y'all
have been screwing around with this ban for years!

The way you get an immediate challenge is to go standing at City
Hall and make the pigs come and arrest you. You bond out and
you get your day in court ASAP. But you two ladies are too scared
and you'd rather sit in your mommy's basement and rant about the
injustice of it all.
QQ little punks. Time to put your big girl panties on and man up.
Foddrill I am calling you out as the coward you are!!! If I do see you
standing outside City Hall getting arrested by this Monday then
everyone will know what a fraud and little cry baby you are.
For the past four years you have acted like a pussy.
Go big or go home and stfu.!!



**Johnny Swift • 2 years ago**
You two guys are a couple of pussys for not challenging this ban
by making them arrest you. All this civil rights lawsuit nonsense is
just your way of showing what punks you two clowns are. Y'all
have been screwing around with this ban for years!

The way you get an immediate challenge is to go standing at City
Hall and make the pigs come and arrest you. You bond out and
you get your day in court ASAP. But you two ladies are too scared
and you'd rather sit in your mommy's basement and rant about the
injustice of it all.
QQ little punks. Time to put your big girl panties on and man up.
Foddrill I am calling you out as the coward you are!!! If I do see you
standing outside City Hall getting arrested by this Monday then
everyone will know what a fraud and little cry baby you are.
For the past four years you have acted like a pussy.
Go big or go home and stfu.

Discussion on Computerworld

## Exposure of files on unsecured wireless no excuse to search, judge rules



**Johnny Swift · 2 years ago**
And if you don't lock your car you lose all expectation of ownership in your stuff, eh?  Same difference, Patty.

Discussion on CNN

## Anger, soul searching follow death of Internet activist



**Johnny Swift · 2 years ago**
Brian Paone is a child molester who cyberstalks little girls and tries to have sex with underaged children! DANGEROUS PEDOPHILE!!!



**Johnny Swift · 2 years ago**
Brian Paone is a child molester who cyberstalks little girls and tries to have sex with underaged children. DANGEROUS PEDOPHILE!!!

Discussion on CNN

## How Aaron Swartz helped build the Internet



**Johnny Swift · 2 years ago**
Brian Paone is a child molester who cyberstalks little girls and tries to have sex with underaged children. DANGEROUS PEDOPHILE!!!!!

**SOURCE: http://disqus.com/facebook-100003998430654/**



**75**
Comments

**0**
Followers

**0**
Following

**169**
Upvotes

Follow

Discussion on The Washington Times

## Va. mom charged after firing gun into air to scare girl's attackers



**Johnny Swift • a year ago**
wait until your daughter is raped before u try to defend urself.

Discussion on CBS Charlotte

## AR-15 Rifle Stolen From Congresswoman Ellmers' North Carolina Home



**Johnny Swift • a year ago**
makes sense to me

Discussion on Us Weekly

## Danielle Fishel Marries Tim Belusko -- See Her Wedding Dress!



**Johnny Swift • a year ago**
what a fat hippo. guess we can tell u wears the pants in that "family". Bet he divorces her within 2 yrs.

Discussion on Wired: Threat Level

## FBI Admits It Controlled Tor Servers Behind Mass Malware Attack



**Johnny Swift · a year ago**

I like child porn. I hope it never goes away!



**Johnny Swift · a year ago**

every time a police officer gets murdered I get a smile.

Discussion on Wired: Threat Level

## Kim Dotcom Pushes Mega-Lawsuit Over Swat Raid, Spying



**Johnny Swift · a year ago**

Every time A police officer gets murdered, I get a huge smile and feel sooo happy.

Discussion on Examiner.com

## Casey Anthony to give deposition in civil lawsuit, unlikely to plead the fifth



**Johnny Swift · a year ago**

Again, the ONLY person saying she can't plead the 5th is Matt Morgan. No judge has said this. And until a judge rules on it, it hasn't happened and this is all speculation by Morgan.



