

**Johnny Swift** • a year ago

Politics of court? What role did "politics" play here? No one cares about this Hunter Moore guy. No one cares about this girl. She totally failed to PROVE her damages. You just don't get to wander in off the street and ask for a random amount of damages, you nit wit.

Discussion on EW.com

## 'Game of Thrones' sets another piracy record



**Johnny Swift** • a year ago

If HBO, et al., charged reasonable rates, I'd subscribe.  But I am sick & tired of getting screwed by my cable company and being forced to buy channels that I don't even watch!  Who cares about BET, Disney Chanel, MTV, and all that other crap!  I only watch like 5 or 6 different channels.  Let me just pay for what I want to watch and that is it.  Make it easy for me to get what I want, for a price that is fair, and I'll come back.  I do not want to subsidize all kinds of crap channels I don't watch.



**Johnny Swift** • a year ago

lol



**Johnny Swift • a year ago**
So I steal.  Big deal.  I steal all the time, as often as I can.  Maybe one day I will get caught.  But "one day" is not today.  lol



**Johnny Swift • a year ago**
I cancelled my subscriptions to HBO and Showtime five years ago and never looked back.  I go to The Pirate Bay for all my favorite shows so I can watch them for free.  I am a HUGE contributor to TPB and seed HUNDREDS of torrents at a time.  Since I am judgment proof, in a non-garnishing state, I keep hoping that the MPAA and RIAA copyright trolls will come after me.  But no such luck.

Discussion on EW.com

## Food Network will not renew Paula Deen contract



**Johnny Swift • a year ago**
Is this going to make people like black folks more or less.  I hate n-words more than anything in the world and would love to see them all lynched.

62

Discussion on CBS Detroit

## Sex Offender Arrested After Following Women Through Store



**Johnny Swift** • a year ago

since when is it against the law to follow women around? What a joke.

Discussion on CBS Detroit

## 'Revenge Porn' Addressed As Legal Issue In California



**Johnny Swift** • a year ago

The California law failed too. SB 255 was recently amended to remove all that revenge porn nonsense out of it.

Discussion on WOWT

## Update: Hannah Sabata Sentenced



**Johnny Swift** • a year ago

this is a terrible sentence.  she is mentally ill.  10 - 20 yrs is too long.



**Johnny Swift** • a year ago

this sentence is absolutely ridiculous.  She is mentally ill.  So now we get to pay $30,000 a yr to lock her up, times 10 - 20 yrs.

Discussion on ReadWrite

## The Persecution Of A Fall Guy For Anonymous: The Feds Vs. Barrett Brown - by Adam Popescu



**Johnny Swift** • a year ago

every time a police officer gets shot, I get a hard on and a smile.

**SOURCE:** http://disqus.com/johnny_swift/



# Brother of 8-year-old California girl arrested in her stabbing death

By **Greg Botelho**, CNN
updated 8:46 AM EDT, Sun May 12, 2013



**Arrest made in girl's stabbing death**



**Johnny Swift** → Tib · a year ago

I'm a sex offender and this is exactly why I refuse to register. I haven't registered in the ten years since I got out of jail. Cops can't find me. They can blow me. Children have far more to fear from people that know them then random strangers.

20 ∧ | ∨ · Share ›

**SOURCE:** http://www.cnn.com/2013/05/11/us/california-stabbing-death/index.html#comment-893938646

And the Twitter account linked to the "Johnny Swift" disqus account? http://twitter.com/Klansmann



Johnny Swift claims to be from Texas: http://www.examiner.com/article/casey-anthony-to-give-deposition-civil-lawsuit-unlikely-to-plead-the-fifth





**Johnny Swift** · a year ago

Big deal. Its not like a dime of any judgment will get paid. Florida has the second best judgment-debtor protections in the country (after TX). I should know. Creditors have been after me for YEARS, but I still have my house and car and boat and motorcycle, and gun collection /arsenal, and I owe MILLIONS to the biggest banks & companies in the U.S. Not like Anthony to some ham & egg attorney for a no-name random Mexican woman (assuming she loses). And assuming she is not able to discharge the debt via bankruptcy.

If she moves to Texas, she won't have to worry about her wages being garnished since that is illegal in Texas.

∧  |  ∨  · Reply · Share ›



**Guest** · a year ago

Casey Anthony to give deposition in civil lawsuit, unlikely to plead the fifth

∧  |  ∨  · Reply · Share ›



**Johnny Swift** → Guest · a year ago

where is the support for your claim that she won't take the 5th? I can't imagine any attny letting her give a depo since she could still be jeopardy for criminal charges. She obviously can't be charged with murder, but there are a bunch of other things she could possibly be charged with - state & federal. Show support for your statement. or stop lying.

The only person saying she can't take the 5th is attorney Matt Morgan, and that's just his opinion. No judge has ruled on this matter. All I've found so far are a bunch of re-posts of this headline above on a several other websites. But that is all. I've found no news article referring to any court ruling on her ability to take the 5th or not for this depo. my guess is that it will be up to Morgan to file a motion to compel and get a judge's ruling before Anthony will speak on anything.

∧  |  ∨  · Reply · Share ›



**Johnny Swift** → Johnny Swift · a year ago

Again, the ONLY person saying she can't plead the 5th is Matt Morgan. No judge has said this. And until a judge rules on it, it hasn't happened and this is all speculation by Morgan.

∧  |  ∨  · Reply · Share ›

**Johnny Swift claims to have been to prison and admits breaking gun laws:**
**http://www.washingtontimes.com/news/2013/sep/4/maryland-gun-applications-overwhelm-police-dealers/#comment-1034533428**

# Maryland gun applications overwhelm police, dealers as tough limits draw near

| 11K | 10K | 101 | 39 |
|---|---|---|---|

Share  Facebook  Twitter  g+1  Email

💬 180 Comment(s)  🖨 Print       Republish Reprint

**YOU MIGHT ALSO LIKE**



**Detectives name second person of interest in Maryland girls' 1975 disappearance**

By Meredith Somers - *The Washington Times* - Wednesday, September 4, 2013

Maryland is experiencing a run on guns before some of the toughest firearms laws in the nation take effect next month, testing the limits of state police to process the tens of thousands of additional applications being submitted.

State Police say that through Aug. 31 they had received 85,141 gun-purchase applications this year. For all of last year, police received 70,099 applications and in 2011 they received 46,339 applications.



**Johnny Swift** · a year ago

I never mess with permits or applications. I just go out and get a gun. I could careless about the law or the pigs. I do what I want, and if you try and stop me...well, its a good thing I got me a whole bunch of guns!

∧ | ∨ · Reply · Share ›

**Johnny Swift** → Johnny Swift · a year ago

"Oh, but Johnny, you could go to jail." Big deal. I've been there, done that. Prison doesn't scare me anymore. My freedoms are more important.

∧ | ∨ · Reply · Share ›

**Johnny Swift says he'd pull a gun on someone because he's crazy, "When you make stupid rules like that, you run the risk of making a guy like me mad at you."**
**http://boston.cbslocal.com/2013/08/26/luxury-condo-board-tells-tenant-flag-violates-white-curtain-rule/#comment-1018848411**







**Johnny Swift** · a year ago

If I lived there I would take a gun into the HOA office and dare them to make me remove my flag. But that's just me. I don't mind going to prison - been there, done that. But I do mind people telling me how to fly my flag. Yeah, I'm a crazy person. But so what? When you make stupid rules like that, you run the risk of making a guy like me mad at you.

I don't mind breaking the law and I don't mind going to jail for something I feel is important. The condo ass'n just has to decide of this is a fight worth getting hurt over.

8 ∧ │ ∨ · Reply · Share ›

**Johnny Swift claims to be a "former Fed" "on a SORT" team. http://www.infowars.com/florida-nurse-terrorized-by-us-marshals/#comment-970175430**



# FLORIDA NURSE TERRORIZED BY US MARSHALS IN WARRANTLESS RAID



**Julie Wilson**
Infowars.com
July 19, 2013

It was a typical evening after work when Sarasota, Fl., resident Louise Goldsberry finished dinner and began to clean up.

 -- "P.s. Don't bother trying to trace my posts since I use TOR and nearby unsecured WiFi at strip malls & neighbors. But u know me and u know how deadly serious I am when I am dealing with fake cops or those who don't properly ID themselves first."

