

**Molly Santucci** → Brian Paone · 2 years ago
Too bad u didn't go to great lengths to protect ur booty, which i would think would be more valuable then ur reputation.

∧ | ∨ · Reply · Share ›



**Brian Paone** → Molly Santucci · 2 years ago
Prove it or I'm filing a complaint with the Texas State Attorney General. That is MONSTROUSLY over the line to accuse someone of something like that. You're accusing me of a Federal offense here.

I'd prove it if I were you. Screencapped.

∧ | ∨ · Reply · Share ›



**Molly Santucci** → Brian Paone · 2 years ago
thx for the lulz. ur a loser and a molester.

1 ∧ | ∨ · Reply · Share ›



**Molly Santucci** · 2 years ago

Medina Police Lt. Dave Birkbichler is a filthy little pig. i totally support the Sand Hook shooter, too!!!

∧ | ∨ · Reply · Share ›



**Molly Santucci** · 2 years ago

Poor, poor piggy Birchbichler - the Ohio ACLU has now stepped into the case. MPD - fail. FYI - I support the gunman, too!! Hooray for the Sandhook gunman! Hooray!!!! MPD is pwned.

∧ | ∨ · Reply · Share ›



ted · 2 years ago

rob - he can be a jerk all he wants. you are the one who should be arrested

∧ | ∨ · Reply · Share ›



really people · 2 years ago

so much for freedom of speech... If he is serious, then yes, lock him up. Come on though, isn't calling him names just reinforcing the very behavior we want to prevent?

∧ | ∨ · Reply · Share ›



**Molly Santucci** → really people · 2 years ago

"If he is serious, then yes, lock him up." Serious about what? Serious about expressing his opinion? Being offensive is not illegal.

2 ∧ | ∨ · Reply · Share ›

- **A photo of Brian Paone (Santucci's aka Retzlaff's target) was later used as the default photo for another Retzlaff account, "Scott Jewels".**

- **This is the source of his profile picture: https://www.facebook.com/brian.paone.9 Retzlaff created this Facebook account to harass "Brian Paone".**



**Molly Santucci** Racist comments:

- Posted "She was race mixing with a black guy. She deserved to die. The Klan shall rise!" http://www.wfaa.com/news/crime/Mother-daughter-are-victims-of-Grand-Prairie-double-homicide-208074571.html

**Federico's Mexican Food: connects Santucci and Klansman**

- Santucci claimed to be present at a Phoenix, AZ interview about Federico's. https://www.facebook.com/permalink.php?id=412666695292&story_fbid=10153227600900293 This corroborates the Phoenix area IPs tied into Thomas Retzlaff.

 **Queen of Clean Linda Cobb**
September 16, 2013 · Phoenix, AZ · 

Heading back to Federico's Mexican Restaurant in Litchfield Park as they continue there FREE FOOD - Come Back On Us day. Starting from 5 PM - 7 PM free dinner burritos including my favorite, the Green Chile Burrito. The offer is good at all 20 Federico's locations. If you come to Litchfield Park (Camelback and Dysart) be sure to say HI! Thanks to everyone who came out this morning!

Like · Comment

👍 Sharon Young, Heidi Cardinal, Ganda Ti and 9 others like this.

 **Danny Joe** Gag me with a spoon! (Maybe the food will. I don't trust the hygiene here.)
September 16, 2013 at 5:19pm

 **Queen of Clean Linda Cobb** ✔ You would be wrong Danny. You totally can trust it. Look at Buckeye where E Coli was found in the water and people are boiling the water. There is more chance of E Coli in your own home kitchen.
September 17, 2013 at 7:30am · 👍 1

 **Molly Santucci** Yeah? Well I don't remember reading that over 80 people were sent to the hospital in Buckeye. Do you have any idea how many children are STILL in the hospital? Do you know how many people are having to get kidney transplants in the future on account... See More
September 18, 2013 at 12:07am · 👍 1

 **Molly Santucci** and don't bother deleting the negative comments cuz I took screen shots of them. Nothing gets deleted on the interwebs.
September 18, 2013 at 12:08am · 👍 1

 **Queen of Clean Linda Cobb** ✔ By the way Molly, I did not "blow off" a man as you put it. Had you been part of the conversation instead of looking from afar you would have known that I was talking to him about what happened. In doing so I found out that he ate at Federico's in Ju... See More
September 19, 2013 at 8:30am

 **Molly Santucci** u must be referring to a different man then. I am talking about the white FBI looking guy in the dark suit. I was less than 5 feet from u when he came up to u. While he was talking to u one of the Federico's people was trying to rush him out. He gave a... See More
September 23, 2013 at 2:48pm · 👍 1

 **Queen of Clean Linda Cobb** ✔ Are you a victim Molly? Are you a lawyer? Somehow I don't think so. You have a lot of opinions Molly, some good and some not so good and some wrong information for sure. I know the man you are speaking about. I remember him from the 5 - 7 time fram... See More
September 23, 2013 at 4:58pm



**Molly Santucci** But if you do not know what caused the problem, how do you know you corrected it? Because this poisoning went on over a long period of time (the window of exposure was several weeks wide), this was not a one-off kind of thing like someone forgetting t... See More

September 24, 2013 at 11:52am · 👍 1



**Molly Santucci** without knowing the cause*

September 24, 2013 at 11:53am · 👍 1



**Queen of Clean Linda Cobb** ✔ Tell that to the health department Molly. They know that it is safe. This is the end of our conversation. I do not speak for anyone but myself Molly. We all must make up our own minds and that will come once the health department comes up with a c... See More

September 24, 2013 at 12:24pm · 👍 1

**MOLLY SANTUCCI AKA THOMAS RETZLAFF ATTACKING DJ ASHBA FROM GUNS N ROSES.**



**Molly Santucci** ▶ **Dj ASHBA™**
8 hours ago

why do you support revenge porn? I found your name listed on a website saying that you support revenge porn. the website is by the cyber civil rights initiative and it says that you support a website called Bullyville, which runs a revenge porn website called Cheaterville. Why do you support the victimization of girls by Bullyville & Cheaterville? Don't you know how worng this is?!? What is the matter with you!

I am going to make sure everyone in the world knows that you support revenge porn and the victimization of girls by Bullyville & Cheaterville! You need to remove your endorsement and end your relationship with revenge porn Bullyville!!!!!!!!

Like · Comment



**Molly Santucci** → Scott Jewels · 2 months ago
I bet his wife Christina is really proud of him for bullying people on the internet.

3 ∧ | ∨ · Reply · Share ›



**Kelly Swift** → Scott Jewels · a month ago
James & Christina McGibney live at 5761 Algonquin Way, San Jose, CA 95138.

1 ∧ | ∨ · Reply · Share ›

# THOMAS RETZLAFF INSANE COMMENTS ON NEWSVINE AS MOLLY SANTUCCI

- **Retala**





**Molly Santucci**
...has not published any content yet.
Here is someone who has: ⊡ AUTHOR COLUMN

Articles commented on by Molly Santucci



# DISCUSSIONS   282 comments from 178 people

Who really cares? This is a stupid law anyways. i saw this post on a site and I think it is straight on. If watching videos of people being RAPED and MURDERED are legal (which it is), why are pictures of naked girls illegal? Who is being harmed the most? The person being raped / murdered, or the girl who is just standing there naked?

"I do not have a problem with child porn, nor do I think it should be illegal. It is personally not my cup of tea and I do not have any such pictures, nor do I look at such. But personally I don't care. As long as no one is being forced or physically abused / beat on. But just taking simple pictures is hardly abuse.

If I look at a picture of someone being murdered, am I a murderer or did I some how cause or participate in a murder? Of course not! But people who are against child porn make the argument that people who look at child porn are abusing children.

As an example, and a pure hypothetical question here, suppose I look at naked pictures of some underaged girl who lives in Russia that were taken five, ten, or more years ago. I don't know the girl and never had any contact with her or anyone connected to her. Yet, a person who finds such images on the internet in some file sharing website – who downloads them freely and doesn't even pay for them, can go to jail for YEARS for simply looking at a certain kind of picture.

How is that justice?

Child pornography is the ONLY crime for which you can go to prison for just for looking at a photo. I can look at murder photos all day long. I can watch rape videos all day long. I can look at car crash or horrible accident pics and vids all day long. Yet I won't go to jail for that.

0 REPLIES





Molly Santucci commented Mar 2, 2013                                    #182

i like child porn

0 REPLIES





**Molly Santucci** commented May 16, 2012                                   #197

This is why police officers get shot and killed so much. We The People are sooo
tired of all their crap. I hope someone shots this fool, too.

**SHARE**



**Molly Santucci** commented May 16, 2012                                   #3

This is the stupidest thing that I have ever heard of. Women have NO BUSINESS
being in the military!!! If they were get get the Ranger tab then everyone will
know it was done out of political correctness, not because they legitimately
earned it. Women (except for bull dykes) are not strong enough to do the job
properly. A 100 lbs. is a 100 lbs. It does not care if you are a man or a woman.

