UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS RETZLAFF, et al.,<br><br>    Defendants. | Case No. 14-cv-01059-BLF<br><br>**ORDER RE MOTIONS**<br>[Re: ECF 72, 73, 74, 76] |

Before the Court are several administrative motions filed by *pro se* defendant Thomas Retzlaff. ECF 72, 73, 74, 76. Plaintiffs oppose one of these motions. Pl.'s Opp., ECF 75. Having considered the written submissions of all parties, the Court rules as follows:

Defendant's "Motion to Strike Plaintiffs' Opposition to Anti-SLAPP Motion for Rules Violations," ECF 72, is DENIED. Any prejudice from Plaintiffs' delay in filing their opposition during a time when the electronic filing system was out of service can be remedied by an extension of time for Defendant to file his reply. Plaintiffs' 26-page "Opposition to Defendant Thomas Retzlaff's Special Motion to Strike," ECF 69, exceeds the page limits set forth in the Civil Local Rules. As such, the Court STRIKES page 26 of Plaintiffs' brief, preserving the signature.

Defendant's "Request for Telephonic Appearance at Motion Hearing," ECF 73, wherein Defendant seeks to appear by telephone at the November 20, 2014 and January 22, 2015 hearings on Defendant's motions is DENIED.

Defendant's "Administrative Motion to Extend Time to File Reply to Plaintiffs' Anti-SLAPP Response and Request for Increase in Page Length," ECF 74, is GRANTED IN PART and DENIED IN PART. Defendant's request for an extension of time in which to file his reply is

1  GRANTED, and the reply shall be due on or by **October 24, 2014.**  Defendant's request for
2  excess pages is DENIED.
3  　　　Defendant's "Administrative Motion to Seal the Record from Public View," ECF 76, is
4  DENIED without prejudice.  Requests to seal court records must identify the specific documents
5  or portions of documents sought to be sealed, be accompanied by a declaration setting forth
6  compelling reasons for sealing, and be narrowly tailored to seek sealing only of sealable material.
7  *See generally* Civ. L.R. 79-5.  This denial is without prejudice to Defendant re-filing an
8  administrative motion to seal that specifically identifies the portions of the record sought to be
9  sealed and otherwise complies with the requirements of Civil Local Rule 79-5.
10  **IT IS SO ORDERED.**
11  Dated: October 17, 2014

BETH LABSON FREEMAN
United States District Judge