UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JAMES MCGIBNEY, et al., | |
|---|---|
| Plaintiffs, | Case No.  14-cv-01059-BLF |
| v. | **ORDER RESCHEDULING TIME FOR MOTIONS HEARING; CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| THOMAS RETZLAFF, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The November 20, 2014 hearing on defendant Thomas Retzlaff's Motion to Dismiss for Lack of Personal Jurisdiction (ECF 23), Motion for a More Definite Statement (ECF 24), Motion to Quash Service of Process (ECF 26), and Motion to Dismiss for Plaintiffs' Failure to State a Claim (ECF 29), is HEREBY RESCHEDULED to November 20, 2014 at **8:45 a.m.** in Courtroom 3, 5th Floor, San Jose before the Honorable Beth Labson Freeman.

In view of the status of the pending motions, the Initial Case Management Conference presently scheduled for November 20, 2014 is HEREBY CONTINUED to **January 22, 2015** at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
BETH LABSON FREEMAN
United States District Judge