## Jay Leiderman

**From:** James McGibney <james█████████
**Sent:** Tuesday, October 21, 2014 7:21 PM
**To:** Jay Leiderman
**Subject:** Fwd: Tom letter

---------- Forwarded message ----------
From: "Important" <█████████
Date: Oct 21, 2014 7:16 PM
Subject: Tom letter
To: "James" <james@████████
Cc:


Sent from my iPad

Begin forwarded message:

> **From:** Tom Retzlaff <retzlaff@texas.net>
> **Date:** October 21, 2014 at 8:59:04 PM GMT-5
> **To:** Brittany Retzlaff ████████████
>
> Your dad did something spectacular today. Something important. Something that will effect a lot of people (in a good way) for a long time to come. Like my prison lawsuit.
>
>
> Dad
>
>
>
> Tom Retzlaff
>
> Sent via Encrypted BlackBerry Network

1

