067-270669-14

No. 067-270669-14

FILED
TARRANT COUNTY
3/20/2014 4:12:42 PM
THOMAS A. WILDER
DISTRICT CLERK

| | | |
|---|---|---|
| JAMES MCGIBNEY AND VIAVIEW, INC. | § § § | IN THE DISTRICT COURT OF |
| VS. | § § § | |
| THOMAS RETZLAFF, LORA LUSHER, JENNIFER D'ALESSANDRO, NEAL RAUHAUSER, MISSANONNEWS, JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4 AND JANE DOE 5 | § § § § § § | TARRANT COUNTY, TEXAS 67TH JUDICIAL DISTRICT |

ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

CAME ON TO BE CONSIDERED Plaintiffs' Motion to Dismiss Without Prejudice and the Court finds that said motion is meritorious and should be GRANTED, therefore

IT IS ORDERED that all claims against Defendants, Thomas Retzlaff, Lora Lusher, Jennifer D'Alessandro, Neal Rauhauser, Missanonnews, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4 and Jane Doe 5, are hereby Dismissed Without Prejudice.

SIGNED this 24 day of March, 2014.

_____
JUDGE PRESIDING

*Counterclaims still exist. DK*

Emailed copies 3-25-14 KwJ

Court's Minutes
Transaction #1693 Kw
132