1  JASON S. LEIDERMAN, SBN 203336
   jay@criminal-lawyer.me
2  LAW OFFICES OF JAY LEIDERMAN
   5740 Ralston Street, Suite 300
3  Ventura, California 93003
   Tel: 805-654-0200
4  Fax: 805-654-0280

5  Attorney for Plaintiffs
   JAMES MCGIBNEY
6  VIAVIEW, INC

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 JAMES MCGIBNEY, an individual, and      ) Case No.: 5:14-cv-01059 BLF
   VIAVIEW, INC, a corporation,            )
13                                         ) **NOTICE OF VOILUNTARY DISMISSAL**
                Plaintiffs,                ) **WITHOUT PREJUDICE**
14                                         )
         vs.                               )
15 THOMAS RETZLAFF, an individual,         )
   NEAL RAUHAUSER, an individual,          )
16 LANE LIPTON, an individual, and         )
   DOES 1-5, individuals whose true names are not )
17 known,                                  )
                                           )
18              Defendants.                )
                                           )
19 _____ )

20

21 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22 Due to the foregoing reasons, we enter this voluntary dismissal as to Defendant Rauhauser. 1. We have

23 been attempting to serve Mr. Rauhauser for over six months in multiple states.  2. His attorney in Texas,

24 Jeffrey Dorrell, refuses to accept service on his client's behalf. 3. Mr. Rauhauser has four outstanding

25 warrants for his arrest in multiple jurisdictions, and he claims to not have a driver's license or any

26 permanent residence. 4. We have had private investigators, process servers and sheriffs try to serve him

27 in three states and look for him in two more plus the District of Columbia to no avail. 5. Rauhauser owes

28

VOLUNTARY DISMISSAL
AS TO DEFENDANT RAUHAUSER
Page 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

over $60,000.00 in back child support such that prospect of the collection of a monetary judgment is low.

Accordingly, we hereby enter this voluntary dismissal such that we can move ahead without any delay at any time against Mr. Retzlaff and the doe defendants.

Dated: November 2, 2014                        LAW OFFICES OF JAY LEIDERMAN


                                               By:____/s/ Jay Leiderman____
                                               JASON S. LEIDERMAN
                                               Counsel for Plaintiffs ViaView
                                               and James McGibney

VOLUNTARY DISMISSAL
AS TO DEFENDANT RAUHAUSER
Page 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280