JASON S. LEIDERMAN, SBN 203336
jay@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

Attorney for Plaintiffs
JAMES MCGIBNEY
VIAVIEW, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS RETZLAFF, an individual, NEAL RAUHAUSER, an individual, LANE LIPTON, an individual, and DOES 1-5, individuals whose true names are not known,<br><br>Defendants. | Case No.: 5:14-cv-01059 BLF<br><br>**DECLARATION OF BRITTANY RETZLAFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT THOMAS RETZLAFF'S NOTICE OF FALSE EVIDENCE AND PERJURY COMMITTED BY ATTORNEY JASON LEIDERMAN.** |

I, BRITTANY RETZLAFF, declare the following under penalty of perjury:

1. I am the daughter of Defendant Thomas Retzlaff, I currently live in Peru.
2. Mr. Retzlaff is my father, he currently resides in Phoenix, Arizona.
3. I have been volunteering my time for the past year, working with James McGibney, who is the founder of Bullyville.com.
4. I have reviewed the "notice of false evidence and perjury committed by Attorney Jason Leiderman". Thomas Retzlaff continues to lie to this court, with every submission he files within this Federal case and the Restraining order case in San Jose, California.

DECLARATION OF BRITTANY RETZLAFF, Page - 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

5. For example, he submitted to this court a week ago a motion to be allowed to "call" into his November 20, 2014 hearing. He stated that he couldn't afford to travel to California and that he was physically unable to do so. On Tuesday, October 22, Thomas Retzlaff emailed me a photo of him standing within the Texas appellate courthouse. He attended the appeal hearing of co-defendant Neal Rauhauser. This latest email was approximately his 117th restraining order violation.

6. The signatures within my previous two affidavits submitted within this Federal court and the State court (we submitted additional proof of Thomas Retlaff's contempt of court since he continues to blatantly violate the restraining order in place) were 100% authentic. I signed them directly on my iPad, within a .pdf and emailed them to the appropriate parties, including law enforcement.

7. To ensure that there is no question with respect to the validity and authenticity of my affidavits, I'm submitting them again. I've printed out each affidavit, signed them with a blue ink pen, scanned them to my PC and emailed them to the appropriate parties including James McGibney, Attorney Jay Leiderman and law enforcement. I will be mailing the original affidavits directly to Attorney Jay Leiderman for preservation.

8. Thomas Retzlaff continues to try to divert this court's attention away from his many transgressions and accuses others of the very things he's already done. I knew that my father, Thomas Retzlaff, posted those naked images all over the web of me long before James McGibney and BullyVille was ruthlessly stalked and harassed by him. Unfortunately, what Mr. McGibney, Mr. Leiderman and others are experiencing at the hands of my father is nothing new. He has been harassing, stalking and victimizing dozens of people, especially women, for decades.

9. Thomas Retzlaff does not speak nor act on my behalf. As a matter of fact, my father lost any parental rights he had over me a long time ago, via the judicial system in Texas. I ask this court to allow the victim's voice to be louder than that of the perpetrator. He continues to lie, I continue to speak the truth.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed in _Lima_ Peru on this 27th day of October 2014.

_Brittany Retzlaff_
Brittany Retzlaff

DECLARATION OF BRITTANY RETZLAFF, Page - 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280