Received

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

2014 NOV 24  A 9 40

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation, Plaintiffs, | ) Case No.: 5:14-cv-01059 BLF ) ) ) ) |
| vs. | ) DECLARATION OF NON-PARTY, ) SUSAN BASKO, AGAINST |
| THOMAS RETZLAFF, an individual, LANE LIPTON, an individual, and DOES 1-5, individuals whose true names are not known, Defendants. | ) PLAINTIFF'S FILING, DOCUMENT #91 ) ) ) ) ) |

**DECLARATION OF NON-PARTY, SUSAN BASKO, IN OBJECTION TO PLAINTIFF'S FILING LISTED AS DOCUMENT #91** And Labeled By Plaintiff As "Plaintiff's Opposition/Objection To Documents 89 And 90 And Motion Pursuant To Frcp 12(F) To Strike Defendant Retzlaff's Submission Of Said Documents; Declaration Of Jay Leiderman."

1. My name is Susan Basko. I am a not a party in this case. I am a lawyer licensed in Illinois and California. My CA bar number is 230396. I live far outside California. I am a grandma and a lawyer with a very nice family.

2. My law practice does not involve going in to court, let alone into federal court. I ask the Court to please forgive if I am not following the exact correct procedure or format. I am trying to get my statement before the court as well as I can. I am going to try to get this filed in the case. If you are seeing this in the file, I succeeded. I hope the substance of what I am saying trumps the format.

3. Someone sent me a copy of Document 91, because my name is mentioned. **Lies are told about me by Jason Leiderman in this filing and I want the truth on the record.**

4. I do not know the Defendant, Thomas Retzlaff, at all.

5. I do not know Mr. Leiderman and have never spoken with him. I never tweeted at or about him, other than sending him a DO NOT CONTACT notice last winter. I handled one small matter months ago for a young man named Joseph Camp, where Mr. Leiderman filed a false police report against Mr. Camp. The police dismissed the complaint, and Mr. Leiderman has stalked me ever since, and has filed numerous bizarre things "about" me in court cases, has posited wild conspiracy theories, has posted my private emails online, and engaged in many other acts of harassment against me.

6. **ON DOCUMENT 91, PAGE 2, LINES 26-27**, Mr. Leiderman refers to **"Mr. Retzlaff and his confederates Mr. Camp and Ms. Basko."** This is a lie told repeatedly by Mr. Leiderman, as I do not know Mr. Retzlaff at all. Also, Mr. Camp has told me that he also does not know Mr. Retzlaff. I have seen no indication that Mr. Camp does know Mr. Retzlaff. There is no "confederacy." There are unrelated people about whom Mr. Leiderman has concocted wild conspiracy theories.

7. **ON DOCUMENT 91, PAGE 2 LINES 26-27 AND PAGE 3, LINES 1-2**, Mr. Leiderman speaks about me (and others) knowing of an **"11 PM intrusion"** into the computers at the Ventura Public Defenders' Office. All I do know is that I received 2 emails from email accounts of lawyers at the Ventura Public Defenders Office, which arrived in my email inbox marked about 11 PM. Mr. Retzlaff included these as his exhibits. After investigation was done within the Ventura PD Office, I was told that it was Mr. Leiderman accessing the email accounts and using them to send me these weird threat emails. Mr. Leiderman wrote about it and admitted doing it in his court filings for a TRO against me in Ventura County, Jason Leiderman vs. Susan Basko. That case was dismissed with prejudice after Mr. Leiderman ran into various courtrooms in front of about 3 or 4 judges trying to get a TRO against me. Keep in mind, I have never met Mr. Leiderman, never spoke with him, and the only real contact I have had with him is to send him DO NOT CONTACT notices last winter. I do not know about any "11 PM intrusion" and I assume that if any authorities told Mr. Leiderman about such, they were referring to his use of the computers and private email accounts of the public defender lawyers to send me weird threat emails. If there is anything else, I do not know about it. To me, it sounds like Mr. Leiderman is trying to create a diversion from his own blame.

8. However, Mr. Leiderman and Mr. McGibney both are associated closely with the hacker group, Anonymous, as well as with the group Rustle League, which has been designated by TRAC, Terrorism Research & Analysis Consortium, as a terrorist organization. http://www.trackingterrorism.org/group/rustle-league. So there may be more to whatever is going on. I don't know what it is and I just want to be left alone. I consider Mr. Leiderman and Mr. McGibney to be very dangerous, diabolically malicious people who are terrorizing me personally.

