Received

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

2014 NOV 24  A 8:40

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation, Plaintiffs, | ) Case No.: 5:14-cv-01059-BLF ) ) ) ) PROOF OF SERVICE OF: |
| vs. | ) DECLARATION OF NON-PARTY, ) SUSAN BASKO, AGAINST PLAINTIFF' |
| THOMAS RETZLAFF, an individual, LANE LIPTON, an individual, and DOES 1-5, individuals whose true names are not known, Defendants. | ) PLAINTIFF'S FILING, DOCUMENT #91 ) ) ) ) |

## PROOF OF SERVICE -NON PARTY Declaration

THE DECLARATION of Susan Basko has been served upon the parties by email to their attorneys, Jay Leiderman at his email of jay@criminal-lawyer.me and to Thomas Retzlaff through one of his attorneys on a different case, since I have no direct contact info for Mr. Retzlaff, to Neal Rauhauser at his usual email, and to Lane Lipton via her attorney, Clark Braunstein, via email, on or before November 18, 2014 at noon EST, stated under penalty of perjury of laws of California and U.S.A.

Signed: *Susan Basko*
Susan Basko   Dated: Nov. 18, 2014

FILED BY:
SUSAN BASKO, esq
Not a party, not a lawyer for any party
CA BAR 230396
PHONE: 310-770-7413
Can be reached ONLY by email:
SueBasko@gmail.com