UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THOMAS RETZLAFF, et al.,<br><br>    Defendants. | Case No.  14-cv-01059-BLF<br><br>**ORDER TERMINATING MOTIONS BY DEFENDANT LANE LIPTON**<br><br>[Re: ECF 15, 16] |

On December 3, 2014, Plaintiffs filed a "Notice of Voluntary Dismissal" dismissing defendant Lane Lipton from this action with prejudice. ECF 107. In light of the dismissal, Lipton's pending Motion to Dismiss, ECF 15, and Special Motion to Strike Pursuant to Cal. Code Civ. Proc. § 425, ECF 16, are hereby TERMINATED.

**IT IS SO ORDERED.**

Dated: December 4, 2014

_____
BETH LABSON FREEMAN
United States District Judge