Received

1

## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation, Plaintiffs, | ) Case No.: 5:14-cv-01059 BLF ) ) ) ) |
| vs. | ) DECLARATION OF NON-PARTY, ) SUSAN BASKO, AGAINST |
| THOMAS RETZLAFF, an individual, LANE LIPTON, an individual, and DOES 1-5, individuals whose true names are not known, Defendants. | ) PLAINTIFF'S FILING, labeled as ) Document 114-main ) ) ) ) |

**DECLARATION OF NON-PARTY, SUSAN BASKO, IN OBJECTION TO PLAINTIFF'S FILING LISTED AS DOCUMENTS 114-main, and 115-main, both of which are titled the same but appear to be different and are called, "SECOND AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES", etc.**

1. My name is Susan Basko. I am not a party or witness in this case. I am a lawyer with CA bar number 230396. I am a grandma and a lawyer living far outside California.

2. I have filed a previous declaration with this court which has been labeled Document 105. I incorporate that by reference and ask the Court to see it also.

3. Documents 114-main and 115-main state many utterly outlandish, malicious lies about me. By filing this Declaration, I wish to correct the record and notify the court that I am being lied about in this court case.

4. I have been ruthlessly stalked by attorney Jason (Jay) Leiderman for over a year now. Among many other things, he has filed court papers and gone into court in front of about 8 judges in different courts in California, claiming I am in a big conspiracy to kill him, that I am in a "Manson-like conspiracy" with people I've never met, that there is a big terrorist plot to kill him, and on and on and on.

5. None of what Mr. Leiderman has filed with this or other courts, or anything he has said about me in any court has even the slightest smidgeon of truth to it. In fact, I have never met or spoken with Jason Leiderman and would like to be left alone.

6. I have never met or spoken with Jason Leiderman. I avoid him. I think he is extremely mentally ill based on his court filings, what he says in courts, his behavior, what he writes on his twitter account and his website, videos he appears in on youtube, stuff he has said in news interviews seen online, and the fact he is stalking me and others. And, I am totally tired of being a victim or target of his stalking and insanity.

7. Jason Leiderman has gone in front of about 8 judges so far trying to have me held in contempt of non-existent court orders, trying to get restraining orders against me for imaginary happenings, etc. This is a HUGE burden to me -- on my time, my finances, on my health, on my profession, on my family, on my reputation, etc.

8. In Document 114-main, Paragraph 150, page 27, lines 6-9, and correspondingly in Document 115-main, Paragraph 150, page 26, line 21, Mr. Leiderman states I am "mentally ill." I have no history whatever of any mental illness. This seems to be Mr. Leiderman projecting his own rather obvious problems.

9. In Document 114-main, Paragraph 150, page 27, lines 6-9, and correspondingly in Document 115-main, Paragraph 150, page 26, lines 21-22, Mr. Leiderman states I am a "close conspirator of Retzlaff and Camp." This is something that exists only in Mr. Leiderman's head. I don't know Mr. Retzlaff at all and Mr. Camp is a former client of mine whom I helped on a small matter involving Mr. Leiderman. Mr. Camp is not my client at this time and my relationship with him has at all times been one of the greatest of ethics and integrity. Also, I am aware that Mr. Camp does not know Mr. Retzlaff. This big conspiracy exists only in Mr. Leiderman's brain.

10. In Document 114-main, Paragraph 150, page 27, lines 6-9, and correspondingly in Document 115-main, Paragraph 150, page 26, lines 18-22, Mr. Leiderman states that I advised Mr. Camp on some court case(s). There is no truth to any of this and I do not even know what the court cases are that he mentions, nor do I care. This is just more nonsense made up by Mr. Leiderman that has no basis in fact.

11. In Document 114-main, Paragraph 150, page 27, line 9, and correspondingly in Document 115-main, Paragraph 150, page 26, line 23, Mr. Leiderman states that I am a resident of California. I am not, and have written many times that I live far outside of California. I have included this in sworn court statements.

12. In Document 114-main, Paragraph 150, page 27, lines 10-11, and correspondingly in Document 115-main, Paragraph 150, page 26, lines 24-25, Mr. Leiderman states that Joseph Camp likes stalking women. I am aware that Mr. Camp has a group of devoted women who are grateful to him because he protected them from the stalking conducted by Mr. Leiderman, his client, James McGibney, and their associates who are known by their twitter handles of priest, CattyIdiot, and CaptienObvious.

