1  JASON S. LEIDERMAN, SBN 203336
   jay@criminal-lawyer.me
2  LAW OFFICES OF JAY LEIDERMAN
   5740 Ralston Street, Suite 300
3  Ventura, California 93003
   Tel: 805-654-0200
4  Fax: 805-654-0280

5  Attorney for Plaintiffs
   JAMES MCGIBNEY
6  VIAVIEW, INC

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  JAMES MCGIBNEY, an individual, and      )  Case No.: 5:14-cv-01059 BLF
    VIAVIEW, INC, a corporation,            )
13                                          )  **NOTICE TO RETZLAFF TO REMOVE HIS**
                 Plaintiffs,                )  **FALSE, OFFENSIVE, SCURRILOUS,**
14                                          )  **SCANDALOUS AND IMPROPER**
         vs.                                )  **PLEADINGS WITHIN 21 DAYS, SERVED**
15  THOMAS RETZLAFF, an individual,         )  **PURSUANT TO RULE 5, OR THAT**
    DOES 1-5, individuals whose true names are not )  **PLAINTIFFS WILL FILE A RULE 11**
16  known,                                  )  **SANCTIONS MOTION THEREAFTER;**
                                            )
17              Defendants.                 )  **RESPONSES TO FILINGS 126 AND 127.**
                                            )
18                                          )
                                            )
19  ────────────────────────────────────

20  **NOTICE TO THE COURT AND TO *PRO SE* PARTY THOMAS RETZLAFF TO REMOVE**

21  **HIS FALSE, OFFENSIVE, SCURRILOUS, SCANDALOUS AND IMPROPER PLEADINGS**

22  **WITHIN 21 DAYS.**

23        As this case has progressed, Retzlaff has changed his ruthless yet overall rudderless course from

24  attacking Plaintiffs to attacking Counsel for Plaintiff's with knowingly false offensive, scurrilous,

25  scandalous and improper pleadings.  He has done so in each and every filing he has made since his

26  initial motions filed to challenge jurisdiction and service.  His papers violate Rule 11 in each and every

27  way.  Litigation is not a game. The federal courts are not a vehicle for litigants, whether pro se or

28  represented, to harass others by filing frivolous papers with the Court which wholly lack any

NOTICE TO DEFENDANT THOMAS RETZLAFF TO
WITHDRAW ALL IMPROPER PLEADINGS WITHIN 21 DAYS
Page - 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

1   conceivable merit under the existing facts or law.  This litigation is not a platform for Retzlaff to

2   disparage Plaintiffs and Counsel and to drag Court decorum through the mud.

3       Retzlaff is no ordinary *pro se* litigant.  He has been deemed a vexatious litigant by the State of

4   Texas.  A court had counted, many years ago, that Retzlaff had filed either 26 or 55 lawsuits (two

5   findings were made).  Retzlaff keeps filing meritless and offensive papers and he does so knowingly,

6   claiming to be some rube who knows not the ways of federal courts.  Such is not the case.

7       NOTICE IS HEREBY GIVEN THAT IF RETZLAFF DOES NOT WITHDRAW EACH AND

8   EVERY PLEADING FILED, PLAINTIFFS WILL FILE A MOTION PURSUANT TO RULE 11 OF

9   THE FEDERAL RULES OF CIVIL PROCEDURE.  As Retzlaff, a *pro* se litigant seems to intentionally

10  have trouble understanding what is appropriate and is not appropriate to file in papers with the court,

11  Counsel will guide his hand after Plaintiffs summarily respond to his two latest filings.

12

13      **RESPONSES TO DOCUMENTS 126 AND 127 AND NOTICE TO RETZLAFF TO**

14  **WITHDRAW THESE DOCUMENTS OR FACE A RULE 11 MOTION FOR SANCTIONS**

15      **A.  Document 127, motion to strike Plaintiff's Second Amended Complaint.**

16      Retzlaff is to remove document 127, "emergency" motion to strike Plaintiff's amended pleading.

17  He knows or should know, based upon his legion experience, that *jurisdictional allegations are different*

18  *than factual allegations and do not give rise to new causes of action.*   Either way, Retzlaff's

19  "emergency motion" is improper and should be withdrawn.  The Court's order was scrupulously filed in

20  that the only portion that was amended was that section that alleged jurisdictional allegations.  His filing

21  is another attempt to fail to fully inform the court of the correct facts and history.

