UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES MCGIBNEY, et al.,

    Plaintiffs,

v.

THOMAS RETZLAFF,

    Defendant.

Case No. 14-cv-01059-BLF

**ORDER STRIKING IMPROPERLY FILED NOTICES**

[Re: ECF 122, 129]

On December 17, 2014, plaintiffs James McGibney and ViaView, Inc. (collectively, "Plaintiffs") filed a "Notice to Non-Party and Attempted Intervenor Susan Marie Basko to Remove Her Improperly Filed Pleadings," ECF 122.  Although filed as a motion, this document is styled as a "notice" to the Court and to non-party Basko and does not appear to seek any relief from the Court.  On December 30, 2014, Plaintiffs filed a similar "notice" to *pro se* defendant Thomas Retzlaff styled as a "Notice to Retzlaff to Remove His False, Offensive, Scurrilous, Scandalous and Improper Pleadings" and "Responses to Filings 126 and 127."  ECF 129.  This filing likewise does not appear to seek relief from the Court.  Because these filings do not appear to be motions addressed to the Court, they are STRICKEN as improperly filed.

The Court's Case Management / Electronic Case Filing system is to be used for filing motions, pleadings, and other communications with the Court, and not for communications among parties and/or third parties.  All future filings should accordingly be addressed to the Court.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
BETH LABSON FREEMAN
United States District Judge