# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>THOMAS RETZLAFF, <br><br>　　　　Defendant. | Case No. 14-cv-01059-BLF <br><br> **ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT AND VACATING HEARING; CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> [Re: ECF 59] |

Defendant's Anti-SLAPP Special Motion to Strike, ECF 59, that was noticed for hearing on January 22, 2015 is hereby SUBMITTED without oral argument; the hearing is VACATED. *See* Civ. L.R. 7-1(b).

The Initial Case Management Conference presently scheduled for January 22, 2015 is hereby CONTINUED to April 30, 2015 at 1:30 p.m. in Courtroom 3, 5th Floor.

**IT IS SO ORDERED.**

Dated: January 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge