## Jay Leiderman

| | |
|---|---|
| **From:** | Susan Basko, Lawyer <susanbasko@gmail.com> |
| **Sent:** | Sunday, December 14, 2014 7:54 PM |
| **To:** | Jay Leiderman |
| **Subject:** | notice of federal court filing/ Cease and Desist Notice/ Demand |
| **Attachments:** | FEDERAL 2 DECLARATION.pdf |

**to: Jason Leiderman on behalf of Susan Basko:**

On behalf of Miss Basko, I am sending you this notice of federal court filing. See also the following Cease and Desist Notice

The attached is being filed in federal court. It is a non-party declaration.

**CEASE AND DESIST NOTICE.**

**This is a legally valid Cease and Desist Notice that requires you to leave Susan Basko alone. To Jason Leiderman from Susan Basko:**

Please be on notice that each time you mention my name in a court filing or court hearing, on twitter or anywhere on the internet, or mention any of my clients, friends, or family, or have any of your clients, friends, or associates do so, or do anything that bothers or affects me or any of these people, I am reporting it to the police and to the FBI. There is quite a file going already.

Also keep in mind, the domains you have purchased and/of hold in my name, or that are held by any of your clients or associates, any pages on Bullyville or McGibneys other hate/ revenge websites, any other sites, your postings on ED and Doxbin, and all your other actions taken with regard to me or any of my clients, family, or friends - have been reported to police and FBI and will continue to be reported.

YOU have been told to cease and desist and to have no contact to, at or about me or anyone in any connection or contact with me.

# Cease and desist. This is not a request. It is a legal demand and I am sending this along to the police and FBI, too. You MUST leave me alone.
-- Signed : / Susan Basko/

Susan Basko, Esq.
California and Illinois
EMAIL: suebasko@gmail.com
phone: 310-770-7413
LEGAL INFO: http://suebaskolaw.blogspot.com
MUSIC & FILM LAW BLOG: http://suebasko.blogspot.com

This e-mail message may contain confidential and/or privileged material. Delivery of this message to any person other than the intended recipient(s) does not in any way waive privilege or confidentiality. The

information transmitted is intended only for the person or entity to whom or which it is addressed. Unauthorized use, disclosure or copying is strictly prohibited.