## Jay Leiderman

| | |
|---|---|
| From: | Susan Basko, Lawyer <susanbasko@gmail.com> |
| Sent: | Monday, December 15, 2014 6:15 PM |
| To: | Jay Leiderman |
| Subject: | Cease and Desist forwarded |

Cease and Desist

Dear Mr Leiderman,

Please be aware that the Cease and Desist notice we sent you yesterday was forwarded to Sgt Weeks, the major crimes investigator in Ventura and to the FBI in several locations. Someone kindly emailed us with your immature response to the Cease and Desist and we are forwarding this to them all, too.

# Cease and Desist.

Susan Basko, Esq.
California and Illinois
EMAIL: suebasko@gmail.com
phone: 310-770-7413
LEGAL INFO: http://suebaskolaw.blogspot.com
MUSIC & FILM LAW BLOG: http://suebasko.blogspot.com

This e-mail message may contain confidential and/or privileged material. Delivery of this message to any person other than the intended recipient(s) does not in any way waive privilege or confidentiality. The information transmitted is intended only for the person or entity to whom or which it is addressed. Unauthorized use, disclosure or copying is strictly prohibited.