## Jay Leiderman

**From:** Sue Basko <suebasko@gmail.com>
**Sent:** Thursday, September 13, 2012 8:39 PM
**To:** Jay@LeidermanDevine.com
**Subject:** Barrett Brown

Hi

it is me from Twitter.

I do not know the people at the law firm I suggested you call for Barrett Brown. I have heard of them and what I have heard is good. I suggest you call them unless you have a lead on someone better.

THE REST OF THIS IS INFO YOU CAN READ OR NOT, DEPENDS ON YOUR MOOD:

As you know or should know, BB threatened the FBI agent and his kids, and it is all on video. He needs good help asap. His only likely defense (in my non-crim defense lawyer opinion) is that he is in detox and not in his right mind. He was obviously not mentally right during the videos.

PLEASE be very cautious. I was online all afternoon/ evening while the raid/ arrest happened. It is my opinion that people set Barrett up to be on chat while he was arrested. I think many of those on the chat were part of the sting set-up to keep him online and on camera while the FBI went to arrest him. I think the FBI wanted to know where he was and to keep him off guard.

One of the people who keeps tweeting to you ( @Kaymee ) -- I do not even know who this is, but this person was asking me idiotic questions on Twitter all afternoon and into the evening while Barrett was being arrested -- I think trying to distract me, to keep me from tipping off Barrett that it looked like he was about to be raided -- although he seemed to know anyway. @Kaymee was working with 2 others on this -- I ended out blocking @Kaymee and another one that uses a male photo -- and then the idiocy was continued by @WeallOccupy  I thought at first they were genuine, and I do not mind answering questions and love to share information, which is why I write my blogs. I then figured out they are not genuine and were only trying to keep me busy by asking stupid repeated questions. I kept replying because I wanted to answer the questions posed by @WeAllOccupy simply because that account has 6,000+ followers and I did not want the followers to have incorrect info.

The questions were about TrapWire, which I have researched probably more than anyone else. I work all legally, and have come up with things no one else has, including the computer screens of TrapWire, etc. I have other information I am keeping to myself for now.

Over time, I have come to see that agents/ infiltrators/ or whatever they are -- often use a technique of pretending they don't know, then arguing when you tell them -- and then being abusive -- and the purpose of it is to get you to TELL more and to reveal your sources.

I was trained in graduate school on how to do real investigative journalism, and I do not give out my sources or the path to my information.

\*\*\*\*

Please be aware that the FBI DOES have and use online persona management software that allows one operator to create 6 realistic online personas and run all 6 at once. It can be that @TomRyanBlog @Kaymee @WeAllOccupy and others may be one person / operator. Unless you know them personally.

Also on the chat was @asshurtmcfags who is a male who dresses/looks female, who appeared to be in on trapping BB, in my opinion. Also @TomRyanBlog and @TyrKoil and possibly other people. The whole chat looked to me like a set-up, especially when taken together with their tweets

* * * *

I have done a good bit of research on topics of interest to Barrett, and he had been retweeting my links, etc. (I started a brand new blog where my first post is on TrapWire: http//subliminalridge.blogspot.com   My research is all legal, but I dug up stuff no one else has come up with yet.   I also run a few other blogs, one of which has also dealt with FBI surveillance, fake profiles, etc ( Http://OccupyPeace.blogspot.com )

I write this to explain that I have been harassed online by obvious FBI infiltrators, multiple fake personas, fake "Anons", fake "Occupiers," etc. I have had these sorts of people contacting me daily for at least a year now, so I have a pretty good eye for it.

Also, the day before BB was arrested, he was concerned about being harassed and set up online by @Asherahresearch but he had someone forgotten who that is. I reminded him openly on Twitter that it is Jennifer Emick. She considers herself a "researcher" for the FBI etc. She may very well be an FBI informant, and she bills herself as someone who will harass people online for a fee. This is her site: http://www.asherahresearch.org/

By my reminding him openly on Twitter about Jennifer Emick, I got the attention of a bunch of these FBI informant/ harasser types, and started getting a big dose of odd and harassing tweets and emails.  By now, I am pretty good at sidestepping these things.

This very same person -- Jennifer Emick -- had been involved in some of the worst harassment of me about 9 months ago. I believe she uses the FBI online multiple persona management software. When it is employed, it can feel very overwhelming. Suddenly, you are being harassed by a whole crowd of people who are posting horrible things at you and about you all at once. And they ALL agree and interact with each other like old friends. ANd you notice, they all show up in the same place at the same time, they all agree and they all sound pretty darn similar to each other.

A bunch of these were posting things on my public Facebook page (which has been in unpublish mode for months because of this). What I did was -- I bookmarked their URLs before blocking them. Then I went to a secondary FB account, and a few months later, went to the bookmarked URLs. The personas had changed their names, their photos, locations, personal info, etc.  These are shell accounts that create a persona to harass people, and then swap out the personas.

Aaron Barr of HB Gary had reportedly created a whole bunch of pretty women profiles to infiltrate the Occupy movement. All the Occupy guys had these same pretty women as their "friends," although none of them had met them in person. These profiles would have one knock-out photo, and that is all it took to get men to let them in as FB friends.

=Sue
**Sue Basko, Lawyer for Music and Film**
California and Illinois

2

EMAIL: suebasko@gmail.com
phone: 310-770-7413
LEGAL INFO: http://suebaskolaw.blogspot.com
MUSIC & FILM LAW BLOG: http://suebasko.blogspot.c


**Sue Basko, Lawyer for Music and Film**
California and Illinois
EMAIL: suebasko@gmail.com
phone: 310-770-7413
LEGAL INFO: http://suebaskolaw.blogspot.com
MUSIC & FILM LAW BLOG: http://suebasko.blogspot.com