**Jay Leiderman**

| | |
|---|---|
| **From:** | Evie Paradise <mercerevie@gmail.com> |
| **Sent:** | Sunday, September 30, 2012 10:57 PM |
| **To:** | jay@leidermandevine.com |
| **Subject:** | Fwd: Important! |

---------- Forwarded message ----------
From: **Susan M Basko** <suebaskomusic@gmail.com>
Date: Mon, Oct 1, 2012 at 12:49 AM
Subject: Re: Important!
To: Evie Paradise <mercerevie@gmail.com>


Dear Evie,

Please make the videos private and the next time Barrett meets with his real lawyer -- the public defender -- he can ask if they should be private or left public.

No, I assure you Karen has asked them to be made private and was shocked they are still up.

Yes, others have copied the videos. But what is important is what Barrett has done or allowed to be done.

Also many of the other sites have embedded the youtube, so removing them off youtube assists.

it is important what Barrett does on his youtube account or what he gets others to do. It shows whether he is responsible as a person or if he is not. IF BARRETT CAN SAY: I DID THAT WHEN I WAS ON DRUGS AND ALL CONFUSED AND NOW THAT I AM IN A BETTER MENTAL STATE, I SEE THEY WERE WRONG AND I HAVE HAD THEM REMOVED. That means a lot to a Court trying to trust him.


-- Sue


On Sun, Sep 30, 2012 at 10:40 PM, Evie Paradise <mercerevie@gmail.com> wrote:
Sue-

i do not know what could be gained from taking the videos down. i have been in touch with karen since barrett and i started dating. she has not said anything to me, nor may she realize the futility of privatizing them as there are a million copies of them.

if barrett gets a lawyer, or if the fd thinks this is a good idea, of course i'll take them down.

karen is lovely but she is not barrett, and barrett would be very upset if i did that. i have to be loyal to karen but barrett comes first. he makes some stupid requests but when its not entirely clear i have to go with his wishes.

the fbi has the videos, millions have the videos mirrored on the internet and elsewhere, so anything that happens will be traced to barrett anyway, but barrett made no threats, unless you mean doxing.

i care immensely for barrett, i love him with all my heart, and i have to say i resent you implying my care for barrett depends on going into his youtube account against his wishes and private-ing videos.


On Mon, Oct 1, 2012 at 12:28 AM, Susan M Basko <suebaskomusic@gmail.com> wrote:
Dear Jenna,

I did hear from Karen -- about them wanting the videos made private.

I think Jay's advice is not correct. In fact, I think Jay's advice and tweets are dangerous to Barrett. I could write more about what I think about it, but I do not want to stray into that territory.

Jay is not Barrett's lawyer. I am not Barrett's lawyer. I am in touch with Barrett's mother and she wants the videos made private n-o-w. She was shocked to find the videos are still up. She has asked for them to be taken down or made private. Please respect her wishes.

The videos are very bad for Barrett's criminal case, bad for his reputation, and very bad for his family.

Leaving the videos up any longer can lead to Barrett being charged with many more crimes. The videos should have been made private immediately.

The FBI has arrested Barrett for making threats and they say he has "counseled, commanded, and induced" others to act against the FBI agent. By leaving the videos up, the threats continue on.

The most dangerous thing is that if someone acts on the threats, then Barrett can be charged with that crime. This has actually happened before. For example -- Say someone comes along and kills that FBI agent. Barrett can be charged with the murder. Even if he had nothing to do with it and the person is totally unrelated to Barrett.

Let's say one of the children of the FBI agent is injured by someone. Barrett can be charged with that crime, because he has asked it to be done on the internet.

Also, suppose there is someone who did see the videos, and that person gets the idea of killing or harming the FBI agent or his children. Even if that person does not act on this, Barrett can be charged with soliciting murder.

I DO know of a case where this happened when a man wrote a threat against a judge on his website. He is now in prison in super max federal detention for 50 years. 50 years. Make the videos private.

