MC-030

FOR COURT USE ONLY

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
SUSAN BASKO,
NOT A PARTY
TELEPHONE NO.: 310-770-7413   FAX NO. (Optional):
E-MAIL ADDRESS (Optional): SUSANBASKO@gmail.com
ATTORNEY FOR (Name): N/A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: County of Santa Clara

PLAINTIFF/PETITIONER: Via View
DEFENDANT/RESPONDENT: Retzlaff

Special Appearance to File Declaration
DECLARATION  PAGE 1 of 8 pages

CASE NUMBER: 1-14-CH-005460

Declaration of Non-Party Witness Susan Basko in Support of Resp. Thomas Retzlaff, for all purposes: (8 pages total)   PAGE 1

1. My name is Susan Basko. I am not a party in this case.
2. I am a grandma + a lawyer. My CA BAR # 230 396.
3. I live thousands of miles away in a different state.
4. I am a kind, loving, gentle, peaceful, law-abiding, ethical, very good person and lawyer. I help people with music law, internet start-ups, etc. I help people even if they have little or no money to pay. I have helped a good number of people who have mental disabilities such as traumatic brain injury (TBI), mental illness, autism, etc.
   — CONTINUES NEXT PAGE —

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, all 8 pages.

Date: July 24, 2014

SUSAN BASKO
(TYPE OR PRINT NAME)

Susan Basko
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other (Specify): Declarant

Form Approved for Optional Use          DECLARATION          Page 1 of 8

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: VIA VIEW
DEFENDANT/RESPONDENT: RETZLAFF

DECLARATION Page 2 of 8

CASE NUMBER:
1.14.CH.005460

Declaration of Susan Basko, Page 2.

5. I do not know Thomas Retzlaff.

6. For months, I saw on Twitter that James McGibney + his Lawyer, Jason Leiderman, were posting horrible, outlandish things about Thomas Retzlaff, calling him a murderer, a child rapist, a cop killer, a convicted sex offender, and on + on. They posted photos they said were Thomas Retzlaff, urging on hate + attacks against this man.

7. I never saw any postings of any sort made by Thomas Retzlaff or in any way threatening Leiderman or McGibney.

8. I also have been severely defamed, harassed, + stalked by Mr. Leiderman + Mr. McGibney, although I have done absolutely nothing to them, ever.

——— Continues on Page 3 ———

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date

(TYPE OR PRINT NAME)   (SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use   DECLARATION   Page 2 of 8

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: VIAVIEW
DEFENDANT/RESPONDENT: RETZLAFF

DECLARATION page 3 of 8

CASE NUMBER: 1·14·CH·005460

Declaration of Susan Basko, Page 3

9. Leiderman + McGibney have done these things to me:

i. They posted my personal + legal emails online to be viewed by everyone. They boasted about this.

ii. They participated in filing a false + bizarre "bar complaint" written by a "Captien Obvious"; posted this online + on McGibney's hate speech/harassment site Bullyville.com.

iii. They each posted huge amounts of defamation against me on Twitter.

iv. They or someone associated to them bought 3 domain names in my name + have used these to defame me: SUEBASKO.COM, SUEBASKOLAW.COM, AND DISBARBASKO.COM

———— CONTINUES ON PAGE 4 ————

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Page 3 of 8

DECLARATION

MC-030

FOR COURT USE ONLY

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

TELEPHONE NO.:
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF/PETITIONER: VIA VIEW
DEFENDANT/RESPONDENT: RETZLAFF

DECLARATION Page 4 of 8

CASE NUMBER: 1.14.CH.005460

DECLARATION OF SUSAN BASKO, PAGE 4

v. MR. Leiderman emailed me emails where he says I am a terrorist, in a conspiracy to kill him, that I am evil, that I need to turn myself in to authorities for being this terrorist. Meanwhile, I'm just a grandma far away.

vi. Leiderman filed in this very court case, a bizarre conspiracy theory claiming I am trying to kill him, etc. etc.

vii. I consider MR. Leiderman malicious, dishonest, + possibly insane.

10. I have never met or spoken with either MR. Leiderman or McGibney. I have Leiderman now blocked on Facebook, Twitter, Emails, + phone. I have sent Leiderman "Do Not Contact" Notices.
— CONTINUES ON PAGE 5 —

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

DECLARATION

Page 4 of 8

Form Approved for Optional Use

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: VIA VIEW
DEFENDANT/RESPONDENT: RETZLAFF

DECLARATION Page 5 of 8

CASE NUMBER: 1·14·CH·005460

Declaration of Susan Basko, Page 5.

