IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES MCGIBNEY, an individual; and
VIA VIEW, INC., a corporation.
    Plaintiffs,

v.                                    **CASE NO.** 5:14-cv-01059-BLF

THOMAS RETZLAFF, an individual;
NEAL RAUHAUSER, an individual;
LANE LIPTON, an individual;
and DOES 1-5, individuals whose true
names are not known,
    Defendants.

### DEFENDANT RETZLAFF'S RESPONSE TO PLAINTIFFS' MOTION TO RECONSIDER TELEPHONE APPEARANCE

Defendant Thomas Retzlaff responds to plaintiffs' latest nonsense filing.

### I. Argument

1. Leiderman, as usual, is a complete and utter liar. There absolutely is NO warrant for defendant's arrest. Leiderman is referring to his latest maneuverings in that Santa Clara County restraining order case that has been mentioned here previously. Today he is now claiming that there is a criminal arrest warrant for defendant. Last time it was "horrific" death threats. The time before that were claims

1

of a massive Grand Civil Conspiracy in which Leiderman submitted to this Court FAKE "evidence" about co-defendant Lane Lipton.

2. In case it needs to be said, plaintiffs have absolutely no standing in this matter here of a telephone appearance. It is a ministerial matter between defendant and the Court. There is absolutely nothing in the Local Rules or Rules of Civil Procedure that authorizes plaintiffs to object.

3. In fact, this shows all the more reason why this case needs to be dismissed with prejudice as expeditiously as possible. In any event, Leiderman is a liar.

Respectfully submitted,

/s/  Thomas Retzlaff
Thomas Retzlaff
PO Box 92
San Antonio, TX 78291-0092

Defendant, pro se

## CERTIFICATE OF SERVICE

I certify that on February 2, 2015, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiffs ViaView & James McGibney:

Jason Scott Leiderman, of 5740 Ralston Street Ste 300, Ventura, CA 93003, Email: Jay@Criminal-Lawyer.me.

I certify that Jay Leiderman is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify that on February 2, 2015, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendant Lane Lipton:

Clark Anthony Braunstein, of 11755 Wilshire Boulevard, Suite 2140, Los Angeles, CA 90025, Email: Clarkbraunstein@gmail.com.

I certify that Clark Anthony Braunstein is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

/s/  Thomas Retzlaff
Thomas Retzlaff

Defendant, pro se