067-270669-14

FILED
TARRANT COUNTY
3/9/2015 2:47:47 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO.   067-270669-14

| | | |
|---|---|---|
| JAMES MCGIBNEY, and | § | IN THE 67th JUDICIAL |
| VIAVIEW, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | DISTRICT COURT |
| | § | |
| THOMAS RETZLAFF, LORA | § | |
| LUSHER, JENNIFER | § | |
| D'ALLESANDRO, NEAL RAUHAUSER | § | |
| MISSANNONEWS AND DOES 1 - 5 | § | |
| HARTUNG, HEXTER-FAIR/FIRST | § | |
| | § | |
| Defendants. | § | TARRANT COUNTY, TEXAS |

## NOTICE OF APPEARANCE AND
## DESIGNATION OF LEAD COUNSEL

**PLEASE TAKE NOTICE** that Stone & Vaughan, PLLC, Evan Stone and Justin

Vaughan, hereby give their notice of appearance as co-counsel for James McGibney and

ViaView, Inc. and hereby designate Evan Stone as lead counsel in this proceeding.

Respectfully submitted,

*E. F. Stone*

Evan Stone
Stone & Vaughan, PLLC
State Bar #24072371
624 W. University Dr., #386
Denton, TX  76201
Tel: 469-248-5238
Fax: 310-756-1201
E-mail: evan@stonevaughanlaw.com

067-270669-14

## CERTIFICATE OF SERVICE

I certify that on March 9, 2015, a true copy of this motion was electronically served on all active parties that have appeared in this case:

Jeffrey L. Dorrell
Philip A. Meyer
HANSZEN & LAPORTE
11767 Katy Freeway, Suite 850
Houston, TX 77079
Email: jdorrell@hanszenlaporte.com
Email: pmeyer@hanszenlaporte.com