UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES MCGIBNEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS RETZLAFF,<br><br>    Defendant. | Case No. 14-cv-01059-BLF<br><br>**ORDER SUBMITTING MOTIONS; VACATING HEARING DATES**<br><br>[Re: ECF 126, 132, 134] |

Defendant's motion to dismiss for lack of subject matter jurisdiction that was noticed for hearing on April 16, 2015 (ECF 126) as well as his motions to dismiss for failure to state a claim (ECF 132) and for lack of personal jurisdiction (ECF 134) that were noticed for hearing on April 30, 2015 are hereby SUBMITTED without oral argument. The motion hearings are VACATED. Civ. L.R. 7-1(b).

Defendant's special motion to strike (ECF 59) is under submission as well. The Court will review all papers and determine the jurisdiction issues first.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____
BETH LABSON FREEMAN
United States District Judge