| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA<br>STREET ADDRESS: 191 North First Street, San Jose, CA 95113<br>MAILING ADDRESS: 191 North First Street<br>CITY AND ZIP CODE: San Jose, California 95113<br>BRANCH NAME: Downtown Courthouse | FOR COURT USE ONLY |
|---|---|
| Plaintiff/Petitioner: ViaView Inc. | |
| Defendant/Respondent: Thomas Ratzlaff | |
| **CIVIL BENCH WARRANT**<br>☐ Pursuant to CCP 1993 (Subpoena/Court Order)<br>☑ Pursuant to CCP 1209 (Contempt)<br>☐ Pursuant to CCP 491.160(a)(1)(A), CCP 708.170 (Order of Examination) | CASE NUMBER:<br>114CH005460 |

To any Peace Officer in this State:

You are hereby commanded forthwith to arrest __Thomas Retzlaff__ for:

☐ Failing to appear pursuant to a subpoena or ☑ Failing to appear pursuant to a court order served on __1-2-15__.

☑ Violating Section 1209 Code of Civil Procedure (contempt for failing to appear in a civil matter).

Last known address: 8312 W. Elm Street, Phoenix, AZ

Physical description: Height: 5'11"  Weight: 200  Eyes: brn  Date of Birth 03-15-19  ☑ M  ☐ F

You are further ordered to bring said person before the issuing court, or the nearest court if in session, for the setting of bail in the amount of the warrant or to release on the person's own recognizance. Any person so arrested shall be released from custody if he or she cannot be brought before the court within 12 hours of arrest, and the person shall not be arrested if the court will not be in session during the 12-hour period following the arrest.

☑ Bail is set in the amount of $ 500.00

☐ This warrant may be served any time of day or night.

☑ Said person may be released upon a promise to appear to CCP 1993.1.
If arrested and released, said person is to appear on:
(date): 1 June 2015   9:00 (a.m)/p.m. in Dept. 19

☐ This person is not eligible for ☐ Own Recognizance ☐ Cite and Release (promise to appear)

☐ Written findings were made regarding the materiality and urgency of appearance (CCP 1993 (a)(2)).

Given under my hand, with the seal of said Court on (date): _____

Issued on (date): 6 March 2015  By: _____
Judicial Officer – Santa Clara Superior Court
**SOCRATES P. MANOUKIAN**

CW-9002 REV 6/10                    CIVIL BENCH WARRANT                    Page 1 of 1

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SANTA CLARA | FOR COURT USE ONLY<br>**FILED**<br>DATED:_____<br>David H. Yamasaki<br>Chief Executive Officer/Clerk<br>Superior Court of California<br>County of Santa Clara<br>By:_____<br>Deputy Clerk |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br>vs.<br>DEFENDANT: Thomas Retzlaff | |
| **ATTACHMENT FOR DEFAULTING** | CASE NUMBER:<br>114CH005460 |

**TO ANY SHERIFF, CONSTABLE, MARSHALL, POLICE OFFICER OR PEACE OFFICER:**

YOU ARE HEREBY COMMANDED, forthwith, to attach the body of _____**Thomas Retzlaff**_____ and bring him/her before the Superior Court of California, County of Santa Clara, to answer for a contempt of Court for failing to appear _____**2-2-15**_____ at _____**9:00am**_____
           DATE                                              TIME
before the Honorable _____**Socrates P. Manoukian**_____ in the above entitled cause, as per mandate of this Court.

_____**Thomas Retzlaff**_____ to be permitted to bail in the sum of $ **500.00**
for his/her appearance in the above entitled Court located at **191 North First St., San Jose, CA 95113** California in Department _____**19**_____ on the date set by the Sheriff any weekday Court is in session at _____**9:00am**_____.
           TIME

By Order of this Court, this Attachment for Defaulting may be served any time during the day or night. Given under may hand, with the seal of said Court affixed on:_____**MAR 06 2015  pm**_____
                                                                                                                       DATE

David H. Yamasaki, Chief Executive Officer

Clerk, By_____,Deputy
Diane Macias

NOTE: PLEASE CONTACT:

_____  _____
Courtroom Clerk    Department

Phone:_____

Deputy District Attorney/Attorney at Law
Name:_____

Phone:_____

CR-6068 REV 7/02/08              ATTACHMENT FOR DEFAULTING                  Page 1 of 1