552.108(a)(2)

| SUPPLEMENTARY REPORT | OFFENSE CLASSIFICATION | ASSIGNMENT NO: SAPD13189511 |
|---|---|---|
| PAGE 1 OF 6 | **Terroristic Threat** | OFFENSE NO: |
| ROUTING File | | DATE REPORTED: 08-29-2013 |

### SAN ANTONIO POLICE DEPARTMENT

| Last name of Complainant, First, Middle Initial | Address of Complainant | Phone Number |
|---|---|---|
| State of Texas | ▓▓▓ | ▓▓▓ |

| Place of Occurrence-Street on- at or Number | Dist. Occurrence | Date & Time of Occurrence | Date and Time of this Report |
|---|---|---|---|
| ▓▓▓ | 2110 | 08-28-2013/2312hrs | 08-29-13/0837hrs |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

# PROSECUTION GUIDE

### SYNOPSIS:

I was notified by Sgt. Barcena # 3353 that ▓▓▓ had received a threatening email from an unknown source. I contacted the ▓▓▓, who told me he had received an email to his work email address which read as follows: "If I ever get a chance to kill a homosexual I would do so." ▓▓▓ said this was the only email he had received from the email address of "▓▓▓." He told me he was concerned over the content of the email and he perceived the message to be a threat to people.

**OFFENSE:**   PC 22.07. (a) (1) Terroristic Threat

**COMPLAINANT:** The State of Texas
**ADDRESS:** ▓▓▓   ONE: ▓▓▓

**SUSPECT-1:** Retzlaff, Thomas Christopher   W/M   DOB : 03/14/1966
**ADDRESS :** Unknown, possible Arizona

**REPORTING PERSON:** ▓▓▓   W/M   DOB: ▓▓▓
**ADDRESS:** ▓▓▓ San Antonio TX   PHONE: ▓▓▓
**WORK:** ▓▓▓   PHONE: ▓▓▓

**OTHER PERSON:** ▓▓▓   W/M   DOB: ▓▓▓
**ADDRESS:** ▓▓▓ Antonio TX   PHONE: ▓▓▓
**WORK:** ▓▓▓   PHONE: ▓▓▓

### EVIDENCE:

None

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | PENDING (X) FURTHER INVESTIGATION | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF ( ) INVESTIGATION |
|---|---|---|---|---|---|---|

| Officer Making Report (Badge No.) | Approving Authority | Unit Assigned to Follow -up |
|---|---|---|
| Det. C. J. Ortiz #2150 | Sgt. J. Barcena #3353 | FIU |

| SAN ANTONIO POLICE DEPARTMENT | TYPE ONLY | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (9-90) |
|---|---|---|

Attachment 2

| SUPPLEMENTARY REPORT | OFFENSE CLASSIFICATION | ASSIGNMENT NO: SAPD13189511 |
|---|---|---|
| PAGE 2 OF 6 | **Terroristic Threat** | OFFENSE NO: |
| ROUTING File | | DATE REPORTED: 08-29-2013 |

SAN ANTONIO POLICE DEPARTMENT

| Last name of Complainant, First, Middle Initial | Address of Complainant | Phone Number |
|---|---|---|
| State of Texas | ▮ | ▮ |

| Place of Occurrence-Street on- at or Number | Dist. Occurrence | Date & Time of Occurrence | Date and Time of this Report |
|---|---|---|---|
| ▮ | 2110 | 08-28-2013/2312hrs | 08-29-13/0837hrs |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

## DAMAGE DESCRIPTION

None

**SCENE/DESCRIPTION:** ▮ County, San Antonio TX. ▮ building located just north of downtown San Antonio Texas

| **OFFICERS** | Ortiz, Carlos | Reporting Detective | #2150 |
| | Barcena, Joseph | Sergeant | #3353 |
| | Garibay, Frank | Detective | #2186 |

## DOCUMENTS

San Antonio Police Terroristic Threat report number SAPD13142861
Incident Detail Report number SAPD-2013-0829575
SAPD Form 2091-C Consent to Search (computer related) signed by RP
Documentation from Detective Garabay revealing the IP address of theklansman@hotmail
Preservation request letter (on department letter head) sent to Microsoft Custodian of Records
Grand Jury Summons requesting information on IP address 65.55.34.72 sent to Microsoft Online services
Microsoft Online Services Grand Jury Summons return
Grand Jury Summons requesting information on new IP address sent to Cox Communications
Cox Communications Grand Jury Summons return
Copy of Thomas C Retzlaff's Texas driver's license
Copy of RMS screen search result showing Thomas Retzlaff personal information and phone number
Copy of email sent to ▮ from Thomas Retzlaff

