

*From Reetzlaff's blog viaviewfiles.net, posted by Camp*



**805-861-8282 said:**

June 13, 2015 at 11:21 am

I also agree Jay, no one should call your cell phone from a *67 number...

805-861-8282...

Def, they shouldn't spoof it to check your voicemails.

Lulz.

Enjoy your fucking day bitch.

••○○○ AT&T   10:51   ◀ ✳ 78% 🔋 ⚡

**‹ Recents**   **Info**

# No Caller ID

Yesterday

11:38        **Incoming Call**                    2 minutes

CALL WHERE I SPOKE TO CAMP







Favorites   Recents   Contacts   Keypad   Voicemail



Handwritten annotation: CAMP LEFT 12 THREATENING VOICE MESSAGES THIS WEEKEND



CAMP WITH A GUN

