IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES MCGIBNEY, an individual; and
VIA VIEW, INC., a corporation.
    Plaintiffs,

v.        **CASE NO.** 5:14-cv-01059-BLF

THOMAS RETZLAFF, an individual;
NEAL RAUHAUSER, an individual;
LANE LIPTON, an individual;
and DOES 1-5, individuals whose true
names are not known,
    Defendants.

### DEFENDANT RETZLAFF'S REPLY TO ECF 169 AND REQUEST FOR STATE BAR REFERRAL PURSUANT TO LOCAL RULE 11-6

*Leiderman will unquestionably have to kill Camp if Camp comes within the restraining order zone, 100 yards. Based upon Camp's threats to kill Leiderman and Leiderman's family, Leiderman is given no choice. It is either Camp or Leiderman. Leiderman intends to survive the encounter.*

Plaintiffs' response, ECF 169 at pg. 3, lines 3-5.

1.    If this does not cause the Court to make an immediate referral to the California

State Bar for discipline and mental health / substance abuse screening, pursuant to Local

Rule 11-6(e), Retzlaff does not know what else will.  This has to be the most ridiculous and asinine thing Retzlaff has even seen written in a court pleading in over 25 years of courtroom litigation experience, bar none.  Plaintiffs' attorney has clearly violated Local Rule 11-4 (Standards of Professional Conduct).  The fact that this was written by a man who claims to be a Board Certified Criminal Law expert shows just what a joke being a lawyer in California really means.

   2.   Just too briefly reply, with regards to the Twitter posts made by McGibney and addressed in section IV of plaintiffs' response (ECF 169, pg. 4), plaintiffs are talking out of both sides of their mouth.  In one sentence they seem to deny that the tweets were directed at Retzlaff and/or his family members, (line 16), while in a subsequent sentence plaintiffs claim that they were only just "telling Colin [sic] Retzlaff told he should be ashamed of himself.  Bob Retzlaff is told that he may be facing a lawsuit" (line 18-19). Only just telling someone something is the very epitome of directing communication at them!  And in Section VII Leiderman admits that his client, McGibney, is only doing this to "get the attention of Bob Retzlaff".  **WTF**.  Seriously.  **<u>WTF kind of person thinks that this is a reasonable and prudent thing to do here?!</u>**  James McGibney has repeatedly claimed that Retzlaff is a "confirmed member" of the Aryan Brotherhood prison gang with a long and very violent criminal record, supposedly involved in several unsolved homicides and repeated assaults on law enforcement officers (at least this is what McGibney claims – so it must be true, right?).  Yet McGibney, who repeatedly claims that his life and the lives of his children are in grave and imminent danger, finds it necessary and feels that it is a good idea to "get the attention" of Retzlaff's father by tweeting a bunch of nonsense towards his newspaper and creating ridiculous "articles" on

his Bullyville.com website.  For what purpose does McGibney feel he needs to get this man's attention, one wonders?  It is because James McGibney is an out of control idiot.

3. And how is buying up a website in this man's name and filling it will all sorts of defamatory garbage a legitimate way of "getting his attention"?  That would be no different than Retzlaff here buying up a website called **JudgeBethFreeman.com** and posting sex pictures and claiming that Judge Freeman is a child abusing criminal – which is exactly what James McGibney and his attorney Jay Leiderman have done here time and time again!!

4. In any event, McGibney's twitter account @Cheaterville was banned by Twitter very early this morning (6/16/15) after Retzlaff's father (a Twitter stock holder) had one of his attorneys contact Twitter's General Counsel at the Washington, DC law firm of Perkins-Coie late yesterday evening and demanding immediate action due to targeted harassment and threats by McGibney via the Twitter social media platform.  Within a few hours @Cheaterville was banned.  Leiderman and McGibney need to understand that some people just cannot be intimidated by their antics.  Retzlaff's father has been in the newspaper business for over 60 years and has been personally threatened by state governors, United States senators, and one US President.  McGibney is just one in a very long line of disgruntled losers who have tried to "get the attention" of the elder Mr. Retzlaff, who formally headed (before going into semi-retirement) one of the largest daily newspapers in the state.  Mark Twain once said:  *Never pick a fight with people who buy ink by the barrel and paper by the ton!*

5. Regarding this Joseph Camp person, Retzlaff has no knowledge of Camp and,

3

frankly, he could care less.  This is yet another one of Leiderman's stupid internet feuds.

6.   Lastly, this most recent filing should show this Court once and for all just how very, very stupid this lawsuit is and what a complete and utter waste of the Court's time and taxpayer monies this case is.  And if this Court does not make the requested bar referral, then clearly this Court has no credibility.


Respectfully submitted,


/s/  Thomas Retzlaff
Thomas Retzlaff
PO Box 92
San Antonio, TX 78291-0092

Defendant, pro se

# **CERTIFICATE OF SERVICE**

I certify that on June 16, 2015, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiffs ViaView & James McGibney:

Jason Scott Leiderman, of 5740 Ralston Street Ste 300, Ventura, CA 93003, Email: Jay@Criminal-Lawyer.me.

I certify that Jay Leiderman is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify that on June 16, 2015, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendant Lane Lipton:

Clark Anthony Braunstein, of 11755 Wilshire Boulevard, Suite 2140, Los Angeles, CA 90025, Email: Clarkbraunstein@gmail.com.

I certify that Clark Anthony Braunstein is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

/s/ Thomas Retzlaff
Thomas Retzlaff

Defendant, pro se