United States District Court
Northern District of California

1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5    SAN JOSE DIVISION

6

7    JAMES MCGIBNEY, et al.,                Case No.  14-cv-01059-BLF

                    Plaintiffs,
8
                                            **ORDER CONTINUING CASE**
9          v.                               **MANAGEMENT CONFERENCE**

10   THOMAS RETZLAFF,

                    Defendant.
11

12

13          In light of the Court's trial schedule, the Case Management Conference in this case is

14   hereby continued to **July 23, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose.[1]

15          **IT IS SO ORDERED.**

16   Dated: June 17, 2015

17   _____

18   BETH LABSON FREEMAN
     United States District Judge
19

20

21

22

23

24

25

26

27

     _____
28   [1] Defendant's administrative motion to continue the Case Management Conference, ECF 168, is
     DENIED as moot.