UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES MCGIBNEY, et al.,

    Plaintiffs,

v.

THOMAS RETZLAFF,

    Defendant.

Case No. 14-cv-01059-BLF

**JUDGMENT OF DISMISSAL**

For the reasons stated in the accompanying Order Granting Motion to Dismiss for Lack of Personal Jurisdiction, this action is hereby DISMISSED for lack of personal jurisdiction.

The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated: June 18, 2015

_____
BETH LABSON FREEMAN
United States District Judge