IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES MCGIBNEY, an individual; and
VIA VIEW, INC., a corporation.
    Plaintiffs,

v.                                                      **CASE NO.** 5:14-cv-01059-BLF

THOMAS RETZLAFF, an individual;
NEAL RAUHAUSER, an individual;
LANE LIPTON, an individual;
and DOES 1-5, individuals whose true
names are not known,
    Defendants.

### DEFENDANT THOMAS RETZLAFF'S NOTICE OF TEXAS JUDGMENT AGAINST JAMES MCGIBNEY & VIAVIEW FOR $1.3 MILLION

  Defendant Thomas Retzlaff submits the following subsequent court decision that helps support his position that plaintiffs are court terrorists and serial SLAPP violators.

  The trial court in Texas just signed a $1.3 million judgment on behalf of defendants against plaintiffs McGibney and ViaView, Inc., which includes over $300,000 in our attorney's fees and $1,000,000 in court sanctions for violating the Texas Citizens Participation Act (the anti-SLAPP law).

  A Happy New Year it shall be!

1

Respectfully submitted,

/s/  Thomas Retzlaff
Thomas Retzlaff
PO Box 92
San Antonio, Texas 78291-0092

Defendant, pro se

# **CERTIFICATE OF SERVICE**

I certify that on December 30, 2015, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiffs ViaView & James McGibney:

Jason Scott Leiderman, of 5740 Ralston Street Ste 300, Ventura, CA 93003, Email: Jay@Criminal-Lawyer.me.

I certify that Jay Leiderman is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify that on December 30, 2015, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendant Lane Lipton:

Clark Anthony Braunstein, of 11755 Wilshire Boulevard, Suite 2140, Los Angeles, CA 90025, Email: Clarkbraunstein@gmail.com.

I certify that Clark Anthony Braunstein is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

/s/  Thomas Retzlaff
Thomas Retzlaff

Defendant, pro se