Joseph A. Camp, PO1162062
Jefferson County Jail
Post Office Box: 16700
Golden, Colorado 80402

United States District Court
Northern District of California
San Jose Division
280 South 1st Street
San Jose, Cali. 95113

Re: McGibney v. Retzlaff (14-CV-01059-BLF)

**FILED**
DEC 13 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Nov. 27, 2016

Dear Clerk,

In McGibney v. Retzlaff, 14-CV-01059-BLF, I filed a motion to participate in proceedings via court call. This motion was granted, the case ultimately dismissed.

I am writing to obtain a copy of both my motion and the order granting my motion.

Thank you kindly for providing said documents.

Respectfully,

[signature] Jojo

Nov. 27, 2016

Joseph A. Camp, P01102062
Jefferson County Jail
Post Office Box: 16700
Golden, Colorado 80402

United States District Court
Northern District of California
San Jose Division
280 South 1st. Street
San Jose, California 95113

**INDIGENT
LEGAL MAIL**