JOSEPH A. CAMP #102062
JEFFERSON COUNTY JAIL
POST OFFICE BOX 16700
GOLDEN, COLORADO 80402

UNITED STATES DISTRICT COURT
SAN JOSE DIVISION
280 S. FIRST ST. Room #2112
SAN JOSE, CALIFORNIA 95113.

12/28/16

FILED
JAN X 9 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MCGIBNEY V. RETZLAFF (14-CV-01059-BLF)

DEAR,

  I REQUESTED 2 DOCUMENTS FROM MCGIBNEY V. RETZLAFF (14-CV-01059-BLF) AND WAS TOLD TO REMIT $3.00.

  UNFORTUNATELY DUE TO INDEGENCY I AM UNABLE TO PAY THE COSTS.

  COULD YOU PLEASE REMIT THE 6 PAGES OF DOCUMENT #104 (NON-PARTY'S MOTION TO PARTICIPATE BY TELEPHONE) AND #119 (ORDER GRANTING 104 NON-PARTY'S JOSEPH A. CAMP'S REQUEST TO ATTEND HEARINGS BY TELEPHONE)?

  THANK YOU KINDLY.

  JOJO-

Joseph A. Camp, P01102062
Jefferson County Jail
Post Office Box: 16700
Golden, Colorado 80402

**UNCENSORED INMATE MAIL**



**INDIGENT LEGAL MAIL**

United States District Court
280 South First Street #2112
San Jose, California 95113


PRESORTED
FIRST CLASS

