FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/13/2013

DERIC LOSTUTTER, was interviewed at telephonically on May 13, 2013. After being advised of the identity of the interviewing Agent and the nature of the interview, LOSTUTTER provided the following information:

On May 13, 2013, LOSTUTTER contacted the Columbus Resident Agency of the Federal Bureau of Investigation to speak with the writer regarding a recent search conducted at his property in Kentucky. LOSTUTTER expressed concern that he was with out with property for over a month. The writer explained that because LOSTUTTER wasn't 100 percent truthful durign his initial interview the review of the evidence would take longer to put together the missing pieces. LOSTUTTER was asked if he wanted to revise any of the answers that he had given tot he agents at the search.

LOSTUTTER was asked when he stated receiving payments from JAMES MCGIBNEY. LOSTUTTER stated that he began working for MCGIBNEY in January of 2013 and that he didn't get paid before that. When questioned about any payments in December of 2012, LOSTUTTER said that he was given $2000 for a laptop and a down payment for a truck.

LOSTUTTER was asked what exactly he did for MCGIBNET. LOSTUTTER explained that he ran vulnerability scans for MCGIBNEY. The writer asked why would MCGIBNEY pay him so much to run vulnerability scans against his website. LOSTUTTER stated that he was paid $600 per week and that he ran scans constantly because every time MCGIBNET updated the website it could become vulnerable. LOSTUTTER continued that $600 was far below industry average for this work, that he should be making closer to $80,000 per year. The writer asked LOSTUTTER if he did anything else for MCGIBNEY as part of his job. LOSTUTTER replied that he did open source background checks on people that were going to be named in lawsuits by MCGIBNEY. LOSTUTTER uses programs like SPOKEO to collect public information about a person including name, address, birth date, and phone number. In addition, he would also use

Investigation on  05/13/2013  at  Columbus, Ohio, United States (Phone)

File #  288A-CI-2654080-KYAnonymous                            Date drafted  05/13/2013

by  Kenneth C Bixby

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

288A-CI-2654080-KYAnonymous

Continuation of FD-302 of  Phone interview with Deric Lostutter aka KYANONYMOUS , On 05/13/2013 , Page 2 of 3

==social engineering to gain the confidence of the "Target" so he could get an e-mail address to send a message with tracking software contained in it. LOSTUTTER said the targets were people who had posted revenge porn. His job was to get usernames, profiles, phone numbers, and addresses. The latest targets that he has received from McGibney was the parents of Eric Chanson who started yougotposted.com and the user behind the account @synisteranon.==

LOSTUTTER stated that he had never been to Steubenville, Ohio. On the day of the rally he was managing the UStream.tv account. LOSTUTTER stated that he was receiving streaming video from Frankie Francis aka @whitekid_tatted and Cassandra Fairbanks.

LOSTUTTER denied having a relationship with Cassandra, claiming that he had spoken with her a few times on the phone but it was mostly through twitter or e-mail. He claims that Cassandra told him that she met with NOAH MCHUGH and he became threatening, which is why she released all of his information.

LOSTUTTER was questioned about his involvement on the CPanel log of the rollredroll.com website. LOSTUTTER admitted to changing the username and password on the site but didn't know what he was doing.

LOSTUTTER was asked who @RYANVOJVODICH was, he replied he didn't know. The writer read one of the Twitter direct messages from LOSTUTTER's e-mail inbox to LOSTUTTER. After hearing the message, LOSTUTTER stated that he made @RYANVOJVODICH publicly apologize for being at the party and not doing anything. LOSTUTTER was asked what would have happened if @RYANVOJVODICH did not apologize. LOSTUTTER initially stated that he would not have done anything, then revised and said that he would have released his personal information as it said in the video. When asked if he felt this was extortion, he replied, "there wasn't any money taken so no". The writer explained that extortion can be done for anything of value and that a person's private information is something of value to that person. LOSTUTTER was again asked if he felt this was extortion. LOSTUTTER admitted that he felt this was a form of extortion. The writer asked if with his new understanding, were there any other people that he had extorted. LOSTUTTER

FD-302a (Rev. 05-08-10)

288A-CI-2654080-KYAnonymous

Continuation of FD-302 of  Phone interview with Deric Lostutter aka KYANONYMOUS , On 05/13/2013 , Page 3 of 3

confirmed that he had attempted to extort all of the players involved. He specifically named CODY SALTSMAN, RYAN VOJVODICH, and TRENT MAYS.

LOSTUTTER stated that he felt he got in over his head quickly and got caught up in the "fame of Twitter". He was asked if his Twitter persona was how he became involved with MCGIBNEY. LOSTUTTER contends that MCGIBNEY did not know who KYANONYMOUS was until after he started working for him, however, later in the interview he confirmed that the scans he does for MCGIBNEY were secondary to his draw on Twitter.

LOSTUTTER asked if he should stop working for MCGIBNET. LOSTUTTER was advised by the writer that the FBI was not in a position to give advice on what LOSTUTTER should or shouldn't do, but if he was doing illegal activity that should stop.