IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES MCGIBNEY, an individual; and
VIA VIEW, INC., a corporation.
    Plaintiffs,

v().                                                 **CASE NO.** 5:14-cv-01059-BLF

THOMAS RETZLAFF, an individual;
NEAL RAUHAUSER, an individual;
LANE LIPTON, an individual;
and DOES 1-5, individuals whose true
names are not known,
    Defendants.

### DEFENDANT THOMAS RETZLAFF'S NOTICE OF CALIFORNIA JUDGMENT AGAINST JAMES MCGIBNEY & VIAVIEW

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given to all parties of the entry of a California judgment against plaintiffs James McGibney and ViaView, Inc. in favor of defendant Thomas Retzlaff in the case *ViaView, Inc. v. Thomas Retzlaff*, Case No. 2014-1-CH-005460, filed in the Superior Court for the State of California, County of Santa Clara. See attached **Exhibit One**.

Pursuant to California Code of Civil Procedure § 683.010, judgments from Superior Courts are immediately enforceable upon entry. There is no waiting time to see if the person is going to appeal or not. Money judgments

1

are stayed on appeal only by posting a bond.  (CCP § 917.1.)  No bond has been filed.  Thus, this judgment is final and enforceable.

This judgment is for court costs and fees of $3,467.84 and was entered into on June 22, 2017, by the Hon. Carol Overton of Department 11, Santa Clara County Superior Court, after an evidentiary hearing on March 10, 2017, as a result of the unanimous decision from the California Sixth District Court of Appeals in *ViaView, Inc. v. Thomas Retzlaff* (2016) Cal.App.5th 198.


Respectfully submitted,

*[signature: Tom]*

Tom Retzlaff
PO Box 92
San Antonio, Texas 78291-0092
(210) 317-9800

Defendant, *Pro se*

## **CERTIFICATE OF SERVICE**

I certify that on July 4, 2017, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiffs ViaView & James McGibney:

Jason Scott Leiderman, of 5740 Ralston Street Ste 300, Ventura, CA 93003, Email: Jay@Criminal-Lawyer.me.

I certify that Jay Leiderman is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify that on July 4, 2017, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendant Lane Lipton:

Clark Anthony Braunstein, of 11755 Wilshire Boulevard, Suite 2140, Los Angeles, CA 90025, Email: Clarkbraunstein@gmail.com.

I certify that Clark Anthony Braunstein is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

*Tom* [signature]

Tom Retzlaff

Defendant, *Pro se*