**Johnny Swift • a year ago**

where is the support for your claim that she won't take the 5th? I can't imagine any attny letting her give a depo since she could still be jeopardy for criminal charges. She obviously can't be charged with murder, but there are a bunch of other things she could possibly be charged with - state & federal. Show support for your statement. or stop lying.

The only person saying she can't take the 5th is attorney Matt Morgan, and that's just his opinion. No judge has ruled on this matter. All I've found so far are a bunch of re-posts of this headline above on a several other websites. But that is all. I've found no news article referring to any court ruling on her ability to take the 5th or not for this depo. my guess is that it will be up to Morgan to file a motion to compel and get a judge's ruling before Anthony will speak on anything.



**Johnny Swift • a year ago**

Big deal. Its not like a dime of any judgment will get paid. Florida has the second best judgment-debtor protections in the country (after TX). I should know. Creditors have been after me for YEARS, but I still have my house and car and boat and motorcycle, and gun collection /arsenal, and I owe MILLIONS to the biggest banks & companies in the U.S. Not like Anthony to some ham & egg attorney for a no-name random Mexican woman (assuming she loses). And assuming she is not able to discharge the debt via bankruptcy.

If she moves to Texas, she won't have to worry about her wages being garnished since that is illegal in Texas.

Discussion on The Washington Times

## Maryland gun applications overwhelm police, dealers as tough limits draw near



**Johnny Swift · a year ago**

"Oh, but Johnny, you could go to jail." Big deal. I've been there, done that. Prison doesn't scare me anymore. My freedoms are more important.



**Johnny Swift · a year ago**

I never mess with permits or applications. I just go out and get a gun. I could careless about the law or the pigs. I do what I want, and if you try and stop me...well, its a good thing I got me a whole bunch of guns!

Discussion on Las Vegas Review-Journal

## Sparks man sentenced to 20 years for child porn charges



**Johnny Swift · a year ago**

the dude is an illegal alien, too. wonder why they left that part of the story out. he has been here for years breaking the law.



**Johnny Swift** • a year ago

You stupid person - the child that was molested was the uncle, not some random stranger. Your stupid ideas about watching your children and keeping them close are no defense against a pervy uncle. Plus the dude is an illegal alien



**Johnny Swift** • a year ago

If only this dude had kept his mouth shut. He totally talked his way into prison. the cops raided the wrong house across the street. after discovering their mistake they went across the street and talked to him and asked him if he had any CP. Like a dumbass, he said "yes, I have CP." Lulz to the max!! Way to go man! People - The police are NEVER there to help you! They are there to put you in jail! When will y'all learn to STFU when the cops come around??

Discussion on CBS LA

# Former Assistant Principal Pleads Guilty To Statutory Rape Of Three Students



**Johnny Swift** • a year ago

U. G. L. Y. she ain't got no alibi. She's ugly, she's ugly, she's ugly all the way, hey!

Discussion on CBS LA

# Glendale Unified Hires Local Company To Monitor Students' Social Media Posts



**Johnny Swift** • a year ago

Imma go make a fake FB profile claiming Im a Glendale student and then start posting a bunch of stuff about killing and suicide and such just to mess with their system. I hope everyone will do the same.

Discussion on CBS LA

## RivCo+Couple+Allegedly+Killed+Man+Falsely+Accused+Of+Molesting%26nbsp%3B4-Year-Old

 **Johnny Swift** • a year ago

so their only evidence is a jail house snitch. yeah, that case is credible.

Discussion on CBS LA

## Man Says He Has More Evidence His Father Committed Infamous Black Dahlia Murder

 **Johnny Swift** • a year ago

My expertise is knowing how to read the English language version of Wikipedia which tells all about this case and this guy in particular

 **Johnny Swift** • a year ago

Dittos.

Discussion on CBS LA

# CHP Unveils New Police Interceptor SUV Pursuit Vehicle



**Johnny Swift** • a year ago

I hate the CHP. I hope this leads to more officer deaths.

Discussion on TheGloss.com

# Woman Arrested For Not Realizing Gun-Toting Men Coming After Her Were Cops



**Johnny Swift** • a year ago

the more police officers that get murdered the better off We The People will be. I hope more cops get killed!