**Johnny Swift posting about child pornography on a Houston news site:**
http://www.yourhoustonnews.com/courier/news/juvenile-male-charged-for-alleged-child-sex-activity/article_39667765-bec4-599c-adc7-b0185f108d50.html?TNNoMobile



# Juvenile male, 16, charged for alleged child sex activity

| Story | Comments | | Print | Font Size: |

Recommend 2   Tweet 3   8+1 0   Share 4

Posted: Tuesday, May 14, 2013 5:45 pm | *Updated: 5:49 pm, Tue May 14, 2013.*

**Staff report**

Following an investigation by federal and state law enforcement, Montgomery County took a 16-year-old male into custody on a multitude of child sex charges.

The juvenile was arrested Friday for allegedly committing Aggravated Assault of a Child, Trafficking of a Person, Sexual Performance by a Child, Possession and Promotion of Child Pornography, Indecency with a Child, Exploitation, Obscenity and Unlawful Restraint, a press release from the County Attorney's Office stated.



Advertisement

The investigation started in 2012 when the National Center for Missing and Exploited Children forwarded a cybertip to the U.S. Department of Homeland Security Investigations Unit concerning the interstate transmission of child pornography.

The source for that material was determined to be a home in Harris County.

When the investigators learned of another alleged transmission from the same location in April 2013, federal agents and officers with the Harris County Precinct 4 Constable's Office High Tech Crimes Unit executed a search warrant.



Johnny Swift posted at 3:09 am on Sat, May 18, 2013.

*Posts: 3*

WHOLE DISK ENCRYPTION is what you need to protect yourself from the Govt. If you use WDE the cops cannot arrest you for CP.

Log In to report. | Link

**THOMAS RETZLAFF ALIAS Mark14nx05y:**

- Used the same email address as "Johnny Swift"
- Posted on a Phoenix website: "I would rape this bitch and make her bleed."
  http://blogs.phoenixnewtimes.com/bella/2013/05/top_10_reviews_of_amys_baking.php



# Top 10 "Reviews" of Amy's Baking Company on Yelp

By Eric Tsetsi Wed., May 15 2013 at 2:02 PM          40 Comments

Categories: **Top Lists**

**f Like**  **Share** ‹610›          **Tweet** ‹22›     **60**          **Pocket** ‹3›     **8+1** ‹1›

**Continued from page 1**



Unknown

Samy and Amy Bouzaglo of Amy's Baking Company.



**THOMAS RETZLAFF ALIAS "James Smith".** James Smith emailed a revenge porn advocate verbiage which is almost word-for-word identical to posts by **Mark14nx05y**: "SCOTUS has repeatedly said that the Government's interest in criminalizing speech that inflicts emotional distress is not a compelling one".

**Created numerous** posts about revenge porn, almost universally about revenge porn victim Holly Jacobs. Mr. Retzlaff appears to copy/paste the same arguments and case citations.

- http://www.miaminewtimes.com/2013-05-09/news/revenge-porn-miami-holly-jacobs/
- http://blogs.miaminewtimes.com/riptide/2013/05/miami_revenge_porn_victim_holl.php

# Miami Student Holly Jacobs Fights Revenge Porn

By **Michael E. Miller** *Thursday, May 9 2013*

Comments (3)  A A A



Holly Jacobs' nightmare began in 2009. That's when naked photos of the Florida International University PhD student first popped up online. They soon went viral, appearing on hundreds of so-called revenge porn sites along with her name, phone number, and email address. Photos and videos were even sent to her bosses.

After futilely battling for four and a half years to remove them, Jacobs is now coming out of the shadows. She's sued her ex-boyfriend and several sites and created her own advocacy page — endrevengeporn.com — to lobby Florida lawmakers. Bills to enact tougher penalties for revenge porn failed in Tallahassee this year, but Jacobs says her fight will continue.

"Somebody is trying to ruin your life, maybe even drive you to suicide by posting these images," she tells Riptide. "I wish [politicians] would take this issue seriously."


*Courtesy of Holly Jacobs*
Holly Jacobs: "Florida lost its chance to be the pioneer in legislating against revenge porn."

Jacobs, then named Holli Thometz, met Ryan Seay at Hillsborough High School in Tampa. They began going out in 2005 after Jacobs returned from college. When Jacobs moved to Miami for graduate school, they dated long-distance.

"We shared photos to keep the intimacy alive," Jacobs explains. "I completely trusted him." When the couple split in 2008, it was a "normal breakup," Jacobs remembers.



**mark14nx05y**                                                            May 10, 2013

The last article this guy wrote on the topic had the following headline:  Miami Revenge Porn Victim Holly Jacobs Demands Politicians "Take Issue Seriously"

A better headline would have been:  Politicians Demand That Stupid Bitches Stop Taking Naked Pics For Boys And Then Crying When They Get Put On The Interwebs!

Like   Reply



**mark14nx05y**                                                            May 10, 2013

This is a stupid law.  If I own the pictures (either cuz I took them myself or cuz u sent them to me), then why can't I do whatever I want to with MY PROPERTY?

It is not against the law to put someone's name & info on the internet.  All kinds of "people finder" websites do this.  Nor is it illegal to put someone's picture on the internet.  But when you combine the two, it someone is illegal?  That makes no sense.

The Govt has no business telling me what to do with MY property!!

Copyright law is well settled in American and international law.  This law would upend that.  Plus, it would create a prior restraint on someone's speech based simply on the assumption that someone's feelings might be hurt.

Content-based restriction of speech must survive strict scrutiny.

This law could not survive a strict scrutiny review.  Preventing hurt feelings is not a compelling governmental reason, otherwise we will need a lot more laws on the books.  See *U.S. v. Playboy Entertainment Group,* 529 U.S. 803 (2000) (Government's interest in criminalizing speech that inflicts emotional distress is not a compelling one).

See also *U.S. v. Cassidy,* ___ F.Supp.2d ___, 2011 WL 6260872 (U.S. District Court for the District of Maryland 2011).

It is not the job of the DA or police to be baby sitters or life coaches.

Like   Reply

73

**News**

# Miami Revenge Porn Victim Holly Jacobs Demands Politicians "Take Issue Seriously"

By Michael Miller Thu., May 2 2013 at 8:00 AM

Categories: **News**

36 Comments



Holly Jacobs' nightmare began in 2009. That's when naked photos of the Miami PhD student first appeared online. They soon went viral, appearing on hundreds of so-called revenge porn websites along with her name, phone number, and email address. Photos and videos were even sent to her bosses.

Jacobs has spent the past four and a half years trying to remove the embarrassing images from the internet. Two weeks ago, she filed suit against her ex and several revenge porn sites. Now Jacobs is urging Florida lawmakers to pass a proposal to criminalize what she calls "cyber rape." But with the legislative session ending tomorrow, House Bill 787 -- along with Jacobs' campaign -- hangs in the balance.



courtesy of Holly Jacobs

**See also:**

*- Proposed "Revenge Porn" Bill Would Make Releasing Your Sex Tape a Felony*

"Somebody is trying to ruin your life, maybe even drive you to suicide by posting these images," she told Riptide during an in-person interview. "I wish [politicians] would take this issue seriously."

On April 18, Jacobs filed suit against ex-boyfriend Ryan Seay and several revenge porn websites for the "public disclosure of private facts" and "intentional infliction of emotional distress."



**mark14nx05y**                                                    May 2, 2013

This is a stupid law.  If I own the pictures (either cuz I took them myself or cuz u sent them to me), then why can't I do whatever I want to with MY PROPERTY?

It is not against the law to put someone's name & info on the internet.  All kinds of "people finder" websites do this.  Nor is it illegal to put someone's picture on the internet.  But when you combine the two, it someone is illegal?  That makes no sense.

The Govt has no business telling me what to do with MY property!!

Like   Reply



**Caspy7**                                                         May 2, 2013
**@mark14nx05y**

"The Govt has no business telling me what to do with MY property!!"

What about your house?  How about your car? And your knives?  Do you have full freedom to do anything with those?

My freedom to drive anywhere ends at the sidewalk.  I can wave around my knives if I want, but my freedom to do that ends at someone else's throat (well, skin in general).  These restrictions on how I use my property are good things because they protect other people (the same applies to libel).

Burdensome or excessive governmental restrictions is another topic (a fine & understandable one), but restrictions on other people's property which protect my person, property and reputation is good and desirable.  You can't have personal rights without restrictions on property use, you can however (will in fact) have anarchy without them.

Like   Reply



**mark14nx05y**                                     May 3, 2013

**@Caspy7 @mark14nx05y**  -  The Problem with your argument is that cars and weapons have always been regulated to some extent.  And misuse of them can cause a physical or property damage.  What you want to do, and what this law would do, is upend nearly a century of copyright law and court decisions!