When the military does away with the duel standard PT tests, then I will accept
women in the Army. But until then, this is nothing but PC BULL@!$%#!

1 REPLY

**THOMAS RETZLAFF'S EX-WIFE DENISE HOLLAS CONFIRMING RETZLAFF'S ALIAS**







**SOURCE: http://fb-mollysantucci100002988705668.newsvine.com/_tps/_author/profile**



## Molly Santucci

...has not published any content yet.

Here is someone who has:   📰 **AUTHOR COLUMN**

### Articles commented on by Molly Santucci

🌿 **Virtual girl dubbed 'Sweetie' snares thousands of would-be sex predators** published
Tue Nov 05, 2013

1. *It was an obvious fake. When they went online with this about three months ago it was immediately noticed and posted on 4Chan that people needed to go there and start trolling these folks. I've seen better CGI while watching Shrek when I was little. This was nothing more than a bogus PR stunt to*

🌿 **Ex-judge's home searched in investigation of Texas prosecutors' killing** published Fri
Apr 12, 2013

1. *I hope and pray that the person(s) who did this make a clean get away and are never caught. What happened here was a good thing, in my opinion. Hooray for the shooter!!!*

🔗 **Bill criminalizing viewing child porn online OK'd by NY Senate** published Tue May 15, 2012

1. *i like child porn*

2. *Who really cares? This is a stupid law anyways. i saw this post on a site and I think it is straight on. If watching videos of people being RAPED and MURDERED are legal (which it is), why are pictures of naked girls illegal? Who is being harmed the most? The person being raped / murdered, or th*

**SOURCE: http://scitech.nbcnews.com/_news/2012/05/15/11722797-bill-criminalizing-viewing-child-porn-online-okd-by-ny-senate#th3419644-c74568158**

**Man infected with smallpox-like virus through sex** published Thu Feb 28, 2013

1. *this is why ALL homosexuals need to be killed immediately.  If you murder a homosexual, you are a hero to me!!!!!*

**Teen wins right to wear 'Jesus Is Not a Homophobe' T-shirt to school** published Tue May 29, 2012

1. *My dad was gay-bashing long before they called it that. This boy is the reason why homos get their ass beat down. If i knew that someone at my school was a homosexual, I'd bash them, too.*

**Cop Tasers mom at Mississippi middle school ... twice** published Wed May 16, 2012

1. *This is why police officers get shot and killed so much. We The People are sooo tired of all their crap. I hope someone shots this fool, too.*

**U.S. may send women to elite Ranger school: top Army chief** published Wed May 16, 2012

1. *This is the stupidest thing that I have ever heard of. Women have NO BUSINESS being in the military!!! If they were get get the Ranger tab then everyone will know it was done out of political correctness, not because they legitimately earned it. Women (except for bull dykes) are not strong enough*

**One person sent hundreds of powder-filled envelopes: FBI** published Wed May 16, 2012

1. *Sounds like they should be looking for some teenager. That is my best guess.*

**ALIAS Molly Santucci ties into another email address which is molly14nx05y@hotmail.com.
This is important to note because that same email address is registered with
www.cheaterville.com.**



Molly
Member

**posted July 22, 2013 04:59**                                                    Hide Post

Online Impersonation is just that: Impersonating someone.

Just posting someone's information online is not a crime. Lots of "people
finder" websites post personal information (address, emails, cell #s, etc) (see,
e.g. PeopleFinder.com, WhitePages.com, Spokeo, Intelius, or YahooSearch).
You do not need a person's consent to post their personal information on the
internet. Using a person's name is not the same as pretending to be the
person.

If I make a page on Backpage, Craigslist or whatever and say "Hi, my name is
Ravella. For a good time call me at 867-5309" that would be illegal because I
am pretending to be you.

BUT, if I post your name and number on the wall and say "for a good time call
Ravella at 867-5309" that is not illegal because I am not pretending that I am
you(i.e. impersonating).

The problem with the Texas Online Impersonation statute is that it is, in my
opinion, an unconstitutional restriction on Free Speech. I find it more than
ridiculous that it has been made a 3rd degree felony, as well. The only reason
why the statute hasn't been struck down by the courts is because, so far, the
only people getting arrested for this are basically high school kids or other
young people who are in no position to mount an aggressive challenge to the
law. These kids are being given felony records on account of Facebook pages.
(Yes, we can all point to extreme cases in which someone has really been
physically harmed (A Colorado case comes to mind). But you wouldn't need
this specific law to get at them. They broke conspiracy laws and murder
solicitation laws.) But the vast majority of arrests in Texas have been young
people.

First, let me start off by asking how many of you politicians found out that
someone was running a fake website, fake Facebook, or Twitter account in your
name this past primary and election? Show of hands, please. If you answered,
"NO", you obviously weren't looking hard enough. See
http://www.texastribune.org/te...bsites-shake-primar/

133

The posting of otherwise lawful speech or images - even if offensive or emotionally distressing - is constitutionally protected. The speech must constitute a true threat or violate another otherwise lawful criminal law, such as stalking or harassment statute, in order to be made illegal. The provisions of this statute do not meet that standard. (See e.g., United States v. Cassidy, (D.Md.2011) 814 F. Supp. 2d 574), wherein the state sought to prosecute a defendant who had tweeted, impersonated, and blogged offensively about a religious figure in Maryland because the defendant intended to harass and cause substantial emotional distress and, in fact, succeeded in causing such distress. The court held that such conduct could not present a crime.

This statute criminalizes a form of expression, which is included within the definition of speech. (Texas v. Johnson (1989) 491 U.S. 397.) "If there is a bedrock principle underlying the First Amendment, it is that the government may not prohibit the expression of an idea simply because society finds the idea itself offensive or disagreeable." (Id, at p. 414.) Unless a particularly narrow exception applies, protection of expression under the First Amendment is not limited to certain subjects or ideas. A restriction on the "content" of expression, as distinguished from the time, place and manner of expressions is presumptively invalid. A content-based restriction on expressive conduct is subject to "strict scrutiny" and must promote a "compelling state interest" by the "least restrictive means" to achieve the compelling interest. Sable Communications v. FCC (1989) 492 U.S. 115, 126.)

In Texas' impersonation law (Tex Penal Code 33.07), while one could understand what it means to "defraud" or "threaten" someone by reference to other laws, neither of these two texts limit the broad term "harm," or define exactly what "intimidating" a person means.

In Reno v. American Civil Liberties Union, 521 U.S. 844 (1997), the United States Supreme Court stated: "[T]he growth of the Internet has been and continues to be phenomenal. As a matter of constitutional tradition, in the absence of evidence to the contrary, we presume that governmental regulation of the content of speech is more likely to interfere with the free exchange of ideas than encourage it. The interest in encouraging freedom of expression in a democratic society outweighs any theoretical but unproven benefit of censorship."

A content-based restriction on expression will be struck down as invalid on its face if it prohibits clearly protected speech, in addition to conduct that may validly be prohibited. Such a law is said to be unconstitutionally "overbroad." (U.S. v. Stevens (2010) 130 S.Ct. 1577, 1587.) Stevens considered a federal statute that criminalized the sale or possession of "depictions of animal cruelty," in order to prohibit fetishistic "crush videos" of the killing of animals for sexual gratification. Stevens was prosecuted for distribution of videos of dog fights and the government argued that the law was limited in intent to such depictions. The Supreme Court found that the statute was overbroad in that it might reach videos depicting hunting,arguably inhumane treatment of livestock, or activities legal in some jurisdictions but not others, such as cockfighting. (Id, at pp. 1588-1592.)

There are all kinds of reasons why I might want to impersonate you online. Satire and parody easily come to mind. The same with political dirty tricks. But even wanting to cause you "substantial emotional distress" (as in Cassidy, above) is not enough to survive a Constitutional challenge.

I am from Arizona had have spent the past several months working as a research intern for the Arizona Leg and one of the Bills we worked on was an online impersonation law IDENTICAL to the Texas law. Same language, punishments, same everything. After months of research and analysis, the proposed Bill was dropped as unworkable and unconstitutional.

Posts: **36** | Location: **UT** - **Austin Law School** | Registered: **January 10, 2013**

**Molly**
Member

posted July 22, 2013 14:23                                    Hide Post

> quote:
>
> the example given by "ravella" is exactly the type of thing this law
> was designed for

So where is the impersonation here, then? So what if the female has her picture posted with comments indicating she is a prostitute and her phone number. That is NOT impersonation!!