9. I am just a grandma and lawyer thousands of miles away, who considers Mr. Leiderman and Mr. McGibney to be criminals and psychopaths. I can see by simple observation and my personal experience that they are involved with revenge websites, revenge porn, extortion, blackmail, cyberstalking, misuse of the courts to stalk and harass and terrorize people, including me. I have been so stalked and harassed by these two that I need to speak out here. Mr. Leiderman has mentioned my name in MANY court filings of cases that I have nothing to do with. He is obsessed and is misusing the courts to stalk me. Here, in this case, Mr. Leiderman tosses in my name, even though I don't know Mr. Retzlaff and have nothing to do with anything. This is defamation and stalking.

10. Mr. Leiderman has, for many months now, repeatedly filed malicious court documents in various court cases claiming that I am in a big conspiracy to kill him. He has sent me emails stating the same things. He has gone into court and told these same

lies about this big conspiracy. The things Mr. Leiderman has said and written make no sense, have no basis in reality, and are wildly bizarre. Mr. Leiderman has done this in the CA case ViaView v Retzlaff in Santa Clara County, where Mr. Leiderman filed papers to have me held in contempt of court on a non-existent court order, in a case where I am not even a party, where nothing he says is true, and the whole thing is based on his malicious and insane conspiracy theories. The things he filed made no sense and had no bearing in reality. He claimed I am in a "Manson-like" plot to kill him. I am a peaceful grandma thousands of miles away.

11. Mr. Leiderman went into court on May 12, 2014 before Judge Woodhouse in ViaView v Retzlaff in Santa Clara County, telling the same insane tales of me being in a conspiracy with Thomas Retzlaff, who I do not know, and with Joseph Camp, a young man who is a former client of mine, who I assisted on a very small matter involving Mr. Leiderman many months ago. I filed a Declaration with that court refuting those lies.

12. In that small matter where I assisted Joseph Camp, Mr. Leiderman had filed a false police report against Joseph Camp. I spoke with the police and they dismissed the matter. Mr. Leiderman was so riled up that I would dare to assist someone he was attacking, and Mr. Leiderman has stalked me ever since, filing outlandish lies about me in various court cases and purchasing domain names in my name which have been turned into websites to stalk and attack and defame me. These are suebasko.com and disbarbasko.com I believe he also purchased suebaskolaw.com, which was turned private after I complained to ICANN. The domains that Mr. Leiderman purchased in my name have been turned into websites LOADED with shocking defamation and harassment against me. Mr. Leiderman's excuse to the CA court in Santa Clara County was that I had purchased domains in his name. This is absolutely not true. I never purchased any domains in his or anyone else's name, and obviously did not even purchase the ones in my own name, since they were available for Mr. Leiderman to purchase and use to defame and harass me.

13. According to the July 29, 2014 court transcript from Santa Clara County, Mr. Leiderman told many lies about me in that court, too. I filed a Declaration with that court refuting those lies, also.

14. In September and October 2014, Mr. Leiderman filed a CA TRO case against me in Ventura County. Mr. Leiderman kept running in to court to different judges trying to get them to grant him a TRO against me. This was denied 3 times by different judges and then the case was dismissed with prejudice.

15. I have NEVER met Mr. Leiderman, have NEVER spoken with him, and have not contacted him other than to send him DO NOT CONTACT notices and to tell him to leave me alone. His obsession has gone on for over a year and is increasing in intensity and level of danger to me.

16. Mr. Leiderman has posted online many defamatory and harassing tweets against me. He has posted my private emails online. He sent out an illegal subpoena to get my private

emails from a person working with one of McGibney's vigilante groups, although there was no court case and Mr. Leiderman gave me no notice of the subpoena. Upon getting my private emails, Mr. Leiderman immediately posted them publicly online and gave them to his client, James McGibney, to do the same.

I, Susan Basko, state under penalty of perjury in the state of California and the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Signed: *Susan Basko*   Date: Nov. 18, 2014
Susan Basko

FILED BY:
SUSAN BASKO, esq
Not a party, not a lawyer for any party
CA BAR 230396
PHONE: 310-770-7413
Can be reached ONLY by email:
SueBasko@gmail.com