13. In Document 114-main, Paragraph 150, page 27, lines 11-12, and correspondingly in Document 115-main, Paragraph 150, page 26, lines 25-26, Mr. Leiderman claims Joseph Camp was accused of planting a hidden camera in a bathroom where Joseph Camp lives in a small town in rural New York state. I am aware that this is a false and bizarre accusation made by Mr. Leiderman from California. It is my understanding that Mr. Leiderman sent out a supposed private investigator to stalk down where Mr. Camp lives, and then called law enforcement agencies with this wild tale of hidden cameras. It is my understanding that the Tompkins County, NY sheriff actually did rush over to search the

bathroom where Mr. Camp resides, and of course, there were no cameras or peepholes or other things imagined by Mr. Leiderman in California. This appears to be another example of Mr. Leiderman making malicious false police reports about Mr. Camp.

14. In Document 114-main, Paragraph 150, page 27, line 12-14, and correspondingly in Document 115-main, Paragraph 150, page 26, lines 26-27, Mr. Leiderman claims Joseph Camp is "romantically smitten" with Mr. Leiderman. This is hilarious. I am aware that Mr. Camp is a heterosexual young man who dates and has relationships with good-looking young women. Mr. Camp, as a joke, has begun signing things "Gay for Jay," but this is simply a joke that refers to Mr. Leiderman's insistence that Mr. Camp is in love with him.

15. At to the rest of Document 114-main and 115-main, from what I know, the stuff written in these documents seems confused, incoherent, irrelevant, completely off-topic, and not even true. As one example, Mr. Leiderman keeps insisting in his court filings that a certain Wordpress blog he does not like, ViaView Files, is run by Mr. Retzlaff, when the blog admins have posted to him MANY times that this is not the case.

16. Mr. Leiderman, in these court filings and other court filings, refers to the ViaView Files blog posts and any blog comment he does not like as being written by Mr. Retzlaff. In fact, any comment on that blog could just as easily be written by Mr. Leiderman himself, and a lot of us readers of that blog suspect that it is, in fact, Mr. Leiderman who posts "threats" to himself and Mr. McGibney, so he has something "harrowing" to include in his court filings. The supposed threats always seem to show up in the blog comments just before Mr. Leiderman has a court filing due, and then he includes the threats in his court documents. This is a running joke. Even if it is not Mr. Leiderman or one of his sidekicks writing the supposed threats, the threats are of such a nature that no reasonable person would take them seriously. ALSO, any threat posted on that blog is followed quickly by other commenters writing to say they disagree or object to the threat or comment. It is telling that Mr. Leiderman has repeatedly filed these supposed "harrowing" threats in his court documents, but fails to include the ameliorating comments that are posted below them.

17. Also, Mr. Leiderman claims to know who is running which Twitter accounts. As a long-time Twitter user, I know this is not possible, unless there is an account associated with a person's name that they currently claim as theirs. For example, @JayLeidermanLaw is Jay Leiderman. My account is @SueBasko. Other than claimed accounts or accounts verified by Twitter, there is no real way to know.

I, Susan Basko, state under penalty of perjury in the state of California and the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Signed: *Susan Basko*     Date: 12-15-2015
Susan Basko

FILED BY:
SUSAN BASKO, esq
Not a party, not a lawyer for any party
CA BAR 230396
PHONE: 310-770-7413
Can be reached ONLY by email:
SueBasko@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, an individual, and VIAVIEW, INC, a corporation, Plaintiffs, <br><br> vs. <br><br> THOMAS RETZLAFF, an individual, LANE LIPTON, an individual, and DOES 1-5, individuals whose true names are not known, Defendants. | ) Case No.: 5:14-cv-01059 BLF <br> ) <br> ) <br> ) PROOF OF SERVICE OF: <br> ) DECLARATION OF NON-PARTY, <br> ) SUSAN BASKO, AGAINST PLAINTIFF' <br> ) PLAINTIFF'S FILING, DOCUMENTS <br> ) 114-main and 115-main <br> ) <br> ) <br> ) |

**PROOF OF SERVICE**

THE DECLARATION of Susan Basko has been served upon the parties by email to their attorneys, Jay Leiderman at his email of jay@criminal-lawyer.me and to Thomas Retzlaff through one of his attorneys on a different case, since I have no direct contact info for Mr. Retzlaff, to Neal Rauhauser at his usual email, and to Lane Lipton via her attorney, Clark Braunstein, via email, on or before December 14, 2014 at 3pm EST, stated under penalty of perjury of laws of California and U.S.A.

Signed: *Susan Basko*
Susan Basko    Dated: 12-15-2015

FILED BY:
SUSAN BASKO, esq
Not a party, not a lawyer for any party
CA BAR 230396
PHONE: 310-770-7413
Can be reached ONLY by email:
SueBasko@gmail.com

PoBox 1694
Hud CA 90078

U.S. Court
Court Clerk - Case filing
Robert Peckham Federal Bldg
280 S. 1st St.
San Jose, CA
95113