22      Moreover, Retzlaff has the temerity to state that Plaintiff paid Lane Lipton **"a very large sum of**

23  **money in settlement on account of their lying to the court and submitting FAKE evidence."**

24  Indeed, not a cent was paid to Ms. Lipton by Plaintiffs, or by anyone as far as Plaintiffs are aware.

25  Where Retzlaff comes up with his fantasies Plaintiffs do not know, but if he is to litter his papers with

26  false statements, he is to also withdraw them pursuant to Rule 11.  At this point, Retzlaff is intentionally

27  prodding Plaintiff's and Counsel and is well beyond the bounds of acceptable behavior in polite society,

28  let alone a courtroom.

NOTICE TO DEFENDANT THOMAS RETZLAFF TO
WITHDRAW ALL IMPROPER PLEADINGS WITHIN 21 DAYS
Page - 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

1    The Court was quite clear that Plaintiffs were to bring a proper Rule 11 motion, and this mixed

2    response and Rule 11 notice is the precursor to such a motion.

3        B.  **Document 126, motion to dismiss for lack of subject matter jurisdiction**

4        Retzlaff is to remove document 126, motion to dismiss for lack of subject matter jurisdiction.

5    Retzlaff knows full well that Plaintiffs cannot allege a specific jurisdiction that Retzlaff is in because he

6    keeps asserting that he is in Arizona, then Texas, then "thousands of miles away" and then back to

7    Arizona and Texas.  Retzlaff has still failed to update his address with the Court.  Therefore, Plaintiffs,

8    and indeed the Court, must now assume he is still a resident of Arizona, though that is far from clear,

9    because as of law he has listed a Texas mailing address notwithstanding the fact that he has not filed a

10   change of address with this Court.  If Mr. Retzlaff wishes to play such games with his location, he must

11   be responsible for the consequences thereof.  Plaintiffs have alleged that he is a resident of Texas or

12   Arizona.  No one can ascertain with certainty what "thousands of miles away" means.  Accordingly,

13   Retzlaff's pleading is intentionally misleading within the meaning of Rule 11 and improper and must be

14   withdrawn within 21 days.

15       Retzlaff also knows or should know that Plaintiffs have credibly and specifically alleged losses

16   in excess of $200,000.00.  As such, the amount in controversy is satisfied based upon actual losses, not

17   speculative losses.  In other words, these losses are hard financial losses and have nothing to do with

18   other damages.  Indeed, Retzlaff knows these losses increase each month, as Retzlaff's conduct

19   continues to not abate in light of this suit, but rather, this suit has caused him to increase his behaviors,

20   causing more losses.  Accordingly, Retzlaff's pleading is intentionally misleading and improper within

21   the meaning of Rule 11 and must be withdrawn within 21 days.

22       Moreover, in paragraph 20 Retzlaff mocks Counsel's "histrionics," yet he is terrified to set foot

23   in Santa Clara County, knowing the potential exists he will be arrested.  If Retzlaff is so certain his

24   theory is correct, let him come to Santa Clara County.  Retzlaff also has some idea that police

25   investigations happen overnight and that police would simply call him to ask him if he is guilty.  Such is

26   not the way criminal justice works.