If you care even one tiny bit about Barrett, you will make the videos private immediately.

-- Sue




On Sun, Sep 30, 2012 at 9:32 PM, Evie Paradise <mercerevie@gmail.com> wrote:
i do have access to barrett's email and youtube account. however, i've been advised by jay to not make them private, the videos are everywhere and hiding them won't help. i do take jay's advice as the best possible right now.

2

don't worry if you don't hear from karen straightaway as she is so busy and swamped, i believe she has family over as well, or did, and had a trip out of town planned as well.

barrett's dad i think might be a touch absent minded, lol. so same thing there, no worries.

its hard for me as well being here in minnesota. i hope something happens. i spoke to barrett on the phone and he's out of the loop as well, has no idea people are trying to find him a lawyer, so basically everyone is confused! thank you for helping it means a lot, but never feel like you have to. :)

keep me updated and somehow we will figure it out!

-jenna


On Sun, Sep 30, 2012 at 11:21 PM, Susan M Basko <suebaskomusic@gmail.com> wrote:
Dear Evie,

Barrett's dad met with the law firm the other day. I am not sure what happened. I was under the impression they were trying to work things out. I will call Karen on Monday (tomorrow) and ask her. It seems too late to call her right now. I am not in touch with Barrett's dad.

I already did ask Karen in emails to let me know what happened. She did not reply to that. Maybe Barrett's dad did not even tell her. It is hard to know with people who have been divorced a long time.

I DO know she wants the threat videos made private. I think that is the best thing for Barrett -- for his court case as well as for his reputation. It does not help at all one bit to have more and more people seeing those videos. Do you have the ability to do that? If so, please do it. It is very important. When they are made private, they can be made public or into a link-only at any time.

IF the law firm agreed to represent Barrett, they would still need to meet with Barrett himself and get his approval. It can take some time to do that because they have to get on a lawyer list at the jail and then go see him in person. I think it could take till Tuesday for that to happen -- and that is IF the law firm agreed to represent him.

If this firm did agree to rep him, they seem very aggressive and good. I have strong confidence in them.

I am keeping my eyes out for other lawyers in case this one is not working out. To rep Barrett, the lawyer HAS to be practicing in federal criminal court in the Northern District of Texas -- and not many do. But I and others are searching.

It is too bad Barrett did not do this in New York City or Los Angeles, because then it would be easy for him to get a lawyer. But Dallas? Not so easy.

-- Sue

On Sun, Sep 30, 2012 at 5:16 PM, Evie Paradise <mercerevie@gmail.com> wrote:
hi,

barrett hasn't met with any private lawyers, can you connect with the one you mentioned and ask what happened?

-jenna


On Thu, Sep 27, 2012 at 6:03 PM, Susan M Basko <suebaskomusic@gmail.com> wrote:
In prison, if you go to be seen by a doctor, it takes all day, even if the appointment is only a few minutes. it's really weird and depressing.

I know a lot of in-depth stuff about prison life because I started a blog for a man who is in prison on a life term. (He did not commit any crime) He writes all about it. Don't read it if it will depress you. He is kind of a right wing Republican type, which makes him odd man out in a prison of ghetto gangbangers.

This is it: http://paulmodrowski.blogspot.com


-- Sue


On Thu, Sep 27, 2012 at 2:46 PM, Evie Paradise <mercerevie@gmail.com> wrote:
i dont think he is in solitary, his was visited yesterday and his mom topped up his phone account, i think maybe something is wrong with his phone code? and of course they take their time fixing it.

i hope he got that x ray! ugh the list of concerns is soooo long!


On Thu, Sep 27, 2012 at 4:29 PM, Susan M Basko <suebaskomusic@gmail.com> wrote:
They may have removed his phone privileges, put him in solitary, he may have used up his allowed phone calls on his parents or other friends, he may not have money in his phone account, he may have been sent out for medical treatment or examination, he may have been busy with his mother and or lawyer. One thing you can be sure of is that he WANTS to call you.