11. Mr. McGibney owns Via View, which runs revenge porn and hate speech/bullying sites. Cheaterville.com is a site where McGibney himself posts pictures of girls he says were sent in. These are often nude or compromising photos. He captions the photos, calling the girls such things as whore, slut, cumdumpster. The girls are then supposed to pay a "service" to have the photos removed.

McGibney also owns Bullyville.com, a site where he posts lies and hate speech and invasions of privacy against people. He posted massive amounts of such material about me, + boasted about it on his Twitter account.
— CONTINUES ON PAGE 6 —

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____    _____
(TYPE OR PRINT NAME)                (SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use          DECLARATION          Page 5 of 8

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: VIA VIEW
DEFENDANT/RESPONDENT: RetzLaff

DECLARATION Pg 6 of 8 pages

CASE NUMBER: 1.14.CH.005460

Declaration of Susan Basko, Page 6.

12. It is my understanding there are hundreds of other people, particularly women, who have been victimized by McGibney in this manner with the assistance of Leiderman.

13. Please note that I have NEVER threatened either Leiderman or McGibney. I do not Respond. I have filed a police complaint and a bar complaint & am stating things here.

14. It is my understanding that the fathers of some girls who were placed on McGibney's revenge porn sites contacted the advertisers to look at the sites. The advertisers withdrew their ads.

15. It is my understanding that those fathers also run a website to tell about McGibney + his revenge + hate sites.

———— Continues on Page 7 ————

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____  _____
(TYPE OR PRINT NAME)      (SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use                DECLARATION                    Page 6 of 8

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:    FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: ViA VIEW
DEFENDANT/RESPONDENT: RETZLAFF

DECLARATION Pg. 7 of 8

CASE NUMBER: 1·14·CH·005460

Declaration of Susan Basko, PAGE 7 → http://viaviewfiles.wordpress.com

16. That site is called BVFiles. I have seen the site. It is my opinion, as a lawyer familiar with Internet + First Amendment, that the website is very well within the First Amendment Rights of the site owners. The articles on the site are very well-researched + well-written. The articles do express opinion, too. I do not agree with all that is posted + would not post some of it myself. However, since Mr. McGibney + Mr. Leiderman are both public figures, this seems First Amendment.

17. I have seen the blog numerous times + never saw any death threats in the articles. I saw some vague death threats in comments, + those were quickly counteracted by others saying they disagree.

— CONTINUES ON page 8 —

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____    _____
(TYPE OR PRINT NAME)    (SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use    DECLARATION    Page 7 of 8

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| SUSAN BASKO, NOT A PARTY <br> TELEPHONE NO: 310.770.7413 FAX NO (Optional): <br> E-MAIL ADDRESS (Optional): SUSANBASKO@GMAIL.COM <br> ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> STREET ADDRESS: 191 N. FIRST ST. <br> MAILING ADDRESS: SAN JOSE, CA 95113 <br> CITY AND ZIP CODE: <br> BRANCH NAME: County of SANTA CLARA | |
| PLAINTIFF/PETITIONER: VIA VIEW | |
| DEFENDANT/RESPONDENT: RETZLAFF | |
| Special Appearance to File Declaration <br> DECLARATION Pg 8 of 8 pages total | CASE NUMBER: <br> 1-14-CH-005460 |

Declaration of Susan Basko, Page 8

18. On that BVFiles blog website, at http://viaviewfiles.wordpress.com, I have seen many times where the blog administrators post that they are NOT Thomas Retzlaff, NOT Neal Rauhauser, AND NOT any of a long list of people that McGibney is suing throughout the nation.

19. I personally don't have anything to do w/ the BVFiles blog.

20. I cannot serve this on the parties because I have no idea how to reach Thomas Retzlaff + I refuse to be in any contact with Mr. Leiderman because of reasons stated herein.

21. I can be reached by the Court only (no parties, please) at 310.770.7413 and SusanBasko@gmail.com — FURTHER DECLARANT SAITH NOT. —

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, all 8 pages

Date: July 29, 2014

SUSAN BASKO
(TYPE OR PRINT NAME)

_Susan Basko_
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other (Specify): DECLARANT