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | PENDING (X) FURTHER INVESTIGATION | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF ( ) INVESTIGATION |
|---|---|---|---|---|---|---|

| Officer Making Report (Badge No.) | Approving Authority | Unit Assigned to Follow-up |
|---|---|---|
| Det. C. J. Ortiz #2150 | Sgt. J. Barcena #3353 | FIU |

| SAN ANTONIO POLICE DEPARTMENT | TYPE ONLY | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (9-90) |
|---|---|---|

| SUPPLEMENTARY REPORT | OFFENSE CLASSIFICATION | ASSIGNMENT NO: SAPD13189511 |
|---|---|---|
| PAGE  3  OF  6 | **Terroristic Threat** | OFFENSE NO: |
| ROUTING File | | DATE REPORTED: 08-29-2013 |

### SAN ANTONIO POLICE DEPARTMENT

| Last name of Complainant, First, Middle Initial | Address of Complainant | Phone Number |
|---|---|---|
| State of Texas | ▮▮▮▮▮ | ▮▮▮▮▮ |

| Place of Occurrence-Street on- at or Number | Dist. Occurrence | Date & Time of Occurrence | Date and Time of this Report |
|---|---|---|---|
| ▮▮▮▮▮ | 2110 | 08-28-2013/2312hrs | 08-29-13/0837hrs |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

## SEQUENCE OF INVESTIGATION:

**08-29-13**

I was notified by Sgt. Barcena that ▮▮▮▮▮ had received a threatening email from an unknown source. I contacted the ▮▮▮▮▮ forwarded me a copy of the email he received which read "If I ever get a chance to kill a homosexual I would do so." The email was sent from "the.klansman@hotmail. Myself, Officers Lopez #0614 and Gonzalez #1429 completed research in attempts to identify the email address. I contacted Technical Investigations Detective Garibay for assistance on identifying the IP address of the email. Detective Garibay advised me that he would need to work from the computer which initially received the email. I spoke ▮▮▮▮▮ who said that we could meet him at his home on Monday so we could obtain the information from his laptop.

**08-30-13**

I generated and completed Terroristic Threats report SAPD13189511. This report is referenced to a threatening email received by ▮▮▮▮▮. I updated Captain Scepanski with the progress of the investigation.

**09-02-13**

I began working on my prosecution guide for Terroristic Threats report number SAPD13189511. I responded to ▮▮▮▮▮ at ▮▮▮▮▮ I met Technical Investigations Detective Frank Garibay at the residence. I had ▮▮▮▮▮ sign and date SAPD form number 2091-C, Consent to Search for computer related information from his laptop computer. We were able to obtain needed information; IP address, to begin the process to apply for a Grand Jury Subpoena.

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | PENDING (X) FURTHER INVESTIGATION | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF ( ) INVESTIGATION |
|---|---|---|---|---|---|---|

| Officer Making Report (Badge No.) | Approving Authority | Unit Assigned to Follow -up |
|---|---|---|
| Det. C. J. Ortiz #2150 | Sgt. J. Barcena #3353 | FIU |

| SAN ANTONIO POLICE DEPARTMENT | TYPE ONLY | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (9-90) |
|---|---|---|

| SUPPLEMENTARY REPORT | OFFENSE CLASSIFICATION | ASSIGNMENT NO: SAPD13189511 |
|---|---|---|
| PAGE 4 OF 6 | **Terroristic Threat** | OFFENSE NO: |
| ROUTING File | | DATE REPORTED: 08-29-2013 |

SAN ANTONIO POLICE DEPARTMENT

| Last name of Complainant, First, Middle Initial | Address of Complainant | Phone Number |
|---|---|---|
| State of Texas | [redacted] | [redacted] |

| Place of Occurrence-Street on- at or Number | Dist. Occurrence | Date & Time of Occurrence | Date and Time of this Report |
|---|---|---|---|
| [redacted] | 2110 | 08-28-2013/2312hrs | 08-29-13/0837hrs |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

**09-04-13**

I met with Detective Frank Garibay who provided me with the IP address to email the.klansman@hotmail.com. I sent a fax to request for preservation of all email related address information of the listed email to Microsoft Online Services. This hold is good for ninety (90) days until I obtain a Grand Jury subpoena.

**09-06-13**

I completed a Grand Jury Subpoena for email address [redacted] IP address number 65.55.34.72. I sent the subpoena to DA Investigator John Benavides who in turn had DDA Patricia Luna approve and sign the same. I then sent the signed subpoena to Microsoft Online Services, Custodian of records in efforts to obtain the identity of the sender of the threatening email; reference case number SAPD13189511.