Discussion on Bloomberg

# Jail Becomes Home for Husband Stuck With Lifetime Alimony



**Johnny Swift** • a year ago

this is why most ex-wives end up dead.  that's how I eliminated my alimony payments.  lol  I only had to do three yrs and it was well worth it!!!

Discussion on National Post

## 'She was a dear neighbour': Trial reveals secret life of 'Nazi bride' behind Germany's 'kebab killings'



**Johnny Swift** • a year ago

she's hot. I think all jews should be gassed, too.

Discussion on CBS Boston

## Luxury Condo Board Tells Tenant Flag Violates 'White Curtain' Rule



**Johnny Swift** • a year ago

If I lived there I would take a gun into the HOA office and dare them to make me remove my flag. But that's just me. I don't mind going to prison - been there, done that. But I do mind people telling me how to fly my flag. Yeah, I'm a crazy person. But so what? When you make stupid rules like that, you run the risk of making a guy like me mad at you.

I don't mind breaking the law and I don't mind going to jail for something I feel is important. The condo ass'n just has to decide of this is a fight worth getting hurt over.



**Johnny Swift** • a year ago

I would take a gun into the HOA office and dare them to make me remove my flag. But that's just me. I don't mind going to prison - been there, done that. But I do mind people telling me how to fly my flag. Yeah, I'm a crazy person. But so what? When you make stupid rules like that, you run the risk of making a guy like me mad at you.

Discussion on The Atlantic

## Entrepreneurship: The Ultimate White Privilege?



**Johnny Swift** • a year ago

I hate knee grows more than anything in the world. I wish they were all hanged.

Discussion on Wired: Threat Level

## Feds Think Kid-Porn Suspect Will Decrypt His Hard Drives



**Johnny Swift** • a year ago

i like child porn and I am totally in favor of people looking a pictures. Why is looking at pics of raped and murdered ppl ok, but not naked kids? this is hypocracy. the law needs to change.

Discussion on TorrentFreak

# A Tipping Point Against The Copyright Monopoly Regime Is A Lot Closer Than You Think

 **Johnny Swift • a year ago**

Of course the U.S. can have trade sanctions against the EU. It has done so before. There is nothing purchased from the EU that is vital to the US economy that the large US companies cannot get elsewhere. On the other hand, Europe is fully dependent upon the US. Plus, the author seems to forget that there is no such thing as "Europe" as an economy. Europe is made up of very many small, legally and economically separate countries. If Greece does not respect US law, than Greece will be punished. Not Germany, or France. But just Greece (to use an example).

Each of the European countries is vulnerable to American pressure. The same is true for China. China is extremely vulnerable to American pressure. If the US refuses to buy Chinese products, 100's of millions of Chinese wake up the next morning without a job and food on the table. Then what happens? There will be a revolution and the Communist Govt. will be overthrown. If the US refuses to buy from China, what will happen in the US? Wal-Mart will go closed for a little while. There won't be any cheap-ass baby toys to buy, or crappy made electronics. But there is

nothing that we can't live without for a few months or even start making our own selves (like we used to).

America can easily turn its back on the world marketplace and still survive. But the world cannot turn its back on America. You people need to be able to buy our grain, our Hollywood movies, or medicines and medical devices, and our computer technology. And you also need to buy our used weapons (tanks, airplanes, missiles, etc.) because there is no other place on the world to get these items.

So Europe - and the rest of y'all, you need to remember who is running things in this world. Its Team America - World Police!