Copyright law is well settled in American and international law.  This law would upend that.  Plus, it would create a prior restraint on someone's speech based simply on the assumption that someone's feelings might be hurt.

Content-based restriction of speech must survive strict scrutiny.

This law could not survive a strict scrutiny review. Preventing hurt feelings is not a compelling governmental reason, otherwise we will need a lot more laws on the books.  See *U.S. v. Playboy Entertainment Group,* 529 U.S. 803 (2000) (Government's interest in criminalizing speech that inflicts emotional distress is not a compelling one).

See also *U.S. v. Cassidy,* __ F.Supp.2d __, 2011 WL 6260872 (U.S. District Court for the District of Maryland 2011).

It is not the job of the DA or police to be baby sitters or life coaches.

Like   Reply



**Caspy7**                                          May 3, 2013

**@mark14nx05y@Caspy7**

Woah there. I said nothing about this proposed law. I agree it's dangerous. I was just dismantling your statement that "The Govt has no business telling me what to do with MY property!!"

They kinda do. And it's better that way.



**mark14nx05y**                                          *May 3, 2013*

**@Caspy7 @mark14nx05y**   -- Well this law is
what we are talking about here.  It is the whole
point of the article.  Why are you discussing
something completely different??

By the plain language of your initial post, you
appear to be in favor of the law and its
regulation of speech.  But now you are saying
that you are not in favor.  So which is it?

                                              Like   Reply



**lhasalegal**                                    May 4, 2013

**@mark14nx05y**  you seem to not have a valid point, let me interject one for you.  Give out your real name, residential address, work place and address, your home and cel phone number included with a post of you performing an explict sex act (do not forget that your face must be visible so there will be no mistake in that it is you).  It is not illegal, yet, so you should stand up for your rights.  Don't let the government stop you from posting your private moments with your genitals and facebook address out for all to see.

Like   Reply



**mark14nx05y**                                    May 5, 2013

**@lhasalegal @mark14nx05y**   Maybe I am not an idiot to put myself out there naked on the interwebs for all to see.  When I give someone my naked pics, or when I allow someone to take naked pics of me, I am giving up my power to decide who gets and who does not get to see me naked.

In any event, you are arguing emotions and not the law.  This is a legal issue involving property rights and just how far we are willing to let the government interfere with our lives.

You do not have to like the US Supreme Court decisions and you can disagree with them as much as you want to.  But the law is what it is and wishing otherwise does not make it so.  The federal courts have REPEATED said that the Government's interest in criminalizing speech that inflicts emotional distress is not a compelling one.

The Constitution is what it is.  We live in a free society often times filled with jerks.  But it is not the government's job to be everyone baby sitter and to make everyone play nice with one another.

Like   Reply

**Thomas Retzlaff Uploaded a "Shae Bradley" sex tape on a torrent site.**
http://kickass.to/user/mark14nx05y/uploads/




Uploader

- The "@Klansmann" twitter account tweeted to @shaebradley on April 27, 2013: "someone posted your sex tape onto the Pirate Bay earlier today. It's all over the torrent sites now."

- Klansman/mark14nx05y have a history of uploading involuntary porn and using it to harass the victim.

**Buckwild Sex Tape - Shae Bradley**

| | |
|---|---|
| Type: | Porn > Movie clips |
| Files: | 1 |
| Size: | 21.53 MB |
| Tag(s): | Shae Bradley Buckwild sex tape |
| Uploaded: | Apr 28, 2013 |
| By: | mark14nx05y |



**Download**

A taste of sweet, sexy Shae Bradley of MTV's Buckwild "fame".  She is as big of a whore as one would expect!  Mouth, vag and ass.  Sexy slut.

Well Judge Tod Kauffman, obviously the tape was not destroyed.  Or at least MY copy of it wasn't destroyed.  See I made 8a7
a copy of Jesse's tape without him knowing because I was afraid that something like this would happen.  Jesse was the legal own of the video and had copyright ownership, too.  While he maybe cannot sell it legally (since Shae won't agree to it), he can legally GIVE the tape away and post it for free on the interwebs.

But Jesse isn't that smart.  So I went and made a copy months ago and now I am giving you all a taste of Shae.  The full tape is being sold to an overseas company by me and will be available for purchase.

No WVA clown in a black robe can engage in illegal prior restraint by prohibiting the FREE release of this video.

79

## Comments

SaulTigh at 2013-04-28 06:16 CET:

Only 21 MB? What is this, 1999?

SaulTigh at 2013-04-28 16:20 CET:

You can all stop downloading this. It's a poor quality compilation of "Wifey" blowjob clips. A-hole!

mark14nx05y at 2013-04-29 09:13 CET:

ur an idiot. u obviously work for that clown attorney in West VA. Shae is a whore and it is only proper to display her beauty - and talents - for all to see (if u call taking a dick in her a 'talent', lol).

**SOURCE:** http://thepiratebay.ee/torrent/8418560/Buckwild%20Sex%20Tape%20-%20Shae%20Bradley

**THOMAS RETZLAFF ALIAS "Albert14nx05y"**

**He also posted her here:**

**http://celebclk.com/go/2/55923/0/http://imgsrc.ru/albert14nx05y/29453136.html?pwd=&lang=en**

**In that post, his username is albert14nx05y. Retzlaff makes a habit of adding "14nx05y" to the end of most of his aliases.**

**He has a history on Wikipedia under that name:**

**http://en.wikipedia.org/wiki/Wikipedia:Sockpuppet_investigations/Albert14nx05y/Archive**

**That shows that he was involved in 'edit warring' on articles about Trinity University, a San Antonio college. He was also suspected of editing Wikipedia from a Time Warner account in San Antonio:**

**http://whois.domaintools.com/72.191.9.166**

**He also posted some info about the Brett Kimberlin saga.**

**http://en.wikipedia.org/w/index.php?title=Talk:Brett_Kimberlin&diff=prev&oldid=496338808**

**http://en.wikipedia.org/w/index.php?title=Special:Contributions/Albert14nx05y&offset=&limit=500 &target=Albert14nx05y**

The entry was about a child pornographer. He wanted the article deleted.

One of those IP Addresses that was used in the posts on Cheaterville also posted this at the same time. This is about a 12-year-old child actress:

http://en.wikipedia.org/w/index.php?title=Teilor_Grubbs&diff=prev&oldid=556228904

"I am not afraid of homosexuals. I just hate them. Just like I hate cats and vegatables. So am I vega-phobic? No, I am not. I just hate homos. straight up 110% hate."

http://en.wikipedia.org/w/index.php?title=Talk:Homophobia&diff=prev&oldid=533165008

"Black Kite is a knee grow homosexual who can never stop me from editing on unsecured wi-fi's. i just drive my car a couple blocks down the street to the next star bucks and do my work there. you're a clown. i've been doing this for YEARS and no one can stop me. they just block an IP that belongs to some poor sucker and its only that poor sucker who gets hurt. not me. cuz i just move on down the block. So keep at it black kite. u have to watch everywhere. i get to pick and chose my targets. lulz"

http://en.wikipedia.org/w/index.php?title=User_talk:68.104.151.10&diff=prev&oldid=534081132

**Albert14nx05y**



81

**THOMAS RETZLAFF ALIAS "Klansman" email address:** the.klansman@hotmail.com

Posted comments to the following blog: http://adamsteinbaugh.com/2013/02/11/meet-hunter-taylor-reportedly-behind-revenge-porn-site-texxxa/#comment-504



- IP address: 72.201.185.236 [Cox Communications, Phoenix]

| IP Address | 72.201.185.236 |
|---|---|
| Location | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| Latitude & Longitude | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| ISP | COX COMMUNICATIONS |
| Local Time | 02 Oct, 2014 06:23 PM (UTC -07:00) |
| Domain | COX.COM |
| Net Speed | (DSL) Broadband/Cable |
| IDD & Area Code | (1) 623 |
| ZIP Code | 85001 |
| Weather Station | PHOENIX (USAZ0166) |
| Mobile Country Code (MCC) | – |
| Mobile Network Code (MNC) | – |
| Carrier Name | – |
| Elevation | 330m |
| Usage Type | (ISP) Fixed Line ISP |
| Anonymous Proxy | No |
| Shortcut | http://www.ip2location.com/72.201.185.236 |

A post on Adam's blog using the same IP address 72.201.185.236 was made by "todd".
http://adamsteinbaugh.com/2013/02/15/isanybodydown-fake-identities-of-craig-catfish-brittain/#comment-572



The email address registered with this post is t_retz@hotmail.com & IP Address 72.201.185.236 and is linked to "Klansman" here: http://es.xfire.com/blog/retz3076/895220

| IP Address | 72.201.185.236 |
|---|---|
| Location | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| Latitude & Longitude | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| ISP | COX COMMUNICATIONS |
| Local Time | 02 Oct, 2014 06:23 PM (UTC -07:00) |
| Domain | COX.COM |
| Net Speed | (DSL) Broadband/Cable |
| IDD & Area Code | (1) 623 |
| ZIP Code | 85001 |
| Weather Station | PHOENIX (USAZ0166) |
| Mobile Country Code (MCC) | - |
| Mobile Network Code (MNC) | - |
| Carrier Name | - |
| Elevation | 330m |
| Usage Type | (ISP) Fixed Line ISP |
| Anonymous Proxy | No |
| Shortcut | http://www.ip2location.com/72.201.185.236 |



This account uses the name "Tom" and says he's 47 years old (the same age as Retzlaff).