You don't get to chose your own personal definition of what is or is not impersonation. Under the rules of statutory construction, the plain meaning rule dictates that statutes are to be interpreted using the ordinary meaning of the language of the statute, unless a statute explicitly defines some of its terms otherwise. The term "impersonate" is defined as "To assume the character or appearance of", such as: impersonating a police officer, impersonating a doctor, or impersonating an airline pilot. All of those things involve me PRETENDING to be someone whom I am not and making others think that I am those pretend individuals. See, e.g., TX Penal Code § 37.11. IMPERSONATING PUBLIC SERVANT.

If I write your name and number on the bathroom wall (which Backpage, et al, basically are) and say "for a good time call Brent", where is the impersonation? Where is the "me" pretending to be "you"?? Where have I assumed your persona or identity?

And even if I have impersonated you, so what? If all I have caused you is emotional distress, or even severe emotional distress, under the Federal court's holding in Cassidy, it's not enough. Remember, **because this statute involves matters of content-based restriction speech, it MUST survive strict scrutiny review**. United States v. Playboy Entm't Grp., Inc., 529 U.S. 803, 813 (2000)(citing Sable Commc'ns of Cal., Inc. v. FCC, 492 U.S. 115, 126 (1989))

Brent, in admitting that the statute is "far from perfect" and "not improved a whole lot in 2011" [said "improvement" being that it is now a FELONY instead of the previous misdemeanor], how can you say that this will survive strict scrutiny? This seems especially true when you seem to want to apply this law in situations where there is no actual impersonation of a person and where the only harm is emotional harm.

Again, recall that I mentioned that Arizona had proposed an **identical** law with **identical** language as this Texas law just months ago, and the whole thing was dropped as being unworkable and unconstitutional. You think there aren't jerks in Arizona doing this kind of nonsense, too?

What say you, sir?

Posts: **36** | Location: **UT** - **Austin Law School** | Registered: **January 10, 2013**                    

**Molly**
Member

posted July 26, 2013 22:39                                          Hide Post

Part of having Free Speech is hearing stuff you do not like or that maybe emotionally upsetting. And it is not against the law to defame somebody.

The problem with laws like this is the potential that they could be used to go after parody or social commentary activities.

When somebody posts my picture on the internet and says "Molly is a whore" (to use Jim's example), are they doing it for purposes of social commentary?

Y'all here admit that this is a poorly worded statute. But since when do poorly worded statutes survive Strict Scrutiny? And is it fair to be arresting folks for a 3rd degree felony (and face up to 10 yrs in prison - MORE if they have any priors and can, thus, be enhanced) when the statute is poorly worded???

(And as an aside, aren't 'poorly worded statutes' ripe for challenges of being vague and ambiguous??)

If I can write you name and number on the bathroom wall, or buy a bill board along IH-35, then why can't I also do it on the internet? Everyone here will agree that I can buy the biggest billboard on IH-35 and IH-10 and post your photo on it and your phone number and say that you are a prostitute and tell people to call you for a good time.

If you can legally do something in the 'real' world, then you should also be able to do the exact same thing in cyberspace.

*This message has been edited. Last edited by: Molly, July 26, 2013 23:17*

Posts: **36** | Location: **UT** - **Austin Law School** | Registered: **January 10, 2013**          

137

**Molly**
Member

posted July 26, 2013 23:14                                                      Hide Post

quote:

Originally posted by MDK27:
Hopefully, prudent prosecutors will sift through the harmless
pranks and decline prosecution, or juries will be able to use the
common sense we sometimes lose, and let people go.

In the history of this country, is it really wise to rely upon "prudent
prosecutors" to protect our freedoms and not abuse the law? Have we already
forgotten about the likes of a certain former DA from a place north of Austin?

The problem with laws like these is that not only can you use it to go after
disgruntled ex-'s, but corporations and their political cronies could use this law
to attack activists who are truly exercising free speech.

The Yes Men frequently set up spoof websites, distribute fake newspapers and
impersonate business people to spread their political views. Since corporations
are counted as legal persons in Texas, it is reasonable to assume that this law
could be used against their kind of activism. http://www.theyesmen.org/

The same is true for "Leroy Stick," the guy behind the BPGlobalPR Twitter
account, which sprang up in response to the Gulf oil spill disaster.
http://www.huffingtonpost.com/...twitte_b_599283.html

Remember also the fake Shell PR campaign for arctic drilling that was actually
organized by Greenpeace? http://arcticready.com/

This would also be true with regards to all the people behind the rash of fake
Facebook & Twitter accounts during the last election cycle.
http://www.texastribune.org/te...bsites-shake-primar/

Under this law, ALL of these people have committed felonies that could lock
them up for TEN YEARS in prison.

When the U.S. Supreme Court let the Nazis march straight through downtown Skokie (a predominately Jewish community where one in six residents was a Holocaust survivor) a HUGE amount of people suffered a great deal of severe emotional distress. My grandmother was a Camp survivor and lived in Skokie in 1977-78. She and my mother were nearly forced to watch a band of Nazis in full uniform and with flags walk just yards from their home. At the very last minute the Nazis decided to match in Chicago instead. But it was a very close thing and you can imagine the mental anguish the residents suffered for months while the matter went through court and they had to worry about seeing Nazis in front of their homes yet again.

So when we balance the rights of the kid having his likeness being posted on Gaydar and being trolled versus the rights of The Yes Men and Leroy Stick, et al, to impersonate people online in order to spread their message of political activism and social commentary, I gotta go with the Nazis every time.

*This message has been edited. Last edited by: Molly, July 26, 2013 23:35*

Posts: **36** | Location: **UT** - **Austin Law School** | Registered: **January 10, 2013** 

---

**Molly**
Member

posted July 27, 2013 21:11                                    Hide Post

OMG Brody - u are so right! hahaha Absolutely no intent to Godwin the discussion was intended.

But seriously, I'm just trying to say that it is very easy for a law like this to be abused. Everyone seems to agree that it is poorly written.

So far as I can find, I have not found ANY appellate court decisions on this law in either Texas, California, or New York (states that have the same law) (Washington state has an online impersonation law, but it only deals with the creation of a civil cause of action against those that impersonate you). In CA & NY its just a misdemeanor, so there is not much incentive to mount an expensive court challenge or appeal.

Posts: **36** | Location: **UT** - **Austin Law School** | Registered: **January 10, 2013** 

---

**Molly**
Member

posted July 28, 2013 13:33                                    Hide Post

So do you think that this is a good law or not?

- Have you had any cases involving it?

- How have you handled them?
- What has been your experience when someone takes it to trial?
- And what have been the reaction to the appellate courts when confronted with these issues?

Posts: **36** | Location: **UT** - **Austin Law School** | Registered: **January 10, 2013** 

**Molly**
Member

posted July 30, 2013 23:28                                                    Hide Post

quote:

Originally posted by SAProsecutor:

quote:

Originally posted by Molly:
So do you think that this is a good law or not?

- Have you had any cases involving it?

- How have you handled them?
- What has been your experience when someone takes it to trial?
- And what have been the reaction to the appellate courts when confronted with these issues?

Seriously?

Yeah, seriously. Has anybody actually taken one of these cases to trial. Not a plea bargain, but an actual trial. Has anyone done so?

Has any appellate court handled a case involving this law? Because I can't find one appellate case anywhere in Texas. Nor can I find any in CA or NY (which has the same law as TX, but only as a misdemeanor)?

Posts: **36** | Location: **UT - Austin Law School** | Registered: **January 10, 2013**

**Molly**
Member

posted July 31, 2013 22:34                                      Hide Post

So I am guessing that your answer is, no you have never taken one of these cases to trial, all you do is pressure young people into accepting a plea bargain on the threat of 10 yrs TDCJ. And, no, this law has never been the subject of appellate review so you have no clue as to whether or not it would survive a constitutional challenge.

I did not get accepted into UT Law School (the # 14 law school in the country) because I'm an idiot or because I blindly accept what someone says as being true. If I can come up with these issues about this law, don't you think some defense attorney would as well?

You sit and laugh at me yet not one of you has addressed the legal arguments that I made. All I see above are emotional pleas about girls being falsely accused of being whores and boys being trolled by homosexuals. I am doing an internship with the US Attorneys office because I am interested in being a prosecutor. But if I am going to apply the law and prosecute people, I want to make sure it is a legitimate law.

@RealTedCruz was a fake Twitter account impersonating Sen. Ted Cruz that was created by our Lt Gov David Dewhurst!

Website jeffwentworth.com amounts to identity theft, accounting to Sen. Jeff Wentworth.

But if I make a website "[name of ex-boyfriend].com, I get to spend 10 yrs in prison.

If none of you has actually taken a case to trial, and only just done plea bargains, then just say so. But don't call me names or think that I am some anti-LEO prison planet conspiracy person. I am just a person going to one of the top law schools in the country who, instead of making an easy $200K payday at some place like fulbright & jaworski, might actually want to come to work for a DA or CA in some place like Limestone County.

I think the law is deeply flawed and unconstitutional.