27       Counsel does not suffer death threats to his wife and 3 year old child lightly.  Retzlaff refers to

28   damages as a product of Plaintiff AND Counsel's **"fevered imaginations."**  Retzlaff likes to be

NOTICE TO DEFENDANT THOMAS RETZLAFF TO
WITHDRAW ALL IMPROPER PLEADINGS WITHIN 21 DAYS
Page - 3

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

1  intentionally offensive.   **This paragraph is superfluous and is intended to harm Plaintiffs and**

2  **Counsel** within the meaning of Rule 11 and improper and must be withdrawn within 21 days.

3  To salt the wound of what was, on information and belief, clearly and unequivocally Retzlaff

4  making death threats against my family, he refers to me as "idiot Counsel."  He has also referred to

5  Counsel and Plaintiffs as stupid on prior occasions. That is improper and is sanctionable. The document

6  must be withdrawn.  Moreover, Retzlaff only knows the exact words used because he taped the

7  proceeding and put it up on the internet in violation of court rules and criminal statutes.

8  **Plaintiffs agree to limited discovery, as Plaintiffs have requested it as part of our Anti-**

9  **SLAPP response.**

10

11  **OTHER RULE 11 VIOLATIONS**

12  Retzlaff has peppered his papers with so many superfluous insults, pejoratives, falsehoods, and

13  downright nasty comments that it is impossible to list and correlate each of the 127 documents at this

14  point.  Suffice to say, Retzlaff, who cannot control himself for one minute, has done this in each and

15  every one of his documents.  As an experienced vexatious litigant, he knows better.

16  Retzlaff is to remove each and every paper filed with the Court wherein he calls or alludes to

17  Counsel being a drug user or addict.  This is false and Retzlaff knows it.

18  Retzlaff is to remove all papers filed with the Court where he asserts that Plaintiffs or counsel

19  have placed fake, false or intentionally improper pleadings before the court, or that Counsel has

20  committed perjury in his declarations, or that Plaintiff and Counsel have engaged in witness tampering.

21  Plaintiffs have done no such thing and Retzlaff knows it.

22  Retzlaff is to remove all papers filed with the Court where he asserts that Counsel took a

23  $250,000.00 loan against his real estate to finance this and other litigation, and moreover, to withdraw

24  pleadings where he published Counsel's mortgage as supposed proof thereof.  This is false and meant to

25  try to scare or embarrass counsel off the case and Retzlaff knows it.

26  Retzlaff is to remove all papers filed with the Court wherein he asserts that Counsel is in some

27  sort of conspiracy with Plaintiffs to file false, fraudulent or frivolous litigation against Retzlaff.  Retzlaff

28

NOTICE TO DEFENDANT THOMAS RETZLAFF TO
WITHDRAW ALL IMPROPER PLEADINGS WITHIN 21 DAYS
Page - 4

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

1   knows or reasonably should know the roles of Counsel and Plaintiff and that Counsel is not in privity

2   with his client in any way.

3        Retzlaff is to remove any papers filed with the court where he states he is judgment proof.  On

4   information and belief, as well as actual research, Retzlaff is aware of and brags that he is the

5   beneficiary of a large trust and a corporation administering the trust.

6        Retzlaff is to remove all papers filed with the Court where Retzlaff asserts that Counsel's wife

7   has anything to do with this case.  That is false and Retzlaff knows it.

8        Retzlaff is to remove any papers filed with the Court wherein he asserts that Plaintiff or Counsel

9   are computer hackers or are using computer hackers to somehow gain an advantage in this litigation.

10  Retzlaff knows that McGibney, a former Marine would never do such a thing. Moreover, it is readily

11  available in many, many profiles of counsel or articles featuring his quotes that Counsel is a relative

12  Luddite who has no skills to do any such thing, nor would Counsel if he developed any skills.  Retzlaff

13  has, for some reason, referenced these articles and excerpts in his papers filed with the court.  He has

14  actual knowledge of these facts.  They are not relevant.  Thus, he has violated Rule 11 and 12.