On Thu, Sep 27, 2012 at 2:21 PM, Evie Paradise <mercerevie@gmail.com> wrote:
he was calling pretty regularly but something happened. i will try to get into it but all of the passwords i know dont work. i can only get into his twitter.


On Thu, Sep 27, 2012 at 4:20 PM, Susan M Basko <suebaskomusic@gmail.com> wrote:
The thing that it might help is his court case. He can say -- I realized it was wrong, I was confuesed when I did it, and and I did all i could to to take it down.

It is real hard to call from prison, often impossible.

-- Sue

On Thu, Sep 27, 2012 at 2:00 PM, Evie Paradise <mercerevie@gmail.com> wrote:
i have to get the password directly from barrett, and he doesn't know it. he needs to know the security question, but he has been unable to call.

many people have mirrored the videos so i am not sure if privating them would help.

On Thu, Sep 27, 2012 at 3:58 PM, Evie Paradise <mercerevie@gmail.com> wrote:
i don't know his password. but i can try.

On Thu, Sep 27, 2012 at 3:04 PM, Susan M Basko <suebaskomusic@gmail.com> wrote:
Dear Jenna,

It seems important to take down BB's 3 threat videos or at least make them private. I noticed yesterday they were still up.

Can you get the pass info and make them private? Also, probably a good idea to delete comments.

of course, make a copy of everything first.

The videos are considered a threat and it seems very important to stop making the threat. Make sure you keep a copy of any evidence, but get that stuff off the internet or at least made so no one can see it.

Barrett can ask his lawyer, but he probably rarely sees his PD lawyer.

-- Sue


--
Sue Basko, Lawyer for Music and Film
California and Illinois
EMAIL: suebaskomusic@gmail.com
phone: 310-770-7413
LEGAL BLOG: http://suebasko.blogspot.com/
LEGAL WEBSITE: http://suebaskolaw.blogspot.com
TWITTER: http://www.twitter.com/suebasko




--
**Sue Basko, Lawyer for Music and Film**
California and Illinois

5

EMAIL: suebaskomusic@gmail.com
phone: 310-770-7413
LEGAL BLOG: http://suebasko.blogspot.com/
LEGAL WEBSITE: http://suebaskolaw.blogspot.com
TWITTER: http://www.twitter.com/suebasko

--
**Sue Basko, Lawyer for Music and Film**
California and Illinois
EMAIL: suebaskomusic@gmail.com
phone: 310-770-7413
LEGAL BLOG: http://suebasko.blogspot.com/
LEGAL WEBSITE: http://suebaskolaw.blogspot.com
TWITTER: http://www.twitter.com/suebasko

--
**Sue Basko, Lawyer for Music and Film**
California and Illinois
EMAIL: suebaskomusic@gmail.com
phone: 310-770-7413
LEGAL BLOG: http://suebasko.blogspot.com/
LEGAL WEBSITE: http://suebaskolaw.blogspot.com
TWITTER: http://www.twitter.com/suebasko

--
**Sue Basko, Lawyer for Music and Film**
California and Illinois
EMAIL: suebaskomusic@gmail.com
phone: 310-770-7413
LEGAL BLOG: http://suebasko.blogspot.com/

LEGAL WEBSITE: http://suebaskolaw.blogspot.com
TWITTER: http://www.twitter.com/suebasko

--
Sue Basko, Lawyer for Music and Film
California and Illinois
EMAIL: suebaskomusic@gmail.com
phone: 310-770-7413
LEGAL BLOG: http://suebasko.blogspot.com/
LEGAL WEBSITE: http://suebaskolaw.blogspot.com
TWITTER: http://www.twitter.com/suebasko

--
Sue Basko, Lawyer for Music and Film
California and Illinois
EMAIL: suebaskomusic@gmail.com
phone: 310-770-7413
LEGAL BLOG: http://suebasko.blogspot.com/
LEGAL WEBSITE: http://suebaskolaw.blogspot.com
TWITTER: http://www.twitter.com/suebasko