**09-23-13**

I contacted Microsoft Online Services to check on the status of a Grand Jury Subpoena inquiry I made on September 6th and 9th for email target the.klansman@hotmail.com. Kevin from Microsoft contacted me and advised me his company was near completion with their research.

**09-25-13**

I received a Grand Jury return inquiry from Microsoft Online. The return provided three new IP addresses; one of which was traced back to the Bexar County area. I learned that a new carrier; Cox Communications Inc, had the account for the three new IP addresses. I applied for and was granted a new Grand Jury Subpoena and I faxed this subpoena to the Custodian of Records for Cox Communication.

**10-15-13**

I made an inquiry with Cox Communications, Records Custodian to check the status of the Grand Jury Subpoena I had sent to them on September 25, 2013.

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | PENDING (X) FURTHER INVESTIGATION | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF ( ) INVESTIGATION |
|---|---|---|---|---|---|---|

| Officer Making Report (Badge No.) | Approving Authority | Unit Assigned to Follow-up |
|---|---|---|
| Det. C. J. Ortiz #2150 | Sgt. J. Barcena #3353 | FIU |

| SAN ANTONIO POLICE DEPARTMENT | TYPE ONLY | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (9-90) |
|---|---|---|

| SUPPLEMENTARY REPORT | OFFENSE CLASSIFICATION | ASSIGNMENT NO: SAPD13189511 |
|---|---|---|
| PAGE 5 OF 6 | **Terroristic Threat** | OFFENSE NO: |
| ROUTING File | | DATE REPORTED: 08-29-2013 |

CJI30

**SAN ANTONIO POLICE DEPARTMENT**

| Last name of Complainant, First, Middle Initial | Address of Complainant | Phone Number |
|---|---|---|
| State of Texas | ███████ | ███████ |

| Place of Occurrence-Street on- at or Number | Dist. Occurrence | Date & Time of Occurrence | Date and Time of this Report |
|---|---|---|---|
| ███████ | 2110 | 08-28-2013/2312hrs | 08-29-13/0837hrs |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

**10-16-13**

I received the Grand Jury Subpoena inquiry return from Cox Communications. The subpoena was a request for any information associated with the email address: ███████ and for IP address: 72.201.184.111. Cox Communication returned the following information: They did not service the listed email address; however, they revealed the IP address as belonging to their company with the Cox email address of thomasretzlaff (active) [Primary]. The name Cox Communication gave was Collin Retzlaff with an address of 8312 W. Elm St., Phoenix Arizona 85037-1247. Cox Communication further provided Retzlaff's phone number of 210-317-9800.

Although the address provided is an Arizona address, the area code of the phone number provided is a Bexar County, Texas number. I completed an RMS check on the name of Thomas Retzlaff; I found two entries in RMS which documented a Thomas Christopher Retzlaff with an ███████ Drivers license number of ███████ and a phone number of 210-317-9800. This phone number matched that from the Cox Communications results return. The second entry documented a Thomas C Retzlaff with a date of birth of 03-14-66 with a phone number of 317-9800; however, no area code was documented in this entry. The entry listed Retzlaff as a "Full Time-Student; Appl 1989."

I learned that Thomas Retzlaff had made an information report with our department on 10-23-12; reference case number SAPD12240982. In the report, Retzlaff complains about a university professor who tries to extort money from Retzlaff for passing the class.

A third entry in RMS files connects Retzlaff to an Apparent Sudden Death that occurred on 05-04-12; reference case number SAPD12097298. Retzlaff was listed as an "other" person on the report.

Retzlaff was also in local SAPD files for receiving a citation on 01-13-10 for speeding; reference SAPD citation number R111904A. At the time, he was operating white 2006 Chrysler Sebring, ███ plate number ███████. Registration check on the listed Sebring came back to a 2006 Chrysler Sebring; however, with a color of black and red. The vehicle is registered to RTC Holding Co, PO Box 92, San Antonio Texas 78291. Another address on the registration came back to the same RTC Holding Co, PO Box 46424, Phoenix Arizona 85063.