Discussion on Infowars

# Florida Nurse Terrorized by US Marshals

 **Johnny Swift • a year ago**

To any FEDS reading this - I will kill you first and worry about the
repercussions later once we all sort out who's whom. Being a
former FED myself on a SORT team, I know all the tricks. I have
armor for me and mine. If I suspect you are not what you are
claiming to be, I will Stand My Ground with deadly force, if need
be. You do not get to barge into my home uninvited simply
because you wave a piece of tin or a piece of paper in my face..
My daughter or son will shoot you dead, if I don't first. Knock and
be polite and you will receive politeness back. If you are legit, then
15 minutes spent chilling while I call in your creds to see if they're
legit isn't gonna kill ya. And that's that. P.s. Don't bother trying to
trace my posts since I use TOR and nearby unsecured WiFi at strip
malls & neighbors. But u know me and u know how deadly serious
I am when I am dealing with fake cops or those who don't properly
ID themselves first. A couple of AFT SRoTs guys found that out the
hard way when they thought there we being cool about "badges?
We don't need no stinkin' badges / warrents!" lol

Discussion on Click2Houston

## Stand Your Ground laws likely here to stay



**Johnny Swift • a year ago**

stand your ground is race neutral so why are the knee grows all upset about it? maybe it is because those people just do not know how to act like human beings in public, thus, they are more liable to get shot by someone trying to stand their ground.

Discussion on Click2Houston

## Questions raised in Houston after Zimmerman protests



**Johnny Swift • a year ago**

I hate knee grows more than anything in the world and I wish they were all dead and hung from trees



**Johnny Swift • a year ago**

I would have shot them dead if I was there.



**Johnny Swift • a year ago**

I think that people need to shoot these knee grows in the street,

Discussion on National Review Online

## Angela Corey's Checkered Past



**Johnny Swift • a year ago**

she needs to be beaten and raped to death. that would be funny to see.

Discussion on latinpost

## Former Olympian Prostitute Stripped Of Big Ten Award



**Johnny Swift • a year ago**

I had sex with her twice for around $500 a night. I took pics of her when she wasn't looking.

Discussion on Latinos Post

## Venezuela Willing To Ruin US Ties To Give Asylum To NSA Leaker Edward Snowden



**Johnny Swift • a year ago**

the stupid bitch who wrote this article obviously doesn't realize that Venezuela is like the #4 seller of oil to the US, so its not like they care a whole lot what the US thinks.



**Johnny Swift • a year ago**

and what 'good relations' do we have with this country? didn't the US pull its embassy staff not too long ago? And didn't they pull theirs? Aren't those guys basically all commies?

Discussion on Latinos Post

## Woman Kicked Out of Water Park for Wearing Revealing Bikini [Video]



**Johnny Swift • a year ago**

she should go back there with a gun

Discussion on Latinos Post

## Bolivian President's Plane Rerouted and Detained For Thirteen Hours



**Johnny Swift** • a year ago

Thanks cuz Bin Ladin was never thought to be in his plane. But t he was, you don't think something would have happened? After all, we snuck into Pakistan and killed Bin Ladin without hesitation once the US knew where he was at.

American is running this world, and has been since the 1940's, and especially so since the collapse of the USSR. You either can get with the program or you can get run over. Cry all you want, but it is what it is. You have to take reality as it is, not how you wish it to be.



**Johnny Swift** • a year ago

Its good to remind the Little People of who is exactly running things in this world. Its funny watching the little brown people rant and shake their fists in impotent rage.

Discussion on Latinos Post

## Hawthorne Police Involved In Dog Shooting Pulled From Street Duties Due To Death Threats



**Johnny Swift** • a year ago

If any of those cops get shot, do you honestly think that We The People will care? If you can't take the heat, you can always quit and do something else with your lives.

Discussion on theWrap

## 'Storage Wars' Star Brandi Passante: I'm Being Harassed by a Porn Freak!



**Johnny Swift** • a year ago

Yeah its her. I reposted the video on about 50 different sites today. lulz

Discussion on theWrap

## 'Storage Wars' Porn Lawsuit: Alleged Brandi Passante Video Distributor Found in Contempt



**Johnny Swift • a year ago**

The judge's order does not matter. I have been running around posting all kinds of fake nude of her on every website I can. I posted her home address and SSN too.

Discussion on theWrap

## 'Storage Wars' Star Brandi Passante Gets Pittance in Porn Video Lawsuit



**Johnny Swift • a year ago**

"She could always sue him in civil court" - wow, you really are a retard. Just what kind of court do you think this was, anyways? It was CIVIL court, you moron.