- The email address t_retz@hotmail.com was used by "Thomas C. Retzlaff, Esq." in a post here, which accurately documented Retzlaff's family history: http://paulbuddehistory.com/family/usa/

## Budde's in Minnesota

### Rice Country 1

I just happened to come across your website devoted to the Budde family. My great great grand mother was Wilheimine "Minnie" Budde (who married my great great grand father Albert Retzlaff in Germany). She is buried near my grand parents in Faribault, Minnesota, USA. I am originally from Rochester, MN (about 60 miles or 100 km from Faribault), but I now live in San Antonio, Texas, after getting out of the US Army last year. A lot of my grand mother's family came to Minnesota and is buried there in the Rice County area.

### Rice County 2

There are Buddes from Prussia in Rice County Minnesota in the last half of the 19th century. Some of these live close to nephews of my William Budde's wife, Anna Maria Wolf. They may be relatives of my William Budde, who in 1878 moved from Vernon, Lake, Illinois to Belgrade, Nicollet, Minnesota. Does anyone have more info about them?

### Christian Wilhelm Budde

My mother's maternal grandfather was Christian Wilhelm Budde born In Hannover Dec 3, 1835. Came to the USA about 1849. Would be interested in any info on his ancestry. His wife was also from Germany Anna Maria Wolf b. Dec. 3 1833. Lived in Chicago and later Mankato Minnesota.

Ralph Edwards rte@monmouth.com

See also news section Germany.

Now you might be thinking hey . . . . that is an OLD Hotmail email in use from a long time ago and someone else could be using it now  . . . . except that it's not.  Here's proof:

First we enter the email t_retz@hotmail.com into Google's search engine.



This returns a public website and profile associated to the email t_retz@hotmail.com which when clicked on displays this site

- Thomas Retzlaff is currently using t_retz@hotmail.com for all his court filings and notifications.

- Retzlaff used this email address in his application to the University of Texas.
http://ia601603.us.archive.org/19/items/gov.uscourts.txwd.286108/gov.uscourts.txwd.286108.23.3.pdf

**ATTACHMENT 1**

| Office Only: | THE UNIVERSITY OF TEXAS AT SAN ANTONIO | Office Only: |
|---|---|---|
| Residency Code | Graduate School Application | Fee Code |
| Major Code | NOTE: Please do not submit paper form if applying online. | Amount $ |
| MFA | Do not use nicknames. Failure to completely answer all questions will delay processing your application. | Date / / |
| | If you need assistance in completing this application, call (210) 458-4330. | |

Semester and year applying for:   Fall   2006

Have you previously applied to or attended UTSA?  Yes

Were you previously enrolled at UTSA as a master's or doctoral student and have not attended classes for at least two years?

☐ Yes (If yes, answer questions below and then continue   ☒ No. (If no, continue with PART I)

1. Have you lived outside of Texas since you last attended UTSA?   ☐ Yes   ☐ No
2. Have you attended any other college or university since you last attended UTSA?   ☐ Yes   ☐ No
3. Do you plan to change your major from when you last attended UTSA?   ☐ Yes   ☐ No

---

## PART I.  PERSONAL INFORMATION.

Title: ☒ Mr. ☐ Ms. ☐ Mrs. ☐ Dr. ☐ Other: _____

Full Legal Name:  Retzlaff _____ Tom _____ _____
     (LAST)          (FIRST)          (MIDDLE)

PREVIOUS LAST NAME, IF APPLICABLE: _____

OTHER NAMES WHICH MAY APPEAR ON ACADEMIC RECORDS: _____

An ID number will be assigned to all students who submit an application to UTSA.
Former UTSA students only. You may use your assigned UTSA student ID number with the
@ symbol. If you do not know your ID number, please leave blank.

UTSA Student ID:  @00187370

Date of Birth:  03 / 14 / 1966

Permanent Address:  PO Box 92
     (STREET OR P.O. BOX LINE 1)

_____ (STREET OR P.O. BOX LINE 2) _____ Address Valid Until: 12 / 31 /2006

San Antonio _____ TX _____ 78291 · 0092 ___ ( 210 ) 3179800 ___ County Code: ___ 015
     (CITY)          (STATE/PROVINCE) (ZIP + 4)   (AREA CODE & PHONE NUMBER) (Domestic Applicants Only)          (3 DIGIT CODE)

United States of America
     (COUNTRY)                                    (INTERNATIONAL POSTAL CODE) (International Students Only)

Mailing Address (if different from above):  PO Box 92
     (STREET OR P.O. BOX LINE 1)

_____ (STREET OR P.O. BOX LINE 2) _____ Address Valid Until: / /

San Antonio _____ TX _____ 78291 - ___ ( ) ___ County Code: ___ 015
     (CITY)          (STATE/PROVINCE) (ZIP + 4)   (AREA CODE & PHONE NUMBER) (Domestic Applicants Only)          (3 DIGIT CODE)

87

Title: ☒ Mr. ☐ Ms. ☐ Mrs. ☐ Dr. ☐ Other: _____

Full Legal Name: __Retzlaff__                    __Tom__
                    (LAST)                        (FIRST)                        (MIDDLE)

PREVIOUS LAST NAME, IF APPLICABLE: _____

OTHER NAMES WHICH MAY APPEAR ON ACADEMIC RECORDS: _____

An ID number will be assigned to all students who submit an application to UTSA.
Former UTSA students only: You may use your assigned UTSA student ID number with the
ID symbols in/you do not know your ID number, please leave blank.

UTSA Student ID: __@99187370__

Date of Birth: __03 / 14 / 1966__

Permanent Address: __PO Box 92__
                    (STREET OR P.O. BOX LINE 1)

                    (STREET OR P.O. BOX LINE 2)                                    Address Valid Until: _12 / 31 /2006_
__San Antonio__          TX    __78291 -0092__    ( 210  )3179800        County Code: _____  015
  (CITY)            (STATE/PROVINCE) (ZIP + 4)    (AREA CODE & PHONE NUMBER) (Domestic Applicants Only)        (3 DIGIT CODE)
__United States of America__
        (COUNTRY)                                (INTERNATIONAL POSTAL CODE) (International Students Only)

Mailing Address (if different from above): __PO Box 92__
                                          (STREET OR P.O. BOX LINE 1)

                                          (STREET OR P.O. BOX LINE 2)                      Address Valid Until: ___ / ___ /
__San Antonio__          TX    __78291 -__       (      )                 County Code: _____  015
  (CITY)            (STATE/PROVINCE) (ZIP + 4)    (AREA CODE & PHONE NUMBER) (Domestic Applicants Only)        (3 DIGIT CODE)
__United States of America__
        (COUNTRY)                                (INTERNATIONAL POSTAL CODE) (International Students Only)

Are you a U.S. citizen?   ☒ Yes   ☐ If no, mail a copy of your resident card, front and back, to the address specified in the instructions.
If you are not a citizen, list country of citizenship: _____
Do you hold Permanent Resident Alien status for the U.S.?   ☐ Yes   ☐ No
Date Card Issued: ___ / ___        State of Issue: _____
Place of Birth: _____

UTSA will use a student's e-mail address as the primary communication source with the applicant. Please provide a valid e-mail address below.