Posts: **36** | Location: **UT** - **Austin Law School** | Registered: **January 10, 2013**                                              

**SOURCE:** http://tdcaa.infopop.net/eve/forums/a/tpc/f/157098965/m/5947049016/p/1

**ALIAS Scott Jewels AKA Thomas Retzlaff.**

- Profile picture is a photo of Brian Paone, who "Molly Santucci" had harassed some time earlier.



- Posts about how "we" will have to pay for a Bryan, TX police officer's appeal, suggesting he's in Brazos County, Texas. http://www.theeagle.com/news/local/article_e76c6344-fe9a-5e0c-bb19-7cc76db6747b.html

# Former Bryan police officer convicted of indecent exposure



Posted: Thursday, November 14, 2013 12:00 am

By Maggie Kiely maggie.kiely@theeagle.com | 10 comments

A former Bryan police officer was convicted of indecent exposure Wednesday for a November 2010 incident in which a woman reported witnessing a man arousing himself while parked in the Post Oak Mall parking lot.

Jurors spent two hours and 40 minutes deliberating before finding 44-year-old Adam Brooks, who worked nine years for the Bryan police prior to his March 2011 arrest, guilty of the Class B misdemeanor offense, punishable by up to six months in prison and a $2,000 fine.

Brooks is set to be sentenced Thursday morning and will be appealing his conviction.

According to testimony from College Station police Sgt. Craig Boyett, a woman shopping at Post Oak Mall told a security officer she saw a man -- identified months later as Brooks -- masturbating in his car outside the Dillard's women's store.

The license plate of the vehicle Brooks was in was noted, but no charges were filed at the time.

In February 2011, a few months after the woman reported the indecent exposure, security officers reported that the same vehicle was back, and when police arrived they found Brooks inside and issued him a criminal trespass warning.

A few weeks later, Brooks met with Boyett and initially denied ever masturbating in the mall parking lot. However, the former officer eventually admitted to the allegations in a recording played for jurors.

"I'm so embarrassed for myself ... I've let so many people down," Brooks was heard saying in a recording played for the jury.

While a commissioned officer, Brooks received awards for saving a woman's life in 2003 and a 10-month-old's life in 2009.



Scott Jewels posted at 4:34 pm on Thu, Nov 14, 2013.

Posts: 1

Wonderful. So now we get to pay for an appeal that the defendant is extremely likely to win, and then when he sues the city to get his job back, the tax payers get stuck again. Greening is a clown who needs to be fired. This case WILL get reversed and the guy WILL be able to get his record expunged and work as a cop else where. Nice fail DA office.

⚠ Log In to report. | ✎ Link    **Reply**

143

POSTS ABOUT JAMES MCGIBNEY BY "SCOTT JEWELS".

# Kate Gosselin Abandons Multi-Million Dollar Hacking & Wiretapping Lawsuit Against Ex-Husband

Posted on Nov 19, 2013 @ 17:57PM




- http://radaronline.com/exclusives/2013/11/kate-gosselin-jon-gosselin-drops-lawsuit/#comment-1130565478



**Scott Jewels** · 10 months ago

James McGibney at Bullyville is a lying piece of human garbage.

14 ∧ | ∨ · Reply · Share ›

- http://radaronline.com/exclusives/2013/11/kate-gosselin-jon-gosselin-drops-lawsuit/#comment-1130564777



**Scott Jewels**   ·   10 months ago

The f@ggot who runs Bullyville, James McGibney, was screaming and hollering about how he (McGibney) was going to get Jon and all of his supports and how Jon was a thief and physically abused Kate and all sorts of nonsense accusations. But now Bullyville / McGibney has been silent for the past 5 days (cuz he is a lying punk?!). I hope Jon sued McGibney and his homo attorney to death.

11 ∧   |   ∨   ·   Reply   ·   Share ›



**Scott Jewels** ➔ Angie Corteleone   ·   10 months ago

Obviously, Kate's and Bullyville's allegations are a complete lie.

7 ∧   |   ∨   ·   Reply   ·   Share ›



**Scott Jewels** ➔ Angie Corteleone   ·   10 months ago

Assuming that what you say is true, so what? What does that have to do with this frivolous lawsuit?

1 ∧   |   ∨   ·   Reply   ·   Share ›



**Scott Jewels** ➔ Angie Corteleone   ·   10 months ago

But it has absolutely nothing to do with this discussion. Why not mention the sun came up today at 7am for all the relevance your comment has?

And I do not know that it is correct. Obviously no criminal charges have been filed over abuse, and certainly no civil lawsuit. Plus, I never watched the show anyways. But that is neither here nor there.

1 ∧   |   ∨   ·   Reply   ·   Share ›



**Scott Jewels** ➔ Guest   ·   10 months ago

Except there is NO pending litigation, you ret@rd. When a case is dismissed with prejudice, it means it is done and cannot ever be refiled. never, ever.

9 ∧   |   ∨   ·   Reply   ·   Share ›

145

 **Scott Jewels** → Guest · 10 months ago

James McGibney is a lying homosexual. He can't even pay his own bills. The dead beat has filed for bankruptcy and got kicked out of his house near Lake Mead.

6 ∧ | ∨ · Reply · Share ›

 **CJWhodunit** → Guest · 10 months ago

We WILL find out. {XOXOX}

∧ | ∨ · Reply · Share ›

 **Scott Jewels** → Guest · 10 months ago

Yes, that is exactly what it means, Spaz.

∧ | ∨ · Reply · Share ›

 **Scott Jewels** → · 10 months ago

I would beat u over the head with a shovel, Spaz, if I thought it would do any good.

5 ∧ | ∨ · Reply · Share ›

- http://radaronline.com/exclusives/2013/11/kate-gosselin-jon-gosselin-drops-lawsuit/#comment-1130638104

 **Scott Jewels** → 15MinutesRUp · 2 months ago

James McGibney, who runs the Bullyville website, is a lying piece of garbage who was behind this lawsuit. McGibney got kicked out of his house near Lake Mead and had to file bankruptcy. Now he throws rocks at random people from his Bullyville website. McGibney also runs REVENGE PORN website Cheaterville. McGibney charges people $199 in order to remove their photos and posts. McGibney is filth.

31 ∧ | 2 ∨ · Reply · Share ›

146

**Scott Jewels posting on Torrentfreak.com. This is the same site he used to upload naked images of his own daughter to.**

http://torrentfreak.com/mpaa-wants-advanced-anti-piracy-measures-at-movie-theaters-131114/#comment-1123809702



# MPAA WANTS ADVANCED ANTI-PIRACY MEASURES AT MOVIE THEATERS

BY **ERNESTO**   ON **NOVEMBER 14, 2013**                C: **161**

*The MPAA has updated its anti-piracy guidelines for movie theaters, providing tips and tricks on how to catch "camming" pirates on the spot. Among other things the movie group wants theaters to forbid the use of mobile phone cameras, and be vigilant of suspect cup holders and cameras built into eyeglass frames. To increase motivation, theater employees who bust a movie thief can look forward to a $500 reward.*

To prevent movie piracy, theaters nowadays are becoming more secure than some airports.



During pre-release screenings and premieres employees are often equipped with night-vision goggles and instructed to closely monitor movie goers. In some cases members of the public are instructed to hand over all recording-capable devices including phones, or even their candy.

While these measures are not always appreciated by the average movie goer they appear to have had some effect, as so-called "CAM" releases are becoming more rare. Perhaps motivated by this success, the MPAA has now updated its "Best Practices to Prevent Film Theft" guide for movie theaters.



**Scott Jewels** · a year ago

This matters not. I am a senior manager at a local AMC movie complex and I go in by myself after hours and Cam movies even before the official release date and ALWAYS post them on the Pirate Bay. I've been doing this for many years. MPAA can't stop me.

6 ^ | ⌄ · Share ›

**Scott Jewels aka Thomas Retzlaff commenting on bestiality case.**

http://patch.com/maryland/belair/judge-ruling-no-slam-dunk-in-bestiality-case#.VCzCCZ4tAuQ



# Judge Ruling 'No Slam Dunk' in Bestiality Case

*A Harford County Public Schools behavioral specialist was indicted in April on charges of unnatural or perverted practice.*

By **Kirsten Dize (Patch Staff)**
⊘ Updated July 11, 2013 at 10:19 am   ☐ 26   **P**

A judge denied requests to dismiss and suppress evidence in a Harford County bestiality case Wednesday.