15       Retzlaff is to remove any papers filed with the Court that reference to Counsel being a California

16  State Bar Certified Federal Criminal Law Specialist.  Retzlaff knows or reasonable should know,

17  especially in that Counsel has said so in pleadings, that Counsel is a State Court Criminal Law

18  Specialist.

19       Retzlaff is to remove any references to Counsel herein as to being involved as Counsel in any

20  way in the Texas case.  In that it says that Leiderman is "*of Counsel.*" In the suit, Retzlaff is aware that

21  days later the attorney in Texas, who had never spoken with Counsel herein, removed that page and

22  apologized to the court.  Retzlaff is obsessed with the Texas litigation that his "dear friend" Jeffrey

23  Dorrell is working on for defendant Rauhauser (though Retzlaff has declared there is no connection

24  whatsoever between him and Rauhauser.)  Retzlaff knows Counsel herein not to be involved in the

25  Texas suit.

26       Retzlaff is to remove any papers filed with the Court wherein he states that Plaintiffs or Counsel

27  have intentionally filed naked pictures of his daughter.  This is blatantly false and anyone with a pair of

28

NOTICE TO DEFENDANT THOMAS RETZLAFF TO
WITHDRAW ALL IMPROPER PLEADINGS WITHIN 21 DAYS
Page - 5

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

1  eyes can see that the pictures are blurred out to the point of incomprehensibility.  If Mr. Retzlaff is

2  legally blind Counsel withdraws this demand.

3  Moreover, the person who is pictured, Brittany Retzlaff, has stated that the pictures do not show

4  her naked and that she wants them as part of the record in this case so that the world can see what her

5  father, Thomas Retzlaff, did to her.  Retzlaff falsely accuses Plaintiff McGibney of posting the pictures.

6  As Retzlaff posted the pictures years before he knew of Mr. McGibney, he knows these allegations to be

7  false.

8  Retzlaff is to remove any paper filed with the Court wherein he attacks potential witnesses not

9  brought forth before the court including but not limited to publishing their address, as a corollary,

10  Retzlaff is to remove the pleading (Document 80) wherein he publishes Adam Steinbaugh's address and

11  calls him a substance abuser with mental health issues who cannot pass the moral character portion of

12  the bar exam.  Retzlaff does this for no reason other than to harass Mr. Steinbaugh into not being a

13  witness in this case.  Retzlaff knows or should know the allegations made against Mr. Stainbaugh in his

14  papers are false.

15  Retzlaff is to remove any papers files with this Court wherein he asserts that Plaintiffs are under

16  investigation by the California Attorney General's Office.  Retzlaff knows or should reasonably know

17  this is false.

18  In Retzlaff's "Anti-SLAPP motion he asserts knowingly false theories of law, for example, he

19  asserts that Plaintiffs failed to plead actual malice in their complaint.  The complaint clearly states in the

20  defamation cause of action: "Defendants made the aforementioned statements either knowing they were

21  false or in reckless disregard of the truth and with actual malice, hatred and ill will."  Retzlaff does this

22  repeatedly.  The pleading is false and misleading and is an attempt to fool the Court.  It must be

23  withdrawn.  (See Doc 59, Paragraph 36 & 37.) Moreover, Retzlaff enjoys no "CDA 230" immunity in

24  that Plaintiffs have alleged that he personally made the postings in question.

25  These requests cover each and every filing Retzlaff has made with the Court.  In that he has

26  failed to comply with Rule 11, each pleading must be withdrawn within 21 days, including his latest

27  motions to strike the amended complaint.

28

NOTICE TO DEFENDANT THOMAS RETZLAFF TO
WITHDRAW ALL IMPROPER PLEADINGS WITHIN 21 DAYS
Page - 6

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

1    Dated:  30 December 2014                     LAW OFFICES OF JAY LEIDERMAN

2

3                                                 By:_____/s/  Jay Leiderman_____
                                                  Jason S. Leiderman
4                                                 Attorney for Plaintiffs
                                                  James McGibney
5                                                 ViaView, Inc.
                                                  jay@criminal-lawyer.me
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28