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | PENDING (X) FURTHER INVESTIGATION | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF ( ) INVESTIGATION |
|---|---|---|---|---|---|---|

| Officer Making Report (Badge No.) | Approving Authority | Unit Assigned to Follow-up |
|---|---|---|
| Det. C. J. Ortiz #2150 | Sgt. J. Barcena #3353 | FIU |

| SAN ANTONIO POLICE DEPARTMENT | TYPE ONLY | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (9-90) |
|---|---|---|

CI.130

| SUPPLEMENTARY REPORT | OFFENSE CLASSIFICATION | ASSIGNMENT NO: SAPD13189511 |
|---|---|---|
| PAGE 6 OF 6 | **Terroristic Threat** | OFFENSE NO: |
| ROUTING File | | DATE REPORTED: 08-29-2013 |

SAN ANTONIO POLICE DEPARTMENT

| Last name of Complainant, First, Middle Initial | Address of Complainant | Phone Number |
|---|---|---|
| State of Texas | ▮▮▮▮▮ | ▮▮▮▮▮ |
| Place of Occurrence-Street on- at or Number | Dist. Occurrence | Date & Time of Occurrence | Date and Time of this Report |
| ▮▮▮▮▮ | 2110 | 08-28-2013/2312hrs | 08-29-13/0837hrs |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

I completed research in TDEX files on Retzlaff and I found he was in the system on two entries. One entry list Retzlaff as "Thomas C Retzlaff, date of birth 03/14/1966." The entry documents several traffic citations issued to him and various reports that he has made. The entry lists Retzlaff as having an ▮▮▮ driver's license number of ▮▮▮▮▮ this ▮▮ license matches that in the SAPD RMS system. I was able to obtain Retzlaff's ▮▮ drivers license number and photo from the TDEX files. His ▮▮ driver's license number is ▮▮▮▮▮ with an address of 8302 West Hausman Rd, San Antonio Texas 78249 and PO Box 92, San Antonio Texas 78291. This PO Box address matches that of the RTC Holding Co which is on the vehicle registration of the vehicle Retzlaff was operating.

The second TDEX entry records an arrest made in 2007 in Travis County Texas. Thomas Christopher Retzlaff was arrested for Prohibited Weapon on School Premises on 02-12-1997. The driver's license he was booked under is the same that is on his ▮▮▮ driver's license. This entry also shows his social security number as ▮▮▮▮▮

I completed local search on Collin Retzlaff; which is the name given on the return results from Cox Communication, for the Phoenix Arizona address. I did not find any history on this person in our local systems.

10-17-13

I checked CPS records for any current accounts that Thomas Retzlaff may have. I learned his last account with CPS was in 2006 at 8302 West Hausman Rd, apartment 1328. He had listed on the account a "spouse" named Denise Hollas with a possible phone number of 623-209-9339; according to CPS records, Hollas was listed with an Arizona phone number. His father, Robert Retzlaff was also listed on the account with a phone number of 507-285-8579, out of Minnesota.

I researched Retzlaff's Acurrint data sheet and I learned that Denise Hollas is not ▮▮▮▮▮; however, she may ▮▮▮▮▮

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | PENDING (X) FURTHER INVESTIGATION | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF ( ) INVESTIGATION |
|---|---|---|---|---|---|---|

| Officer Making Report (Badge No.) | Approving Authority | Unit Assigned to Follow -up |
|---|---|---|
| Det. C. J. Ortiz #2150 | Sgt. J. Barcena #3353 | FIU |

| SAN ANTONIO POLICE DEPARTMENT | TYPE ONLY | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (9-90) |
|---|---|---|

| SUPPLEMENTARY REPORT | OFFENSE CLASSIFICATION | ASSIGNMENT NO: SAPD13189511 |
|---|---|---|
| PAGE __7__ OF __6__ | **Terroristic Threat** | OFFENSE NO: |
| ROUTING File | | DATE REPORTED: 08-29-2013 |

SAN ANTONIO POLICE DEPARTMENT

| Last name of Complainant, First, Middle Initial | Address of Complainant | Phone Number |
|---|---|---|
| State of Texas | ▮ | ▮ |

| Place of Occurrence-Street on- at or Number | Dist. Occurrence | Date & Time of Occurrence | Date and Time of this Report |
|---|---|---|---|
| ▮ | 2110 | 08-28-2013/2312hrs | 08-29-13/0837hrs |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

### 10-18-13

I researched NVLS records on the vehicle Retzlaff was last known to operate: white 2006 Chrysler Sebring, license plate number ▮ I learned the vehicle's last recorded sighting was in Phoenix Arizona in August of this year. This vehicle was last seen in San Antonio Texas in September of last year.

### 10-22-13

Researching RMS files, I found a 2012 Apparent Sudden Death report in which Retzlaff was listed as an "Other" person. The report had Retzlaff's address at 13220 Nacogdoches (Intown Suites). The report also listed Retzlaff as an attorney for his occupation; as well as the name and address of the law office he worked at: ▮ ▮; Reference case number SAPD12097298.