E-mail Address: __t_retz@hotmail.com__

How did you hear about UTSA graduate programs?  __Faculty Member__

Current Employer: __RTC Holding Company__          PHONE NUMBER  _(      )_____
                                                                    (AREA CODE & PHONE NUMBER)
Job Title or Position: _____

Person to notify in case of emergency: NAME _____   PHONE NUMBER  _(      )_____
                                                                    (AREA CODE & PHONE NUMBER)
Relationship to Student:
☐ 1 Spouse  ☐ 2 Parent/Guardian  ☐ 3 Friend  ☐ 4 Grandparent  ☐ 5 Aunt/Uncle  ☐ 6 Brother  ☐ 7 Sister  ☐ 8 Cousin  ☐ 9 Son/Daughter

- Within this same application, Thomas Retzlaff references his current employer as "RTC Holding Company".



page 88

**Additional information tying Thomas Retzlaff to email addresses t_retz@hotmail.com and retzlaff@texas.net** The following Texas court filing was evidence submitted in the stalking case in which Thomas Retzlaff stalked and harassed a student at UTSA and ultimately was expelled (for not only stalking and continued harassment, but also for claiming he was serving in the military in Iraq and Afghanistan, when in fact, he was in prison).

**SOURCE:**
http://ia601603.us.archive.org/19/items/gov.uscourts.txwd.286108/gov.uscourts.txwd.286108.23.27.pdf

have requested prior to proceeding with your disciplinary hearing. To be able to complete your hearing expeditiously, please forward to me any further requests, in writing, by Tuesday, March 25, 2008.

1. 11/08/07 at 9:49 a.m. – Lan Zhu sent you an email at retzlaff@texas.net communicating to you to stop all contact with her.

2. 11/08/07 at 11:12 a.m. - You replied from tretzlaff13@sprintpcs.com depicting your sexual relationship.

3. 11/09/07 at 11:30 a.m. - Captain Kiley met with you and instructed you not to contact Lan Zhu. You told Captain Kiley you would keep your distance.

4. 11/09/07 at 1:30 p.m. - You left Captain Kiley's office and went to Lan Zhu's residence on campus, and knocked on her door. <span style="color:red">Make note of this email as well</span>

5. 11/09/07 at 16:06 (4:06 p.m.) - You emailed Lan Zhu from retzlaff@texas.net. In that email you admit to coming to her residence and knocking on her on-campus residence door.

6. 11/10/07 at 13:25 (1:35 p.m.) – You emailed Lan Zhu from t_retz@hotmail.com.

<span style="color:red">Again confirmation he was using this email before</span>

One UTSA Circle • San Antonio, Texas 78249-0706 • 210-458-4720 • 210-458-4715 fax



EXHIBIT

Retzlaff's Facebook profile ties directly into retzlaff@texas.net. That email address is associated with this Facebook profile via a Google search. https://www.facebook.com/tom.retzlaff.79?fref=ts



The picture on this Facebook page is not of Tom & was stolen from Chris Gooden's webpage here –

http://www.barenada.com/neisha/ckg/ckg_desert_storm1.html



Here is "Klansman's" Youtube page and comments made by Thomas Retzlaff. This page ties directly into his email address and he even posted a video of his son, Collin Retzlaff.



 **Klansman** replied to a comment from Susanne3396815

by "talent" you mean sucking dick, right?

 **Catherine Missal - "Gimme Gimme" at Trapper's Bringing Down the House**

by **BwayWatcher** • 2 years ago • 17,448 views

Catherine Missal (Mary Poppins) performs "Gimme Gimme" from Thoroughly Modern Millie at "Trapper's Bringing Down the House" at Joe's Pub on June 17, 2011.

 **Klansman** commented

u mother was a hamster and ur father smelt of elderberries! i far in ur general direction you empty headed animal food trough wiper.

 **The Battleships - The Darkness Of The Future**

by **Artas1984** • 2 years ago • 619,842 views

Channel 4 documentary, episode 3

 **Klansman** commented

she makes me so hard. if I ever saw her in real life i'd put a baby in her.

 **Ava Sambora Bikini Pic Collection / 15yr Old Teen HQ 1080p**

by **CelebrityPhobia** • 1 year ago • 38,478 views

Ava Sambora Bikini Pic Collection / 15yr Old Teen HQ 1080p

...



Colling Retzlaff singing Ne-Yo's "Beautiful Monster"

Klansman ·

▶ Subscribe    0

48 views

👍 1    👎 0

👍 Like   👎

About    Share    Add to    ılıl    ⚑

Published on Apr 22, 2012
Collin's first karaoke singing at the Lighthouse Sports Bar in
Avondale, AZ. He visited there with his mom, Denise, and his dad,
Tom, on March 30, 2012.

Likes to play with ropes and burn crosses.

And I am really a black person.

Nah, not really. Who am I kidding? Who ever heard of a black klansman??

🆘 kkk.com/

g+

0 subscribers
47 views

Joined Jun 2, 2011

93



# Ethics Alarms

HOME     ABOUT     COMMENT POLICIES     CONCEPTS AND SPECIAL TERMS

Search

[ Search ]

### Email Subscription
Enter your email address to subscribe to
this blog and receive notifications of new
posts by email.

Join 2,713 other followers

← Ethics Alarms Lubricant 2: Ken at
Popehat on Integrity and Free Speech

Integrity Check For Obama Supporters:
Is This Really How You Want The
Campaign To Go? →

MAY 25, 2012 · 1:36 PM

↓ Jump to Comments

## Condemning Wanetta Gibson



### Klansman
May 26, 2012 at 7:50 pm

I'd rape and murder her in a heartbeat.

Reply

### Jack Marshall
May 26, 2012 at 8:00 pm

Now, let's be a *nice* Klansman, and cool the violent rhetoric.

Reply

**SOURCE: http://ethicsalarms.com/2012/05/25/condemning-wanetta-gibson/comment-page-2/#comment-40309**

94



| NFL | NBA | Boxing/UFC/WWE | Groupie Tales | WTF News | Mugshots | Pretty Ladies | Vira |

Drama Report / Headline / Sports Entertainment                    💬 131

# Photos: Wanetta Gibson Who Falsely Accused HS Star Brian Banks of Rape & Destroyed His Life

by *Robert Littal* | *Posted on Friday, May 25th, 2012*

    

## wanetta-gibson-brian-banks-rape-accuser-7



**todd** says:
*May 26, 2012 at 7:49 PM*

I'd rape & murder her in a heart beat.
**Reply**

**SOURCE:** http://blacksportsonline.com/home/2012/05/photos-wanetta-gibson-who-falsely-accused-hs-star-brian-banks-of-rape-destroy-his-life/comment-page-1/?pid=6775

**@Klansmann AKA Thomas Retzlaff tweet to @BullyVille AKA James McGibney**



Here are some comments that Thomas Retzlaff made about his own daughter, Brittany, through the @Klansmann account. "I wish I could shoot my sperm all over that face that would be hot".



"Her ex-husband said she liked to fuck her dad. Wow!" (Note, image edited to cover up nudity).



**Posts made by Thomas Retzlaff AKA "Todd" from his email address  t_retz@hotmail.com**

**Todd**   October 31, 2011 at 9:51 pm

Those who forget history are condemned to repeat it.



Have we already forgotten the lessons of history? What about the infamous STAR chamber of England? That is why the Founding Fathers created the Sixth Amendment, along with the First Amendment right of access to criminal trials and jury selection.

Anonymous jurors are just one step away from fake jurors.

Besides, in this age of the internet, how could a court truely keep someone anonymous? All a person has to do is take a picture, post it, and ask "does anyone know who this person is?"

REPLY



HOME      DIRTY WORLD      DIRTY CELEBS      DIRTY ATHLETES



# Interrogation Video From Sarah Jones Case Released

October 23, 2012      Cincinnati, Dirty Cheerleaders, The Dirty      💬 64



**Todd Retz** *October 24, 2012 at 10:49 AM*

Seems like all you knuckleheads here missed the biggest point about this video:

"I went under oath less than a year ago," she said. "The only person I had sex with was my husband whom I'm now married to."

What I would like to know is where it was that she was under oath when she made this statement. If she did say this then she is guilty of aggravated perjury – a felony in most jurisdictions.

You would be wise to have your attorneys look into this and obtain copies of any court transcripts of her testimony. This will torpedo her case against you.

**Reply**



+2
0

vote

**SOURCE:** http://thedirty.com/2012/10/interrogation-video-from-sarah-jones-case-released/



HOME    DIRTY WORLD    DIRTY CELEBS    DIRTY ATHLET

# Tia McDonald Is Too Good To Be True

January 25, 2013      Dirty Army Strong, Miami, The Dirty      💬 88





**Todd** *January 25, 2013 at 12:22 PM*

Too be perfectly honest, she is a whore. Is it worth having sex with strange men just so you can fly on a private air plane? Not to me.