**Scott Jewels** · a year ago
Funny how the stupid pigs were forced to dismiss the charges Oct. 31st. Filthy oinkers realized they couldn't prove their case. I hope she sues them for MILLIONS for false arrest. I hate pigs.
∧ | ∨ · Reply · Share ›

**ALIAS Kelly Swift AKA Thomas Retzlaff**

Claims to be a reporter for the Associated Press.  Does not exist. Image below is the same one that Thomas Retzlaff uses for most of his Facebook and Twitter sock accounts. Here he is attacking one of Cheaterville's advertisers, Brickhouse Security.

https://www.facebook.com/kelly.swift.9028





**Posts about James McGibney by Retzlaff sock accounts Molly Santucci and Scott Jewels:**

**SOURCE:** http://radaronline.com/exclusives/2013/11/kate-gosselin-jon-gosselin-drops-lawsuit/#comment-1137402130



**Kelly Swift** → 15MinutesRUp · 2 months ago

James & Christina McGibney live at 5608 Quiet Cloud Court, Las Vegas, NV 89141.

They are the ones behind this bogus lawsuit and they own a revenge porn site called Cheaterville

∧ | ∨ · Reply · Share ›

**SOURCE:** http://radaronline.com/exclusives/2013/11/kate-gosselin-jon-gosselin-drops-lawsuit/#comment-1176089276



**Molly Santucci** → Scott Jewels · 2 months ago

I bet his wife Christina is really proud of him for bullying people on the internet.

3 ∧ | ∨ · Reply · Share ›



**Kelly Swift** → Scott Jewels · a month ago

James & Christina McGibney live at 5761 Algonquin Way, San Jose, CA 95138.

1 ∧ | ∨ · Reply · Share ›

**KELLY SWIFT ATTACKING ONE OF OUR ADVERTISERS – DOUBLE DIGIT COVERS**

<u>Kelly Swift</u> I am working on an article for the Associated Press about revenge porn and I am going around seeking comments from advertisers on all the various revenge porn sites. I found that you advertise on the Cheaterville website, which is a revenge porn site. You also advertise on Bullyville, a supposed anti-revenge porn site, but that is owned and operated by Cheaterville owner James McGibney.

I would like to know for the record why you chose to help in the exploitation of young women & girls by advertising on McGibney's websites? Are you aware of what his business plan is with regards to his alleged hacking activities, the posting of private personal information on his Bullyville website (i.e. doxing) of people whom he deems are bullies, and the charging of fees to girls to remove their photos and personal information?

Is it good for your business to be associated with and advertising on a website that many have said is illegal? The California Attorney General recently announced the arrest of a revenge porn site operator whose business seems identical to McGibney's. What would the Gaming Control Board think of your association with these websites?

**ALIAS Kathy Robinov**

- February 14, 2011: Attempted to use the DMCA to hide posts about Thomas Retzlaff.
  http://www.chillingeffects.org/dmca512c/notice.cgi?NoticeID=58521

- Facebook profile for "Kathy Robinov" was created on February 14, 2011, has no other activity.
  https://www.facebook.com/kathy.robinov.7?fref=ts  Coincidentally, the only public info about
  the profile is that the Facebook profile picture was added/changed on February 14, 2011 -- the
  same date the DMCA notice was sent.  That's an indication that the "Kathy Robinov" profile is

## Text DMCA (Copyright) Complaint to Google

**RECIPIENT**

**Google, Inc. [Websearch]**
[Private]
Mountain View, CA, 94043, US

Received on February 14, 2011

## Re: Infringement Notification via Websearch Complaint

SENT VIA: ONLINE FORM: FORM

| | |
|---|---|
| NOTICE TYPE: | Dmca |
| ACTION TAKEN: | Yes |

### Copyright claim #1

| | |
|---|---|
| KIND OF WORK: | image |
| DESCRIPTION | printed documents mentioning the name Tom Retzlaff or Thomas Retzlaff |
| ORIGINAL URLS: | |
| ALLEGEDLY INFRINGING URLS: | 01. http://www.chillingeffects.org/admin/image_not.cgi?NotImageID=115517 |
| | 02. http://www.chillingeffects.org/admin/notice.cgi?NoticeID=58521 |



ALIAS "Kelly Wu" ties right back to Retzlaff's other ALIAS "Kelly Swift".



**"Kelly Wu" makes a Cheaterville comment on Shepco Outdoors (who Cheaterville has used for billboard marketing).**



**"Kelly Wu" posting on Al Jazeera article about James McGibney**



He was in the Marines like 20 years ago, for five minutes. And his MOS was Admin Clerk and he NEVER got any medals from the Navy for providing computer security to all US embassies worldwide (like he claims), and he NEVER got an "Executive Education from Harvard Business School" (he only went to one public 3 day seminar), and he lists a FAKE college "degree" from Chadwick University on his resume. And girls have to pay $499 to remove posts from his Cheaterville website (which seems a lot like blackmail and revenge porn to me), and he has filed Ch 7 bankruptcy TWICE in the past few years, been sued multiple times for not paying his bills, and sued by many people for blackmail and extortion in federal court over his Cheaterville crap. McGibney is clearly a fraud, in my opinion, and a complete LOSER. If you don't believe me, just go look at his Bullyville and Cheaterville sites and ask yourself "Why are there no advertisers on these websites?" What company (let alone Hollywood celebrity) wants to be a part of the garbage this man spews day in and day out - at least he did spew up until Twitter finally got around to BANNING his @Bullyville account, and then banning the other 8 sock accounts he tried to create afterwards. It takes a lot to get banned by twitter. yet this clown got hit by the ban hammer NINE TIMES. Anti-bullying advocate my butt.

 

**SOURCE: https://www.facebook.com/kelly.swift.9028/activity/1465318220380902**

Another Thomas Retzlaff ALIAS "Fred" **was** used to make comments on the following blog.



*Defending People*

**the tao of criminal-defense trial lawyering**

home   anonymous-comment policy   blogroll   contact me   disclaimer   houston criminal-defen

← is california's revenge-porn statute constitutional?

police aggravated assault caught on video →

# State of Texas v. Hunter Thomas Taylor [Updated]

by mark bennett posted on 17 october 2013

Those who think we need a statute criminalizing nonconsensual porn need look no further. Texas's improper-photography statute says:

> A person commits an offense if the person...by...electronic means...transmits a visual image of another at a location that is not a bathroom or private dressing room...without the other person's consent; and...with intent to arouse or gratify the sexual desire of any person;



**fred** *says:*
18 october 2013 at 12:46 am

The San Antonio Court of Appeals declared the law unconstitutional about two months ago. Plus, Hunter isn't the guy running Texxxan. A different guy is. he was on CNN a few months ago.

reply



**fred** *says:*
18 october 2013 at 12:50 am

The posting of the naked pics does not have to be with intent to arouse. You seem to state that it does and that such a posting is prima facie evidence of intent to arouse. I disagree. It could have been done with intent to cause the ex- emotional distress or embarrassment. I could post pics of my ex-, not because I think she is sexy or I want to get other guys aroused by her pics. I could post them simply because I hate her and want to cause her trouble, embarrassment, or to lose her job, etc. Arousal would be far from my mind in that situation.

So if I post my ex-'s nude pics with intent to embarrass her, the law would not apply to me, in my opinion. what say you?

reply



**Fred** *says:*
18 october 2013 at 4:29 pm

From what was in the news, Hunter Tayler is like 23 or 24. The guy who is behind Texxxan that was on CNN and ABC two months ago is a guy in his 40's.

And as for a jury not believing the posters intent, if that is all the evidence that they have, then the jury would be violating their oath to ignore it. A jury can only consider the evidence in front of them. Plus, it only makes sense. It's called revenge porn. So right there it shows you what the intent is behind the posting of the pictures – REVENGE.

In your response below you say the if Facebook had a different name then they would be liable under your theory of the law. So we decide criminal prosecutions based solely if we like the name of the business and that its content / actions are irrelevant?

 **Fred** *says:*
18 october 2013 at 6:08 pm

You keep going on about how Taylor (or whichever guy it is that is behind Texxxan) would have to sit in jail till this works out (the working out being the eventual resolution of the charges in his favor). You act like sitting in jail is such a big deal. Lots of people have sat in jail for things that they believed were right and in conditions far worse than he could expect in a Beaumont, Texas, jail.

Besides, what prosecutor is going to take on a case in which he knows that he is going to lose in the end? Money and court resources are very scarce (as we have seen from the recent Govt shut down). And DA's only get elected for winning cases, not losing them. And a lose here will only empower these kinds of guys.

Many of the revenge porn crowd have been saying for years about how the FBI is just minutes away from arresting Hunter Moore. And he did things much more worse than the Texxxan guy did. Yet he is still walking around.

You seem to speak with two minds. You go on and on about how the NJ and Calif revenge porn laws are unconstitutional. Yet you seem to be jumping up and down here thinking that the Texxxan guy (whoever he turns out to be) is going to be arrested soon.

The arguments for unconstitutionality that apply in NJ and CA would also apply in TX. Same with the federal CDA section 230 immunity. Yet you prance around with glee acting like this kid is going to be arrested soon and will be hit with all kinds of charges and sitting in jail and such.

Either the law is on the side of the Texxxan.com people or it isn't.