I contacted the above law office and I spoke to ▮ told me that he did not know if Thomas Retzlaff worked at this law office. He said the owner, Robert Braubach was out of the country for two weeks. I provided Depue my information with a request for ▮ to contact me. ▮ called me an hour later to advise me Retzlaff did in fact work for him as a free lance contractor. He told me Retzlaff is an attorney; however, he has not worked with Retzlaff for a year now. ▮ told me he had to stop working with Retzlaff as people in ▮ were "afraid" of Retzlaff and felt "threatened" by him. He told me Retzlaff claimed to be a decorated war veteran. ▮ told me that he would be able to meet with me when he returned to San Antonio in the beginning of November. Because he was calling from ▮ he had to end the conversation.

### 11-05-13

I met with ▮ Starbucks coffee shop at 9811 IH 10 at 2:00PM ▮ wanted to meet at the coffee shop as it was more convenient for him. ▮ explained again that Thomas Retzlaff used to work for him, his law office over a year ago. ▮ over the phone told me that Retzlaff was an attorney; however, in person he said that he did not believe Retzlaff is an attorney. He told me Retzlaff worked for him since 2006, but he was not sure. He told me Retzlaff's file is missing from ▮ office. He said the last time he communicated with Retzlaff was in October or November of last year (2012). ▮ said Retzlaff had

| UCR STATUS | UNFOUNDED ( ) REPORT | CLEARED BY ( ) ARREST | PENDING (X) FURTHER INVESTIGATION | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF ( ) OFFENSE | PROGRESS OF ( ) INVESTIGATION |
|---|---|---|---|---|---|---|

| Officer Making Report (Badge No.) | Approving Authority | Unit Assigned to Follow -up |
|---|---|---|
| Det. C. J. Ortiz #2150 | Sgt. J. Barcena #3353 | FIU |

| SAN ANTONIO POLICE DEPARTMENT | **TYPE ONLY** | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (9-90) |
|---|---|---|

| | | |
|---|---|---|
| SUPPLEMENTARY REPORT | OFFENSE CLASSIFICATION | ASSIGNMENT NO: SAPD13189511 |
| PAGE 8 OF 6 | **Terroristic Threat** | OFFENSE NO: |
| ROUTING File | | DATE REPORTED: 08-29-2013 |

SAN ANTONIO POLICE DEPARTMENT

| Last name of Complainant, First, Middle Initial | Address of Complainant | Phone Number |
|---|---|---|
| State of Texas | ▓▓▓▓ | ▓▓▓▓ |

| Place of Occurrence-Street on- at or Number | Dist. Occurrence | Date & Time of Occurrence | Date and Time of this Report |
|---|---|---|---|
| ▓▓▓▓ | 2110 | 08-28-2013/2312hrs | 08-29-13/0837hrs |

Additional Detail of Offense-Progress of Investigation-Disposition of Evidence, Property, Etc...

sent a disturbing email to one of ▓▓▓▓ office assistants, ▓▓▓▓. He provided me with a copy of the email. ▓▓▓▓ said Retzlaff may have mental issues. He believes Retzlaff is living somewhere in Arizona.

## 11-11-13

I read the copy of the email Thomas Retzlaff had sent to ▓▓▓▓ office assistant, ▓▓▓▓ In the email, Retzlaff alleges ▓▓▓▓ committing "illegal tax schemes." Retzlaff also claims that ▓▓▓▓ made false claims in a court affidavit regarding her employment and being present during conversations she heard Retzlaff and ▓▓▓▓ having. Although the email contains some profane words, the email did not contain any threats of harm to anyone.

## Conclusion:

I conferred with Sgt. Barcena, as well as, ADA Kirsta Melton regarding the details of the email and the offense of Terroristic Threats. Based on the content of the email received by ▓▓▓▓ "If I ever get a chance to kill a homosexual I would do so." The elements of Terroristic Threats ▓▓▓▓ the offenses of PC 42.01 Disorderly Conduct and PC 42.07 Harassment. ▓▓▓▓

| UCR STATUS | UNFOUNDED REPORT ( ) | CLEARED BY ARREST ( ) | PENDING (X) FURTHER INVESTIGATION | CLEARED BY EXCEPTION ( ) OR OTHER MEANS | CHANGE OF OFFENSE ( ) | PROGRESS OF ( ) INVESTIGATION |
|---|---|---|---|---|---|---|

| Officer Making Report (Badge No.) | Approving Authority | Unit Assigned to Follow -up |
|---|---|---|
| Det. C. J. Ortiz #2150 | Sgt. J. Barcena #3353 | FIU |

| SAN ANTONIO POLICE DEPARTMENT | TYPE ONLY | SUPPLEMENTARY REPORT SAPD Form 3-L Rev. (9-90) |
|---|---|---|