She's a little old for me, but I'd still tear that up.

**Reply**



+1
-6



vote



**Todd**
August 30, 2011 at 11:04 PM #

What you do and what you are LEGALLY allowed to do are two different things.

The point that I was trying to make, which seems to have escaped you, is that (1) the girl claimed that she was underaged when the nude pictures were taken; (2) a person cannot legally get tattoos & piercings if they are under 18 (w/o parents consent, of course); (3) the pictures show that she obviously has A LOT of tattoos & piercings; therefore, her claim that she was under 18 when these pictures were taken does not seem credible.

Additionally, you totally ignored the fact that she has stated that she made these nude pictures when she was underaged; therefore, she has admitted to committing NUMEROUS serious felonies – felonies which would require LIFETIME registration as a sex offender, not to mention prison time!

So, perhaps – just perhaps – she is full of shit here and is just trying to get publicity for herself by making a bogus claim that someone stole her nude photos from her Twitter account just to get her name out there.

To be honest, before I saw the story on TMZ about the hacked and nude pictures, I never heard of this girl. I only happened upon this website when I did a google search for ehr nude pics because I wanted to see them. But for her claim and press release, none of that would have happened and she would have stayed an unknown person for the vast majority of America.

Do you now understand the point I was trying to make, nigger?
(And, no, I do not spell nigger with an "n", nigger is N I G G E R, which is what I meant because that is what you seem to be).

**REPLY**



**Todd**
August 30, 2011 at 11:06 PM #

I meant, nigger with an "a" as in nigga. Its nigger with an "er" at the end.

**SOURCE:** http://streetlifenyc.wordpress.com/2011/08/29/kreayshawn-nude/

 **Todd**
September 12, 2011 at 7:53 PM #

@DBurdett

I never said anything about having a problem with child pornography by thinking it is a horrible offense. I don't. I do not mind those kinds of pictures at all if other people want to take them of themselves, that is fine with me.

The point I was trying to make is that I believe that her claims of being underaged was BS. And to have herself or her PR people make such a statement is stupid because the only way such a statement could be supported is by her own admission that she committed several felonies. Which is funny.

I do not have a problem with child porn, nor do I think it should be illegal. It is personally not my cup of tea and I do not have any such pictures, nor do I look at such (unless they are famous or semi-famous Hollywood or rap "stars" who go onto the interwebs hollering about their "hacked" photos and being underaged – lol). But personally I don't care. As long as no one is being forced or abused. But just taking pictures is hardly abuse.

If I look at a picture of someone being murdered, am I a murderer or did I some how cause or participate in a murder? Of course not! But people who are against child porn make the argument that people who look at child porn are abusing children.

As an example, and a pure hypothetical question here, suppose I look at nake pictures of some underaged girl who lives in Russia that were taken five, ten, or more years ago. I don't know the girl and never had any contact with her or anyone connected to her. Yet, a person who finds such images on the internet in some file sharing website – who downloads them freely and doesn't even pay for them, can go to jail for YEARS for simply looking at a certain kind of picture.

How is that justice?

Child pornography is the ONLY crime for which you can go to prison for just for looking at a photo. I can look at murder photos all day long. I can watch rape videos all day long. I can look at car crash or horrible accident pics and vids all day long. Yet I won't go to jail for that.

**REPLY**



**todd** says:
November 1, 2013 at 11:26 pm

Just curious, regarding your arson suspect, are you referring to Quintier? If so, while he might have been charged w/ arson in 1998, he was never convicted. I can find no mention of any arson court cases in the AZ online records, nor any for Pima County. I did find a record of a civil lawsuit filed by the Tucson Estates homeowners Assn. against him. But it looks like it was dropped and never brought to judgment. What say you? If this is your supposed suspect, it seems pretty weak. No indictment was ever brought, so it seems disingenuous to even make mention of this in your post. yeah, I know you don't name names. But to even suggest that there was an arson suspect is completely bogus to me.

Reply

**SOURCE:** http://www.oldtucsonblog.com/fire-before/#comment-3588




**Klansman**

Mar 24, 2013 @ 07:45:29

NOBODY CARES!!! This video has been out for nearly a year. And Rosewell people do not care about your tourism threats as no one goes there anyways (except for the E.T. / Area 51 freaks).


**Todd**

Mar 24, 2013 @ 07:43:31

Why do you say that he is hiding? The video has been out for nearly a year. The dude is not making any effort to hide. So why do you make a lie and say this thing?

The vast majority of people in the U.S. could careless about this. ANd, honestly, do you think the people of Rosewell are scared of your threat to tourism? Do you even know where Rosewell is? Except for E.T. freaks no one goes to Rosewell on purpose.

Big yawn over yesterday's / last year's news.

**SOURCE:** http://ppjg.me/2013/03/21/here-is-the-face-of-pro-horse-slaughter-advocates/

103

"Kklansman" AKA Thomas Retzlaff on www.stormfront.org







**Submitted on 2014/07/11 at 6:41 PM**

**"So the reason why McGibney is pissing away thousands of dollars of his ViaView investors' money is because he doesn't like what this guy says on Twitter? So is that how thing work now? We don't like what someone says on Twitter so McGibney becomes a self-appointed vigilante out to clean up all the trolls on the interwebs.**

**Funny but I seriously doubt Thomas gives two shits about McGibney or his stupid LOLsuits. I seriously doubt he gives two shits about what people say about him, either. Like a guy who is allegedly a member of a murderous prison gang cares what twitter nerds have to say.**

**By the way, did you know that the post about McGibney on the PRIVATE forum on the Storm Front website has had 50,000 views in the last few weeks? All the pics of McStupid's family, cards, home address, work info, all that good stuff, el oh el". ~Thomas Retzlaff**

Submitted on 2014/07/11 at 6:41 PM

So the reason why McGibney is pissing away thousands of dollars of his ViaView investors' money is because he doesn't like what this guy says on Twitter? So is that how things work now? We don't like what someone says on Twitter so McGibney becomes a self-appointed vigilante out to clean up all the trolls on the interwebs.

Funny but I seriously doubt Thomas gives two shits about McGibney or his stupid LOLsuits. I also seriously doubt he gives two shits about what people say about him, either. Like a guy who is allegedly a member of a murderous prison gang cares what twitter nerds have to say.

By the way, did you know that the post about McGibney on the PRIVATE forum on the Storm Front website has had 50,000 views in the last few weeks? All the pics of McStupid's family, cars, home address, work info, all that good stuff, el oh el



**2 Responses to "Thomas Retzlaff as Klansmann Tweets A Death Threat; Oct 26th, 2013"**

**Ur a clown** says:
July 11, 2014 at 6:36 PM

Funny but I don't see anything in those tweets that link this account to Thomas. Nor do I see any death threats. If there really were death threats why haven't the cops made an arrest? Do the cops in San Jose not know how to investigate death threats? Do they just not care? Or, perhaps, there is ZERO evidence?

Reply

**Ur a clown** says:
July 11, 2014 at 7:00 PM

If you wish to call this a "Twitter War" then isn't it fair to say that Thomas has won? After all, @Bullyville and 7 other McGibney accounts have been BANNED by Twitter, right? Yet this Klansman guy is still standing strong. Despite all the nerd rage I feel coming from McGibney & Company, the only one losing anything here is McGibney. He has lost his reputation. He has lost his investors. He has lost his advertisers. He has lost his celebrity sponsors. He has lost a ton of money. Yet he can't do anything to Thomas but get a couple of sock accounts to tweet his name once in a while.

Some battles just aren't worth fighting. It looks to me like McGibney picked a fight with the wrong guy – a guy who doesn't care what you say about him, who isn't afraid or intimidated by lawsuits or "Anonymous" or other weirdos on the internet.

Besides, since when is it McGibney's job to clean up the internet? Who placed him in charge of deciding what you can or cannot say on Twitter?