Should anyone be arrested for Texxxan I would anticipate the immediate filing of a pre-trial writ of habeas corpus. Facial challenges to a statute are cognizable in Texas, right?



**Fred** *says:*
18 october 2013 at 6:17 pm

Yes, such claims are indeed cognizable, as evidenced by that San Antonio case involving the exact same law.

[Balance of post deleted by MB. You don't get to take personal shots at people from the cover of anonymity. As on Twitter, so are we done here.]



**Fred** *says:*
18 october 2013 at 7:59 pm

Actually, there is a test case going on right now in Harris County District Court. See http://blog.chron.com/newswatch/2012/05/man-in-youtube-sex-video-case-says-he-and-ex-were-seeking-porn-career/

His attorney has filed a motion to quash the indictment, which is set to be heard Oct. 31st.

See also http://abclocal.go.com/wtvd/story?section=news/local&id=8658289



**Fred** *says:*
18 october 2013 at 8:08 pm

By the way, I never said that I was Taylor or not Taylor. You're talking about the only poster, James Smith, whom you kept calling Taylor.

I am not Taylor Hunter. But I do have an interest in 1st Amendment law and this case because I find it ridiculous that these wimmen's answer to this problem is the reduction of freedoms for us all. I doubt anybody wants to hear Nazi speech or Holocaust denial nonsense. But we have to put up with it.

Until these revenge porn people can come up with a law that would still allow a person to post Weiner's weiner pics, they need to shut up.

 **James Smith** *says:*
18 october 2013 at 3:02 am

The fact that the San Antonio court of appeals declared the law unconstitutional two months ago is pretty important. Especially since the circumstances in that case (which involved secret "up skirt" pictures in a super market) were much more egregious then the consensual porn / selfies in the Texxxan case.

Plus, under your theory, Facebook would also be criminally liable for revenge porn, too, simply because they provided the platform.

Hunter is not representing himself. He is being represented by Denise Germillion, whom I have already chastised for letting him do a depo w/o taking the Fifth.

As I have repeatedly pointed out, the Texas law is a joke. All any guy has to do is state under oath that the only reason why he posted pictures was to embarrass or humiliate the girl. There is no way any DA could rebut that. Plus, it only makes sense (and, like Judge Judy always says, "If it makes sense, it's probably the truth."). Guys don't post naked pictures of their ex's just to get random, unknowable people aroused. They do it for revenge. To embarrass, to get the girl fired from work, to harass, and to cause her emotional distress – none of which is listed among the elements of the offense.

Hunter Taylor is judgment proof. Texas is a non-garnishing state and I am quite certain that his property is below the limits of TX Prop. Code ch. 42 (property exempt from creditors claims).

Attorney John Morgan filed this lawsuit in total bad faith. Why else would he have named Taylor's parents as defendants (which he admits he did solely cuz they paid for the internets)? Morgan has a very long and well documented history of filing frivolous litigation.

I doubt you will post this. But it is what it is. This case is BS and I will win.

reply



**Fred** *says:*

2 november 2013 at 6:22 am

In that Harris County case I referenced to you earlier, the DA mtn to amend the indictment was granted. They got the court to allow the DA to amend the indictment by deleting the phrase "knowing the character and content of the video recording". (though I don't know how that makes any difference)

Thus, the new indictment reads: "The duly organized Grand jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, [defendant], herein styled the Defendant, heretofore on or about April 4, 2012, did then there unlawfully, intentionally and knowingly TRANSMIT a VIDEO RECORDING of another person, namely, [complainant], hereinafter called the Complainant, which OCCURRED at a location that is not a bathroom or private dressing room, without the consent of the Complainant and with the intent to arouse and gratify the sexual desire of ANOTHER PERSON."

I have personally seen the videos in question. There are two of them. In each instance, the girl clearly knows that she is being recorded. She plays up to the camera. At several points she even takes control of the camera. While the first video is in a bathroom, it is just the two of them playing around on the vanity area and posing for the large wall mirror. The other scene is in a living room and they are both on the couch.

What I was told is that this charge was brought about solely because [defendant] decided to post the video on the YouTube site. The DA is claiming that while there was consent to make the video, there wasn't any consent to post it. (Which is the typical revenge porn scenario we've argued about before.) However, it should be noted that the video camera belongs to the defendant himself and not the girl. It was also made over at his house. So the video is his property. The girl works as a sometime "reporter" for Houston CW39.

He posted it to get back at her and embarrass her. The clown prosecuting him is [redacted].

reply

**Source:** http://blog.bennettandbennett.com/2013/10/state-of-texas-v-hunter-thomas-taylor.html

**FRED'S POST on RADAR Online**

Too bad the author of this article does not know how to read, otherwise he / she would have noticed the weasel words at the bottom of the post "We only remove posts if ordered to do so by a court order or an arbitrator". If you pay Bullyville a $199 fee via an "arbitrator" called TruthInPosting.com, the Cheaterville post will be removed. The money goes into Bullyville's / James & Christina McGibney's pocket.

**Reply**



*fred*
*1 December 2013 at 9am*

**CONNECTING RETZLAFF TO "JAMES SMITH"**

- Text used by Mark14nx05y is nearly identical to a threatening email sent by James Smith.

- Retzlaff's known IPs originated in the Phoenix, AZ area, where Retzlaff currently resides IP Address 70.162.198.189

| | |
|---|---|
| **IP Address** | 70.162.198.189 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N  112°4'27"W) |
| **ISP** | COX COMMUNICATIONS |
| **Local Time** | 01 Oct, 2014 07:11 PM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 330m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/70.162.198.189 |

**Share**

- Retzlaff and "James Smith" have both falsely claimed to be lawyers.

- Accounts connected to Retzlaff (Santucci, Swift, etc.) showed up to criticize McGibney in the same threads/posts espousing identical views, even when those views changed, each time matching James Smith's views: e.g., Santucci/Smith were 'for' revenge porn before suddenly criticizing McGibney and his wife for running a "revenge porn" website.

- Here is james.smith expressing his views about revenge porn victims:

## John Morgan

| | |
|---|---|
| From: | James Smith <james.smith871003@gmail.com> |
| Sent: | Saturday, September 28, 2013 10:48 PM |
| To: | jmorgan |
| Subject: | Texxxan.com |

Say fag, I'm still here and still unserved with process.

You'd better hit the books and get cracking this weekend. Your brief in the GoDaddy appeal is due Oct. 1st, and that's only a couple short days away when your extension of time to file it runs out, bitch.

Poor little revenge porn girls. boo hoo.

Cheers--

James Smith

- **The same IP address for "james.smith" within the Cheaterville database matches the "longjohnsilver" IP within the Bullyville database made this chilling post on BullyVille.com**

Posted By: LongJohnSilver | 11/02/13 9:01 PM

I am simply amazed that this Bullyville guy, James McGibney, is still alive. If I was listed on his website I would put a bullet in his head. It's as simple as that. His home address has been posted online. And he makes scheduled public appearances. One of these days James is going to post the name of the wrong guy and it will cost him - and his family - their lives. Some people do not care about consequences or police or being arrested. James has enough enemies that it would be easy for a shooter to get away. The cops wouldn't know where to start looking. You walk up behind him at a Wal-mart or whatnot, you shot him and take off, dump the gun in Lake Mead or somewhere and you're go to go. So go ahead James, keep it up. Sooner or later you're going to step on the wrong set of toes and you're going to come across a real life tough guy, not an internet tough guy like a Hunter Moore, and it's gonna cost you and your family.

Login to reply

Posted By: Cowardly | 11/02/13 9:50 PM

Holy premeditated murder plan. What a dumb comment to make on a site that is monitored by the FBI for stupidity just like this. They'll find out who you are, they always find out.

Login to reply

Posted By: LongJohnSilver | 11/02/13 10:12 PM

No they don't. Did you know that over 40% of all murders each year go unsolved in the U.S.? Since I use TOR and a random person's open WiFi, I can't be tracked you nitwit. You don't think that this has been thought through? Besides, you need to remember something very, very important. CRAZY PEOPLE DO NOT CARE IF THEY GET CAUGHT. THEY WILL KILL YOU REGARDLESS AS TO THE CONSEQUENCES TO THEM BECAUSE THEY ARE CRAZY. So while it's all well and good that the FBI will eventually catch them (assuming they're not one of the 40% who literally do get away with murder), it does you little good if you're the dead guy or the dead family.

Login to reply





"James Smith", "Johnny Swift", "the.klansman" all comment on the following article "Confessions of a Revenge Pornographer".  http://sacurrent.com/news/confessions-of-a-revenge-pornographer-1.1436638





**James Smith** · 2 years ago

Why do guys like you think I am ever going to be identified? I live OVERSEAS. I use TOR when I access the server and when I communicate with others about the site (or post messages like this). The server was bought with a pre-paid credit card.