Reply

**ALIAS Molly Santucci AKA Thomas Retzlaff - Within a Texas Department of Protective Services filing against Thomas Retzlaff, it was discovered (Retzlaff admitted) that he was kicked out of Drury College for stalking and harassing Beverly Santucci.**



Appellant treated women without respect [RR VII:73,74], would carry a gun to the door to answer it [RR VIII:5], indicated to his children that law enforcement is not trustworthy [RR VIII:5]; failed to follow court orders - continuously calling ████ Retzlaff's home in violation of the court's orders [RR VI:172-175; Appellant admitted to writing letters against the conditions of his community supervision to the children [RR III:53-54]; Appellant admitted he dialed Dawn Engelke's phone number when he was court-ordered not to contact her [RR IV:52-54]; ████ Retzlaff testified that Appellant got kicked out of Drury College for stalking and harassing Beverly Santucci, a girlfriend Retzlaff had had an affair with early in their marriage [RR V:79]; Robert Retzlaff, paternal grandfather of the children, admitted that Appellant had a "level of defiance" for authority [RR VI:231]; In dealing with an incident where ████ took a knife to school, Appellant reacted by asking ████ why he took his property, not by reprimanding him for doing something dangerous or against school rules [RR VII:61, 62].

- **Claims to be an intern at the ACLU, doesn't exist.**



Posts in the same thread as "Scott Jewels" and "Kelly Swift" (two aliases that Thomas Retzlaff uses) about James McGibney.

- "I bet his wife Christina is really proud of him for bullying people on the internet."
  http://radaronline.com/exclusives/2013/11/kate-gosselin-jon-gosselin-drops-lawsuit/#comment-1132187196

FOLLOW   NEWSLETTER   SEARCH
          GOT A TIP? CA
                                                                    E-MA 

ON YOUR RADAR:   LONG ISLAND MEDIUM TELL-ALL     DUGGAR CONTROVERSY     PHOTOS     VIDEOS

 Bruce Jenner Dons Sports Bra While Out To Lunch With Daughter Kylie     Bruce Jenner Files Response To Wife's Divorce Papers     Kanye We: Row' With Kardashia Selfie Leak

# Kate Gosselin Abandons Multi-Million Dollar Hacking & Wiretapping Lawsuit Against Ex-Husband

Posted on Nov 19, 2013 @ 17:57PM







TODAY'S

 **Molly Santucci** → Scott Jewels   · 10 months ago
I bet his wife Christina is really proud of him for bullying people on the internet.

3 ∧  |  ∨  · Reply · Share ›

Posts in the same thread as "Johnny Swift" and "James Smith" about revenge porn.   "James Smith" had emailed the author and is quoted in the piece.  http://blogs.sacurrent.com/staff/25169/

# MORE VICTIMS COMING OUT AGAINST TEXXXAS REVENGE-PORN SITE

JANUARY 25, 2013

By SA DAILY





When Beaumont attorney John Morgan first heard from Hollie Toups, he had a deeply emotional reaction. "After I interviewed her, I felt like a dad and this was my daughter. … I felt protective," he told me. "Then I got very, very angry – those people were trying to ruin this young gal's life."

By "those people," Morgan means the unnamed revenge-porn purveyors at **Texxxan.com**. Toups, 32, is among the untold number of women (and a lesser number of men) who have had their nude photos splashed up on the site, often accompanied by their names and Facebook profiles, for viewers to gawk at.



Molly Santucci  ·  2 years ago

If u are stupid enough to send someone naked pics ur deserve what happens

16 ∧  |  ∨  ·  Reply  ·  Share ›



**Johnny Swift** ➔ Guest · 2 years ago

She's a bitch? How about we start living in a society where people take
responsibility for their own stupidity??

14 ∧ | ∨ · Reply · Share ›



**Johnny Swift** ➔ ALPHA · 2 years ago                                                    — | ⚑

'victims'? What are you, nuts? Just look up John Morgan on the internet and you
will see what a nut job this guy is. HE is the one ruining those girls lives.
Alpha, you sound exactly like one of the guys who makes posts to those kinds of
websites. Your hate is overwhelming me right now.

2 ∧ | ∨ · Reply · Share ›



**James Smith** · 2 years ago

My name is James Smith and I am the defendant in the Texxxan.com
lawsuit. I want all you ladies to understand that I completely do not
care about you or your problems. Not one bit. John Morgan is just
using you to grab some headlines. He knows that his lawsuit will go
nowhere because this website has no legal liability. I owe no legal
duty to you girls whatsoever. And, again, I do not care about you or
your problems. This situation is a YP, not an MP.

I wish you girls had taken the time to Google John Morgan and his
associate Mr. Klein. If you had you would have seen a website called
Operation Klein Watch that would have told you all about those two
jokers. They are the ones responsible for your pain and suffering as
they sold you a false bill of goods. They made you promises that they
know they cannot keep. The law in this area is well-settled – I have
100% immunity from any of your claims.

When Congress passed this law in 1996 they made a conscious decision
not to require websites to police user submitted content. It simply is
not economically feasible. If Facebook with all of its billions of
dollars cannot do it, how do you expect a guy like me to do it?
Besides, its called "revenge porn" for a reason. If it were called
Happy Bunnies Playing than the content would be entirely different. But
its not.

The law is what it is and crying and hollering is not going to change
a thing. If you want to get mad at someone, how about getting mad at
your ex-'s for posting that stuff about you? And why didn't you name
them in this lawsuit? At least there you would have had a real cause of
action. Oh, but that would make too much sense, wouldn't it? That
would cause you to do something completely unfamiliar like taking
responsibility for your own actions, right?

110

Having read Mr. Morgan's petition, it is my position that he has no
viable cause of action. You lawsuit involves a simply claim involving
property rights and my argument is that those photos are the property of
the website to whom they were submitted. The boys either took the
photos themselves (which would make them the owners of the photos
outright) or the girls took the photos and then gave them to the boys
(which then also made the boys the owner of the photos). The boys then
turned around and decided to give the photos to the website; thus,
transferring ownership to the website.

To make this understandable let us substitute "a pair of shoes" for
"naked pictures." The girls either gave a pair of shoes to the boys or
the boys had their own pair of shoes. In any event, the boys now have a
pair of shoes. They then decide to give the shoes to me. Thus, I got
the shoes.

This website has not intruded upon anyone's privacy. If any intrusion was done, it was
done by the now ex-boyfriends.

3 ∧  |  ∨  ·  Reply  ·  Share ›

—

**Thomas Retzlaff viciously harassed a journalist, Brian Paone, here:**

http://medinagazette.northcoastnow.com/2012/12/19/facebook-post-cheers-conn-shooting-columbia-station-man-arrested/



You are here: Home / NEWS / Facebook post cheers Conn. shooting; Columbia Station man arrested

## Facebook post cheers Conn. shooting; Columbia Station man arrested



Filed on December 19, 2012 by Kiera Manion-Fischer

 63 Comments

 



MEDINA — A 20-year-old Columbia Station man was charged with inducing panic, accused of posting a message on the Internet celebrating the killings of schoolchildren in Newtown, Conn....

A message to our readers: Help Medina County Gazette offset the cost of reporting the news by completing an anonymous microsurvey.



**AC** · 2 years ago

Pretty disappointing that no one seems to think what this kid said was serious!

10 ∧ | ∨ · Reply · Share ›



**Molly Santucci** → AC · 2 years ago

Serious about what? being offensive is not against the law.

3 ∧ | ∨ · Reply · Share ›



This comment was deleted.



**Molly Santucci** → JoAnn Hynds · 2 years ago

You are inciting a panic by your words. I have told the police and they will come and arrest you.

∧ | ∨ · Reply · Share ›



**Molly Santucci** → Rob Schneider · 2 years ago

I guess you also think that the Westbrough Baptist church memebrs should also all be locked up. And how about the NAACP and GLADD marchers? And maybe the Klan, too. Lock them all up cuz we don't like what they have to say.

I totally agree with what the kid had to say and I totally agree with this god given right to say it.

1 ∧ | ∨ · Reply · Share ›



**Molly Santucci** → Rob Schneider · 2 years ago

I am also very happy that someone shot up all those kids, too. Good for the shooter, he is my hero!!!!!

∧ | ∨ · Reply · Share ›



**Molly Santucci** → AC · 2 years ago

I completely agree with what the kid had to say. Come lock me up, too! I want to get my big check from when I and the ACLU sues the Median cops into bankruptcy on account of their free speech violations!

I am offended and I want someone locked up because of it!!!

1 ∧ | ∨ · Reply · Share ›

113

 **Molly Santucci** → Buffalo · 2 years ago

But is it right to use the power of the State to lock up those whom we think are fools?

1 ∧ | ∨ · Reply · Share ›

 **Molly Santucci** · 2 years ago

That police chief here is a big douche bag and has no business being in law enforcement. Unlike what that stupid cops says, this guy did not commit the equivalent of hollering 'fire' in a crowded movie theatre. This seems more like the modern day equivalent of saying, "Good, I'm glad it burned down", after the fire.