As far as "extended family" is concern, if you had watched TV today when I was interviewed by Anderson Cooper from CNN, you would have learned that it was my daughter who originally started the site when she was in college in the US at SMU in Dallas. It was started as a 'slam' site and just degenerated from there. I got 8 sites like this all told that we do as a sideline or hobby that gets us a few bucks a month. Its been going on for FOUR years.

As I said in the interview today, I am NOT these girls' ex-boyfriends. I did not violate their trust, nor do I owe them any kind of legal duty. The photos are not theirs. Once you hit that 'send' key, the photo is out of your hands and control. "Your" photos are no longer your photos once you choose to share them with someone.

One thing these girls and the rest of you seem to not quite grasp - nobody gives a shit if there are naked photos of you on the internet. Unless you are some hot-ass Hollywood chick, nobody cares. After a couple of days of embarrassment, everyone soon forgets and goes on to the next thing. I bet that in 10 or 20 years, everyone will have naked pics on the 'net. Once all these teens and twenty-somethings are in their 40's, everyone will have seen everyone else naked by then.

1 ∧ | ∨ · Reply · Share ›



**James Smith** → Captain Obvious · 2 years ago

You are a bigger clown than I thought, Cpt Obvious. I haven't been 28 in over 18 years. lol And, no, I can't be traced using TOR. I'm not some kind of n00b. I've been using the interwebs since I first played Oregon Trail on a time-share while in Jr. High. I spent hours teaching myself BASIC just so I could hax the game and my skillz have only increased.

I have no younger sister. Only a younger brother.

Re:
the pics. Do you honestly think that a guy who runs a revenge porn site really cares about copyrights?? I don't think so. In any event, I'd say the Fair Use exception would apply since the purpose of posting the images is criticism. Even if it didn't, so what? The dudes that took the pics own the pics. Except when they posted them on my site, at which point they gave me an 'unlimited use' license. So bite me.

Let
me tell you how much I care about those women and what they think about
their naked pics and videos being
online............................................. Opps, guess I fell
asleep. Anyone stupid enough to take naked pics and give them to others deserves what they get. Bottom line.

And you can't track me via TOR. I am guessing that you got this thought on account of a 2007 news article.

A TOR user can be tracked if they have a JAVA enabled browser. BUT... since every TOR user has read the fine print, they do not enable JAVA. And a MITM is theoretically possible, but not against a specific person like me (or you). Its like trying to track a specific lighting bolt. You never know when they will strike or where.

If you know who I am, then post my name here. Otherwise STFU.

You can't find me. You will never find me. And even if you did, so what? The site is not against the law!!

∧ | ∨ · Reply · Share ›

 **James Smith** → Captain Obvious · 2 years ago

OMG - you are so much assuming that I care. I DO NOT CARE ABOUT THOSE WOMEN OR ANY OF THEIR COMPLAINTS!!!

First off, you do understand that they girls did not sue for copyright violations, right? So why do you keep bringing that up? Its totally not relevant here. They sued for various invasion of privacy torts under Texas state law. (Their claim for emotional distress is wholly contingent upon a finding that an underlying tort was committed.)

GoDaddy is used simply because of its cost and familiarity. The site was not taken down. The 12 month lease is up.

You people think that a lawsuit is a be all / end all solution. It is not. I am JUDGMENT PROOF. Do you understand the term as I use it here?? So any kind of lawsuit judgment means nothing and isn't worth the paper it is printed on. Texas is a non-garnishing state, so you cannot take my wages if you win. There is also a Homestead Exemption, so no one can put a lien on my house. Plus, the Texas Property Code provides generous exemptions from the collection of civil judgments.

Oh, and did I mention that I do not even live in Texas? The country I live in is not a member of The Hague Convention on civil process. So I cannot be sued.

My first name does not start with an "H". I am curious, though, as to how you think that posting my 'real name' here would effect any kind of service of process. You are obviously a clueless individual regarding the legal process. You may have A name, but you do not have THE name.

The plaintiff's lawsuit has several broad categories of defendants, to include users and admins, not just me. So you may have A name. But you do not have THE name. Repeat: The plaintiff's lawsuit has several broad categories of defendants, to include users and admins, not just me.

Having 'A' name is not the same as having 'THE' name.

170

I have been interviewed by The Wall Street Journal, CNN, ABC News, the Houston Chronicle, the UK Guardian, the UK Sun, NY Times, the Times of India, Sky News, Der Speigel, the AP, Yahoo News, MSN, the South China Morning Post, and numerous other news outlets since this all broke. At first being extremely reluctant, I only gave email statements. Then after a bit I did some telephone interviews. And recently an in person interview. Of course voice altering / disguises are used.

So, Mr. Smart Guy - you can drag this Mr. "H" into a courtroom, but what do you think will happen to the case when its not me that's in that room, but some random person who is not THE person? What do you think will happen when I slip an envelope under the door of defense counsel's office?

Do you honestly think that I am afraid of some ham & egg attorney from Beaumont, Texas??

The website has ABSOLUTE immunity under the CDA. FYI - while a copyright is created automatically upon production, to ENFORCE your copyright you have to file paperwork with the US Copyright Office. Sending a DMCA take-down notice isn't enough to get you into court.

If a work is registered prior to infringement or within three months of publication, statutory damages will be available as an option for monetary relief, and the recovery for attorney's fees may be available. But since none of the girls here bothered to register, its tough shit for them. They're SOL. The Copyright Act requires specific performance. In order to get relief, you have to register with the Copyright Office.

But the girls are not suing for copyright violations, so the issue is moot.

Talk about copyright law all you want to, my friend, but I simply do not care. I fart in your general direction you empty headed animal food trough wiper.

∧ | ∨ · Reply · Share ›

 **Johnny Swift** → Captain Obvious · 2 years ago

looks like captain obvious got pwned. what a loser.

∧ | ∨ · Reply · Share ›

 **James Smith** → James Smith · 2 years ago                    — | ⚑

By the way, the lease on the site was only for 12 months, which is up in February. What with all the traffic, the server crashed and it's not going to be renewed anyways cuz when it was set up, it was done in violation of the TOS of GoDaddy, so its not like they'd renew it anyways.

∧ | ∨ · Reply · Share ›

 **Johnny Swift** · 2 years ago

One thought that comes to mind when i see all these fools claiming about how they're going to be able to track down the guys behind these photos is that, If it was that hard to maintain anonymity I don't think there'd be so many pirated movies floating around the net.

The MPAA has been chasing pirate movie sites like The Pirate Bay for years and years and it is still running. MPAA has MILLIONS of dollars plus Congress on its side, yet TPB still exists. So all the huffing and puffing by guys like Captain Obvious is just a bunch of crap.

∧ | ∨ · Reply · Share ›



**James Smith** → Captain Obvious · 2 years ago
I guess everyone who disagrees with you must be me, eh?

In any event, the reason why I know Texas law is because I am a LAWYER, which, if you had watched my ABC News interview you would have learned. Lawyers know the law.

Cpt. Obvious, I wish your interpretation of 2257 were correct, but it isn't. This is because 2257 distinguishes between "distributors" and "producers" and has an explicit CDA 230-compliant clause. Section B states that "production" "does not include activities that are limited to" among other things, "(ii) distribution; (iii) any activity, other than those activities identified in subparagraph (A), that does not involve the hiring, contracting for, managing, or otherwise arranging for the participation of the depicted performers; (iv) the provision of a telecommunications service, or of an Internet access service or Internet information location tool (as those terms are defined in section 231 of the Communications Act of 1934 (47 U.S.C. 231)); or (v) the transmission, storage, retrieval, hosting, formatting, or translation (or any combination thereof) of a communication, without selection or alteration of the content of the communication, except that deletion of a particular communication or material made by another person in a manner consistent with section 230(c) of the Communications Act of 1934 (47 U.S.C. 230 (c)) shall not constitute such selection or alteration of the content of the communication."

So you see your Section 2257 argument fails. Its not a bad argument. Many people have raised it before. But this is why it helps to be a trained legal professional.

Again, since copyright is not a part of the suit, what point is there in us arguing about it? Its simply irrelevant.

Texas is the best state in the country to get sued in since it is for all practical purposes impossible for a creditor to collect. Its also a good place to file for bankruptcy. Many uneducated people (i.e. Cpt Obvious) think that once you get that piece of paper, you can just go into someones house and take all their shit and their wages. You can't. Texas allows your family to have up to $60,000 in value of personal property free from collection. Each of your cars are also protected. (This does not apply to a secured creditors.) See Chapter 42 of the Texas Property Code.

Your saying "I'm holding back on identifying you until AFTER the legal process runs its course because I don't want to interfere in that process." shows just what a pussy you are. Stop playing cute. If you know my name, just say it. Your saying my name is not going to interfere with whatever legal process you imagine is happening.

John Morgan and Phillip Klein are a couple of low-rent clowns trying to make a name for themselves off the backs of those stupid girls.