This is America - you have a God given right to be offensive and stupid. The US Supreme Court said so when they allowed the Westbrough Baptist church to do their thing. And now that "church" is protesting at the kids' funerals.

many thanks for all the stupid cops in Medina for screwing us tax payers out of our money on account of the huge lawsuit this guy and the ACLU will win.

2 ∧ | ∨ · Reply · Share ›

 **Molly Santucci** → youranidiot · 2 years ago

So you get to be the decider on what is a church and what isn't, eh? And you get to decide what is hate and what isn't, eh? Glad I don't live in your country. I live in America, the land of the free.

1 ∧ | ∨ · Reply · Share ›

 **Molly Santucci** · 2 years ago

To all you idiots who have a problem with what this kid said - It is not the job of law enforcement to protect everyone from all the jerks and unpleasantries in life. This is America - you have a god given right to offend people!

2 ∧ | ∨ · Reply · Share ›

114



**Brian Paone** → Molly Santucci · 2 years ago

First off, there's no such thing as a "God-given right" - rights are a concept of man and can only be allocated to man by man. But I don't expect a child of your insufficient intellect and upbringing to understand this.

Second, that right was accorded to Americans within limits. You have no clue as to what those limits are, and I advise you educate yourself quickly.

I'm sure you've noticed a few things have been happening recently directly related to your string of hate speech on the internet as of late. The time in which you can successfully fend off the negative legal consequences of your behavior is quickly diminishing.

∧ | ∨ · Reply · Share ›



**Molly Santucci** → Brian Paone · 2 years ago

Actually I haven't noticed anything. I can post whatever I want to wherever I want to using whatever profiles I want to. Stop stalking me by the way. I've blocked u from my FB u creep. go play with ur stupid cats or something. by the way, ur house is a dump!

2 ∧ | ∨ · Reply · Share ›



**Brian Paone** → Molly Santucci · 2 years ago

You might want to go back and check again.

∧ | ∨ · Reply · Share ›



**Molly Santucci** → Brian Paone · 2 years ago

Go have fun living in ur $10 shack and playing w/ ur 2 stupid cats. Oh and get a job while ur at it dude. obviously my FB is still ur here n00b.

1 ∧ | ∨ · Reply · Share ›

 **Brian Paone** → Molly Santucci · 2 years ago
Yeah, your block expired. 3 days, I think it was?

Still, a very peaceful three days. :-)
∧ | ∨ · Reply · Share ›

 **Molly Santucci** → Brian Paone · 2 years ago
I had not been blocked from FB or anything else. FB has
not contacted me at all. I have blocked u from my account
so u can't stalk me and send me messages about wanting
to have sex with me - even though u know that i am under
aged. a friend helped me put together some screen shots
of u saying that u did not care how young i was and that u
wanted to met me. ur a 35 yr old man and ur talking to a
little girl like me. ur a freak and the cops are on to u.
1 ∧ | ∨ · Reply · Share ›

 **Brian Paone** → Molly Santucci · 2 years ago
33, and like I said, Texas is already well-informed. But sure,
keep saying whatever you like. XD

What happened to your writing style, by the way? Seems to
have changed dramatically. Someone smack you over the
head a little too hard or something?
∧ | ∨ · Reply · Share ›

 **Molly Santucci** → Brian Paone · 2 years ago
And what do you expect the AG to do about this? They
investigate consumer fraud, child support, business scams,
and major crimes that involve the state of Texas or its
governmental entities. Oh, and they investigate child
molesters like you.
1 ∧ | ∨ · Reply · Share ›



**Brian Paone** ➔ Molly Santucci · 2 years ago

Hey, the IP address seems to change with the typing style. Guess they were right after all.

Listen, I've work to do, so I'm going to have to leave all of you running this one troll account to your own devices for a while. I'm sure you can handle yourselves. XD

ᐱ ᐧ ᐯ · Reply · Share ›



**Molly Santucci** ➔ Brian Paone · 2 years ago

IP address, lulz. yeah w/e E-Thug. ur a n00b. a homosexual pedophile n00b.

1 ᐱ ᐧ ᐯ · Reply · Share ›



**Brian Paone** ➔ Molly Santucci · 2 years ago

Fantastic then. Go to bed, kids. XD

ᐱ ᐧ ᐯ · Reply · Share ›



This comment was deleted.



**Brian Paone** ➔ Johnny Swift · 2 years ago

I know the therapist told you that these writing exercises might help you come to terms with your lecherous past, but if I were you I'd consider proper identifiers. Makes ya look kinda silly otherwise.

Actually, do you know those terms? "lecherous" and "proper identifiers"? I just realized with whom I was conversing. XD

ᐱ ᐧ ᐯ · Reply · Share ›

 **Molly Santucci** → Brian Paone · 2 years ago                                    — | ⚑

"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights." Free Speech is one of those rights endowed to us by our Creator; thus, the right to offend is a God-given right.

2 ∧ | ∨ · Reply · Share ›

 **Brian Paone** → Molly Santucci · 2 years ago

Wow. You're as bad at political science as you are at law.

The First Amendment was not written by God Himself. So, no - the right to freedom of speech is most certainly not "endowed to us by our Creator". You MIGHT have a claim if such words can be found in the Bible, but they can't.

Further, hate speech is not protected free speech. An ACLU intern, as you allege you are (which I strongly doubt and will be checking Monday as part of an article I'm writing on online anonymity), should know the difference rather intimately.

But you don't seem to have the first clue. Interesting.

1 ∧ | ∨ · Reply · Share ›

 **Molly Santucci** → Brian Paone · 2 years ago

What a low-life scum bag u are, Brian hate speech is most certainly protected under the Constitution. See R.A.V. v. City of St. Paul, 505 U.S. 377 (1992). Ur a piece of garbage who likes to stalk little girls.

u are also an absolute loser who is unemployed. In the 2 days u have been registered here u have made nearly 40 posts. Maybe u should get a job. Oh, but first u have to get a life.



**Brian Paone** → Molly Santucci · 2 years ago

Hate speech is far different from falsely accusing someone of a Federal crime.

If I were you, I'd stop replying. Now. Anything further will be simply forwarded to the Texas State Attorney General.

∧ | ∨ · Reply · Share ›



**Molly Santucci** → Brian Paone · 2 years ago

ur a short eyes for stalking little girls. cry all u want u, ur a freak and a stalker and u are probably a homosexual, too, from the stupid girly words u like use. i bet u have sex w/ animals, too. ASPCA needs to check ur cats out cuz i bet u been molesting them.
you need to quite trying to have sex with underaged children, Brian. its not right.

FYI - Brian, the vast majority of people who have been molested go on to molest others. So I am not surprised that u are a molester and cyber stalker.

So stop having sex with ur animals and molesting little kids and get a job. ur a freak. - thx for the lulz loser. rage more n00b. ur dox are all over the interwebs now.

∧ | ∨ · Reply · Share ›



**Brian Paone** → Molly Santucci · 2 years ago

Such atrocious spelling.

∧ | ∨ · Reply · Share ›



**Molly Santucci** → Brian Paone · 2 years ago          — | ⚑

U need to stop sending me messages about wanting to met me and have sex. u know i am under aged and that what ur doing is illegal.

∧ | ∨ · Reply · Share ›

119

 **Brian Paone** → Molly Santucci · 2 years ago

To Whom It May Concern:

My name is Brian Paone, and I am a 33-year-old resident of the State of Tennessee. I am writing to you today to file a complaint against an individual who alleges to live in Texas and is falsely saying I have attempted to solicit her (a minor child by her claims) for sexual intercourse.

I am a victim of childhood sexual abuse myself. From the ages of 4 to 7 I was molested regularly by a male babysitter and friend of the family. Under normal circumstances, any law-abiding citizen in their right minds would be horrified to be accused of such a thing. In MY case, it's exceptionally distressing as a result of my past.

I have enclosed a screen capture of the accusation as well as a link to the conversation in question. Kindly inform me as soon as possible as to what I have to do in order to get my name cleared and a proper written apology issued by the accuser (if they do, in fact, live in your state - we all know how the internet is). Please know that I consider my reputation to be my most valuable possession and I am willing to go to great lengths to ensure it remains spotless.

Thank you very much for your time, but more importantly, thank you very much in advance for your prompt attention to this matter.

Regards -

Brian Paone

Knoxville, TN

CC: State of Tennessee Attorney General