You cannot find me. You cannot touch me. And this lawsuit is going nowhere.

∧ | ∨ · Reply · Share ›

 **the.klansman** → Captain Obvious · 2 years ago
Took me 20 seconds to google this Obvious.
https://fscblogger.wordpress.c...

And, fyi., the FBI was not investigating Hunter Moore. It was investigating as to how certain photos appeared on his site. the person in the photos claimed (like they all do) that her email got haxed. You falsely make it seem that Moore is being investigated for revenge porn and that is not the case. "The case's focus, according to those familiar with the investigation, was Moore's possible connection to a hacker who has repeatedly broken into the inboxes of countless victims, rifled through their attachments, and submitted the accompanying nudes to Is Anyone Up."

http://www.villagevoice.com/20...

∧ | ∨ · Reply · Share ›

 **James Smith** · 2 years ago

Section

230 of the CDA provides the website with absolute immunity. The lawyer
that filed this has a well documented history of frivolous litigation.
Just go check out the website Operation Klein Watch. I'd never heard
of Mr. Morgan and his sidekick Mr. Klein before this case. But when I
googled them, that is what I found and it made me sick. This guy has
about as much credibility as Gloria Allred or Al Sharpton. So go check
out that website and tell me what you think.

Operation Klein Watch. Check it out.

The lawyer filed a lawsuit in state court in Texas alleging various state
invasion of privacy-type torts. No federal causes of action were
alleged, to include copyright violations. See paragraph nine of the
lawsuit. However, under Texas law, if a person has a diminished or
reduced expectation of privacy, they cannot sue for invasion of privacy
at all. When you take a nude photograph of yourself and you send it to
this other person, or when you allow someone to take a nude photograph
of you, by your very actions you have reduced your expectation of
privacy!!! And, under the law, when you have a reduced expectation of
privacy, you simply cannot sue for invasion of privacy.

I also find it extremely telling that none of the ex-boyfriends were
named in this lawsuit. The only folks sued for invasion of privacy were
GoDaddy (simply for hosting the site), and the sites admins and users.
But not the boys who actually violated the girls' privacy and/or trust. I wonder why.

So, Cpt. Obvious, you are barking up the wrong tree.

∧ | ∨ · Reply · Share ›

**ALIAS "Dick Hertz" IP ADDRESS 70.162.219.85 was used to post comments as "Dick Hertz" on the website http://thedirty.com/2013/12/some-reporters-are-just-dumb/ on December 6, 2014**



**Dick Hertz** *December 6, 2013 at 5:53 PM*

You know whats really funny! James & Christina McGibney run Bullyville website, a site that HATES Nik and the Dirty. Yet McGibney and his wife also run revenge porn site Cheaterville! And they also work with scam take Down Hammer site TruthInPosting.com to charge girls $199 to remove Cheaterville pics and posts. Talk about hypocrites! McGibney and his wife scam girls with revenge porn, but they hate Hunter Moore and Nik!!!

**Reply**



+1
0

vote



**DickHertz** *December 6, 2013 at 5:55 PM*

You know whats really funny! James & Christina McGibney run Bullyville website, a site that HATES Nik and the Dirty. Yet McGibney and his wife also run revenge porn site Cheaterville! And they also work with scam take Down Hammer site TruthInPosting.com to charge girls $199 to remove Cheaterville pics and posts. Talk about hypocrites! McGibney and his wife scam girls with revenge porn, but they hate Hunter Moore and Nik!!!



+3
0



vote



**IP ADDRESS 70.162.219.85**

| | |
|---|---|
| **IP Address** | 70.162.219.85 |
| **Location** | 🇺🇸 UNITED STATES, ARIZONA, PHOENIX |
| **Latitude & Longitude** | 33.448380, -112.074040 (33°26'54"N   112°4'27"W) |
| **ISP** | COX COMMUNICATIONS |
| **Local Time** | 02 Oct, 2014 12:35 PM (UTC -07:00) |
| **Domain** | COX.COM |
| **Net Speed** | (DSL) Broadband/Cable |
| **IDD & Area Code** | (1) 623 |
| **ZIP Code** | 85001 |
| **Weather Station** | PHOENIX (USAZ0166) |
| **Mobile Country Code (MCC)** | - |
| **Mobile Network Code (MNC)** | - |
| **Carrier Name** | - |
| **Elevation** | 330m |
| **Usage Type** | (ISP) Fixed Line ISP |
| **Anonymous Proxy** | No |
| **Shortcut** | http://www.ip2location.com/70.162.219.85 |
| | 🔗 Share |

**DEFENDANT THOMAS RETZLAFF POSTS ON CHEATERVILLE.COM. THIS POST WAS HOW WE WERE ABLE TO START EXPOSING THE DOZENS OF SOCK ACCOUNTS AND VARIOUS IP ADDRESSES OF THOMAS RETZLAFF. HE POSTED HIS OWN DAUGHTER AND TRIED TO GET FIVE SEPARATE NAKED IMAGES OF BRITTANY POSTED BUT DUE TO OUR TERMS OF SERVICE, THOSE PHOTOS NEVER WENT LIVE.**



"PROOF" THAT WAS UPLOADED WITH THE POST ABOUT BRITTANY RETZLAFF, DAUGHER OF THOMAS RETZLAFF WHO CURRENTLY HAS A RESTRAINING ORDER IN PLACE AGAINST HIM. THOMAS AUTHORED THIS EMAIL, WHICH HAS BEEN CONFIRMED BY BRITTANY, WHO VERIFIED SHE DID NOT AUTHOR IT.

**From:** Brittany Cintron
**To:** Robert Cintron
**Sent:** Wed, February 10, 2010 5:29:25 PM
**Subject:** fuck you

So I guess you got a new email without telling... And what did you mean by dating someone when you're divorced? You husband or someone else, but I could atlest appreciate that you're reading the W.T. CDrom so good job. But that counsel applies for yourself too. But anyways. I thought you were mad at me since you walked away yesterday, but either way that doesnt matter. Yes I have sex with my dad. I had sex with him since several years and its great. I don't care what you think of me. I've stood there and begged you to stay with me and love me, I called all the time(never got a call back or text, even after I was just with you that day.), made any excuse to see you or be at home or stay the night. I did so much and tried so much. Now I feel like I have nothing to give anymore. You sucked me dry Robert. So fuck you! two times I had to deal with you cheating on me, and I took it and stood by you, now a baby you have with another woman, and you expect me to stick by you yet again and be there for YOU and help YOU and support YOU, and I dont want to do that. I like being with my dad. I LOVE MY DAD and I always you. you can accept that or not I do not care anymore. I just wanted to serve my God whole-heartedly and to the fullest and dedicate my life and my "child" to Jehovah. Cuz he may give me that in the paradise. But you couldnt have that with me. . Im sorry things werent great with me and our marriage. I did mess up on things but I tried my best to be a good wife to you.

**"PROOF" THAT WAS UPLOADED WITH THE BRITTANY RETZLAFF POST.**

Policy number:  XXXXXXXXXX
Underwritten by:
Progressive Direct Insurance Co
June 16, 2010
Policy Period  Jun 15, 2010- Dec 15, 2010
Page  1  of  2

BRITTANY CINTRON
XXXXXXXXXXXXX
El Paso, Texas 79912

**progressive.com**
**Online  Service**
Make payments, check billing  activity, update
policy information  or check status of a claim.

**800-PROGRESSIVE (800-776-4737)**
For customer service and claims service,
24 hours a day, 7 days a week.

# Auto Insurance
# Coverage Summary
# This is your Declarations Page

Your coverage began on June 15, 2010 at the later of 12:01 a.m. or the effective time shown on your application.  This policy
period ends on December 15, 2010 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage.  The policy contract is
form 9610D NM  (02/07). The contract is modified  by forms Z195 NM (02/07) and Z538 (10/08).

**Drivers and household residents**

| | Additional information |
|---|---|
| BRITTANY CINTRON | Named insured |
| HECTOR CINTRON | excluded driver |

**Outline of coverage**

2004 Nissan Frontier XE
VIN  XXXXXXXXXXXXXXXXXXXXXX

| Liability To Others | Limits | Deductible | Premium |
|---|---|---|---|
| Bodily Injury Liability | $25,000  each person/$50,000  each accident | | |
| Property Damage Liability Bodily Injury | $25,000  each accident | | |
| Property Damage | $25,000  each person/$50,000  each accident | | |
| Comprehensive | $25,000  each accident | $250 | |
| Collision | Actual Cash Value | $500 | |
| | Actual Cash Value | $500 | |
| Total 6 month policy premium | | | $842 |

**Premium discounts**

| Policy | |
|---|---|
| XXXXXXXXXX | online signature -first policy period only |
| Vehicle | |
| 2004 Nissan Frontier XE | passive anti-theft  device |